# EXHIBIT 2



# Letter to the Editor: Alan Dershowitz responds to Raw Story report



RAW STORY - COMMENTARY
01 DEC 2018 AT 18:36 ET



Alan Dershowitz (Fox News)

To the Editor,

In your recent story titled "**Trump Defender Alan Dershowitz is deeply involved in the sordid Jeffrey Epstein scandal**" you level outright false claims that I had sexual encounters with Virginia Roberts. These are exactly the same false claims that were made in 2014 and were thoroughly disproved and withdrawn.

https://www.rawstory.com/2018/12/letter-editor-alan-dershowitz-responds-raw-story-report/

After leveling these claims in detail, you say that I "steadfastly denied her claims." Not only did I deny the claims, I conclusively disproved them. I produced my travel, phone, credit card, and TV appearance records conclusively proving I could not have been and was not in any of the places Roberts claims I was during the time that she knew Epstein. The former Director of the F.B.I., assisted by a former assistant U.S. attorney and a chief federal marshal, reviewed these records and the other evidence and concluded that "the totality of the evidence found during the investigation refutes the allegations." The judge struck Robert's affidavit and sanctioned her lawyers for filing it, and her lawyers then withdrew their accusation admitting that it was a mistake. After reviewing the evidence, ABC News cancelled their plan to show an interview with Roberts because she was not credible.

There is other evidence, currently under seal, that directly establishes my innocence. I am seeking to unseal emails between Roberts and a journalist, a book manuscript by Roberts and a legal brief that are smoking guns showing that I was "deliberately framed for financial reasons."

There is also irrefutable evidence that Roberts lied about other people for money. She told a British tabloid that she met Al and Tipper Gore on Epstein's Island and she swore that she had dinner with Bill Clinton on the Island. But Secret Service records prove that none of these people were on the Island. Indeed, the Gores didn't even know Epstein.

I have a tape recording of a conversation with Robert's closest friend in which she says that Roberts told her she "felt pressure to go after [Dershowitz]" in order to obtain money from a wealthy businessman, and that Roberts had never previously included me among the people with whom she claimed to have had sex.

https://www.rawstory.com/2018/12/letter-editor-alan-dershowitz-responds-raw-story-report/

One of Roberts own lawyers has acknowledged in front of witnesses that Roberts' claims against me are "wrong" "simply wrong." The evidence of my innocence is indisputable: I never met Roberts; I never had sex with her; she simply made up the entire story for money.

Roberts made her false claims against me in court documents that immunize her from being sued for defamation. I challenge her to repeat her false accusations out of court, so that I can sue her for defamation and let a jury decide—after seeing all the evidence including the emails and book manuscript—who is telling the truth and who is lying.

*Editors Note: Professor Alan Dershowitz sent the previous response to our story, "**Trump Defender Alan Dershowitz is deeply involved in the sordid Jeffrey Epstein scandal.**" In his response, Mr. Dershowitz claims Raw Story accused him of having sexual encounters with Virginia Roberts. Upon careful review of **our story**, both before and after publication, this is not the case. Our story reports the accusations leveled by others.*

https://www.rawstory.com/2018/12/letter-editor-alan-dershowitz-responds-raw-story-report/