# EXHIBIT 3

# Alan Dershowitz: 'I never had sex with Virginia Roberts' | Miami Herald

miamiherald.com/opinion/letters-to-the-editor/article222532470.html

In its series on the Jeffrey Epstein case, "Perversion of Justice," the Herald quotes an affidavit by Virginia Roberts — a woman I never met — claiming she had sex with me on Epstein's island, ranch, plane and mansion. It then simply says I "denied" it.

In fact, I disproved it. I produced my travel, phone, credit card and TV appearance records, conclusively proving that I could not have been and was not in any of these places during the time Roberts knew Epstein. The former FBI director, assisted by a former assistant U.S. attorney and a chief federal marshal, reviewed these records and the other evidence and concluded that, "The totality of the evidence found during the investigation refutes the allegations."

There is other evidence, currently under seal, that directly establishes my innocence. I am seeking to unseal emails between Roberts and a journalist, a book manuscript by Roberts and a legal brief that are smoking guns showing that I was "deliberately framed for financial reasons."

ADVERTISING

inRead invented by Teads
There is also irrefutable evidence that Roberts lied about other people for money. She told a British tabloid that she met Al and Tipper Gore on Epstein's island and swore that she had dinner with Bill Clinton on the island. But Secret Service records prove that none of these people were on the island. Indeed, the Gores didn't even know Epstein.

Get six months of free digital access to the Miami Herald

I have a tape recording of a conversation with Roberts' closest friend in which she says that Roberts told her she "felt pressure to go after [Dershowitz]" in order to obtain money from a wealthy businessman, and that Roberts had never previously included me among the people with whom she claimed to have had sex.

Finally, one of Roberts' own lawyers has acknowledged in front of witnesses that her claims against me are "wrong" "simply wrong."

The evidence of my innocence is indisputable: I never met Roberts; I never had sex with her; she simply made up the entire story for money.

Roberts made her false claims against me in court documents that immunize her from being sued for defamation. I challenge her to repeat her false accusations out of court, so that I can sue her for defamation and let a jury decide — after seeing all the evidence,

including the suppressed emails and book manuscript — who is telling the truth and who is lying.