# EXHIBIT 6



https://twitter.com/AlanDersh