# EXHIBIT 7

FROM :                        FAX NO. :5618024121          Apr 10 2006 04:51PM P2

# LAW OFFICE OF GUY FRONSTIN
## 515 N. FLAGLER DRIVE, SUITE 300 PAVILION
### WEST PALM BEACH, FL 33401
### (561) 447-4011 * (561) 802-4121 (Fax)

## SENT VIA FACSIMILE TRANSMISSION

January 13, 2006

Lanna Belohlavek, ASA
Office of the State Attorney
401 N. Dixie Highway
West Palm Beach, FL 33401

Re: Jeffrey Epstein

Dear Lanna:

Please allow this letter to serve as formal notice that I represent Mr. Jeffrey Epstein in regard to the investigation your office is conducting of Mr. Epstein. Additionally, Alan Dershowitz, Esq., who is a close friend of Mr. Epstein's, is serving as counsel to me in my representation of Mr. Epstein. Mr. Dershowitz is working closely with me on this matter and, in the event charges are filed, will likely petition to enter an appearance Pro Hac Vice along with other counsel.

I appreciate the dialogue you have permitted throughout this investigation. I trust you will still invite me for a pre-filing interview in the event the State decides it has enough evidence to charge Mr. Epstein with a crime.

I look forward to continuing to work with you on this matter.

Very truly yours,

Guy P. Fronstin, Esq.
GPF/mw

03/25/2015            Page 44 of 131            Public Records Request No.: 16-268