# EXHIBIT 12

**United States District Court**
**Southern District of New York**

VIRGINIA L. GIUFFRE,

       Plaintiff,　　　　　　　　　　Case No.: _____

v.

ALAN DERSHOWITZ,

       Defendant.
_____ /

## AFFIDAVIT

I, Maria Farmer, swear and affirm as follows:

1. I am currently over the age of 18 and presently reside in Kentucky.

2. In approximately 1995, I was an artist and a graduate student and I met Jeffrey Epstein and Ghislaine Maxwell at an art show where I was displaying some of my art. Epstein said that if I sold him one of my paintings for half price he would help me with my career. I sold him the painting that night for half price which was approximately $6000.00. In 1996, Jeffrey Epstein called me and told me he was looking for someone to help him with acquiring art. I took the job with Epstein but ultimately my job responsibilities were not simply to purchase art but included manning the front door at his New York mansion and keeping records of people who came to the home.

3. During the time I was supervising the door at Epstein's mansion, I witnessed a number of school age girls coming to the home, some of the young girls would be wearing their school uniforms. The girls would come into the NY mansion and then would be escorted upstairs. When I asked Maxwell why these young girls were coming over to the house so often she said that the girls were interviewing for modeling positions. At the time, based on my observations at the home, it did not seem credible to me that these young girls were interviewing for modeling positions.

4. Alan Dershowitz was an individual who came to visit Epstein at his New York mansion a number of times when I was working for Epstein. Dershowitz was very comfortable at the home and would come in and walk upstairs. On a number occasions I witnessed Dershowitz at the NY mansion going upstairs at the same time there were young girls under the age of 18 who were present upstairs in the house.

5. During the time that I worked for Epstein, he arranged for me to work on a special art project at the Ohio mansion of Leslie Wexner. This was in approximately the summer of 1996. I went to Ohio and stayed at the property to work on the art projects. I was also babysitting my two younger brother's and they were staying with me at Wexner's mansion.

6. In addition to my two younger brothers, I also had a younger sister who was fifteen (15) years old. Maxwell and Epstein took an interest in my younger sister. Epstein took us to a movie in New York and during the movie he held my younger sister's hand and was rubbing her in a sexual manner without my knowledge. He then contacted my mother and said he wanted to help put my younger sister through a special school program in Thailand. During the summer of 1996, Epstein and Maxwell flew my younger sister to their ranch in New Mexico. She was only fifteen (15) at the time and they directed her take off all of her clothes and get on a massage table. Maxwell and Epstein then touched her inappropriately on the massage table. It was not until later in the summer when I called my sister in Thailand where she was studying that I learned what had happened to her at Epstein's New Mexico ranch.

7. During that same summer of 1996 when I was working on my art project at Wexner's mansion, Ghislaine Maxwell and Jeffrey Epstein came to Wexner's mansion. They asked me to come into a bedroom with them and then proceeded to sexually assault me against my will. I fled from the room and called the sheriff's office but did not get any response. The Wexner's security staff refused to let me leave the property. I pleaded with them and my father drover up from Kentucky to Ohio to help me. I was held against my will for approximately twelve (12) hours until I was ultimately allowed to leave with my father. Upon my return to New York, I went to the New York Sixth Precinct police department for help and they counseled me to contact the FBI to make a report about the assault in Ohio. I called the FBI and made the report but to my knowledge, the FBI did not take any action against Epstein or Maxwell. To my knowledge I was the first person to report Maxwell and Epstein to the FBI. It took a significant amount of bravery for me to make that call because I knew how incredibly powerful and influential both Epstein and Maxwell were particularly in the art community.

8. After the sexual assault, Maxwell and Epstein called me multiple times threatening me. Maxwell and Epstein contacted my art clients and individuals in the art community in an effort to ruin my art career. Maxwell and Epstein were successful and I was shut out of all art related opportunities. Maxwell and Epstein worked in concert to make sure that my career and my life was ruined. I was terrified of Maxwell and Epstein and I moved a number of times to try to hide from them.

9. I have struggled throughout my life as a direct result of Epstein and Maxwell's actions against me and my hope is that they will be held accountable for their crimes. While I am still afraid, I am coming forward because I think it is so important to do so.

Dated: 4/12/19

*Maria Farmer*
Maria Farmer

STATE OF FLORIDA )
)
COUNTY OF BROWARD )

On the 12th day of April in the year of 2019, before me, Deborah C. Knowlton the undersigned authority, appeared to me by video conference Maria Farmer, who is personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her individual capacity, and that by her signature in the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

Witness my hand and official seal

*Deborah C. Knowlton*
Notary Public

Notary Public State of Florida
Deborah C Knowlton
My Commission GG 133867
Expires 11/29/2021