# EXHIBIT 15

## Christopher Arborn

From: Alan Dershowitz <dersh@law.harvard.edu>
Date: December 9, 2015 at 2:50:58 PM EST
To: David Boies <DBoies@BSFLLP.com>
Cc: David Boies2 <xboies@gmail.com>
Subject: Re: Possible Statement

We should be aiming at a short simple statement such as:
"The events at issue occurred approximately 15 years ago when I was a teenager. Although I believed then and continued to believe that AD was the person with whom I had sex, recent developments raise the possibility that this may be a case of mistaken identification. "
Alternative:
"that it may have been someone else".
"That someone mistakenly told me it was him."
We should be able to come up with a mutually acceptable statement. It would be acceptable if the statement came from you rather than her, if she prefers.
Sent from my iPhone

On Dec 9, 2015, at 10:21 AM, Alan Dershowitz <dersh@law.harvard.edu> wrote:

David
Have we given up on a mutually acceptable statement from VR or you. Let's keep trying. We are not THAT far apart.
Alan.

Sent from my iPhone

**Christopher J Arborn**
Personal Assistant to David Boies

**BOIES SCHILLER FLEXNER** LLP
333 Main Street
Armonk, NY 10504
(t) (914) 749-8301
(m) (914) 843-0989
carborn@bsfllp.com
www.bsfllp.com

1