UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VIRGINIA L. GIUFFRE,

                      Plaintiff,

- against -

ALAN DERSHOWITZ,

                      Defendant.
-----------------------------------------------------------------X

Civ Action No.: 1:19-cv-03377

**NOTICE OF MOTION TO DISQUALIFY THE LAW FIRM OF BOIES SCHILLER FLEXNER LLP**

**ORAL ARGUMENT REQUESTED**

      **PLEASE TAKE NOTICE** that upon the Declaration of Alan Dershowitz, dated June 3, 2019, and the Declaration of Bruce A. Green, dated June 4, 2019, together with the exhibits annexed thereto, and the accompanying Memorandum of Law, the undersigned will move this Court, before the Honorable Loretta A. Preska, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10003-1312, at a date and time to be determined by the Court, for an Order disqualifying the law firm of Boies Schiller Flexner LLP as counsel for the Plaintiff Virginia Giuffre, pursuant to, (a) Rules 3.7(b)(1) and (2) of the New York Rules of Professional Conduct, and individual attorneys within the Boies Schiller Firm pursuant to Rule 3.7(a) of the New York Rules of Professional Conduct; (b) due to inherent and nonwaivable conflicts of interest by the Boies Schiller Firm as described herein as it relates to this litigation pursuant to Rules 1.6, 1.7, 1.9, 1.10, and/or 1.18 of the New York Rules of Professional Conduct; (c) pursuant to the discretionary power of this Respected Court to order disqualification; and (d) for such other and further relief as to the Court may seem just and proper.

      The grounds for this motion are set forth Declaration of Alan Dershowitz, dated June 3, 2019, and the Declaration of Bruce A. Green, dated June 4, 2019, together with the exhibits annexed thereto, and the accompanying Memorandum of Law dated June 6, 2019.

**PLEASE TAKE FURTHER NOTICE** that all responses or objections to the Motion, if any, should be made in writing, shall state with particularity the grounds therefor, and shall be filed with the Court (with a courtesy copy delivered to the chambers of Hon. Loretta A. Preska).

**PLEASE TAKE FURTHER NOTICE** that, unless an objection is timely served and filed, the Motion may be approved and an Order signed and entered without further notice or a hearing by the Court.

Dated: New York, New York
       June 6, 2019

Respectfully submitted,

**AIDALA, BERTUNA & KAMINS, P.C.**
*Attorneys for Alan Dershowitz*
546 Fifth Avenue
New York, NY 10036
(212) 486-0011
iansari@aidalalaw.com
aidalaesq@aidalalaw.com

By: _____
Imran H. Ansari, Esq.

_____
Arthur L. Aidala, Esq.