# EXHIBIT H

---------- Forwarded message ----------
From: Carlos Sires <csires@bsfllp.com>
To: Alan Dershowitz <dersh@law.harvard.edu>
Cc:
Date: Fri, 30 Jan 2015 22:31:31 +0000
Subject: RE: Alan Dershowitz
So was I.  If something changes, I'll let you know.

Carlos M. Sires
Partner
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard
 Suite 1200
Fort Lauderdale, FL 33301
Office: 954.356.0011
Direct Dial: 954.377.4202
Cell:  305.321.0004
Facsimile: 954.356.0022

---

From: Alan Dershowitz [dersh@law.harvard.edu]
Sent: Friday, January 30, 2015 5:04 PM
To: Carlos Sires
Subject: Re: Alan Dershowitz

Darn. I was really hoping you could come on board. Thanks for considering it.

Sent from my iPhone

> On Jan 30, 2015, at 10:59 PM, Carlos Sires <csires@BSFLLP.com> wrote:
>
>
> Alan,
>
> To Stuart's and my disappointment, we have learned that we are precluded from assisting you in this matter due to a conflict, the nature of which we are not at liberty to discuss.
> Although we hoped to assist you, we know that you have very competent counsel on board.  We're sorry about this circumstance and wish you the best.
>
> Carlos.
>
>
> Carlos M. Sires
> Partner
> BOIES, SCHILLER & FLEXNER LLP

> 401 East Las Olas Boulevard
> Suite 1200
> Fort Lauderdale, FL 33301
> Office: 954.356.0011
> Direct Dial: 954.377.4202
> Cell:  305.321.0004
> Facsimile: 954.356.0022
>
> _____
> From: Carlos Sires
> Sent: Wednesday, January 28, 2015 2:05 PM
> To: Ken Sweder
> Cc: Alan Dershowitz; Stuart Singer
> Subject: RE: Alan Dershowitz
>
> Thanks Ken.  We are waiting to hear when Alan can speak from Europe.  In the meantime, we will review the attached.  Carlos.
>
> Carlos M. Sires
> Partner
> BOIES, SCHILLER & FLEXNER LLP
> 401 East Las Olas Boulevard
> Suite 1200
> Fort Lauderdale, FL 33301
> Office: 954.356.0011
> Direct Dial: 954.377.4202
> Cell:  305.321.0004
> Facsimile: 954.356.0022
>
> From: Ken Sweder [mailto:ksweder@sweder-ross.com]
> Sent: Wednesday, January 28, 2015 1:20 PM
> To: Carlos Sires
> Cc: Alan Dershowitz
> Subject: FW: Alan Dershowitz
>
>
>
> From: Maria Marden
> Sent: Wednesday, January 28, 2015 1:17 PM
> To: Ken Sweder
> Subject: Alan Dershowitz
>
> Carlos,
>
> Alan Dershowitz asked that I send you pleadings with respect to the "Jane Doe #3" situation.
>
> I am attaching:
>
>
> (1)  The Motion to Intervene in the Crime Victims Rights Act case which references Alan.
>
> (2)  The Motion to Intervene and Declaration filed by Alan in the action.
>
> (3) Jane Doe #3's Opposition to Alan's Motion to Intervene and her Declaration in support of her Opposition.
>
> (4)  The Complaint for defamation filed against Alan in Florida.
>
> I understand that you will be speaking directly with Alan some time this week.
>
> If there is anything else at all that you would like to see, please let me know.
>

> Best,
> Ken Sweder
>
> Kenneth A. Sweder, Esquire
> Sweder & Ross LLP
> 131 Oliver Street
> Boston, MA 02110-2706
> Tel: 617-646-4460
> Fax: 617-646-4470
> ksweder@sweder-ross.com<mailto:ksweder@sweder-ross.com>
> www.sweder-ross.com<http://www.sweder-ross.com/>
> Please consider the environment before printing this email.
>
> This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Sweder & Ross LLP immediately by replying to this message, and destroy all copies of this message and any attachments. Thank you.
>
>
>
>
> _____
> The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]
>

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]


---------- Forwarded message ----------
From: Carlos Sires <csires@bsfllp.com>
To: Carlos Sires <csires@bsfllp.com>, Ken Sweder <ksweder@sweder-ross.com>
Cc: Alan Dershowitz <dersh@law.harvard.edu>, Stuart Singer <ssinger@bsfllp.com>
Date: Fri, 30 Jan 2015 21:59:22 +0000
Subject: RE: Alan Dershowitz

Alan,

To Stuart's and my disappointment, we have learned that we are precluded from assisting you in this matter due to a conflict, the nature of which we are not at liberty to discuss.
Although we hoped to assist you, we know that you have very competent counsel on board. We're sorry about this circumstance and wish you the best.

Carlos.


Carlos M. Sires
Partner

BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Office: 954.356.0011
Direct Dial: 954.377.4202
Cell:  305.321.0004
Facsimile: 954.356.0022

_____

From: Carlos Sires
Sent: Wednesday, January 28, 2015 2:05 PM
To: Ken Sweder
Cc: Alan Dershowitz; Stuart Singer
Subject: RE: Alan Dershowitz

Thanks Ken.  We are waiting to hear when Alan can speak from Europe.  In the  meantime, we will review the attached.  Carlos.

Carlos M. Sires
Partner
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Office: 954.356.0011
Direct Dial: 954.377.4202
Cell:  305.321.0004
Facsimile: 954.356.0022

From: Ken Sweder [mailto:ksweder@sweder-ross.com]
Sent: Wednesday, January 28, 2015 1:20 PM
To: Carlos Sires
Cc: Alan Dershowitz
Subject: FW: Alan Dershowitz


From: Maria Marden
Sent: Wednesday, January 28, 2015 1:17 PM
To: Ken Sweder
Subject: Alan Dershowitz

Carlos,

Alan Dershowitz asked that I send you pleadings with respect to the "Jane Doe #3" situation.

I am attaching:

(1)  The Motion to Intervene in the Crime Victims Rights Act case which references Alan.

(2)  The Motion to Intervene and Declaration filed by Alan in the action.

(3)  Jane Doe #3's Opposition to Alan's Motion to Intervene and her Declaration in support of her Opposition.

(4)  The Complaint for defamation filed against Alan in Florida.

I understand that you will be speaking directly with Alan some time this week.

If there is anything else at all that you would like to see, please let me know.

Best,
Ken Sweder

Kenneth A. Sweder, Esquire
Sweder & Ross LLP
131 Oliver Street
Boston, MA 02110-2706
Tel: 617-646-4460
Fax: 617-646-4470
ksweder@sweder-ross.com<mailto:ksweder@sweder-ross.com>
www.sweder-ross.com<http://www.sweder-ross.com/>
Please consider the environment before printing this email.

This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Sweder & Ross LLP immediately by replying to this message, and destroy all copies of this message and any attachments. Thank you.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

---------- Forwarded message ----------
From: Carlos Sires <csires@bsfllp.com>
To: Ken Sweder <ksweder@sweder-ross.com>
Cc: Alan Dershowitz <dersh@law.harvard.edu>, Stuart Singer <ssinger@bsfllp.com>
Date: Thu, 29 Jan 2015 23:17:03 +0000
Subject: RE: Alan Dershowitz

Alan and Ken,

I'm sure you have already looked at this issue, but the attached opinion and Restatement section relate to Alan's recently-circulated notes concerning his acting in "self defense" to the charges leveled against him. Stuart and will wait to hear from Alan during his travels.

Carlos.

Carlos M. Sires

Partner
BOIES SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard

Suite 1200

Fort Lauderdale, FL 33301

Office: 954.356.0011

Direct Dial: 954.377.4202

Cell: 305.321.0004

Facsimile: 954.356.0022

**From:** Ken Sweder [mailto:ksweder@sweder-ross.com]
**Sent:** Wednesday, January 28, 2015 1:20 PM
**To:** Carlos Sires
**Cc:** Alan Dershowitz
**Subject:** FW: Alan Dershowitz

**From:** Maria Marden
**Sent:** Wednesday, January 28, 2015 1:17 PM
**To:** Ken Sweder
**Subject:** Alan Dershowitz

Carlos,

Alan Dershowitz asked that I send you pleadings with respect to the "Jane Doe #3" situation.

I am attaching:

(1) The Motion to Intervene in the Crime Victims Rights Act case which references Alan.

(2) The Motion to Intervene and Declaration filed by Alan in the action.

(3) Jane Doe #3's Opposition to Alan's Motion to Intervene and her Declaration in support of her Opposition.

(4) The Complaint for defamation filed against Alan in Florida.

I understand that you will be speaking directly with Alan some time this week.

If there is anything else at all that you would like to see, please let me know.

Best,

Ken Sweder


Kenneth A. Sweder, Esquire
Sweder & Ross LLP
131 Oliver Street
Boston, MA 02110-2706
Tel: 617-646-4460
Fax: 617-646-4470
ksweder@sweder-ross.com
www.sweder-ross.com

Please consider the environment before printing this email.

This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Sweder & Ross LLP immediately by replying to this message, and destroy all copies of this message and any attachments. Thank you.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]


---------- Forwarded message ----------
From: Carlos Sires <csires@bsfllp.com>
To: Ken Sweder <ksweder@sweder-ross.com>
Cc: Alan Dershowitz <dersh@law.harvard.edu>, Stuart Singer <ssinger@bsfllp.com>
Date: Wed, 28 Jan 2015 19:05:00 +0000
Subject: RE: Alan Dershowitz

Thanks Ken. We are waiting to hear when Alan can speak from Europe. In the meantime, we will review the attached. Carlos.


Carlos M. Sires

Partner

401 East Las Olas Boulevard

Suite 1200

Fort Lauderdale, FL 33301

Office: 954.356.0011

Direct Dial: 954.377.4202

Cell: 305.321.0004

Facsimile: 954.356.0022

**From:** Ken Sweder [mailto:ksweder@sweder-ross.com]
**Sent:** Wednesday, January 28, 2015 1:20 PM
**To:** Carlos Sires
**Cc:** Alan Dershowitz
**Subject:** FW: Alan Dershowitz

**From:** Maria Marden
**Sent:** Wednesday, January 28, 2015 1:17 PM
**To:** Ken Sweder
**Subject:** Alan Dershowitz

Carlos,

Alan Dershowitz asked that I send you pleadings with respect to the "Jane Doe #3" situation.

I am attaching:

(1) The Motion to Intervene in the Crime Victims Rights Act case which references Alan.

(2) The Motion to Intervene and Declaration filed by Alan in the action.

(3) Jane Doe #3's Opposition to Alan's Motion to Intervene and her Declaration in support of her Opposition.

(4) The Complaint for defamation filed against Alan in Florida.

I understand that you will be speaking directly with Alan some time this week.

If there is anything else at all that you would like to see, please let me know.

Best,

Ken Sweder


Kenneth A. Sweder, Esquire
Sweder & Ross LLP
131 Oliver Street
Boston, MA 02110-2706
Tel: 617-646-4460
Fax: 617-646-4470
ksweder@sweder-ross.com
www.sweder-ross.com

Please consider the environment before printing this email.

This email and any attachments are confidential and may be privileged.  If you are not the intended recipient, please notify Sweder & Ross LLP immediately by replying to this message, and destroy all copies of this message and any attachments.  Thank you.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]


---------- Forwarded message ----------
From: Carlos Sires <csires@bsfllp.com>
To: Alan Dershowitz <dersh@law.harvard.edu>
Cc:
Date: Fri, 23 Jan 2015 21:37:43 +0000
Subject: RE: Meeting
Alan,
Looks like we should speak by phone next week.  Why don't you email me once you're overseas and let me know what times would work for you.  In the meantime, can you send me the complaint and any other submissions? Stuart and I look forward to working with you on this.
Carlos.

Carlos M. Sires
Partner
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard
Suite 1200

Fort Lauderdale, FL 33301
Office: 954.356.0011
Direct Dial: 954.377.4202
Cell: 305.321.0004
Facsimile: 954.356.0022

---

From: Alan Dershowitz [dersh@law.harvard.edu]
Sent: Friday, January 23, 2015 3:46 PM
To: Carlos Sires
Subject: Re: Meeting

Dear Carlos
Thank you so much. My schedule is uncertain. I have a speech in Prague early next week and another in Paris 10 days later. We aren't sure whether we will be coming back in between. Any chance we can talk on the phone today? If not, when I'm in Prague if you give me a time. Then I can come up to see you when I get back.
My cell is 6173199892
Thanks again
Alan.

Sent from my iPhone

> On Jan 23, 2015, at 12:47 PM, Carlos Sires <csires@BSFLLP.com> wrote:
>
> Alan,
> Stuart and I think we can provide help. We think a meeting would be a good idea. I know you're out of the country next week. Are you available to meet the afternoon of either the following Monday or Tuesday (February 2 or 3)?
> Carlos.
>
>
>
> Carlos M. Sires
> Partner
> BOIES, SCHILLER & FLEXNER LLP
> 401 East Las Olas Boulevard
> Suite 1200
> Fort Lauderdale, FL 33301
> Office: 954.356.0011
> Direct Dial: 954.377.4202
> Cell: 305.321.0004
> Facsimile: 954.356.0022
>
>
>
> Sent with Good (www.good.com)
>

> The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify

the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]


---------- Forwarded message ----------
From: Carlos Sires <csires@bsfllp.com>
To: Alan Dershowitz <dersh@law.harvard.edu>
Cc: Stuart Singer <ssinger@bsfllp.com>
Date: Fri, 23 Jan 2015 17:47:53 +0000
Subject: Meeting

Alan,
Stuart and I think we can provide help. We think a meeting would be a good idea. I know you're out of the country next week. Are you available to meet the afternoon of either the following Monday or Tuesday (February 2 or 3)?
Carlos.


Carlos M. Sires
Partner
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard
 Suite 1200
Fort Lauderdale, FL 33301
Office: 954.356.0011
Direct Dial: 954.377.4202
Cell:  305.321.0004
Facsimile: 954.356.0022


Sent with Good (www.good.com)

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]


---------- Forwarded message ----------
From: Carlos Sires <csires@bsfllp.com>
To: Alan Dershowitz <dersh@law.harvard.edu>
Cc:
Date: Thu, 22 Jan 2015 23:28:54 +0000
Subject: RE: Hi Alan

Alan,
I just exchanged emails with Stuart and voiced my desire to do what we can to help you out. He shares that desire. I will speak with him tomorrow in more detail after I get out of federal court in WPB. I'll be in touch, perhaps together with Stuart, tomorrow or over the weekend. In the meantime, don't hesitate to call me. My cell is below.
Carlos.

Carlos M. Sires
Partner
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard

Suite 1200
Fort Lauderdale, FL 33301
Office: 954.356.0011
Direct Dial: 954.377.4202
Cell:   305.321.0004
Facsimile: 954.356.0022

---

From: Alan Dershowitz [dersh@law.harvard.edu]
Sent: Thursday, January 22, 2015 5:42 PM
To: Carlos Sires
Subject: Re: Hi Alan

Thanks.

Sent from my iPhone

On Jan 22, 2015, at 5:23 PM, "Carlos Sires" <csires@BSFLLP.com<mailto:csires@BSFLLP.com>> wrote:

Alan,
Sorry I've been out of pocket all day. I'm headed home and will call you when I get there I. About 30 minutes if you're available.
Carlos.



Carlos M. Sires
Partner
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Office: 954.356.0011
Direct Dial: 954.377.4202
Cell:  305.321.0004
Facsimile: 954.356.0022



Sent with Good (www.good.com<http://www.good.com>)

-----Original Message-----
From: Alan Dershowitz [dersh@law.harvard.edu<mailto:dersh@law.harvard.edu>]
Sent: Thursday, January 22, 2015 08:29 AM Eastern Standard Time
To: Carlos Sires
Subject: Re: Hi Alan

Great. Thanks.

Sent from my iPhone

On Jan 22, 2015, at 8:03 AM, Carlos Sires <csires@BSFLLP.com<mailto:csires@BSFLLP.com>> wrote:

Sure. Starting a breakfast meeting but should be done by 10 or 10:30. I can call you after that if convenient for you.

Carlos M. Sires
Partner
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Office: 954.356.0011
Direct Dial: 954.377.4202
Cell: 305.321.0004
Facsimile: 954.356.0022


Sent with Good (www.good.com<http://www.good.com>)


-----Original Message-----
From: Alan Dershowitz [dersh@law.harvard.edu<mailto:dersh@law.harvard.edu>]
Sent: Thursday, January 22, 2015 07:58 AM Eastern Standard Time
To: Carlos Sires
Subject: Re: Hi Alan


Thanks for your kind words. I would love your help. Can we talk. 6173199892

Sent from my iPhone

> On Jan 22, 2015, at 7:50 AM, Carlos Sires <csires@BSFLLP.com<mailto:csires@BSFLLP.com>> wrote:
>
> Hi Alan,
> Very strong appearance on the Today show this morning.  I am very sorry you are having to go through this and wanted to send my note of support.  If there is anything I can do for you, please let me know.
> Carlos.
>
>
> Carlos M. Sires
> Partner
> BOIES, SCHILLER & FLEXNER LLP
> 401 East Las Olas Boulevard
> Suite 1200
> Fort Lauderdale, FL 33301
> Office: 954.356.0011
> Direct Dial: 954.377.4202
> Cell:  305.321.0004
> Facsimile: 954.356.0022
>
> The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic

message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

_____

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

_____

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

---------- Forwarded message ----------
From: Carlos Sires <csires@bsfllp.com>
To: Alan Dershowitz <dersh@law.harvard.edu>
Cc:
Date: Thu, 22 Jan 2015 22:23:21 +0000
Subject: RE: Hi Alan
Alan,
Sorry I've been out of pocket all day. I'm headed home and will call you when I get there I. About 30 minutes if you're available.
Carlos.


Carlos M. Sires
Partner
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Office: 954.356.0011
Direct Dial: 954.377.4202
Cell: 305.321.0004
Facsimile: 954.356.0022


Sent with Good (www.good.com)


-----Original Message-----
From: Alan Dershowitz [dersh@law.harvard.edu]
Sent: Thursday, January 22, 2015 08:29 AM Eastern Standard Time

**To:** Carlos Sires
**Subject:** Re: Hi Alan

Great. Thanks.

Sent from my iPhone

On Jan 22, 2015, at 8:03 AM, Carlos Sires <csires@BSFLLP.com> wrote:

> Sure. Starting a breakfast meeting but should be done by 10 or 10:30. I can call you after that if convenient for you.
>
> Carlos M. Sires
> Partner
> BOIES, SCHILLER & FLEXNER LLP
> 401 East Las Olas Boulevard
> Suite 1200
> Fort Lauderdale, FL 33301
> Office: 954.356.0011
> Direct Dial: 954.377.4202
> Cell: 305.321.0004
> Facsimile: 954.356.0022
>
>
> Sent with Good (www.good.com)
>
> -----Original Message-----
> **From:** Alan Dershowitz [dersh@law.harvard.edu]
> **Sent:** Thursday, January 22, 2015 07:58 AM Eastern Standard Time
> **To:** Carlos Sires
> **Subject:** Re: Hi Alan
>
> Thanks for your kind words. I would love your help. Can we talk. 6173199892
>
> Sent from my iPhone
>
> > On Jan 22, 2015, at 7:50 AM, Carlos Sires <csires@BSFLLP.com> wrote:
> >
> > Hi Alan,
> > Very strong appearance on the Today show this morning. I am very sorry you are having to go through this and wanted to send my note of support. If there is anything I can do for you, please let me know.
> > Carlos.
> >
> >
> > Carlos M. Sires
> > Partner
> > BOIES, SCHILLER & FLEXNER LLP
> > 401 East Las Olas Boulevard
> > Suite 1200
> > Fort Lauderdale, FL 33301
> > Office: 954.356.0011
> > Direct Dial: 954.377.4202
> > Cell: 305.321.0004

> Facsimile: 954.356.0022
>
> The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]
>

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

---------- Forwarded message ----------
From: Carlos Sires <csires@bsfllp.com>
To: Alan Dershowitz <dersh@law.harvard.edu>
Cc:
Date: Thu, 22 Jan 2015 13:03:17 +0000
Subject: RE: Hi Alan
Sure. Starting a breakfast meeting but should be done by 10 or 10:30. I can call you after that if convenient for you.


Carlos M. Sires
Partner
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Office: 954.356.0011
Direct Dial: 954.377.4202
Cell: 305.321.0004
Facsimile: 954.356.0022


Sent with Good (www.good.com)

-----Original Message-----
**From:** Alan Dershowitz [dersh@law.harvard.edu]
**Sent:** Thursday, January 22, 2015 07:58 AM Eastern Standard Time
**To:** Carlos Sires
**Subject:** Re: Hi Alan

Thanks for your kind words. I would love your help. Can we talk. 6173199892

Sent from my iPhone

> On Jan 22, 2015, at 7:50 AM, Carlos Sires <csires@BSFLLP.com> wrote:
>
> Hi Alan,
> Very strong appearance on the Today show this morning. I am very sorry you are having to go through this and wanted to send my note of support. If there is anything I can do for you, please let me know.
> Carlos.
>
>
> Carlos M. Sires
> Partner
> BOIES, SCHILLER & FLEXNER LLP
> 401 East Las Olas Boulevard
> Suite 1200
> Fort Lauderdale, FL 33301
> Office: 954.356.0011
> Direct Dial: 954.377.4202
> Cell:  305.321.0004
> Facsimile: 954.356.0022
>
> The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]
>

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

---------- Forwarded message ----------
From: Carlos Sires <csires@bsfllp.com>
To: Alan Dershowitz <dersh@law.harvard.edu>
Cc:
Date: Thu, 22 Jan 2015 12:50:50 +0000
Subject: Hi Alan
Hi Alan,
Very strong appearance on the Today show this morning. I am very sorry you are having to go through this and wanted to send my note of support. If there is anything I can do for you, please let me know.

Carlos.

Carlos M. Sires
Partner
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard
 Suite 1200
Fort Lauderdale, FL 33301
Office: 954.356.0011
Direct Dial: 954.377.4202
Cell:  305.321.0004
Facsimile: 954.356.0022

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer.
[v.1]

**12 attachments**

- **noname.eml** 8K
- **noname.eml** 6K
- **Foretich v Capital CitiesABC Inc.pdf** 191K
- **§ 594Protection of the Publisher's Interest.pdf** 147K
- **noname.eml** 481K
- **noname.eml** 19K
- **noname.eml** 6K
- **noname.eml** 4K
- **noname.eml** 9K
- **noname.eml** 16K
- **noname.eml** 12K
- **noname.eml** 4K