UNITED STATES DISTIRCT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

VIRGINIA L. GIUFFRE,

                Plaintiff,                    Civ Action No.: 1:19-cv-03377

- against -                             **[PROPOSED] ORDER**

ALAN DERSHOWITZ,

                Defendant.

-----------------------------------------------------------------------X

## [PROPOSED] ORDER GRANTING MOTION TO DISQUALIFY

Upon consideration of the parties' respective papers and arguments, Defendant's Motion to Disqualify the law firm of Boies Schiller Flexner LLP is hereby **GRANTED** in its entirety. Plaintiff has _____ days to secure alternate counsel.

**SO ORDERED.**

Dated: This \_\_\_\_\_ day of _____, 2019

_____
Loretta A. Preska
United States District Judge