

June 11, 2019

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED:  6-11-19

Re:    *Virginia L. Giuffre v. Alan Dershowitz*, No. 19 Civ. 3377 (LAP)

Dear Judge Preska:

We represent plaintiff Virginia L. Giuffre in the action referenced above. We write regarding defendant Alan Dershowitz's motion seeking to disqualify Boies Schiller Flexner LLP from representing Ms. Giuffre in this lawsuit [Dkt. 8-10].

Per Rule 2.A of Your Honor's Individual Practices, we understand that a moving party must request a pre-motion conference with the Court prior to filing any motion other than discovery motions and certain expressly enumerated motions. Dershowitz's filing on Friday, June 7, 2019 appears to have ignored this requirement, as motions for disqualification are not listed in the exceptions to this rule. In addition, Rule 2.C of your Individual Practices states that memoranda of law are limited to 20 pages, unless prior permission has been granted. Dershowitz's memorandum is 28 pages, excluding its cover, table of contents, and table of authorities.

Because Dershowitz has disregarded Your Honor's rules, plaintiff is respectfully requesting guidance from the Court on how to proceed with her response to Dershowitz's motion. Thank you very much.

*Mr. Dershowitz's motion to disqualify [dkt. no. 8-10] is marked off the calendar for failure to comply with the Court's Individual Practice Rule. 2.A.*

Respectfully submitted,

/s/ Joshua I. Schiller

Joshua I. Schiller
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(212) 446-2300
jischiller@bsfllp.com

Sigrid McCawley
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200

*SO ORDERED*

*Loretta A. Preska*       6/11/19

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

BOIES SCHILLER FLEXNER LLP



Honorable Loretta A. Preska
June 11, 2019
Page 2

Ft. Lauderdale, FL 33301
(954) 356-0011
smccawley@bsfllp.com
(Pro Hac To Be Filed)

Attorneys for Plaintiff

**CC**:

Counsel for All Parties (via ECF)