UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
VIRGINIA L. GIUFFRE,                :    19 Civ. 3377 (LAP)
                                    :
              Plaintiff,            :
                                    :    ORDER
      v.                            :
                                    :
ALAN DERSHOWITZ,                    :
                                    :
              Defendant.            :
                                    :
------------------------------------X

LORETTA A. PRESKA, Senior United States District Judge:

   Following review of Mr. Schiller's letter dated June 17, 2019 [dkt no. 15], it is hereby ordered that:

   1) Mr. Dershowitz is excused from the requirement for a pre-motion conference on the Court's finding that such a conference would be futile;
   2) Mr. Dershowitz's motion to disqualify the Boise Schiller firm [dkt. nos. 7-11] is reinstated to the calendar;
   3) Mr. Dershowitz may file a memorandum of law of 28 pages; and
   4) Counsel shall confer and inform the Court by letter of the proposed briefing schedule.

SO ORDERED.

Dated:   New York, New York
         June 17, 2019

                              *Loretta A. Presska*
                              LORETTA A. PRESKA
                              Senior United States District Judge

1