LAW OFFICES OF
## Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
DOMINICK GULLO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
JENNIFER CASSANDRA
PETER W. KOLP
WILLIAM R. SANTO
PETER S. THOMAS

June 19, 2019



**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Giuffre v. Dershowitz*, Case No. 19-Civ-3377-LAP
     **Proposed Motion Schedule**

Dear Judge Preska,

Pursuant to directive number four (4) of the Court's Order dated June 17, 2019, and having previously conferred with Counsel for the Plaintiff, if acceptable to the Court, the Parties propose the following briefing schedule in regard to Defendant's Motion to Disqualify:

- July 3, 2019 for the filing of Plaintiff's Opposition.
- July 10, 2019 for the filing of Defendant's Reply.

SO ORDERED
_Loretta A. Preska_
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

June 19, 2019

Respectfully Submitted,

_Imran H. Ansari_
Imran H. Ansari

_Arthur L. Aidala_
Arthur L. Aidala

CC: *Counsel for Plaintiff (via ECF)*

1