LAW OFFICES OF
# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
DOMINICK GULLO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
JENNIFER CASSANDRA
PETER W. KOLP
WILLIAM R. SANTO
PETER S. THOMAS

June 25, 2019

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Giuffre v. Dershowitz*, Case No. 19-Civ-3377-LAP
      **Request Pursuant to Individual Practice Rule 2.C**

Dear Judge Preska,

Pursuant to Rule 2.C of Your Honor's Individual Practices, Defendant Alan Dershowitz hereby requests leave to file a Memorandum of Law of 22 pages in support of his forthcoming Motion to Dismiss the Complaint in lieu of Answer.

As grounds therefor, Prof. Dershowitz states that his memorandum must address numerous allegations, events and statements occurring over the past four years that are relevant to the claims of defamation made by the Plaintiff in her Complaint, and raises complex constitutional issues that require thorough briefing.

We have conferred with Counsel for Plaintiff, Joshua Schiller, and he has indicated that Plaintiff does not object to this request.

Respectfully Submitted,

Imran H. Ansari

Arthur L. Aidala

*CC: Counsel for Plaintiff (via ECF)*

1