**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>    Plaintiff,<br><br>v.<br><br>ALAN DERSHOWITZ,<br><br>    Defendant. | Civil Action No. 19-cv-03377-LAP<br><br>**ORAL ARGUMENT REQUESTED** |

### ALAN DERSHOWITZ'S MOTION TO DISMISS COMPLAINT

For the reasons set forth in the accompanying memorandum of law, Defendant Alan Dershowitz ("Prof. Dershowitz") respectfully moves to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. Prof. Dershowitz respectfully requests the Court hold oral argument on his Motion.

Respectfully submitted,

ALAN DERSHOWITZ,

By his attorneys,

/s/ Howard M. Cooper
Howard M. Cooper (MA BBO# 543842)
(*pro hac vice pending*)
Christian G. Kiely (MA BBO# 684308)
(*pro hac vice pending*)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
hcooper@toddweld.com
ckiely@toddweld.com

Arthur L. Aidala (S.D.N.Y. Bar No. ALA-0059)<br>
Imran H. Ansari (S.D.N.Y. Bar No. IHA-1978)<br>
AIDALA, BERTUNA & KAMINS, P.C.<br>
546 Fifth Avenue, 6th Floor<br>
New York, New York 10036<br>
(212) 486-0011<br>
iansari@aidalalaw.com<br>
aidalaesq@aidalalaw.com

Dated: June 25, 2019

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system, and served to all counsel of record on June 25, 2019.

/s/ Howard M. Cooper
Howard M. Cooper