**Exhibit F**



**The New York Times** | http://nyti.ms/1rQPaNY

U.S.

# Prince Andrew and Alan Dershowitz Are Mentioned in Suit Alleging Sex With Minor

By EMMA G. FITZSIMMONS    JAN. 3, 2015

A court filing in a civil case in Florida last week included new allegations against Jeffrey E. Epstein, a businessman who pleaded guilty to soliciting prostitution, and two other high-profile men: a member of the British Royal family and an American lawyer.

The motion filed in United States District Court in the Southern District of Florida alleges that Mr. Epstein forced a teenage girl to have sexual relations with several men, including Prince Andrew, Queen Elizabeth's second son, and Alan M. Dershowitz, a professor emeritus at Harvard Law School. Both men have denied the allegations.

The motion claimed that the woman, who was not identified in court documents, had sexual relations as a minor with Prince Andrew in London, New York and on Mr. Epstein's private island in the U.S. Virgin Islands. Mr. Epstein told the woman to give the prince "whatever he demanded" and "report back to him on the details," the motion said.

Buckingham Palace took the unusual step of issuing a statement to rebut the accusations.

"This relates to longstanding and ongoing civil proceedings in the United States, to which The Duke of York is not a party," a palace spokesman said in a statement, using the prince's title. "As such we would not comment on the detail. However, for the avoidance of doubt, any suggestion of impropriety with underage minors is categorically untrue."

The motion was filed as part of a civil case involving Mr. Epstein, who was

sentenced to 18 months in prison in 2008. The lawyers for two alleged victims have argued that the rights of the women were violated during the negotiation of Mr. Epstein's plea deal. The motion requests to add two more alleged victims to the case, including the woman, identified as "Jane Doe No. 3," who said she had sexual relations with Prince Andrew and Mr. Dershowitz when she was underage.

On Saturday, Mr. Dershowitz said he "categorically and unequivocally" denied all of the allegations. He said he would file disbarment proceedings against the lawyers who filed the motion, Bradley J. Edwards, a lawyer in Florida, and Paul G. Cassell, a former federal judge and a law professor at the University of Utah.

"They are lying deliberately, and I will not stop until they're disbarred," Mr. Dershowitz said in a phone interview.

Mr. Dershowitz, who served on Mr. Epstein's legal team and is perhaps best known for representing O. J. Simpson, said he would also file an affidavit denying the claims.

Mr. Cassell said in a statement on Saturday that the lawyers carefully investigated all of the allegations in their pleadings before presenting them. He said the lawyers would consider any sworn testimony or documentary evidence provided by Mr. Dershowitz.

Mr. Cassell included a statement from "Jane Doe No. 3," saying that she was an innocent victim and was now "being unjustly victimized again." "I'm not going to be bullied back into silence," she said in the statement.

In 2011, Prince Andrew resigned as an ambassador for British businesses abroad after a series of embarrassing revelations, including his friendship with Mr. Epstein.

A New York money manager with several billionaire clients, Mr. Epstein, 61, had owned a home in Palm Beach, Fla. His listing on Florida's sexual offenders website said he now lived in St. Thomas in the Virgin Islands.

Federal prosecutors initially threatened to bring him to trial on several charges, but he later pleaded guilty to lesser state charges. His lawyer, Jack Goldberger, called the new allegations a "total fabrication." "These are old,

salacious, leftover allegations that lawyers are attempting to reheat by adding names of world leaders," he said in a statement.

The new court documents claim that Mr. Epstein sexually abused the woman identified as "Jane Doe No. 3" starting when she was 15 years old and kept her as a "sex slave" from about 1999 to 2002. He made her available to other men, the motion said, to ingratiate himself with them and to obtain potential blackmail information.

A version of this article appears in print on January 4, 2015, on page A16 of the New York edition with the headline: Prince Is Named in Suit Alleging Sex With Minor.

© 2015 The New York Times Company