**Exhibit G**

***1. Interview with Female Anchor (FA), BBC 4 Radio, 1.3.15*** available at
***https://www.bbc.co.uk/sounds/play/p02g7qbc***

FA:     Alright, ladies and gentleman, welcome back.  We're joined right now by the one and only Alan Dershowitz.  Alan, I appreciate you doing this on last minute, but there was some news made today.  It's in line with what you have been saying all along, a judge presiding over a case involving convicted pedophile Jeffrey Epstein is thrown out, accusations against you.  You must very, very happy.

AD:     Well first of all, they were made in court papers that don't even ask for a hearing to try to prove them.  They put them in court papers in order to immunize themselves from any consequences of defamation suit.  The story is totally made up.  Completely out of whole cloth.  I don't know this woman.  I was not at the places at the times.  It's part of a pattern of made up stories against prominent people and world leaders, and the lawyers in a recent statement challenged me to deny the allegations under oath.  I am doing that.  I am denying them under oath thus subjecting myself to a perjury prosecution were I'm not telling the truth.  I am now challenging them to have their client put these charges under oath, and for them to put them under oath.  I am also challenging them to repeat them outside of the context of court papers so that I can sue them for defamation. I am challenging her to file a criminal complaint against me because the filing of a false criminal charge, which this is, carries a legal consequences, and so I wanna see this played out.  Not only in the court of public opinion but in the court of law, and I will prove beyond any doubt not only that the story is totally false but it was knowingly false. That the lawyers and the client conspired together to create a false story.  That's why I am moving for their disbarment in challenges to be provided to the Disciplinary Committee.

FA:     Right.  Professor Dershowitz, you are in the same situation as Prince Andrew in that in fact the allegations, the charge being made here effectively is that you had sex with Jane Doe 3 is how she's named in these papers as did the allegations go Prince Andrew and also it suggests here that you were witness to sexual abuse of other minors by Jeffery Epstein?

FA:     Now can you give us some sense though of why you are tied into this?  Do you know Prince Andrew?

AD:     I met Prince Andrew on a number of public occasions.  He came to my class at Harvard Law School and spoke to the students.  I met him at a birthday party by Lord Evelyn Rothschild, but I've never been alone with Prince Andrew.  Never been at a party with any women with Prince Andrew, and I'm certainly not a witness or participant in any sexual activities whatsoever.

FA:     Have you met him with Jeffery Epstein?

AD:     I met him, Jeffery Epstein, if I'm not mistaken was at Evelyn Rothschild's party. I've never been alone with Jeffery Epstein and with Prince Andrew.  No, never.

FA:     But you have represented Jeffery Epstein in the past, haven't you?  Because it's one thing you are effectively being put into the same situation as Prince Andrew, but you have been involved in this case.  You say look they are saying these things and what they are doing is wrong.  They have said that they have tried to get testimony from you but that you have avoided their deposition requests.

AD:     Totally false.  That's totally false.  I have never been asked to be deposed.  I would be happy to be deposed.  I'll be deposed today or tomorrow.  I have absolutely nothing to hide.  I will not answer questions about my legal relationship with a former client, of course, I'm not allowed to.  But, I will answer any and all questions about my personal life.  I will absolutely categorically and honestly deny any sexual activities with whoever this woman is or with any underage person ever in my life.  So, I'm not looking to avoid confrontation.  I'm looking to engage in confrontation with them.  So, I challenge them to depose me, to seek a hearing, to prove these charges, and to accept the consequences when it's proved that it's totally false.  And not only…

FA:     Now she has said, because you have been… look she's made some very serious charges here, but she has said these types of aggressive attacks on me is exactly the reason why sexual abuse victims typically remain silent, and the reason why I did for a long time.  That trend should change.  I'm not going to be bullied back into silence.

AD:     Nor will I be bullied into silence by false accusations against me.  What does she expect me to do, simply not to respond?  She has made a deliberate, wilful, criminal false charge.  She is a 30 year old mature woman.  I will defend myself against those charges.  I don't know her.  I don't want to know her.  But, I want to disprove those charges.  She can't hide behind the fact that some people bully some victims to try to falsely charge me with a crime I had nothing to do with.

FA:     We don't know her name.  We only know her as Jane Doe 3.  Do you know who she is?  And have you…

AD:     INAUDIBLE

FA:     You do?

AD:     Yes.

FA:     Have you ever met her?

AD:     No, not that I know of.  I mean I meet a thousand people a week.  I speak publically.  I have spoken to more than a million people over the years in public speeches.  I have no idea who I've met over the years, but I have never had any interaction with her.  I don't know who she is.  I couldn't pick her out of a line up.

FA:     Now the suggestion they have made clear that actually their intention in naming both you and Prince Andrew, that it effectively it's almost a side issue for them.  Their concern was a particular deal that was struck where you were the lawyer for Jeffery

Epstein for a plea bargain that was made. It has been secret. It's not been made public. Would you encourage that it now be made public?

AD:   Of course. Of course. I want everything to be made public. I want every bit of evidence in this case to be made public. I want every allegation to be made public. I want to know who else she's accused of these horrible crimes. We know that she accused Bill Clinton of being of Jeffery Epstein's private island and participating in a sex orgy with underage girls. The records of the Secret Service will prove that Jeffery, that President Clinton never set foot on that island, so that she lied. Now, it's possible to have a case of mistaken identification with somebody like me. It's impossible to have a case with mistaken identification with Bill Clinton. So….

FA:   And with Prince Andrew? It's obviously, you are clearly very angry at this. Are you able to say, and you say, there are certain allegations made about against Bill Clinton. What do you think of the allegations made against Prince Andrew?

AD:   My only feeling is that, if she's lied about me, which I know to an absolute certainty she has, she should not be believed about anyone else. She's lied clearly about me. She's lied clearly about Bill Clinton, we know that. We know she's lied about other public figures, including a former Prime Minister and others who she claims to have participated in sexual activities with. So, I think it must be presumed that all of her allegations against Prince Andrew are false as well. But, I don't know. I wasn't there. I'm not a witness. I am a witness to my own life, and I will swear under oath and I challenge them to swear under oath that it did not happen.

FA:   Now you are a Professor of Law. It is clear that you are going to use the law to, to try to clear your name from the allegations that have been made in these court papers. What would you devise Prince Andrew to do?

AD:   Well, I think he should clear the air as well. I think you can't allow these allegations to hang above you. The first question you have to ask yourself when you're charged with a crime like this is, is there any conceivable possibility you did it, and if the answer to that is no, then you have to fight back with every resource and ounce of energy available to you. Usually when people are charged with these kinds of things, there is some modicum of truth, some possibility that maybe they did something wrong and crossed the line. But, if you're squeaky clean and if you've never did anything like this, you must fight back with all the resources available to you and that's what I will do. I will not rest or stop until the world understands not only that I had nothing to do with any of this, but that she deliberately with a connivance of her lawyer lawyers made up this story willfully and knowingly.

FA:   Alan Dershowitz, thank you very much.

AD:   Thank you. Thank you for hearing my point of view.

FA:   And we, of course, ask the lawyers for Jane Doe 3 for a response to what Alan Dershowitz said there but they did not want to comment.

***2. Interview with BBC NEWS 1.4.15***   available at: ***https://www.bbc.com/news/av/world-us-canada-30670645/us-lawyer-alan-dershowitz-threatens-charges-over-sex-claim***

MA:     A prominent American lawyer has denied claims that he and Britain's Prince Andrew had sex with underage girls.  Alan Dershowitz has been speaking to the BBC.  He says he plans to initiate legal action in the American courts on Monday to prove his innocence.  Buckingham Palace has strenuously denied the allegation.  Here's Royal Correspondent, Peter Hunt.

PH:     Heading to church on Christmas  Day, Prince Andrew with other royals.  Any festive cheer has been replaced for him by concerns over these allegations, which he denies.  Also accused, and also protesting his innocence, the American lawyer Alan Dershowitz.  Tonight he is preparing to take legal action against his accuser, and he told the BBC the Prince should follow suit.

AD:     My goal is to bring charges against the client and require her to speak in court.  She, if she believes she has been hurt by me and by Prince Andrew, she should be suing us for damages.  I welcome that lawsuit.  I welcome any opportunity which would put her under oath and require her to state under oath these false allegations.

PH:     This man is the reason Prince Andrew is facing talk of lawsuits.  It's his once-close friend, the American financier Jeffrey Epstein, a registered sex offender.  Andrew stayed with him, and they've holidayed together.  The well-connected billionaire was sentenced in 2008 to 18 months in jail after pleading guilty to an offense of soliciting a minor for prostitution.  14 years ago, Prince Andrew was photographed with Virginia Roberts, who was then 17 and who was described as Epstein's personal masseuse.

PH:     Now, the Prince has been named in court papers; it's not an action against him.  An unnamed woman alleges that when she was a minor, she was the victim of a sex trafficking scheme run by Epstein.  The document reads:  "One such powerful individual Epstein forced the woman to have sexual relationships with was a member of the British Royal Family, Prince Andrew.  She maintains it happened once, here, on Epstein's private island in the Caribbean at an orgy with numerous underage girls and also in London and New York.

PH:     Officials here at the palace insist these allegations are categorically untrue.  But they know that's not the end of it.  Prince Andrew took a big knock in 2011 when his links with Epstein were first scrutinized closely.  Four years on, he continues to pay a price for that friendship.  Peter Hunt, BBC News, Buckingham Palace.

MA:     Stay with us on BBC News.

***3. Interview with Female Anchor (FA), BBC 1, 1.4.15*** available at:
***https://www.bbc.com/news/av/uk-30665175/prince-andrew-sex-claim-alan-dershowitz-threatens-action***

FA:     Good morning.  First our main story.  Buckingham Palace has issued a new statement denying any contact or relationship between Prince Andrew and the woman who claimed she was forced to have sex with him.

It's the second day running that the Palace has responded to material appearing in the newspapers.  The allegations have been made by an American woman in court papers filed in the United States.  Our own correspondent Peter Hunt reports.

PH:     For Prince Andrew with each day that passes, and with each fresh sometime leered allegation immerges, this is a situation that has the potential to seriously damage him and the Monarchy.  For a second day the papers make painful reading for the Royals.  Two of the Sundays, say Andrew's accuser is Virginia Roberts.  Something the BBC can't confirm.  Buckingham Palace responded to the claims with a second robust statement.  A spokesman said it is empathically denying the Duke of York had any form of sexual contact or relationship with Virginia Roberts.  The allegations made are false and without any foundation.  Also accused and also protesting his innocence the American lawyer, Alan Dershowitz.  He's preparing to take legal action against the woman, when he told the BBC the Prince should follow suit.

AD:     My goal is to bring charges against the client and require her to speak in court.  If she believes she has been hurt by me and by Prince Andrew, she should be suing us for damages.  I welcome that lawsuit.  I welcome any opportunity which would put her under oath and require her to state under oath these false allocations.

PH:     This man is the reason Prince Andrew facing talk of lawsuits.  It's his one close friend the American Financier Jeffery Epstein, a registered sex offender, Andrew stayed with him the holiday together.  The well connected billionaire was sentenced in 2008 to 18 months in jail after pleading guilty to an offense of soliciting a minor for prostitution.  Prince Andrew continues to deny he had sex with a woman when she was under age as he battles to contain the fallout from these allegations.  Peter Hunt, BBC News.

***4. Interview with CTV News-1, 1.4.15***

SS:     Prince Andrew embroiled in an underage sex scandal.  Buckingham Palace denying the Royal had sex with a minor.  Hey everyone.  Welcome to CTV News Channel, I'm Sarah Siskagal.  Buckingham Palace is on the defensive denying that Prince Andrew had sex with an underage girl, an American woman British media have identified as Virginia Roberts, saying that she was first to have sex with the Royal when she was a teenager.  A claim, of course, that Buckingham Palace right now is refuting.  The scandal began after Prince Andrew was named in a civil lawsuit against multimillionaire investor Jeffery Epstein.  Epstein went to jail for a year for soliciting sex with a minor.  The alleged victim claims that Epstein made her have sex with Prince Andrew, other well-

known men, including prominent American lawyer, Alan Dershowitz.  He spoke to us earlier.

AL:      There is simply not a kernel or iota of truth.  I never met this woman.  I don't know her.  I never shook hands with her.  I never was in the same room with her as far as I know, and I certainly never had sex with her.  I never had sex with any underage person in my life even when I was underage.  I never had sex with any of Jeffery Epstein's friends.  I have been married since I've known Jeffery Epstein.  The story is totally false, totally made up, and now the question is "what's going to happen to the lawyers?"

SS:      Dershowitz is threatening to take legal action against Virginia Roberts and her lawyers.  Controversial comedian Bill Cosby will go ahead…

### 5. Interview with Umar News 1 1.4.15

AD:      Without any hesitation, I unequivocally and without any reservations, totally deny all the allegations about sexual contact.  I never had any sexual contact with Jane Doe 3, any other Jane Doe, any other underage person, any other person associated with Jeffery Epstein.  Not on an airplane, not on an island, nowhere.  My goal is to bring charges against the client and require her to speak in court.  If she believes she has been hurt by me and by Prince Andrew, she should be suing us for damages.  I welcome that lawsuit.  I welcome any opportunity which would put her under oath and require her to state under oath these false allegations.

Interviewer:    And what was your relationship with Epstein when you were his lawyer?

AD:      I was his lawyer.  I represented him.  Before I was his lawyer, I was a social acquaintance he came to Harvard on several occasions, sat in my classes, I was at his home for parties with a large number, mostly scientists, mostly men, dinner parties, intellectual gatherings.  I then became his lawyer.  I now have not seen him for a period of time.

Interviewer:    Are you in contact still?

AD:      I am in contact because of these allegations.  I hadn't been in contact with him for about a year.

Interviewer:    Since this has come out?

AD:      He's very upset at these lies being circulated.

Interviewer:    So he would be prepared to come out in your defense?

AD:      I don't need anybody to come out in my defense.  The truth will emerge.  The facts are clear.  I don't need any character witnesses.  Everybody who knows me knows this is not something I would ever do or could ever have done.  The truth will come out.  I just need an opportunity, a legal proceeding, at which to call witnesses, at which to prove my case.  What they've done was so underhanded simply asserting it in a legal

proceeding and not asking for any opportunity to prove it.  Not alleging that they could provide it.  Not giving me an opportunity to disprove it.  That's Kafkaesque.

Interviewer:    And, Prince Andrew was also named in these documents.  What is your relationship with him?

AD:    I met him on maybe a handful of occasions.  He came to my class at Harvard Law School.  There was a lunch sponsored by the Harvard Law School for him.  I've never been alone with Prince Andrew.  I have never alone with Prince Andrew or Jeffery Epstein.  I've never been with Prince Andrew and any women.

Interviewer:    So, you never been at these so called sex orgies that they described?

AD:    No, I have never been at any sex orgies that are described in these pleadings.  It's a total, total made up and completely, completely mendacious charge.

Interviewer:    And, it's widely been reported that Jane Doe No. 3 is a woman named Virginia Roberts.  Are you aware of this Virginia Roberts?  Do you believe that she is Jane Doe No. 3?

AD:    The name is not at all familiar to me.  I have for the first time, I think this morning, seen a picture of her.  She is not at all familiar to me.  I meet thousands of people every year of course so I don't know who I haven't met, but she is not at all familiar to me.

Interviewer:    The victim says you are trying to silence her.  What would you say to her?

AD:    I would like the opposite.  I want her to speak.  I challenge her to speak.  I challenge her to repeat her statement.  I'm not trying to silence her that's the last thing I want to do.  I want her to speak out.  Please speak out and repeat your statements under oath or to the media.  That's all I ask of you.


### 6.  Interview with Don Lemon, CNN Tonight 1.5.15

DL:    Joining me now Alan Dershowitz, his latest book is Terror Tunnels, now available on ebook.  So Alan, you are also mentioned in the Court documents and here's what it says, it says in part, "Epstein required Jane Doe #3 to have sexual relations with Dershowitz on numerous occasions while she was a minor, not only in Florida but also on private planes in New York, New Mexico, and the U.S. Virgin Islands.  In addition to being a participant in the abuse of Jane Doe #3 and other minors, Dershowitz was an eye-witness to the sexual abuse of many other minors by Epstein and several of Epstein's co-conspirators."  What's your response to those very serious allegations, you've already responded legally, I understand.

AD    Well, they're all made up, just totally out of old cloth, I don't know this woman, I've never been with her, I've never been with her, I never had sex with her, or any kind

of contact with her, never saw any illegal activities.  As to the airplanes, there's a manifest that will prove beyond any doubt that I was never on a private airplane with this woman or any other underage girl, so you know, she's a serial liar.  She has said that Bill Clinton was with her at an orgy on Jeffrey's Island. The Secret Service records will show that didn't happen.  She said she met the Queen.  Buckingham Palace records show that didn't happen.  Why would anyone believe this woman with a criminal record, this woman who has lied through her teeth repeatedly about many world leaders.  The blame is clearly with the lawyers.

DL      So why are you being targeted, as you mentioned the lawyers, why would someone target you, Alan Dershowitz, with these very serious allegations?

AD      Well, I fit beautifully into the profile, because they want to be able to challenge the plea agreement and I was one of the lawyers who organized the plea agreement.  I got the very good deal for Jeffrey Epstein.  I plead guilty for getting him a good deal, that's my job.  And if they could find a lawyer who helped draft the agreement, who also was a criminal having sex, wow, that could help them blow up the agreement.  So they sat down together, the three of them, these two sleazy unprofessional disbarable lawyers, Paul Cassell, former federal judge, current professor, and another sleazy lawyer from Florida, Brad Edwards, whose partner is in jail for fifty years for trying to sell Epstein cases fraudulently.  They sat down together and they said who would fit into this description?  A lawyer, who knows Epstein, who helped draft, ha! Dershowitz.  So they and the woman got together; contrived and made this up.  They'd been talking to the woman for years.  She never alleged me before, she never made any mention; many of the others were mentioned before.  First time my name was mentioned was a week ago.

**7.  CNN Live 1/5/15** available at: https://www.cnn.com/videos/tv/2015/01/05/newday-alan-dershowitz-sexual-abuse-scandal.cnn

HG      Let's get Mr. Dershowitz live.  He joins me from Miami Beach, Florida.

Thanks for being with us.

What are your response; what is your response to the allegations in this suit that you had sex with this under age minor on Epstein's Island, on his ranch, on planes?

AD      As far as the planes are concerned they're flight manifests and they will prove I was never on any private airplanes with any young women.

HG      Alright.  So, why would . . .?

AD      I have a superb memory.  I have a memory of not having met her.  I don't have just a memory of not having  . . . I DID NOT MEET HER!  I did not, and believe me, I remember everybody I've ever had sex with.  I do not battle that I would forget.  I did not have any sexual contact whatsoever, under  any circumstances.  She made the whole thing up at a [ ? ].  I can prove it by flight records, I can prove it by my travel records and if the lawyers, these sleazy, unprofessional, unethical lawyers.  Ah, Paul Cassell and Brad Edwards.  If they had just done an hour of research and work, they would have seen that

she is lying through her teeth.  They're prepared to lie, cheat and steal.  These are unethical lawyers.  This is Professor Cassell who shouldn't be allowed near a student. This is Professor Cassell who's a former Federal judge.  Thank God he no longer wears a robe.  He is essentially a crook.  He's essentially, somebody who's distorted the legal profession.  These are virtually the equivalent of purgers and they have to be taken out of the legal profession.  They can't be allowed to have a bar card to victimized more innocent people.  They claim to be Victim's Rights lawyers but they're not.

8. *NBC News Today 1/5/15 with Matt Lauer*  available at *https://www.today.com/video/today/56723136*

ML:   Alan good morning to you.

AD:   Good morning.

ML    I was reading a pre-interview you did with our producer, it appears you're not only prepared to defend yourself, but you are also are about to go on the offense.  So let's get to the basics.  Your response to the allegations that you had sex with an underage girl all those years ago.  What is your response?

AD:   Totally false and made up.  And her lawyers have to know this.  Her lawyers Paul Cassell, a former federal judge, and Brad Edwards, deliberately and willfully filed this in a pleading, which they knew I had no opportunity to respond to in court.  Without doing any investigation, if they had simply investigated the manifest to the airplanes.  If they had checked my travel records.  If they had asked me and I could have given them the names of these people who were the witnesses.  They would know the story is totally and completely false.

ML:   Well…let me ask you the question that...

AD:   These lawyers engaged in unethical behavior and should be disbarred.

ML:   Let me…

9. *Interview with ABC World News 1.5.15*  available at: *https://archive.org/details/KGO_20150106_013000_ABC_World_News_Tonight_With_David_Muir/start/840/end/900*

A:    From ABC News World Headquarters, this is ABC World News Tonight.

DM:   Now to the growing royal scandal on the cover of every paper in London, allegations about Prince Andrew and tonight his ex-wife Fergie now speaking out. Here's ABC's Matt Gutman.

MG:   Tonight, Buckingham Palace vehemently denying allegations of Prince Andrew's involvement in an underage sex scandal.  Queen Elizabeth's middle son, Prince Charles's brother and Sarah Ferguson's ex named in newly filed court documents in Florida, claiming this girl, pictured with the prince, was forced to have sexual relations with him

on several occasions.  The filings claimed the woman identified as Jane Doe #3, was kept as a sex slave by Prince Andrew's longtime friend, billionaire banker, Jeffery Epstein, who ordered the teen to "give the prince whatever he demanded."  In 2008, Epstein pleaded guilty to soliciting a minor for prostitution serving 13 months. But these new court filings claim the gov't plea deal with Epstein violated the rights of the two girls, then underage, who claimed they were used as sex slaves.  In the filing, Jane Doe #3 also claims Epstein made her available for sex to politically connected and financially powerful people.  One of them, the prince, the other, the prof- Harvard Law professor, Alan Dershowitz.

[Speaking to Alan Dershowitz] So you are saying at no time was it possible for you to have been alone with this young woman and have had sex---

AD:     Absolutely not. The story is completely and totally made up.

MG:     Sarah Ferguson also standing by her ex today, taking time out of her Swiss ski vacation to say he is "the greatest man there is." Neither the prof or the prince named as defendants, but both taking it very seriously, Dershowitz is right now filing a motion to intervene, and the palace has already issued three statements of denial, an extraordinary move for them.  David.

DM:     Alright, Matt Gutman tonight, thank you. When we---

**10.  Interview with CNN New Day 1.5.15**  *available a*t
https://www.cnn.com/videos/tv/2015/01/05/newday-alan-dershowitz-sexual-abuse-scandal.cnn

AC:     He is Professor Emeritus at Harvard Law School and he joins us now.  Alan? Nice to see you as always, but this woman is making very serious and scandalous allegations against Prince Andrew and you. Have you ever met this woman named Virginia Roberts?

AD:     No, absolutely not.  I don't know who she is.  She has made it up out of whole cloth.  She said I had sex with her on Jeffery Epstein's island.  I was on his island once with my wife.  The records will show this -- my wife, my daughter, a prominent Harvard Business School professor, his wife, brother-in-law, sister-in-law and their children.  I was never out of my wife and daughters' site for the 24 hours on the, I was on the island. She said I had sex with him on, on Jeffery Epstein's ranch in New Mexico.  I was there for about an hour, once before the building was complete. Nobody was in the building, I just toured the building.  She said I had sex with her on Jeffery Epstein's airplanes.  The flight manifests will prove conclusively I was never on any airplanes with her.  She is making it up out of whole cloth. But the real villains are the lawyers, Paul Cassell, a former federal judge, and Brad Epstein [sic], who filed this without doing any checking, if they had just checked the manifests, if they had just checked with me, if they had just checked the witnesses, they would know not to fire this type of stink ball, in court without checking, these lawyers will be disciplined. I am seeking their disbarment and that's what ought to happen to them. No lawyer ought to be able to practice who makes

these allegations that are false and demonstrably and provably false without even the most minimum of checks.

AC:     So, so Alan, to be clear.  You have never met, never even met this woman, Virginia Roberts.

AD:     Absolutely not.

AC:     Okay.  And the man at the center of this scandal, Jeffery Epstein, he's the Wall Street billionaire, what is your relationship with him?

AD:     I was his lawyer.  I represented him.  I helped make the deal, it was a very good deal. I am proud of it. If people think the deal was too good, hey, I plead guilty to that. If you don't like that, criticize me about that, but don't make up stories that have no basis whatsoever in truth. I never met this woman, I never touched her, I was never massaged by her, there was no contact, no contact whatsoever and I will prove it conclusively and then I will bring disciplinary charges and prove that these lawyers knew that this was false, could easily have checked and didn't and the end result will be that the lawyers will be disbarred.  Because no lawyer should be able to practice when they have those low ethics and low ethical standards.

AC:     Here's what she says--

AD:     And I have challenged her. I have challenged her--

AC:     Yes?

AD:     --to repeat those statements, in public.  She has refused to. She says I'm trying to silence her? It's the exact opposite.  Repeat the statement so that I can sue you, but the statements were filed in a privileged, legal document. The document didn't even ask for a hearing.  It didn't say we can prove it. Just threw this stink bomb.  It's the legal equivalent of writing graffiti on a bathroom wall and running away.  But I will take action. I am filing today a sworn affidavit denying categorically the truth. I am seeking to intervene in the case. I am challenging her to file rape charges against me. I will waive any statute of limitations, any immunity, because if she files a false rape charge against me, she goes to jail. The end result of this case should be she should go to jail, the lawyers should be disbarred, and everybody should understand that I am completely and totally innocent.

AC:     The court documents that you are referring to, we have an excerpt of one of them, let me just read them for our viewers: "Jeffery Epstein required Jane Doe #3, aka, Virginia Roberts, to have sexual relations with Dershowitz on numerous occasions while she was a minor, not only in Florida, but also on private planes, in New York, New Mexico and the US Virgin Island.  In addition to being a participant in the abuse of Jane Doe #3 and other minors, Dershowitz was an eye witness to the sexual abuse of many other minors by Epstein and several of Epstein's co-conspirators."  Did you ever witness anything untoward or any sort of sexual encounter?

AD:      Absolutely not. And I wrote to her lawyers and told them that four or five years ago when that allegation was made, that I might have been a witness.  Remember that this woman, who I haven't identified, you have, is a prostitute, she is a liar, she has charged Bill Clinton with having sex with her on the island when Secret Service records will obviously show he was never on the island. She claimed to meet the Queen, Buckingham records will show that that isn't true.  How does a lawyer rely on the statement of a woman who is a serial perjurer? Serial liar? Serial prostitute? And bring charges against somebody with an unscathed reputation like me without even checking.  Shame on those lawyers.  They have to pay a heavy price for what they have done in abusing the legal system.

AC:      Buckingham Palace, as we said, has released a statement, let me read that to you.  They say "A very serious allegation of sex with a minor was leveled at the Duke in a legal document submitted to a US court.  It is emphatically denied that the Duke of York had any form of sexual contact or relationship with Virginia Roberts. Any claim to the contrary is false and without foundation." Alan, what is your relationship with Prince Andrew, if you have one?

AD:      Well, I have met him on several occasions. I was invited to a formal dinner by the British Consul and he was the guest and we talked about the Middle East.  I was invited to a party by Lord and Lady Rothschild, a birthday party, he was there.  I was invited to an event with an astronaut coming back from outer space, he spoke to my class at Harvard Law School, there was a lunch sponsored by the Harvard faculty. I have never been alone with him. I have never been with him in a social setting beyond those I have described.  I have never seen him participate in any untoward activities. I know nothing about the allegations regarding him or anyone else.  I have never observed any improper conduct in relation to Jeffrey Epstein. I have never participated in it. The story is simply false. It's not a matter of degree, it is totally, willfully, knowingly false, and these lawyers who are putting the story forward have to pay a heavy consequence.  I am going to sue them for defamation, I am going to see that they are disbarred; I challenge them to come on your show and repeat the statement. Let them just come on your show and say, "Alan Dershowitz had sex with this woman." And they will be in court the next day having to justify that statement.  Right now, they are hiding behind privilege, they are refusing to make those statements, they put this in a legal document which gives them protection and they are behaving absolutely unethically. I am accusing them of unethical behavior, that's a defamation if it's false, let them sue me.  I await the challenge. I await every opportunity to prove my innocence and their guilt.

AC:      So Alan, what happens next?  What are you going to do today?

AD:      Today, I am filing a sworn statement making the same challenges I've put forward today.  I am filing a motion to intervene in the case in which they filed that they don't want me to intervene because they don't want me to have any opportunity to answer. We are preparing, also, disbarment and disciplinary papers. I am issuing the challenges I have issued to have her charge me with rape, the crime of rape, the most serious crime anyone can imagine, because if she does, she will go to jail for filing a false rape charge. I am taking very, very aggressive actions to make them come forward and

justify their conduct.  So far they have hidden behind privilege, they have hidden behind a legal document that they filed, and they refuse to comment beyond a lawyer-like statement, which doesn't repeat the allegations. Come out from behind the privilege. Come on this show.  Make the statement. Stand behind what you have said. The statements are totally, completely, categorically false from top to bottom.  Look.  This is a zero-sum game. Either I will end up being disbarred and criminally charged or they will end up being disbarred and criminally charged.  There is no gray area here.  One of us is telling the truth, one of us is lying.  I am telling the truth, and I can prove it and they are lying and I can prove it.

AC:     So Alan if these charges are categorically false as you say, what's in it for Virginia Roberts? Why is she doing this?

AD:     She is trying to sell a book.  She sold her story already to various British tabloids. She is a serial liar.  She is a woman who claims to have been with the Queen, to have been with Bill Clinton on the island.  She has made up stories from the very beginning of her life.  She has a criminal record. The prosecutor in Palm Beach County once refused to bring her case because she had no credibility. The lawyers could easily have found this out.  I found all this out in one day.  The lawyers could have found this out.   She is a totally non-credible person. Nobody should believe a word she says.  The records establish that.  Why these lawyers did it? Put them on your show, ask them the question. Why would they try to destroy the reputation of somebody with a 50-year perfect reputation in order to what? Gain some money? Gain some litigation advantage? I don't understand it.  I have written to friends of mine who know Paul Cassell and asked him, why would he do this?  Why would he engage in such unethical behavior?  Why would he put his bar license on the line?  Why would he put his academic teaching career on the line? He may get fired from his teaching career for filing this kind of unethical document.

AC:     Yeah.

AD:     And if he is disbarred he probably will be fired. Ask him that question.  You have asked me every question, I will answer any question.  I am not hiding behind any privilege.  Now make him justify his conduct.

AC:     We have extended an invitation to her attorneys and we do hope to be able to ask them those questions tomorrow on New Day.

AD:     They will not respond.  They will not respond.  They will not.  I make a prediction – they will not state on your show "Alan Dershowitz had sex with this woman." They will not do that because if they do that, they are in court the very next day being sued for defamation for $100 million.

AC:     Alright, we will follow this story.  Alan Dershowitz, we appreciate you coming on New Day.

**11.  *Interview with Don Lemon, CNN Tonight, 1.5.15 (FR=Female Reporter,
     BP=British Press)*** available at: https://www.youtube.com/watch?v=8kSpoEiA35s

DL:     It's 11:00 pm on the east coast.  This is CNN Tonight.  I'm Don Lemon.  Ripped
from the headlines two shocking stories making news around the world.  First, the
billionaire sex scandal that reaches all the way to Buckingham Palace.  Britain's Prince
Andrew and top attorney Alan Dershowitz are blasting allegations of sex with an
underage girl.  The Royal family emphatically denying the charges, and Dershowitz
insisting that he can prove the story about him is a lie.

FR:     The usually stoic and silent Buckingham Palace has become very vocal denying
allegations in a Federal lawsuit tying his Royal Highness Prince Andrew to sex crimes.
There is nothing to suggest this is true a Palace statement says.  We have no record of
such a meeting.  The second son of Queen Elizabeth is not charged in the ongoing
Federal lawsuit but it puts him right in the middle of an alleged sexual abuse ring from
1999 to 2002 that was allegedly run by international financier Jeffery Epstein.  Epstein
pleaded guilty to solicitation of prostitution.  In 2008, he was sentenced to 18 months
behind bars.  He served 13 months.  Epstein was known to hobnob with the rich and
famous, including Prince Andrew.  When the two were spotted walking in Central Park in
2011 after Epstein had become a registered sex offender, the British press went crazy

BP:     You're an embarrassment, Sir.  Prince Andrew, are you resigning?

FR:     His friendship cost Prince Andrew his job as the UK Trade Representative.  Now
the alleged victims are suing the U.S. government saying their rights had been violated in
the Epstein plea deal, and at least one victim has named Prince Andrew by name.  Jane
Doe #3 was forced to have sexual relations with this Prince when she was a minor in
three separate geographical locations, in London, New York and on Epstein's private
island in the U.S. Virgin Islands.  According to the suit, young women were paid to come
to Epstein's home in Florida to give him massages, where they were allegedly sexually
assaulted.  The defense said the girls lied about their ages, and that there was never any
sexual molestation.  Prince Andrew has not been charged but the allegations have led to
two public denials from the Royal family including one that brazenly names the accuser.
It is emphatically denied that HRH, the Duke of York had any form of sexual contact or
relationship with Virginia Roberts.  The allegations made are false and without any
foundation.  The Federal lawsuit also names high profile criminal defense lawyer, Alan
Dershowitz, and the story is quickly becoming an international story.  Of course, it is all
over the networks in Britain but right here in the United States.  The New York Post is
showing pictures of who they say is Virginia Roberts.  CNN does not normally name an
accuser in a sexual assault case, but because Ms. Roberts did her own interview with the
British tabloid that is why we are stating her name.  Don.

DL:     Joining me now Alan Dershowitz.  His latest book is Terror Tunnels now
available on E-Book.  So Alan you were also mentioned in the court documents and here
is what it says in part "Epstein required Jane Doe #3 to have sexual relations with
Dershowitz on numerous occasions while she was a minor not only in Florida but also on
private planes in New York, New Mexico and U.S. Virgin Islands.  In addition to being a

participant in the abuse of Jane Doe #3 and other minors, Dershowitz was an eyewitness to the sexual abuse of many other minors by Epstein and several of Epstein's co-conspirators." What's your response to those very serious allegations you already responded legally I understand?

AD:    Well, they're all made up. Just totally out of whole cloth. I don't know this woman. I've never met her. I've never been with her. I never had sex with her or any kind of contact with her. I never saw any illegal activities. I just filed a sworn affidavit which subjects me to perjury prosecution. You know, this is all beyond the statute of limitations. I didn't have to do anything. I could ignore it. But, I filed a sworn statement in which I not only categorically deny everything I go to each of them, and I say yes I was on the island in the Caribbean with my wife, my daughter, distinguished professor at Harvard from the business school, his wife, in-laws and children. We were all together, and my wife and my daughter were never separate from me for the 24 hours I was there. As far as New Mexico is concerned, which she claims she had sex with me, I was there only once before the building was complete. No one was in the building. It was totally empty. Jeffery Epstein wasn't there. We just looked around with two of my friends, my daughter, my wife, we left. As to the airplanes, there's a manifest that will prove beyond any doubt that I was never on a private airplane with this woman or any other underage girl. So, you know, she's a serial liar. She has said that Bill Clinton was with her at an orgy on Jeffery's island. The Secret Service records will show that didn't happen. She said she met the Queen. Buckingham Palace records showed that didn't happen. Why would anyone believe this woman with a criminal record? This woman who has lied through her teeth repeatedly about many world leaders. The blame is clearly with the lawyers. So then the lawyers could easily have found this out by just doing a little bit of checking. Why didn't they?

DL:    So why are you being targeted as you mentioned the lawyers? Why would someone target you, Alan Dershowitz with these very serious allegations?

AD:    Well, I fit beautifully into the profile because they wanna be able to challenge the plea agreement, and I was one of the lawyers who organized the plea agreement. I got the very good deal for Jeffery Epstein. I plead guilty for getting him a good deal. That's my job, and if they could find a lawyer who helped draft the agreement who also was a criminal having sex, wow. That could help them blow up the agreement. So, they sat down together, the three of them. These two sleazy unprofessional disbarable lawyers, Paul Cassell, former Federal judge, current professor and another sleazy lawyer from Florida, Brad Edwards, whose partner is in jail for fifty years for trying to sell Epstein cases fraudulently. They sat down together and they said who would fit into description, a lawyer who knows Epstein, who helped draft, ha! Dershowitz. So they and the woman got together and contrived and made this up. They've been talking to the woman for years. She never alleged me before. She never made any mention, many of the others were mentioned before. First time my name was mentioned was a week ago.

DL:    So explain your relationship though. His name is Jeffery Epstein, your connection to him, you said he and several lawyers got… you represented him, and you got a good deal for him.

AD:     I did.  That's right.  I work with Ken Starr.  I work with many of the very prominent lawyers, Jerry Lefcourt, Jay Lefkowitz, and we for months negotiated with the government, it was one of the toughest negotiations we ever had.  We were fighting arms-length.  Finally, we persuaded them they did not have a strong case, and they agreed to drop the Federal prosecution if he would agree to plead to a state charge for which he got 18 months in prison.

DL:     For?

AD:     That was a deal.  My client didn't think it was such a good deal.  For soliciting a minor for sex.  My client didn't think it was such a good deal.  That's the way these things usually work out.  You work out of a negotiation.  Neither party is completely satisfied.  So, you complain.  But, you don't go after the lawyer and falsely charge him with the sex act which you know he didn't commit because you just have to look at the evidence.  Look at the plane manifestos, look at my travel, look at my passport, call me, ask me, I can produce the witnesses since the lawyers didn't do that.

DL:     It's the stuff out of television.  It sounds like a Law and Order.

AD:     It's scrawling something on a bathroom wall.

DL:     It sounds like a Law and Order episode.  Have, do you ever in your career seen anything like this happening to an attorney who represented someone?

AD      No.  I have never seen two lawyers like Paul Cassell and Brad Edwards engage in such unethical disbarable conduct, and I am accusing them on your show of unethical conduct.  I'm opening myself up to a defamation lawsuit.  I am asking her to file criminal rape charges against me.  I am waiving the statute of limitations or any immunity.  But, if she files a false rape charge against me, she goes to jail for filing a false charge.

DL:     You're gonna sue them?

AD:     These two lawyers and this woman has done to rape victims, I'm suing them.  These two lawyers and this woman have hurt rape victims so much by putting forth a fake rape victim.  They have hurt rape victims.  They've hurt other kinds of victims, every feminist, every victim of rape should be furious at this woman, should be furious at these lawyers.  They claim to be victims' rights lawyers.  They create victims, but they picked the wrong victim this time.  They picked an innocent victim and I'm not going to rest until not only am I completely vindicated, that they admit that they willful and knowingly filed this legal paper knowing that it was completely false.

DL:     Ok, so you categorically deny everything.  CNN Tonight, I need to say this, reached out to Virginia Roberts' attorneys, and here's what her attorney Brad Edwards told CNN (this is via e-mail, and this was on Friday), it said "we intend to only litigate the relevant issues in court and not to play into any sideshow attempted by anyone; we do not plead anything before carefully investigating all of the allegations first."  Your reaction Alan?

AD:    Well, they are hiding.  What they did is they filed this thing in a document that gives them protection privilege.  They didn't ask to prove it.  They didn't ask for a hearing.  They didn't ask for anything.  They just threw it out there and expected me to remain silent.  Now, we're trying to file a motion to intervene.  I hope the court lets us in, because otherwise I have no legal response and, of course, I will have to sue them for defamation and will have to bring charges against them in front of the Bar Association.  I need a legal forum in which to litigate this.  I want witnesses.  I want the documentary evidence to come forward.  We will destroy the creditability of this woman because she is a serial liar, who's lied about so many people and the public has to know that she has lied and these lawyers have tried to destroy my reputation.  The end result will be that they will no longer be able to practice law.  Paul Cassell should not be able to teach students.  He should not be able to practice law.  A law license is not a license to victimize innocent people the way they do.

DL:    I have to ask you that Prince Andrew is mentioned in this.  Why drag Prince…  First of all, you know Prince Andrew.  How do you know him and why drag the Prince into this?

AD:    I met him a few times.  I met him in public occasions.  He came to my class at the Harvard Law School.  We had a dinner.  I had dinner with him at the British Consulate.  They brought him in on the craziest of theories.  They argued that Prince Andrew, because he had sex with, there's no evidence that he did, try to influence and did influence the plea bargaining negotiations.  Can you imagine a British Prince calling up an American prostitute in Florida and trying to influence an American justice system?  They'd hang the phone up.  They would laugh.  They would go out to dinner on that for months.  As Jeffery Epstein's lawyer, I would never let Prince Andrew make a phone call.  He'd make a fool of himself.  He'd make a fool of all of us.  Princes don't call prosecutors and try to influence the outcome of the case.  But, that's what they're alleging.  That's how stupid, their hearing, their legal document is.  But, they had to bring in, they have to find an excuse to bringing in the Prince so they wanted the maximum publicity.

DL:    So you have signed your legal response, and that is in the process of, you know, in the court system now.

AD:    I have.

DL:    So what do you anticipate would be your next move?

AD:    Well, we are planning to file a defamation action in various parts of the world.  Perhaps in London, perhaps in New York, perhaps in Florida.  Everywhere the defamation has occurred.  We're going to file a lawsuit, demanding that they prove what they have alleged.  They can't because it's not true.  We're going to file disciplinary charges against the lawyers for failing to take even the most minimal steps of trying to corroborate the word of this serial liar, who's had a long, long history of lying.  They can't just believe a serial liar and put in a piece a paper, not even asking for a hearing just saying the piece of paper is there, let it lie there, let the media pick it up.  By the way,

they dropped a dime on the media when they filed it.  Otherwise, the media never would have noticed a filing in Palm Beach County just before New Year's.  So, clearly they had to have notified the press of this.  The purpose of the legal proceeding was to get you folks to cover this story.

DL:     Alright.  Well, here we are doing it.  Alan Dershowitz, thank you.

AD:     Right.  Thank you.

DL:     We've got a lot more ahead on this shocking story.

**12.** *Good Morning America 1.5.15*  available at:
*https://www.goodmorningamerica.com/news/video/prince-andrew-sex-scandal-royal-family-fights-age-27983142*

A:     And so it comes here on GMA we have a scandal that is rocking the royal family – allegations against Prince Andrew this morning and the strong statement from the Palace – what they are saying right now.

GS:     The scandal hitting Buckingham Palace – Prince Andrew under fire right now and what half of the Palace is saying about the explosive allegations.  We do begin with that scandal rocking the royals.  Papers filed in a Florida lawsuit claim Prince Andrew had sex to an underage girl.  The Prince cut his vacation short to fly back to visit the Palace denying the charges and ABC's Matt Gutman has the latest.

MG:     The accusations against Prince Andrew surfacing in newly filed court documents.  A woman referred to as Jane Doe #3 claiming she was forced to have sexual relations with Prince Andrew as a teenager in three separate locations.  The Duke of York, Queen Elizabeth's second son, brother to Prince Charles and ex-husband of Sara Ferguson denying the allegations at Buckingham Palace releasing rare statements saying "it is emphatically denied that the Duke of York had any form of sexual contact or relationship with Jane Doe #3.

MAN: In a case like this where the allegations are really very serious, there has to be a robust response.  There has to be a clear from, indeed an angry, legal response.

MG:     The allegations emerging as part of a civil lawsuit over an agreement federal prosecutors struck with this man, Jeffrey Epstein.  The billionaire banker pleaded guilty in state court in 2008 to solicitation of a minor for prostitution but Jane Doe #3 and other alleged victims claim the deal he struck to avoid federal prosecution violated their rights.  The new filing also claims Jane Doe #3was kept as a sex slave from 1999 to 2002 with Epstein "making her available for sex to politically-connected and financially powerful people including Prince Andrew and he's not the only one.

MAN: So you're saying at no time was it possible for you to have been alone with this young woman and have had sex?

AD:     Absolutely not!

MAN: The court documents claim renowned Harvard law professor Alan Dershowitz also had sexual relations with Jane Doe #3 which he denies.

AD:     I do not know who she is.

MAN: He tells us he wants the woman to speak out so he can sue her for libel.

AD:     Please speak out – repeat your charges against me.

MAN: Through her attorney Jane Doe #3 telling ABC News "I'm looking forward to vindicating my rights as an innocent victim."

MG:     Now no comment from the Epstein camp but the accusations keep on coming. Jane Doe #3 now reportedly claiming that she met with the Queen of England – something the Palace strongly denies and as for Prince Andrew, the fifth in line for the throne, he's in a hot seat.  Coming back from his Swiss skiing vacation to England for consultations with Palace advisors, they are taking this very seriously.

GS:     They will better face the Queen too.  Okay Matt thanks very much.  Let's bring in ABC's Dan Abrams.  Back right now and breaking news from Alan Dershowitz and the Palace, these are not your tipping of the Isles – no wiggle room at all.

DA:     No typically the Palace doesn't even respond to this sort of stuff BUT they have to respond to this and these kinds of allegations.  They've now made three denials already.  From a Palace that ordinarily doesn't respond at all.  Alan Dershowitz's denial is even more interesting.  He's challenging her and her lawyers to come out in public and make these allegations.  Why?  Because when you make an allegation in legal papers, you can't sue over it – it's protected.  What Dershowitz is saying is effectively I challenge you to make these exact same allegations outside of legal papers so I can take legal action against you for saying it.  That's more than just a denial – that's a challenge.

MAN: On the part of Alan Dershowitz

GS:     So why are we seeing this all right now?

DA:     It's all connected to this Epstein case.  You got these two alleged victims who basically said they never should have cut this deal with him.  They never should have agreed not to prosecute him.  Now you have these two new alleged victims coming forward and saying we want to join in that lawsuit.  And here's why we're relevant to the case and that's where they list all these allegations.  So this is a civil lawsuit and some would say they didn't need to get in to all of these allegations in order to make their case but the lawyers for the alleged victims would say, we were demonstrating why we're relevant to this particular lawsuit.

GS:     Any chance this leads to criminal charges for Prince Andrew?

DA:    I don't think so.  A lot of this has already been known in the past.  I think it's very unlikely this'll lead to any criminal prosecution in addition to the fact there are immunity questions and other issues involved.

GS:    Okay Dan Abrams, thanks very much.

**13.  *Interview with Inside Edition 1.5.15*  available at:**
***https://www.insideedition.com/videos/3556-attorney-alan-dershowitz-fuming-over-sexual-misconduct-claims***

MA:    Alan you've been mentioned now in some new very serious allegations from this woman.

How do you respond?

AD:    Well they're totally false.  Just made up out of whole cloth.  She claims that I had sex with her at Jeffrey Epstein's Caribbean Island.  I was on the island 24 hours with my wife, my daughter, a prominent business school professor, his wife, brother-in-law, sister-in-law and children that was never out of the sight of my wife and daughter.

MA:    Just to be clear, have you ever met this woman?  Have you had any interactions whatsoever with this woman?

AD:    Never met her, I don't know her.  I've seen her picture, she's not familiar.  I have… as far as I know, I've never been in the same house, room, area with her.  I've never shaken her hand, I've never gotten a massage from her; I've never touched her, I've never poised for a picture with her, as far as I know, I've done none of those things.  She is a complete and total stranger who's made up a complete and total fabrication and the lawyers had to know that when they filed this dissectible, unethical law suit.

MA:    So Carolyn to start.  What was your reaction when you first heard about these allegations against your husband?

Carolyn:        Well anyone that knows us would find it laughable, if it weren't so serious.  He is the least likely person in the entire world that this would be true of.  We've been together since 1982, we are incredibly close and he is not a person that likes to go anywhere without me or a family member.  He calls me constantly, he hates traveling for work.  He will come home late at night just so he can sleep at home.  We very early in our relationship discussed the vulnerabilities of his being (excuse me) a public figure and you know that we really needed to trust each other and ever since that conversation he makes it clear in every speech he gives.  Even if I'm not there, I hear from others.  He talks about me, he talks about his marriage.  He constantly refers to when my wife and I were here, when we were there.  He makes it very clear he is not interested.  When he poises for pictures he is so careful not to touch anyone to the point where he doesn't even touch our good friends when he poises for pictures, they laugh about it because they give him big hugs and he just freezes.  He is so careful and conscious.  He doesn't meet with female students alone, he knows he's a target for this kind of thing and he lives his life

like people can see any of it in public and I just think it's a ridiculous charge and such an unfair charge to such an honorable person.

### 14. Interview with IT's Good Morning Britain 1.5.15

??:     Prince Andrew had returned to Britain, reportedly cutting his ski holiday short. Defy allegations he had sexual relations with an underage girl.

?:     The alleged victim is Virginia Roberts, who is now a 30 year old.  Louisa James has more on this.

LJ:     In U.S. court papers she's known only as Jane Doe No. 3.  But, it was Buckingham Palace responding to specific allegations who identified the accuser as Virginia Roberts in a strongly worded statement at the weekend.  The 30 year old mother of three was then named by several British newspapers.  But, her identity has not been verified.  The claim is a part of a lawsuit against Financier Jeffery Epstein, a former friend of the Duke of York.  The Prince is named in court papers alongside U.S. lawyer Alan Dershowitz.  He said he should take immediate legal action.

AD:     I would urge the Prince to bring a defamation action now he's a member of the Royal family and there may be a policy against doing that.  But, to produce evidence of his innocence not to allow these charges to remain unrebutted.

??:     Well, we are joined now by a Royal Commentator Robert Joseph and the International Law Barrister Kirstie Brimno(?).  Good morning to both of you.  Robert, lot of the papers are calling this a crisis for Prince Andrew.  What's your assessment of it?

RJ:     And it's not very good for him.  I think he's damned if he says anything, and damned if he doesn't.  But, I do think that he should come out and rebut these allegations detailed, in a detailed way, because at the moment he's just being tried by the media.  Isn't he?  I mean it doesn't seem very fair to him.  I think if he hasn't gotten involved in this, what he's guilty of is picking his friends badly, and I think he has to come out in a more robust way.  Just hiding behind court is not going to help his image.  I think what he's going to do is come out and say "look I had nothing to do with this, it didn't happen. I wasn't involved in this sort of behavior."

??:     Kristie, what about the legal situation?  What legal action is open to him?

KB:     Well, if something is published which is damaging to somebody's reputation is likely to cause serious harm to your reputation, than obviously you can look at the liable action.  You have to look at where the publication is so ideally you would need to be looking to sue in this jurisdiction.  It is pretty much impossible to sue in the U.S. because the libel laws offer a different, and in fact there's something called the Speech Act, which was passed in 2010 which makes it very, very difficult to enforce judgment in the U.S. courts.  So liable action is something you look up.  The difference between liable action, of course, is that it then very much puts some focus on everything and something which could perhaps come the fault in the media in a much more effective way then within the court system.

RJ:     I am surprised that we've two denials from the Palace in two days, which is kind of unprecedented.  Isn't it?

AD:     It is unprecedented, but this story has been moving with names emerging and other details emerging they had to rebut.  Again, there's been another rebuttal this morning saying that after the claims in the Sunday paper that Virginia Roberts had met the Queen.  So, that categorially didn't happen either.  So, there's a number of reasons why they had to do that.  I think they had to respond as things develop, and that's exactly what happened here.  I think that really though these statements aren't really been very effective.  If he doesn't actually come out, I think publically to be seen to say these are such serious allegations.  They are not, sound like scandals in the past even the potentially could involve, illegality it could involve a police inquiry.  You know he does have to come out and be very robust like the lawyer was saying.

LJ:     In case he is an expert on international law, what is your view, your overview what's been happening?

KB:     Well in terms of publication within the States, that is something you see on a much more regular basis with publication of court documents and pleadings.  The laws are very different there.  In terms of the effect here, not just in the newspapers but obviously with the internet more and more now, it could be social media – news travel extremely quickly.  It is very difficult to somebody's reputation being effective, being damaged, and being destroyed for them to actually get satisfaction and to actually get rid of stories because, it's also going to be that suspicion of being _____ without ____.  So it is very, very hard for people to deal with.  But, at the moment, strong statements are being made in the press.  There is a charge that will simply go away or I think we've all seen this happen before – it could pick up and gather even more steam depending on what happens in the U.S. obviously.

LJ:     Alright Kristie, thanks very much and to you Robert Joseph.  We concede.  Thank you very much.

??:     It's 21 minutes past 6.  So first I wish I could do…

### 15.  Interview with It's News at 10  1.5.15

??:     The American lawyer caught up in same underage sex claims as Prince Andrew has told ITV News no deal was ever done to keep them both out of court.  Our correspondent Louis Borne Jones spoke to Alan Dershowitz in Florida and he joins us now – Louis.

LJ:     This is Ocean Drive in Miami, it became the heart of this case today, as the high profile lawyer who lives just down the road, one of the most high profile in America, was defiant.  He said he knew of no evidence against Prince Andrew, however, this is far from the end of the matter.  This is the District Courthouse in Florida where a new set of legal papers arrive this afternoon, the latest chapter in an American case that involves a British prince.

AD:     I categorically deny any contact whatsoever with Jane Doe 3 or any other Jane Doe.

LJ:     It's claimed Alan Dershowitz, along with Prince Andrew, had sexual relations with an underage girl.

AD:     Woman Jane Doe No. 3 made the false allegations that I had had sexual contact with her.  I have had no sexual, no contact of any kind with her.  I don't know her.

LJ:     He told me he had no reason to believe that Prince Andrew behaved inappropriately, he also said that despite earlier reports, the Prince would not have immunity from any prosecution.

AD:     No there's no possibility that he would have immunity.  He was not a co-conspirator with Jeffery Epstein.  If he did what they alleged he did, and I have no reason to believe that, he'd be subject to prosecution.  He's not a beneficiary in any immunity any more than I would be a beneficiary of any immunity.

LJ:     Prince Andrews has left his Winter holiday in Switzerland and is now back in the U.K.  He maintains his innocence.  The Duke of York has been a long standing friend of American businessman called Jeffery Epstein since the 1990s.  He was jailed in 2008 for abusing underage girls in Florida.  Despite this, the pair remains close.  Virginia Roberts pictured here with the Prince 15 years ago claimed in court documents last week that she was one of Epstein's teenage victims.  She also alleged she'd been forced to have sex with the Prince in London, New York and the Caribbean.  But some lawyers say no evidence is being given to the court to back up these claims.  A judge in Florida will now consider the court papers.  This is not a criminal proceeding, and Prince Andrew is not on trial.  But, it will remain deeply uncomfortable for a man at the heart of the Royal family.  Louis Borne Jones, ITV News Miami.

**16. The Today Show 1.5.15** .  available at:
https://www.today.com/video/today/56723136

A:      A royal scandal. Prince Andrew reportedly cuts a vacation short amid allegations that he had sex with an underage girl.  A claim the Palace denies.  Famed attorney, Alan Dershowitz, accused in that same lawsuit speaks to us live today, Monday January 5, 2015.

ML:     A very strong response from Buckingham Palace to a lawsuit by a woman who claims she was forced to have sex while under age with Prince Andrew.  Another man named in that same lawsuit, famed attorney, Alan Dershowitz, we'll talk to him in a moment.  But first, NBC's Kerr Simmons has the latest from London.  Kerr good morning.

KS:     Matt good morning.  Prince Andrew is reportedly meeting the Queen today to discuss the allegation.  Remember, he is fifth in line to the throne.  The claim emerged from a civil case in Florida.  It has prompted a response from Buckingham Palace itself.  It is a potential scandal with the power to rock the royal family.  The Palace is strongly

and repeatedly denying that Prince Andrew, the Queen's second son, had sexual relations with a minor.  Any suggestion of impropriety with underage minors is categorically untrue, one royal statement said.  The Queen's former spokesman says Andrew, who cut short his ski vacation, will be furious.

???:     He'll be angry.  He'll be kicking anything that comes in sight because he knows he's innocent.

KS:     The allegations emerged from court papers filed in Florida as part of a civil case against the U.S. government over their handling of the prosecution of Andrew's former friend, Jeffrey Epstein, who pleaded guilty to soliciting prostitution in 2008.

???:     This was a secret deal of non-prosecution agreement made between Epstein and his lawyers and the United States government.

KS:     It's claimed in the documents that an underage girl identified as Jane Doe #3 was forced to have sexual relations with Prince Andrew.  And the woman claims she's even met the Queen.  The Palace denies any record of a meeting.  The court papers also accuse Harvard law professor, Alan Dershowitz, of having sex with the same underage woman.  He says he never even met the alleged victim.  There is no court case against the Prince or Dershowitz but the proceedings could be....

???:     Could be multiple investigations and multiple cases so this is something that we need to see play out and it's going to play out over a number of years.

KS:     Now Jeffrey Epstein has issued a statement saying these are stale, rehashed allegations that lawyers are attempting to repackage and spice up adding the names of prominent people and the alleged victim has issued her own statement – she says I am looking forward to vindicating my rights as an innocent victim and pursuing all available recourse.  And, she says, the response she's had is exactly the reason while sexual abuse victims won't typically remain silent.  She says Matt, I am not going to be bullied back into silence.

ML:     Alright.  Kerr Simmons.  Kerr thank you very much.  Alan Dershowitz as we mentioned named in that same lawsuit is with us now.  Alan good morning to you.

AD:     Good morning.

ML:     I was reading a pre-interview you did with our producer.  It appears you're not only prepared to defend yourself but you also about to go on the offense so let's get to the basics.  Your response to the allegations that you had sex with an underage girl all those years ago, what is your response?

AD:     Totally false and made up.  She claims that I had sex with her on Jeffrey Epstein's island.  The records will show that I was on that island once with my wife, my daughter, a prominent Harvard business school professor, his wife, in-laws and children.  I was never out of the sight of my wife.  She claims I had sex with her on Jeffrey Epstein's ranch in New Mexico.  Records will show I was at the ranch once with friends, with my

wife and my daughter for about an hour.  The house wasn't complete.  Epstein wasn't even in it.  There were no girls around.  She claims I had sex with her in the airplanes.  A manifest of the flights will show I was never on the airplanes with her.

ML:     Did you have any contact with Jane Doe #3 at all?  Alan, did you ever meet her?

AD:     No.  No.  I don't even know who she is.  No.  I've never seen her, I've never met her, I don't know who she is and her lawyers have to know this.  Her lawyers Paul Cassell, a former federal judge and Brad Edwards deliberately and willfully filed this in a pleading which they knew I had no opportunity to respond to in court without doing any investigation.  If they had simply investigated the manifest of the airplanes, if they had checked my travel records, if they had asked me and I could have given them the names of these people who were witnesses, they would know the story's totally and completely false.  These lawyers engaged in unethical behavior and should be disbarred.

ML:     Let me ask you a question I'm sure you would ask them, but these are not guys who just fell off the turnip truck Alan.  These are well-seasoned lawyers – one is a former federal judge.  Why would they drag you – why would they drag Prince Andrew into a case like this if they thought they had absolutely no merit?

AD:     Because they filed a paper in which they didn't ask to try to prove it.  They didn't say we allegedly want to prove it.  They just threw it in there.  It's the legal equivalent of scribbling something on a toilet stall and then running away.  They didn't think there would be any response and they will rule the day that they filed this unethical complaint because they I believe will be disbarred.

ML:     Why would two seasoned lawyers think there would be no response if you drag Alan Dershowitz into a lawsuit like this?

AD:     Because I'm not a party to the lawsuit.  I have no opportunity to respond, they didn't ask for a hearing.  The woman has said she wants to have a full investigation.  I welcome a full investigation.  I'm not trying to silence her.  I've challenged her to repeat the statement to the press so that I can sue for defamation.  She has repeated the statements about the Prince.  She has studiously refused to produce the statements about me.  I have challenged her to file rape criminal charges against me because if she does, she exposes herself to criminal prosecution.  I have challenged the lawyers to repeat these statements in public so there can be a defamation hearing.  They want to just throw this stink bomb and then avoid any responsibility for.  They will not get away with this!  There will be legal proceedings – there will be hearings.  They will be deposed – I will be deposed – the records will be produced – the truth will come out and it will show these two unethical lawyers should be disbarred.  I am completely absolutely innocent of any and all charges.

ML:     I get the feeling this isn't the last we've heard of this.  Alan Dershowitz

AD:     Absolutely not.

ML:     Alan Dershowitz thank you for joining us this morning.  I appreciate it.

AD:      Thank you.

SG:      I think we understand why he is a famed defense attorney.

***17. Compilation of Dershowitz Interviews 1.5.15***  available at:
*https://www.cnn.com/videos/tv/2015/01/05/bts-newday-alan-dershowitz-prince-andrew-sex-scandal-allegations.cnn*

FA:      This woman is making very serious and scandalous allegations against Prince Andrew and you, have you ever met this woman?

AD:      Absolutely not.  I don't know who she is. She has made it up out of whole cloth. She said I had sex with her on Jeffery Epstein's island.  I was on his island once, with my wife, the records will show this, my wife, my daughter, a prominent Harvard Business School professor and his wife, brother-in-law, sister-in-law, and their children.  I was never out of my wife and my daughter's site for the 24 hours I was on the island.

She said I had sex with him on Jeffery Epstein's ranch in New Mexico, I was there for about an hour. That was before the building was complete. Nobody was in the building, I just toured the building. She said I had sex with her on Jeffery Epstein's airplanes.  The flight manifests will prove conclusively I was never on any airplanes with her.  She's making it up out of whole cloth.  But the real villains are the lawyers – Paul Cassell, former federal judge, and Brad Epstein [sic], who filed this without doing any checking. If they had just checked the manifests, if they had just checked with me, if they had just checked the witnesses, they would have known not to fire this type of stink ball, in court without checking, these lawyers will be disciplined. I am seeking their disbarment and that's what ought to happen to them. No lawyer ought to be able to practice who makes these allegations that are false and demonstrably and provably false. Don't make up stories that have no basis whatsoever in truth.  I have never met this woman, I have never touched her, I was never massaged by her.  There was no contact, no contact whatsoever, and I will prove it conclusively and then I will bring disciplinary charges and prove that these lawyers knew that this was false, could easily have checked and didn't, and the end result will be that these lawyers will be disbarred, because no lawyer should be able to practice when they have those low ethics and low ethical standards.  I have challenged her, I have challenged her--

FA:      Yes.

AD:      --to repeat those statements in public, she has refused to. She says I am trying to silence her, it's the exact opposite.  Repeat the statements so that I can sue you.  But the statements were filed in a privileged legal document.  The document didn't even ask for a hearing.  It didn't say we can prove it.  Just threw this stink bomb.  It's the legal equivalent of writing graffiti on a bathroom wall and then running away.  But I will take action. I am filing today a sworn affidavit denying categorically the truth. I am seeking to intervene in the case. I am challenging her to file rape charges against me.  I will waive any statute of limitations, any immunity, because if she files a false rape charge against me, she goes to jail. The end result of this case should be she should go to jail, the

lawyers should be disbarred, and everyone should understand that I am completely and totally innocent.

FA:     The court documents that you are referring to, we have an excerpt from one of those (?) "Jeffery Epstein required Jane Doe #3 to have sexual relations with Dershowitz on numerous occasions while she was a minor, not only in Florida, but also on private planes, in New York, New Mexico and the US Virgin Islands.  In addition to being a participant in the abuse of Jane Doe #3 and other minors, Dershowitz was an eye witness to the sexual abuse of many other minors by Epstein and several of Epstein's co-conspirators."  Did you ever witness anything untoward –

AD:     Absolut--

FA:     or any sort of sexual encounters?

AD:     Absolutely not. And I wrote to her lawyers and told them that four or five years ago when that allegation was made, that I might have been a witness.  Remember that this woman is a prostitute, she is a liar, she has charged Bill Clinton with having sex with her on the island when Secret Service records will obviously show he was never on the island. She claimed to meet the Queen, Buckingham records will show that that isn't true. How does a lawyer rely on the statement of a woman who is a serial perjurer? Serial liar? Serial prostitute? And bring charges against somebody with an unstained reputation like me without evening checking.  Shame on those lawyers.  They have to pay a heavy price for what they have done in abusing the legal system, the story is simply false.  It is not a matter of degree, it is totally, woefully, knowingly false, and these lawyers who are putting the story forward have to pay a heavy consequence.  I am going to sue them for defamation, I am going to see that they are disbarred; I challenge them to come on your show and repeat the statement. Let them just come on your show and say, "Alan Dershowitz had sex with this woman." And they will be in court the next day having to justify that statement.  Right now, they are hiding behind privilege, they are refusing to make their statements, they put this in a legal document which gives them protection and they are behaving absolutely unethically. I am accusing them of unethical behavior, that's a defamation abuse clause, let them sue me.  I await the challenge, I await every opportunity to prove my innocence and their guilt.

FA:     So, Alan, what happens next? What are you going to do today?

AD:     Today, I am filing a sworn statement making the same challenges I put forward today.  I am filing a motion to intervene in the case in which they filed. And they don't want me to intervene because they don't want me to have any opportunity to answer. We are preparing, also, disbarment and disciplinary papers. I am issuing the challenges I have issued to have her charged me with rape, the crime of rape, the most serious crime anyone can imagine, because if she does, she will go to jail for filing a false rape charge. I am taking very, very aggressive actions to make them come forward and justify their conduct.  So far they have hidden behind privilege, they have hidden behind a legal document that they filed, and they refuse to comment beyond a lawyer-like statement, which doesn't repeat the allegations. Come out from behind the privilege. Come on this

show.  Make the statement. Stand behind what you've said, the statements are totally, completely, categorically false from top to bottom.  Look.  This is a zero-sum game. Either I will end up being disbarred and criminally charged or they will end up being disbarred and criminally charged.  There is no gray area here.  One of us is telling the truth, one of us is lying.  I am telling the truth. And I can prove it and they are lying and I can prove it.  She is trying to sell a book.  She sold her story already to, uh, various British tabloids.  She is a serial liar.  She is a woman who claims to have been with the Queen, to have been with Bill Clinton on the island.  She has made up stories from the beginning of her life.  She has a criminal record. The prosecutor in palm beach county once refused to bring her case because she had no credibility. The lawyers could easily have found this out.  I found all this out in one day.  The lawyers could have found this out.   She is a totally non-credible person. Nobody should believe a word she says.  The records establish that.  Why these lawyers did it? Put them on your show, ask them the question.  Why would they try to destroy the reputation of somebody with a 50 year perfect reputation in order to what? Gain the money? Gain some litigation advantage? I don't understand it.  I have written to friends of mine who know Paul Cassell and asked them, why would he do this?  Why would he engage in such unethical behavior?  Why would he put his bar license on the line?  Why would he put his academic teaching career on the line? He may get fired from his teaching career for filing this kind of unethical document. And if he is disbarred he probably will be fired. Ask him that question. You've asked me every question, I will answer any question.  I am not hiding behind any privilege.  Now make him justify his time.  I make a prediction – they will not state on your show "Alan Dershowitz had sex with this woman." They will not do that because if they do that, they are in court the very next day being sued for defamation for $100 million.

**18.  *Fox Business News 1/7/15*  available at:**
***https://video.foxbusiness.com/v/3976630676001/#sp=show-clips***

LD:     Joining us now via Skype Alan Dershowitz, he's not feeling well tonight. And again Professor Emeritus at Harvard Law School and Alan I just want to say thank you for taking the forbearing, and bearing up to do this tonight.

AD:     The idea that I would then be charged with having sex with minors is just outrageous. My daughter was never alone on the island. There were no women on the island . . . she just made it up out of old cloth and how could responsible lawyers have put this pleading in, in a context where they didn't expect I would respond? But I am responding.

LD:     As you say, respectable lawyers, they are Paul Casell, University of Utah Law professor, former federal judge for crying out loud. Bradley Edwards, a Florida plaintiffs' attorney, well respected, well regarded. It's your judgment that they simply maliciously and capriciously went after you.

AD:     That's right; no they had a reason for going after me. They wanted to void the deal. And I was the only one of the lawyers who had actually known Jeffrey Epstein before the alleged crimes were, were prosecuted. So they could make the accusation

against me. They did it for crass financial and political reasons. The more point is they didn't do; their their, I did the investigation in a day and was able to prove through all kinds of records that I couldn't have been in these places.

**19. Interview with Lou Dobbs, Fox Business News, 1.7.15** available at
**https://archive.org/details/FBC_20150108_000000_Lou_Dobbs_Tonight/start/3300/end/3360**

LD:     Up next billionaire pedophile Jeffery Epstein's deal with the Government netted him 13 months in prison, despite his ties to forty underage girls.  His attorney, once attorney, Alan Dershowitz, is here with us next.

LD:     Prominent Criminal Defense Attorney Alan Dershowitz filing a sworn statement in Miami Federal Court denying he had sex with underage girls linked to Financier Jeffrey Epstein.  It was necessary for him to do so because his accuser is part of a lawsuit against the U.S. Government challenging a 2008 plea deal that spared Epstein Federal charges.  Epstein ending up receiving only thirteen months in prison, pleading guilty to a State charge of solicitation of an underage prostitute.  He is one of the attorneys who actually represented Epstein.  Joining us now via Skype Alan Dershowitz.  He's not feeling well tonight and again Professor of Emeritus at Harvard Law School, and Alan I just wanted to say thank you for taking forbearing and bearing up to do this tonight.

AD:     Well, thank you for having me, I appreciate it.

LD:     Alan, let's start with the plea deal, if I may, and before we move to this.  How in the world was a U.S. Attorney involved in a plea deal that effectively, that was constructed by and largely by you as I understand it, in given such a light sentence given the level of charges, and agreed to facts.

AD:     Well, I did it along with a very good lawyers, Ken Starr and Jay Lefkowitz, Republicans, Democrats, alike.  They had a weak case.  They had to rely on the word of witnesses who had long records of lying, and so we were able to strike a plea bargain, which my client didn't like.  He thought it was too tough.  I think it's a pretty good deal, and if people think it's too good a deal, I plead guilty to that.  But, the idea that I would then be charged with having sex with minors is just outrageous, and you know she charged me with specific sex in a ranch in New Mexico.  I was there once for an hour with my wife and daughter when it wasn't even built yet.  Sex on a private island, I was there one day with a very prominent professor at the Harvard Business School, his wife, in-laws, children, my wife, my daughter, slept in the same room with my wife and daughter, and was never alone on the island, and there were no women on the island.  She just made it up out of whole cloth, and how could responsible lawyers have put this pleading in, in a context in where they didn't expect I would respond.

LD:     As you say, respectful lawyers, they are Paul Cassell, a University of Utah Law Professor, former Federal Judge for crying out loud; Bradley Edwards, a Florida plaintiffs' attorney, well respected, well regarded.  It's your judgment that they simply maliciously and capriciously went after you.

AD:    That's right.  No, they had a reason for going after me.  They wanted to avoid the deal, and I was the only one of the lawyers who had actually known Jeffery Epstein before the alleged crimes were prosecuted.  So, they could make the accusation against me.  They did it for crass, financial and political reasons.  The moot point is they didn't do, I did the investigation in a day, and was able to prove through all kinds of reference that I couldn't have been in these places.  The woman is a serial liar.  If they had done that investigation, they would have come to the same conclusion.  Imagine how any of you would feel if you wake up one morning and find yourself accused of being a child molester.  Not even, they didn't even say they would try to prove it.  They just wanted to put it in there.  It's like a drive-by shooting, and then they expected me to go home and disappear.  Of course, I'm gonna fight it.  I'm totally innocent.

LD:     It's as if these two attorneys did not know Alan Dershowitz or his capacity and his stomach for the fight.  It makes no sense.

AD:     You didn't ask me to fight.  You didn't know me that I'm not that kind of person.  I'm a family man.  I've been with my wife for so many years, my children, I just, am not ever the kind of person who would do that kind of, and I didn't do it and I can prove it and that's the point.

LD:     What kind of person, though, on the part of the Federal Government and the State Prosecutors would ignore the Victim's Rights Act and make a deal like this without informing the victims.

AD:     Well you know that's an issue between the United States Government and the victims, and that's an issue the judge will have to resolve.  But they put me in this thing even though the accusation against me was leveled in 2014, and the deal was struck in 2007.  Unless they had an allegation against me going back to 2007, which they clearly didn't, because I wouldn't have been able to continue and you can prove that, this is just totally irrelevant and they put it in their just to smear my reputation and they're not gonna get away with it.  They picked on the wrong innocent victim this time.

LD:     Alan, it's always good to talk with you.  Thanks for being with us, and we wish you a speedy recovery and again thanks for being ill and bearing up with us.  Thanks.

AD:     I appreciate it.  Thank you.  Bye

LD:     Stay tuned for Cavuto.

*20. Interview, Reuters 1.7.15*  available at:
*https://www.reuters.com/video/2015/01/06/dershowitz-goes-on-offensive-amid-sex-al?videoId=360618504*

AD:     Oh I've had many relationships with clients that have affected the way people feel about me.  My defense of O.J. Simpson was not particularly popular.  My defense of Claus Von Buren was not popular.  My defense of Mike Tyson was not popular.  My defense of Leona Helmsley.  Every one of these brought enmity to me, but none them resulted in false accusations being leveled against me, for sexual misconduct based on

complete wholly made up stories.  This is different, after 50 years, this is different.  I now know what it feels like to be falsely accused of a serious crime.

### 21. Interview with Greta Van Susteren, Fox Radio Greta Talk 1.8.15

GVS:  This is Greta Talk.  It's not On the Record 7pm, which you all watch on the Fox news channel every night 7pm Eastern.  This is Greta Talk and we have a fascinating guest today.  A lawyer who's, I would probably venture to guess the smartest lawyer in the country, I've always thought so.  Its Professor Alan Dershowitz joins us.  And Alan, nice to talk to you.

AD:    Nice to talk to you.  Remember we go back a long time when you were the smartest lawyer in America, and you and I together won an unwinnable case down in, where was it?  North Carolina or South Carolina.

GVS:  South…South Carolina

AD:    Yeah…yeah

GVS:  It was, it's many moons ago, but alright now.

AD:    That's right.

GVS:  The reason I wanted to talk to you Alan is because I saw the most ridiculous story.  And I just saw the headline and I thought well that's stupid, I don't buy it for a second.  But anyway I'll let you explain.  What in the world's going on?

AD:    Well some 2 lawyers decided to put in a pleading, not even in a request for a hearing or anything like that.  Just in a submission to court, our clients says that 15 years ago she had sex with Alan Dershowitz below the age of 18 many, many times and she knows that Alan Dershowitz had sex with lots of underage women on airplanes, in a Caribbean Island in New Mexico.  So I figured, oh I can answer that.  But it was in a pleading in a case where I wasn't even a party, so I can't answer it.  And because they put it in a pleading, I can't sue them for defamation.  So obviously I've had to take the tact of just responding in the court of public opinion.  And now I can prove through documentary evidence that I was never at the times and places she alleged she had sex with me.  For example, she says in a ranch in New Mexico.  The ranch wasn't even built at the time that she was in that age range and I was there once for an hour with my wife and daughter, two friends, while the house was being built.  On the Virgin Islands I was there for one day with my wife and daughter and a very prominent Harvard Business School Professor.  I was never out of view of my wife.  On the airplanes, there are manifest which can show that I was never on an airplane with her.  But, nonetheless, some people believe this, even though you have documentary evidence disproving it.

GVS:  Well okay, so the way this works is that they essentially trash talk you in a document and because it's in a court document, you can't sue for defamation.  So they're protected, so now, so you're out on a limb, and the only thing…

AD:    I'm out on a limb.  I can't answer because I'm not a party.  The judge won't accept the papers, I'd have to move to become a party, which I've now done.  I've now sworn under oath that all of these are false.  They didn't put this under oath, and they didn't, they don't even have an affidavit from the woman.  They just are putting words in her mouth.  Lawyers are putting words in her mouth, and there's no opportunity to respond.  So, I'm going to file disciplinary charges against her lawyer.  I've spoken to some of the world's leading experts on ethics and what they did is utterly unprofessional and improper.

GVS:   Alright now this also the moment when we hear Prince Andrew dragged into is that right?

AD:    That's right, yeah.

GVS:   Have you ever met…

AD:    I don't know Prince Andrew.  Yeah I have, I had dinner with him sponsored by the British Consulate in Boston.  I went to a birthday party of Lord Rothschild, and he taught one of my classes at Harvard Law School, it was a luncheon at Harvard, but I've never met with him in private.  I've never been in a social setting with him, so I don't know anything about his activities.  But if the allegation is based on the same woman, with the same lack of credibility, I wouldn't give it any credence.

GVS:   Well it, now it all goes back to a former client of yours?

AD:    That's right.

GVS:   Who is the client?

AD:    His name is Jeffrey Epstein.  He's a very wealthy guy from New York, and I represented him.  He was charged with abuse of a minor.  We worked out a plea, everybody thinks it was a good plea.  People are upset because some people think it was too good a plea, and he wasn't charged federally, he was charged with a state crime.  And they're trying, some of the victims are trying to reopen the plea.  And in the course of trying to reopen the plea, they make this absurd allegation against me as one of his lawyers.

GVS:   And the, the woman who makes this claim against you, who let me say this ridiculous claim against you, because you know, frankly I do not buy it for one second. Is Joan….Jane Doe #3, was she part of that original plea of your client?

AD:    You know, and she has a long history as, long criminal record, she has history of being a liar about other people.  She's also said she was with Bill Clinton on the Island and apparently Secret Service records will show that Bill Clinton was never on that Island.  You should never falsely accuse the President or former President because you know they have all the Secret Service records.  Presidents can't move anywhere without there being a record of where they're going.  Maybe in the White House they can, but not outside White House.  And so I don't know why she threw me into this mix, except she's

trying to argue that as one of his lawyers since, if I was involved in the sexual escapades, then maybe the plea wasn't proper.

GVS:  Now they, the lawyers, do you know the lawyers, one was apparently a former…

AD:    I do.

GVS:  Former judge.

AD:    One is a former judge, very, very, very conservative former judge, with… who's now a law professor.  He left bench because he wasn't earning enough money on the bench.  Now I guess he's trying to earn a lot of money off me.  I don't know what he has in mind, why he would do this.  The other lawyer was a partner previously of a guy named Rothstein who went to jail for 50 years for fraudulently trying to sell fake cases against Jeffrey Epstein.  So that lawyer really has a lot of taint on his reputation and background.  But I still can't understand why they'd pick on me.  Did they think I was going to remain silent?  Didn't know I was going to fight back.  They picked on the wrong innocent victim.  I am not letting go of this thing until, essentially they admit that they concocted this story and withdraw it.

GVS:  How did you even hear about it, because if it's just filed in a pleading, what did someone in the press pick it up…

AD:    Well they…

GVS:  Did someone try to shake you down?

AD:    Yeah, they dropped, they dropped the dime on the press.  They called the press as soon as they filed it, otherwise nobody would have seen it.  It was in Palm Beach County the day before New Year's, but they called the press, and then the press called me. And, I couldn't believe it.  You know 50 years I've been conducting my life in a completely professional way, I'm 76 years old.  I've never had a touch of scandal around me of any kind.  And this thing suddenly comes out of the blue, and I can't defend myself against it, in any court of law.  My wife has been all over the media defending me, and my family, my daughter, but there'll be some people out there who'll be inclined to believe it.  I'm getting a tremendous amount of anti-Semitic mail, anti-Israel mail, saying see you Jews have always controlled the sex slave business and what you're doing to this girl is like what Israel is doing to the Palestinians.  I'm getting a lot of that kind of nonsense which is also very disturbing.

GVS:  Now had, now as a consequence of those, did they sue you, cause I thought I read something someplace where the….

AD:    They did…

GVS:  So now, now you're lucky….

AD:    I attacked them….

GVS:   Which is sort of lucky for you, because now you can fight back, because you're being sued directly.

AD:      Right, no that's great, it was a dumb move on their part.  I can now depose them. I can depose the woman as well and we're probably going to do that.  Sooner rather than later.  And now we're going to get them under oath.  So they're now at risk of a perjury prosecution if I can prove that they knowingly made a false allegation against me, which I think I can.

GVS:   Well okay so they're 2 things, there are a couple of things here.  One is that now you can come back at them because they have sued you.  You can get them under oath in a deposition.  But also there is another part of the ethics code which says you have to make some reasonable investigation to make sure claim is, you know….

AD:      That's right…..

GVS:   Is reasonably likely.

AD:      Actually if it's a claim like this trial great, my God you have to be awfully careful. And remember she put her own name in there as Jane Doe but she named me without doing any investigation.

GVS:   She's now an adult?

AD:      That seems also….huh?

GVS:   She's now an adult?

AD:      She's 31 years old or something like that, yeah.

GVS:   Do you know that Buckingham Palace on behalf of Prince Andrew, they've actually named her.

AD:      Yes, I saw that because she sold her picture and her story to the Mail and used her name.  So they've used her name.  I'm still not using her name.

GVS:   Yeah I didn't, I didn't use it either.  But you know it's sort of stunning, I mean that, I would have thought they really thought you were involved in this, you would have been named in the original suit, instead of you, you just get the drive by ambush.

AD:      Sure, or and they can also sue me now, they can charge me with rape.  They can do all those things, but they haven't done any of that, cause they know they'd have to prove it.  They haven't even submitted an affidavit.  All they did was a drive by shooting. It's like scribbling graffiti on a toilet stall and then running away.  And I have no opportunity to fight.  But I'm fighting back.

GVS:   Have you spoken to them or spoken to their lawyers, I assume they have lawyers now?

AD:     No, no, no….

GVS:  Are you representing yourself?

AD:     I have my own legal team.  I've had a hundred lawyers from all over the world volunteer to help me pro bono.  I'm being represented by 2 former federal judges, 2 former U.S. attorneys.  I have quite a formidable legal team, because they all believe in me.

GVS:  Who are your lawyers, do I know them?

AD:     Kendall Coffey…

GVS:  Oh, from South Florida?

AD:     Right, Nancy Gertner…

GVS:  Former U.S. attorney…

AD:     Yeah, former judge, Nancy Gertner; former Judge Scott in Florida; and a number of others.

GVS:  Is…how painful is this?

AD:     Well it's painful for my family.  I'm a fighter, I have a thick skin but you know it's diverting me from all my good work that I try to do and it's made me completely focus on this.  I had to argue an appeal yesterday in the 5th circuit, and I was able to put this all aside for a period of time, just to prepare for the appeal.  And I, my wife tells me I did a very good job.  But, you know now I'm back to full time defending myself here.  You know at 76 years old, I really have better things to do.  But this has changed my life and the fact that 2 irresponsible lawyers and a lying woman can change the life of a 76 year old man that's had a 50 year unblemished career just by saying something without offering any proof, tells you that something is very wrong with the American legal system.

GVS:  So, what do you recommend, I mean it's like I don't, I don't know the fix for this…

AD:     Fight back…

GVS:  You can't…

AD:     You gotta fight back, you..

GVS:  Oh no, no….

AD:     See I have nothing to hide…

GVS:  No, no I understand that…

AD:     They picked the wrong guy.

GVS:  I understand that but I'm saying is the legal system is you can't legislate good behavior on the part of a lawyer in the sense that, I mean…

AD:     No but you can legislate that you can't put anything that accuses another person in a brief without giving that person an opportunity to respond.

GVS:  Well…

AD:     That's the basic confrontation clause theory of our Constitution.

GVS:  Well or maybe make it, maybe one of the changes is that you at least make yourself vulnerable to a defamation claim because that's the whole problem…

AD:     That's right…

GVS:  They put it in pleading in the beginning and you make a claim against them because it was in a protected environment.

AD:     Right.

GVS:  So maybe that could the change.

AD:     That would make a lot of sense, and some states do allow that.  In Florida you can do if you can show bad faith.  And I think I can show bad faith.

GVS:  So what do you want, what do you want from them?

AD:     I want them to apologize.  I want them to withdraw this allegation.  I want the judge if possible to strike the allegation as irrelevant, it's utterly irrelevant to their lawsuit.  They just put it in gratuitously and I don't whether they were looking for a fight, but they certainly have one.

GVS:  But if…

AD:     And, if they don't do that, I'm going to file disciplinary charges. And I've already spoken to one of the country's leading ethics experts, more, more than one and they tell me I have a strong basis.

GVS:  But here's the problem with want, you say that it's irrelevant.  It still leaves it lingering out there.  It's like the former Secretary of Labor who said where do I go to get my reputation back.

AD:     Yep, yep, yep.

GVS:  And so I actually think, I mean I actually think you need a little bit more.  I think you need a sort of affirmative statement, you know that…

AD:     I need…

GVS:   That it was false, you know...

AD:     It'd probably do it, or a victory, a legal victory, which I may very well get in one of these contexts.

GVS:   But it certainly is, so are there any court dates or anything else, or is this just sort of…

AD:     No.

GVS:   The beginning of a long journey…

AD:     I filed my sworn statement.  I filed my motion to intervene.  I have to respond now to their defamation suit, it's a full time job.

GVS:   It's just awful.  I mean I feel bad for you.

AD:     Yep.

GVS:   I saw it and I felt bad for you, and it just hasn't been going away at all.

AD:     No, and it won't go away because these are ideologues and they're committed to fighting till the end.  And the end will be that they will be disbarred and their client if she puts anything under oath will go to jail.

GVS:   Who's…

AD:     And this pretty rape victim's something terrible, because you know, vast majority of rape victims of course tell the truth and here's a rape victim, alleged rape victim who's making up a story out of whole cloth.  And it's going to hurt the credibility of the movement, it's going to hurt the credibility of individual rape victims, and these lawyers ought to be ashamed of themselves for doing this.

GVS:   Now, the original where you're just drive by ambushed, you're not named so you can't fight back, who was named, who was the target of that case?

AD:     The United, the United States Government is the defendant of the case and 2 of the women are the plaintiffs, so now they're trying to add these 2 women.

GVS:   What are they suing, what are they suing the United States Government for?

AD:     To try to open up the plea.  To try to say that the plea was an improper plea.

GVS:   On what grounds?

AD:     And, well it's very, very, speculative and I don't think in the end they're going to prevail, but that's not my issue.  My issue is why'd they put me in there.  I don't help

their lawsuit at all, cause they didn't allege I did anything wrong at the time of the plea bargain, that's the relevant time, not now.

GVS:   Alright let me switch topics just a little bit.  When, when'd you leave Harvard, when'd you stop teaching full time?

AD:     This is my first semester off, I just finished in the summer and it's the first time I'm not teaching in 50 years, I miss my students.

GVS:   Wow.

AD:     This would have been an interesting thing to teach about, but have to be in a different life.

GVS:   Boy time flies, doesn't it?

AD:     Yep, yep.

GVS:   Fifty years.

AD:     Good, well keep doing great things Greta.  I always enjoy watching your show.

GVS:   Well you do watch?

AD:     I do of course, yeah.

GVS:   Well that's great…

AD:     Hey we started out together, I watched you all during the O.J. case and I watch you now too.

GVS:   Well I actually watched you during the O.J. case, boy can you believe that that's been 20 years plus.

AD:     Right, yeah, yeah.

GVS:   It's amazing, well anyway…

AD:     I gotta go, but it's great talking to you, be well as….

GVS:   Nice talking to you Alan.  And of course we're always adding to the Greta Talk collection.  Get the latest ones or catch up on the Greta Talk sessions you've missed at Gretawire.com/podcast on Gretatalk.com and we're also available on iTunes, TuneIn and Stitcher.  And of course watch On the Record on the Fox news channel at 7pm Eastern, Monday-Friday, where you hear all the latest news.  And of course we were talking to Alan Dershowitz, Professor at Harvard University for 50 years.  And I first met Alan back in the mid 1980's by the way.  I should tell you this, we were, he had a client and I did both in court of appeals, in our first meetings we were fighting over pages.  Because the court of appeals said we could have 100 pages to write our appellate briefs but we had

to split them among 3 people and Alan wanted 50 pages and I thought he should only have 33.  But anyway, that was sort of a fun time, and he only got 33 and 1/3 but we won our case and it's been a pleasure talking to Alan.  You've been listening to Greta Talk and I hope you download and listen to more because they're really fun for me to do.  Thank you for listening.

**22.  Interview with Nancy Grace, HLN 1.8.15**   available at:
*https://www.youtube.com/watch?v=hrlS_dsPuKM*

NG:     Breaking news tonight, LIVE!  Bombshell developments in the claims Prince Andrew, the Duke of York and heir to the Royal Throne of England embroiled in an underaged sex slave ring.  As the sex slave nightmare deepens the teen claiming she's forced to have sex multiple times with Prince Andrew in New York, London and the Caribbean.  According to court papers the girl allegedly procured for Andrew by American millionaire Jeffrey Epstein.  Tonight we learn Epstein gets a sweetheart deal for procuring sex with minor girls.

Was Prince Andrew one of the johns?  The girl's father demanding justice while the royals deny, deny, deny.

Bombshell tonight saying legal scholar O.J. Simpson defense lawyer Alan Dershowitz now also dragged into the sex claims which Dershowitz denies.  The teen girl suing Dershowitz for defamation.

Is Prince Andrew headed to jail over sex slave charges?  Does this mark the beginning of the end of the British monarchy?  The whole thing set to crack wide open.

Headline talk . . .

NG:     Welcome back.  Joining me, Denial Shawn, Candice Tromso, Victoria Arbiter with me right now Harvard Law Professor, O.J. Simpson defense lawyer Alan Dershowitz.  Alan thank you for being with us.

AD:     Thank you, Nancy for having me on, I appreciate it.

NG:     Well Alan, many things have been said about you in the past that's true but underaged sex has never been one of them.  How shocked were you when you got this claim.

AD:     Well, I couldn't believe it.  I've had an exemplary life, a family life for 50 years and I didn't know this woman, I don't know here, I've never met her, I've never been with her.  She said I had sex with her in a New Mexico ranch.  I was in that ranch for 1 hour, while it was being built with my daughter and wife and two friends.  She said I had sex with her on the … in the Caribbean.  I was on the island 24 hours with my wife, my daughter, another couple, their brother and sister-in-law and their children.  I was never out of the sight of my wife and daughter.  I slept in the same cabin that night.  She said I had sex with her on airplanes flying all over the world.  The manifest to the airplane will show that I was never on an airplane with her or anybody like her.  She just lied, she

made up the whole story from beginning to end and it's a terrible thing for rape victims. When you get a woman like this who for money is trying to make up a story, she's trying to sell her story in book form. She has already sold her story to various tabloids in London and she's just making it up and I can prove it and when I prove it conclusively with documentation, it will very, very unfortunate for real victims that's why I feel so terrible.

NG:     Another thing about this Alan Dershowitz is that the fact that your name was in court filings that she accused you basically in court filings those are … you can't really sue her for defamation because court filings are immune.

AD:     Not only that, she didn't even make the charge.  She has no affidavit, there is no statement by her, it's her lawyers who say that she says that.  So, I can't sue anybody because it's a court filing and I can't even answer in court because they don't ask for a hearing, they don't say they want to prove it, they just put it out there like a drive by shooting or like somebody putting some graffiti in a toilet and then running away.  They gave me no opportunity to respond in court which is now why I've now filed a sworn statement, I've made a motion to intervene by filing a sworn statement I'm subjecting myself to a perjury prosecution if I'm lying.  I've challenged her to file rape charges against me.  I will waive statutes of limitation because if she does that, she will go to jail for making a false charge.  I don't think she's . . .

NG:     The fact that you've just said that you would waive the statute of limitation that, that's unheard of by anyone  . . . would never waive the statute of limitation and allow a rape victim to basically, an open door to prosecute them.  What I really hate Alan of course for these unfounded claims against you, for your sake but your family, for your wife who has been by your side for many, many years and your children to even hear such a thing  . . . and what this woman, what this girl doesn't know if that while her claims again Andrew may or may not be true but to bring in someone that is really beyond reproach as far as your personal life that completely ruins her claims against Andrew frankly in my mind because once you lose your creditability it's over.

AD:     I think that's right and it's been very hurtful.  Our grandchildren who are in college, you know everybody's on the internet about this and it's very, very painful but I have to fight back, I am fighting back, I won't give up until they acknowledge that they made up this story at a whole cloth and will prevail because in the end I can prove conclusively that I didn't do, I couldn't have done it and I wasn't in the places where she says I was at the relevant points of time.  So, it does hurt . . .

NG:     I want to ask that question Alan.  It's amazing to me that you're claiming that you were at that Texas Ranch and you were in the Caribbean where she's referring to but at different times.  Is that right?

AD:     I was only in the ranch in New Mexico for 1 hour, wasn't even built yet, it was being built.  I was visiting friends in Albuquerque, Placitas  actually, and they drove, they wanted to see this place.  This is the King Ranch, it's the largest ranch in New Mexico. So we drove there, we looked around and there was nobody there just people repairing

the house. There were no woman, girls or anything like that and that was it. That's the only time that I have been in New Mexico in my life. The same thing is true on the Caribbean Island and every… you know the travel records will prove it, other records will prove it. So, I couldn't conceivable been there and had sex with her unless she came into my room with my wife and daughter somehow and they didn't notice. It's absorbed, I have never had sex with any underaged person. I have never done anything like this.

NG:     You don't even need to say that here because I, I, I've already defend, defended you without you even being on Alan because I do not believe this of you, I don't believe it of you. I'm not saying that Epstein and Andrew are lilywhite in this, I don't know them, I know you and this is completely against anything you stand for. You're just the opposite and the fact that you can't sue for defamation right now it's, it's painful to me but in a weird way, you're helping Prince Andrew. You understand right?

AD:     That's . . . you know my purpose is to just have the truth come out. They're [inaudible] approach is, you accuse somebody of raping a child and then when he tries to defend himself you sue him for defaming you because he says you're not telling the truth. But I'm glad they're suing me for defamation because I get to put them under oath. And as soon as this woman says  . . .

NG:     Hey Alan, one more thing, one more thing Alan. I'm very, I'm very disturbed that whole Epstein plea that you helped mastermind. Now, I know you got paid a lot of money all these millionaires but come on please underaged sex for  . . . and he gets to stay in his Palm Beach mansion. He should had done 20 behind bars on that. Now that's something I don't think I'd be proud, if I was you.

AD:     Well no Nancy you know the job of the criminal defense lawyer is to get the best possible deal he can. They did not have a strong case. The prosecution wanted to bring charges and in the end they decide this was the best resolution for everybody involved including some of the woman who didn't want to testify. So, it was . . .  if you say I got too good a deal. I plead guilty. But that doesn't have anything to do with false charges against me for having underaged sex. That absurd. If you're mad at me for having a good deal, go ahead, you know have me on your show, we can argue that anytime and you and I have argued for a long time about that issue and sometimes you even persuade me. But when it comes to charging me with underaged sex when I didn't do it, couldn't have done it, just because you're mad at me or you're vindictive or you're trying to get money, that is just not an acceptable thing under our legal system and there have to be consequences. The people who made these charges have to pay a heavy consequence to make sure it doesn't happen again.

***23. Interview with Male Anchor (MA), MSNBC The Last Word, 1.8.15*** available at: *https://www.msnbc.com/the-last-word/watch/alan-dershowitz-on-allegations--totally-false-381942851573*

LD:     Up next billionaire pedophile Jeffery Epstein's deal with the Government netted him 13 months in prison, despite his ties to forty underage girls. His attorney, once attorney, Alan Dershowitz, is here with us next.

MA:   Coming, up… Alan Dershowitz will join me to respond to accusations that he had sex with a minor and to respond to a defamation lawsuit that has been brought against him.

Billionaire investor and convicted sex offender Jeffrey Epstein went to prison for over a year after he pleaded guilty to one count of solicitation of minors for prostitution.  That plea deal was negotiated between the Federal Government and Epstein's lawyer, including Alan Dershowitz.  Now Alan Dershowitz is being accused of having sex with an underage girl and the lawsuit filed against the Government by some of Jeffrey Epstein's alleged victims, a woman known as Jane Doe #3 said Epstein forced her to have sex with Alan Dershowitz on multiple occasions.  Alan Dershowitz has denied the allegations and has called on attorneys for Jane Doe #3 to be disbarred, but on Tuesday, Bradley Edwards and Paul Cassell, those attorneys filed a defamation lawsuit against Alan Dershowitz.  Joining me now from Miami is Harvard Law School professor, Alan Dershowitz.  Professor Dershowitz, when this story first broke, you said you were going to file a defamation complaint against these lawyers.  They've now started against you, but first, let's get right to where, I know you want to go, which is deal with these specific accusations as we know them.  What is your response to them?

AD:   Well, they're totally false and made up.  I was never in the same state, in New Mexico, at the time she said I had sex with her in New Mexico.  I can prove it by documentary evidence.  I was never on Jeffrey Epstein's island, where she said I had sex with her, at any time she was on the island.  I can prove that by documentary and eyewitness testimony.  And I was never on a plane with her where she said I had sex with her.  I can prove it by documentary and eyewitness testimony.  The story is totally completely fabricated from top to bottom.  I am thrilled that they're suing me for defamation.  The only reason I was gonna sue them is that I'm not interested in collecting money.  I'm interested in putting them under oath, because right now, they have accused me of these horrendous things without a single affidavit, without a single piece of evidence, they just threw it into a pleading in a case where I'm not even a party.  It's like a drive by legal shooting.  And my only response is could be to get them under oath.  I have challenged her to formally accuse me of rape and I will waive statutes of limitations and subject myself to a prosecution, but if she accuses me of rape formally, she goes to jail for making a false charge.  I have challenged the lawyers to go under oath and repeat these charges or repeat them to you, so I can sue them for defamation.  But they're hiding behind litigation privilege.  They put it in this legal document.  Imagine if any of you were accused in a legal document of doing something as horrible as this and you're told there's no legal recourse at all.  But believe me, there will be a legal recourse, and the terrible thing is this, the effect it's gonna have rape victims, because rape victims generally tell the truth.  This woman made up this whole story.  And when I prove it conclusively beyond any doubt by physical and documentary evidence it will hurt other rape victims.  And that's the real problem and these lawyers pretend to be victims' rights lawyers.  They are unprofessional, unethical, they didn't do adequate checking, they filed these charges and they will be pay a heavy price for having done so.

MA:   In one of the points you've made about this, you show that they actually also claim that former President Clinton was on Mr. Epstein's island at some point and you're

information and research seems to indicate that the Secret Service records indicate that President's never been on that island.

AD:    That's true.  You know you shouldn't ever falsely accuse a President or Prime Minister, because they have Secret Service with them all the time and the documentary evidence is clear and conclusive.  This is a serial liar, who has lied about so many people.  She claimed to have met the Queen, Buckingham Palace denied that.  Why anyone, any responsible lawyer would believe her and would file this kind of charge, it's like putting graffiti on a bathroom door and then running away.  They picked on the wrong innocent person.  I have the resources and the will.  I'm 76 years old, I'm retired, I will drain my bank account, I will do everything in my power, not only to prove that I didn't do it, and I think everybody who's seen this understands that that's the case and I will prove it to any skeptics by documentary evidence.  But that they willfully and deliberately made this up in order to gain a litigation advantage, line their pockets with money and they have to pay a heavy consequence to this, and they will.

MA:    Professor Dershowitz, before we go, I wanna ask something you said yesterday about the attack in France in an interview with Newsmax.  You said, as a headline of the article says Alan Dershowitz France reaped what it sowed in the Paris attack.

AD:    No, I didn't say that.

MA:    That's their headline.  Let me call, let me give you a quotation and I hope…

AD:    Sure.

MA:    …and I hope you will tell me didn't say this.  They have you quoted as saying about France "they reward every terrorist."

AD:    That's true.

MA:    That is absolutely not true, you know…

INAUDIBLE

AD:    They have the worst record of any country in Europe on terrorism…

INAUDIBLE

AD:    Virtually every terrorist who has been convicted and sent to prison in Paris has either gotten out.  They, the point I was making was a general one, and that is they have done everything to avoid joining the right on terrorism.  I feel terrible for these people.  I feel terrible for France…

MA:    Every country in the world has voted for that statehood.  You know that.

United States hasn't and many other countries haven't

INAUDIBLE

AD:     Well, good countries don't go for it.

INAUDIBLE

AD:     I've written a book called "Why Terrorism Works" and what I do is I've proven that book that terrorism is rewarded and particularly all through Europe.  Terrorism is rewarded.  They, Europe is part of the problem.  France is part of the problem.  I feel terribly sorry for the victims, but France is part of the problem.  Maybe this will give them a wakeup call and have them join the war against terrorism, rather than becoming part of the problem, or facilitating or rewarding terrorism.  I stand by that statement.

MA:     I will advise you just for the credibility of your own judgment on anything else you say publicly, don't ever say that France rewards every terrorist.

AD:     Sir, I don't need your advice on this issue…

INAUDIBLE

***24. Interview with Inside Edition 1.8.15*** available at:
***https://www.insideedition.com/headlines/9516-exclusive-ex-boyfriend-of-sex-slave-at-center-of-international-scandal***

A:      Now, Inside Edition with Deborah Norville

DN:     That woman whose lawsuit alleged that she was a sex slave for several very famous public figures is getting support from the young man she dated at the time. Les Trent spoke with him exclusively.

LT:     The beautiful woman at the center of an international sex scandal is getting support from, of all people, her ex-boyfriend.

[Speaking to AF] What do you say to people who believe that your former girlfriend, Virginia Roberts, is making this whole thing up?

AF:     Anyone who knows Virginia, I mean, she was pretty honest about it.

LT:     Anthony Figueroa was 18 and right out of high school when he began dating 17 year old Virginia Roberts. She is listed as Jane Doe #3 in a bombshell lawsuit claiming she was forced to have sex when she was 17 with a number of high profile figures, including super lawyer Alan Dershowitz.  Dershowitz blasted her story to Inside Edition

AD:     She is a complete and total stranger who has made up a complete and total fabrication.

LT:     [Speaking to AF] Did she ever mention to you the lawyer Alan Dershowitz?

AF:     She had never mentioned anything about them having sex or brought up anything like that.

LT:     Also dragged into the scandal is England's Prince Andrew.

AF:     You know, she was like, oh I'm going to meet the Prince.

LT:     Virginia Roberts says she had sex with Prince Andrew on three different occasions, but Buckingham Palace calls the shocking allegations "false and without any foundation." She also claims she was kept as a sex slave by disgraced billionaire Jeffery Epstein. Who plead guilty in 2008 to soliciting an underage girl for prostitution.

AF:     She told me she his personal masseuse and that she traveled with him around the world two weeks out of every month.

LT:     She's telling you about these things that are happening with Epstein and other men, why are you still dating her?

AF:     She had money, you know. I mean I was a young kid.

LT:     Figueroa and Roberts broke up in 2002 and that's the last time he saw the beauty at the center of the explosive scandal.

### 25. Interview with Meredith Vieira, The Meredith Vieira Show 1.8.15  available at: https://www.youtube.com/watch?v=-uB4SuF9FWo

MV:     Before the break we talked to Pierce Morgan about the sex scandal making headlines around the globe.  A woman being referred to as Jane Doe #3, claims that Jeffrey Epstein forced her to have sex with his high profile friends when he was only, when she was only 17 years old.  Alan Dershowitz, a Harvard Law School Professor, known for defending O. J. Simpson among others, is one of those men being accused and he joins us from Miami with his side of the story.  Alan, thank you so much for being with us.

AD:     Well thank you, there is only one side of the story.  It's a totally false accusation, made up out of whole cloth, I don't know the woman, never met her.  Was never with her.  She said I had sex with her, in a New Mexico ranch.  The New Mexico ranch hadn't even been built at the time.  I was there with my wife and daughter, we just toured the place for an hour and left.  She said I had sex with her on a private island.  I was there for 24 hours with my wife and daughter, we all slept in the same room, I was never out of their sight.  She's claimed I had sex with her on airplanes flying all over the world.  The manifest of the airplanes will show they're not true.  It's a totally made up story.

MV:     And I know for several days Alan you've been saying this loud and clear.  Guns blazing here, because of these accusations.  You filed court…

AD:     Not only saying it but swearing it under oath.

MV:    But let me, yeah you filed court papers against what you call outrageous and impertinent allegations.  You've challenged her to charge you with rape so she will…

AD:    That's right.

MV:    Quote, go to jail for filing a false rape charge.  You threatened to get her lawyers disbarred.

AD:    Right.

MV:    Why have you decided to go on the attack?

AD:    Well because I'm totally innocent, I have nothing to hide.  I've lived an exemplary life and had a professional career 50 years.  Any of your viewers, imagine waking up in the morning one day and finding out that someone has put an accusation, horrible accusation of rape of a young girl repeatedly in a legal proceeding.  Not claiming that they can prove it.  Not asking to prove it.  Just putting it in there saying you can't sue us because it's protected by the litigation privilege.  You can't answer because you're not a party to the suit, you just have to accept it.

MV:    Alan let me interrupt you for one second because….

AD:    Right…

MV:    Because her lawyers claimed that they did try to depose you….

AD:    Total lie here….

MV:    But they could not find you, you were…

AD:    I have the letter.  It's a lie, I have the letter.  Here's the letter I wrote back to her, to them when they tried to depose me.  Dear Mr. Scarola, I have never personally observed Jeffrey Epstein in the presence of underage females.  I do not believe you have any reasonable basis believing I have.  If you claim to have reasonable basis, please provide me any such reason, I'm certain that I can demonstrate to you that it is false.  Another letter that I wrote…

MV:    When where these sent Alan, can you tell me the dates of these letters?

AD:    August 15, 2011, so they're lying again.  These are serial liars.  This lawyer comes from a law firm whose senior partner is in jail for 50 years for corruption and lying.  Now they're lying through their teeth, saying these letters don't exist.  Well they exist.

MV:    And yet they are charging you with defamation of character.  They are suing you now for that, how do you react to that?

AD:     I'm so happy for that.  I'm so happy because it gives me a chance finally to put them under oath, to cross examine them, to cross examine Jane Doe #3.  I will prove conclusively 2 things: number 1) she made up the whole thing, from beginning to end.  She doesn't know me, she's never seen me; number 2) that the lawyers were in on it.  The lawyers contrived.  The lawyers worked with her on the story.  The lawyers didn't do adequate checking.  The lawyers have engaged in unprofessional conduct in my opinion and they should be disbarred.

MV:     So why, why Alan, why would she name you in this suit?  Why would the lawyers go along with it?  What do any of them have to gain?

AD:     Why did the lawyers, why did they, why did she name Bill Clinton as having been on the island when Secret Service records would show that he was never on the island.  She is a serial liar.  She was arrested for stealing from her employer.  She has a terrible, horrible record of lying.  The lawyers did it because they wanted to vacate the plea, and because I was the only person who was both Jeffrey Epstein's lawyer, who helped negotiate the plea, a very favorable one for him in the view of many people.  But I also knew Jeffrey….

MV:     That was in 2008?

AD:     Right.  But I also knew Jeffrey as kind of an academic friend, between 2009 and 2012, so I fit the profile.  And they decided collectively to make this story up, put it in a document….

MV:     But they know you, they have to know you would run with this…

AD:     They didn't know me well enough.  I am not giving up on this, until I prove them all to be liars and connivers.  I am not giving up.  It's no, they have hurt….

MV:     So what are you saying?  You say you're not giving up, what does that mean, how far are you going to take this?

AD:     I'm gonna fight back, I'm gonna take it as far as has to go….

MV:     Which is what?

AD:     This so terrible what they've done to rape victims, because rape victims will now be believed less when I prove that this woman made up this story in a whole cloth.  She's hurt rape victims.  These lawyers have hurt rape victims.  They've made it harder now and that's one of the great tragedies.  I'm gonna bring disciplinary proceedings against them.

MV:     When is that gonna happen Alan?

AD:     As soon as we get everything ready.  I'm meeting with an expert today.  So I will conclusively prove that she made it up and that the lawyers connived with her.

MV:    What has that done to you and your family?  What has this done to you and your family?

AD:    Well my family, my family is totally and completely behind me.  They, as my wife said on a television show and my daughter, I'm the last person in the world who would ever do anything like this.  All my friends have rallied around me.  I've had hundreds of lawyers from around the world volunteer to represent me pro bono.  They're all behind me.  You know there are going to be some people who are incapable of believing that a woman is capable of lying.  And look, most woman obviously aren't like most men don't lie and you certainly don't lie about anything as serious as having been raped.  But some, this woman has lied.  I can prove it, will prove it.  I will make sure everybody in the world knows that she's lied.  Whatever it takes.  Whatever resources.  I will go and drain my bank account.  I'm 76 years old. I'm retired but I am gonna fight back until I restore my reputation completely and totally demolish the reputations of these sleazy lawyers and these unprofessional people, who have engaged in unethical conduct.  They've picked on the wrong innocent victim this time.

MV:    Alright, Alan Dershowitz.  Thank you so much for joining us.

AD:    Thank you.

MV:    We'll be right back.

### 26.  Interview with CNN The World Right Now 1.14.15

Interviewer:    Welcome back, everyone.  Buckingham Palace is fighting back vociferously against allegations that Prince Andrew is involved in an underage sex ring.  The claims appear in court documents relating to the Prince's longtime friend, controversial billionaire Jeffrey Epstein.  Prince Andrew was on a skiing holiday in Switzerland, but cut it short to deal with the scandal.  Max Foster has more.

MF:    When there's scandal at the palace, it usually goes quiet.  Not this time, though.  Not  one, but an unprecedented four statements issued in response to a lawsuit alleging Prince Andrew had sex with an underaged girl several times in three years from 1999 to 2002.  One even went as far as specifically naming his accuser, saying that it's emphatically denied that His Royal Highness, the Duke of York, had any form of sexual contact or relationship with Virginia Roberts.  The allegations are false and without any foundation.

Roberts, referred to as Jane Doe 3 in court papers filed last week, alleges that she was kept as a sex slave for three years by the Prince's former friend, billionaire businessman and convicted sex offender, Jeffrey Epstein.  During this time, Roberts claims she was forced to have sexual relations with the prince when she was a minor, in London, New York and on Epstein's private island in the U.S. Virgin Islands in an orgy with numerous underage girls.

According to the court filing, Epstein told Roberts to give the prince whatever he demanded and required, and to report back to him on the details.  The prince had come

under harsh criticism for his friendship with Epstein back in 2011.  He later resigned as an ambassador for British trade.  According to the Court documents, Roberts says Epstein routinely lent her to powerful figures for sex, including well known criminal defense attorney Alan Dershowitz.

CNN doesn't normally name alleged victims of sexual abuse, but in this case, Roberts opted to go public, giving an interview to British tabloids, and in a statement reacting to the denials from Dershowitz, Prince Andrew and Epstein, Roberts insists that she will pursue all available recourse, saying these types of aggressive attacks are exactly the reason why sexual abuse victims typically remain silent, and that she's not going to be bullied back into silence.

Whatever the truth, this alleged sex scandal threatens the reputation not just of the Prince, but of the monarchy.  The Palace was quick to dismiss the suggestion that Roberts had met the Queen, saying there was no record of it.  Max Foster, CNN.

Interviewer:    As you heard there in Max's report, Alan Dershowitz was named in that U.S. court document along with Prince Andrew.  Dershowitz is a well-known Harvard University Law professor and American defense attorney best known for representing Klaus von Bulow.  Let's get Mr. Dershowitz live; he joins me from Miami Beach, Florida.  Thanks for being with us.  What are your response?  What is your response to the allegations in this suit that you had sex with this underage minor on Epstein's island, on his ranch, on planes?

AD:    Well, she made the whole thing up.  I was on his island once with my wife and my daughter, I was never out of their sight.  We slept in the same room together.  We were there with distinguished professor at the business school, his family, children.  Utterly untrue.  I was at his ranch in New Mexico once before it was completed, nobody was in the building.  Friends drove me up there.  Six of us toured the building, there wasn't a single girl or any other person there.  Total and complete lies.  As far as the planes are concerned, there are flight manifests, and they will prove I was never on any private airplane with any young women.

She's just lying through her teeth, the way she lied when she said Bill Clinton was at an orgy at Jeffrey Epstein's island; Secret Service records will, of course, show that Bill Clinton never set foot on the island.  Just the way she lied when she claimed that she had met the Queen.  She has a criminal record for theft and stealing; she was found to be a liar by the prosecutors and detective when they investigated a complaint she had made.  Nobody should believe a word she says about anybody or anything.  As far as my case is concerned –

Interviewer:    But, have you ever met –

AD:    Categorically, absolutely made it all up.  No!  Never met her, don't know her.

Interviewer:    Have you ever met her, Jane Doe # 3

AD:    I didn't even know what she looked like until I saw the photograph.

Interviewer:    Yeah?

AD:    Yeah.

Interviewer:    So, you don't have any memory, any recollection of having met this young lady?

AD:    I have a superb memory. I have a memory of not having met her. I don't have a memory of just not having met her, I. DID. NOT. MEET. HER. I did not, and believe me, I remember everybody I've ever had sex with. I'm not that old that I would forget. I did not have any sexual contact whatsoever, under any circumstances. She made the whole thing up out of whole cloth. I can prove it by flight records. I can prove it by my travel records, and if the lawyers, these sleazy, unprofessional, unethical lawyers, Paul Cassell and Brad Edwards, if they had just done an hour of research and work, they would have seen that she is just lying through her teeth. That's why I'm going after them, their bar cards, I'm gonna – seeking disciplinary action against them , I'm filing defamation lawsuits against them and their client, and we're seeking to intervene in the case, and I'm filing today a sworn statement, categorically denying everything, thereby subjecting myself to a possible perjury charge.

Look, right now I'm free of any possible liability because of the statute of limitations.

Interviewer:    Well, why – people are asking, why would these –

AD:    But by filing this lawsuit –

Interviewer:    Why would these veteran attorneys

AD:    Okay, why? I'll tell you why --

Interviewer:    -- name you in this suit if they don't have any type of evidence or they don't think they could hold water? What's in it for them to include your name in this suit?

AD:    Ask them. Ask they if they have any evidence and ask them if they would repeat their charges on your television show. They're doing it for money. She is getting money for having sold her story. She wants to sell the book. They're trying to get into this lawsuit. They see a pot of gold at the end of the rainbow. They're prepared to lie, cheat and steal. These are unethical lawyers. This is Professor Cassell who shouldn't be allowed near a student. This is Professor Cassell who's a former federal judge; thank God he no longer wears a robe. He is essentially a crook. He is essentially someone who has distorted the legal profession. You have to ask him why he would do this. Why would he charge a person with a sterling reputation for 50 years on the basis of the word alone of a woman who was a serial liar, who has lied about former Prime Ministers, former presidents. Has lied demonstrably. If they had just checked the records, they could have known for themselves that she was lying about me; but no, they decided to file this. They're hiding behind now, litigation privileges. They won't come out and

repeat it.  I challenge her to file rape charges against me, I'll waive the statute of limitations.

But if she files a false rape charge against me, she goes to jail.

Interviewer:   I'm wondering, have you spoken to Jeffrey Epstein about this since these allegations came out in this suit in the United States.  Have conversations happened there?

AD:   Sure.  Sure.  Certainly.  I've been his lawyer and I did speak to him about it.  I wanted to make sure that his memory and mine coordinated about when I was on his island.  He was about to check, I was able to check.  I checked with my friends who went with me.  This is a long time ago; we're talking about 15 years ago.  But our memories are clear, and of course my passport records are clear.  You can check easily to see, only once in my life have I been in that area, only once in my life do my travel records show I was in New Mexico, so we can prove it, without any doubt.  That's what's so absurd.  That's what's so strange about why two experienced lawyers would file this kind of statement, knowing it was untrue.  These are virtually the equivalent of perjurers, and they have to be taken out of the legal profession.  They can't be allowed to have a bar card, to victimize more innocent people.  They claim to be victim's rights lawyers, but they're not.  They're hurting victims.  They're hurting rape victims because they're putting forward somebody who was not a rape victim, who was claiming a rape victim, and when she's exposed as a liar and a fraud, it will set back tragically the cause of rape victims,  and the cause of victims in general, and that's the biggest tragedy here.

Interviewer:   All right, Alan Dershowitz, thanks very much, I suspect this is not the last we'll be hearing of this.  Thanks very much for your time.

AD:   No, it's not.

Interviewer:   From Florida, thanks to Alan Dershowitz for joining us.  We're going to have a lot more here on CNN.  Coming up.

### 27.  Dareh Gregorian, New York Daily News, 1/21/15

"Dershowitz said the statements are 'all lies,' and 'I never got a massage from anybody. It's made up out of whole cloth.'"

### 28.  Interview with Bob Norman, Florida Local 10, 1.22.15
   **(PA=Prince Andrew, FA=Female Anchor)** available at:
   *https://www.local10.com/news/alan-dershowitz-sex-slave-accuser-is-serial-liar-prostitute*

PA:   I just wish to reiterate and to reaffirm the statements which have already been made on my behalf by Buckingham Palace.

FA:   Britain's Prince Andrew speaking out for the first time today to deny accusations that he had sex with an underage girl, allegedly being kept as a sex slave.  That young

woman also claims she was forced to have sex with high profile defense attorney and Miami Beach resident, Alan Dershowitz, who also denies those accusations.  Public News investigator Bob Norman spoke with Dershowitz today.

AD:     She's an admitted prostitute, she's a serial liar…

BN:     Attorney Alan Dershowitz today lashed out at his accuser, Virginia Roberts, who swore on a new affidavit that he had sex with her while she was an underage "sex slave" of wealthy Palm Beach financier, Jeffrey Epstein.

AD:     She's lied, lied, lied, lied.

BN:     But she wasn't lying about being sexually abused by Jeffrey Epstein as a minor, correct?

AD:     That is between her and Jeffrey Epstein.

BN:     Roberts, one of dozens of underage girls allegedly recruited by convicted sex offender, Epstein, also released new photos including this one she says was taken by Epstein when she was about 15.  In the new affidavit, she claims Dershowitz had sex with her six times at Epstein's residences, as well as on his jet and private island and swore to seeming new details with Prince Andrew at Epstein's' order when she was 17.  The two are photographed here in London.

AD:     I can tell you she is still a prostitute; she is selling false stories now for money about me.

BN:     Do you have any concern calling her a prostitute when she was victimized at such a young age by this wealthy man?

AD:     She was not victimized, she made her own decisions in life.

BN:     But at the age of 15 some will say that's a little young, that she was taken advantage of.

AD:     Talking about the age of 19.  Look, that's between her and the Federal Government and the people that she claims victimized her.

BN:     Dershowitz is a longtime friend of Epstein's who represented him in the criminal underage sex case.

AD:     I never saw a young underage woman.

BN:     Yet Epstein's former butler who swore under oath that Dershowitz was at Epstein's residences at the same time underage girls were there.

AD:     Were there young women in another part of the house giving massages when I wasn't around?  I have no idea of that.

BN:    Dershowitz did once say he once received a massage at Epstein's mansion, but from an adult woman.

AD:    I kept my underwear on during the massage, I don't like massages particularly

BN:    Bob Newman, Local 10 News.

FA:    Roberts' attorneys claimed that Dershowitz has ducked a deposition but Dershowitz told Bob he's willing to submit to one, but only after Roberts goes first.

**29.  Interview with The Today Show 1.22.15** *available at* https://www.today.com/video/today/56841769

SG:    She just mentioned Alan Dershowitz, also accused by this woman in the lawsuit and he joins us now exclusively. Alan, good morning, it's good to see you.

AD:    Good morning. Thanks for having me on.

SG:    Let me pick up right on that point, because you told Matt a little bit earlier this month that you had never even laid eyes on her.  She now put a picture of herself around the relevant time period in her court papers.  Let me ask you again.  Do you know her? Have you seen her? Have you ever met her?

AD:    I have never seen her, I have never met her. And I challenge her to come on your show and to repeat her allegations on television. She is hiding behind the litigation privilege. She has filed a perjured affidavit and I can prove categorically, by documentary and other evidence that I couldn't have been in the places she said I was at the time.  For example, she said she had sex with me at Jeffery Epstein's ranch in New Mexico. I was there for 1 hour with my wife, my daughter who is here with me today in this studio, never out of their sight. Two other people were with me. Nobody was on the ranch at the time. The only time I have ever been there.  She said I had sex with her on the private island. I was there once with my wife, my daughter, prominent professor at Harvard Business school, his whole family.  She is categorically lying and making the whole thing up.

SG:    She specifically said that she had sex with you at least on six different encounters. She mentions those two locations, she also says in New York, in Florida.  Can you prove it didn't happen there either?

AD:    Absolutely. As long as she gives me the dates, I will have my travel documents.  I am a busy person. I am in Europe. I am in Israel. I am teaching. She has to give me a date and I will show her I was never, ever anywhere near her at any time.  She is making the whole thing up.  She is a categorical liar.  I challenge her to repeat it in public, then we'll be able to have it out in court.

SG:    And that's one of the things you talked a lot about, the idea that these allegations were put in a lawsuit, I think you called it a "stink bomb," kind of a drive-by shooting in

the legal sense, and that you had no opportunity to respond.  However, in the latest papers, legal papers, from their lawyers, they said you have in fact had the opportunity --

AD:     They're lying.

SG:     --to be deposed. They show letters in which they offer to depose you.

AD:     And they didn't show my letters in response. I wrote two letters in response saying: a) if you ask me about my legal relationship with Epstein obviously it's covered by lawyer-client privilege, but anything else I'll be happy to answer. You just give me the specifics. They said at that point that I might be a witness, they never accused me, never ever accused me until December of having sex with her. This is Pinocchio's nose growing longer and longer and longer--

SG:     Let me--

AD:     And I responded and I said I would be happy to be deposed if you could give me any indication that I would be a relevant witness and I categorically denied in the letter that I was a witness to anything.

SG:     On January 3rd they asked you yet again for a deposition and that's after all this came out

AD:     I am--

SG:     Will you be deposed by them?

AD:     Of course I will be deposed because they have sued me for defamation. The newest definition of a chutzpah. They accuse me of the most horrendous crime, I defend myself, and they sue me for defamation.  But they made a mistake, because now they have to be deposed, I have to be deposed.  I am happy to have this out in a court of law because they will be proved all of them to be categorically lying and making up this story and it will be a terrible thing for rape victims. They have put rape victims in a terrible position. Because when I unequivocally prove that they sat down and made this all up, tragically it will hurt real rape victims, and it shouldn't, because you shouldn't generalize.

SG:     Let me ask you about one other issue, I think you said on this program, on many programs that you were willing to personally waive the statute of limitations so that this accuser, if she wanted to, could file a criminal case against you.

AD:     Let her. Go ahead and do it.

SG:     They say her lawyers say they sent that waiver to you asking you to waive the statute of limitations, that they got no response, and that your lawyers said you are considering it.

AD:     No, that's not true. What happened is this: they asked me to waive it to them. I am not waiving it to them. If a prosecutor makes an investigation and makes a decision and

tells me that if he finds that she is lying, that he will prosecute her for lying, there will be a mutual waiver, let the prosecutor decide, let there be an investigation. I'm afraid of nothing. I am hiding nothing. She is afraid of repeating this in public. She is afraid of giving dates or specifics. I have been absolutely upfront in giving every and answering every question and the lawyers are lying through their teeth when they say that I have refused to be deposed. They're hiding her. We sought to depose her. They're refusing to accept service on her behalf. They won't tell us where she is hiding.

SG:   Well, let me ask you, one other thing, something in the complaint there, or the affidavit you're holding there, she says that this financier, Jeffrey Epstein, whom you know had sex with underage girls on a regular basis, on a daily basis and it was "obvious to those around him, so obvious and bold" she writes "that anyone spending time at one of his residences would have clearly been aware of what was going on."

AD:   Okay, it's total--

SG:   You did spend time there, were you aware of such a thing?

AD:   Of course not. In an academic setting, I first met him through Lady DeRothschild. I then had dinner with him with President Shimon Peres, I then met him with the developer of the genome.  We had an academic relationship. I was never in the presence of a single young, underage woman. When I was with him, it was with prominent scientists, prominent academics, and they are just again lying about this. I never saw him in doing anything improper, I was not a witness, I was not a participant and I will prove it, categorically.

SG:   Alan Dershowitz thank you for being here and giving us your perspective. Appreciate it.

AD:   Thank you.

### 30.  Interview with CNN 1.23.15

MA:   Now, Gawker has analyzed the flight logs of Jeffery Epstein, they say that whereas you've suggested you always travel in the company of your wife--

AD:   I never said that, I said that I generally travel, my wife loves to come with me, I love to travel with her, we're leaving tomorrow night for a trip, to a foreign destination. She is with me.  When I speak, I like her to come with me.  She doesn't come with me on every trip---

MA:   Okay but, let me --

AD:   She was with me on two trips--

MA:   Let me… let me, let me at least finish the question, because as they, they point out, they say that according to the manifests, your name appears, but never does her name

appear on the same flights where Alan Dershowitz was flying, you get the likes of Hazel, Claire and Tatiana.  Do you know any of those three women?

AD:     Yes, I know Tatiana.  She was about 25 years old.  She was Jeffery Epstein's girlfriend.  She was a serious person.  The other two names are unfamiliar.  They are probably the stewardesses.  I was never on the airplane with anybody who looked underage or even close to it.  If I had ever been in the presence of Jeffery Epstein with anybody who looked underage, I would have left immediately and never walked back in that house.  I don't do things like that.  I brought my family to their house.  I brought my family to the island, I brought my grandchildren to his house after these alleged acts occurred.  Can you imagine me bringing my grandchildren to the scene of the crime where there would be witnesses who might say, "oh! That's the man!"  It's ridiculous!

MA:     Did you ever fly, did you ever fly on Jeffery Epstein's plane with former President Clinton?

AD:     No, I didn't.  But I flew with, uh, uh, somebody, my nephew going to see an astronaut launching, I flew with my wife twice, my daughter twice, I can prove it, notwithstanding any manifests, um, I flew with legal team, I flew to a dinner with Shimon Peres and, and Senator Glenn, but I never ever flew with any young women and I certainly didn't have sex on an airplane. I am not a member of the "mile high club."  That's just not me.

### 31.  Interview with CNN Tonight 4.7.15

MA:     Alan denied these charges and suffered you know damage to your reputation as a result of this being so widely reported with these specific allegations being thrown out, do you feel fully vindicated?

AD:     Well I feel fully vindicated legally.  It's as if the charges have never been brought now because the judge struck them all and said they never, ever should have been included in these pleadings.  But you know you can't un-ring a bell.  So, I need to be vindicated factually as well.  This woman simply made this story up out of whole cloth.  I've never met her, I don't know her, I've never touched her… totally, totally made up.  So I'm pursuing my [inaudible] I am suing the lawyers and perhaps I will be suing her as well for defamation.  She's been hiding, trying to avoid being served but we found her hiding in Colorado and we've served her so now she will have to be deposed and if she repeats in a deposition under oath what she has said, she will go to prison because she will have committed perjury which we can then prove beyond a reasonable doubt.

MA:     We should note that these alleged victims claim that you had sex with them while they were underaged, that it was all part of some scheme and ring connected with your friend Jeffrey Epstein.  Why do you think this all even came to be?  I mean Jeffrey Epstein a friend of yours and an investment banker did, he pleaded guilty to state charges of prostitution and solicitation years ago but why do you think the alleged victims here wanted more?  Why did they make this up?

AD:     Nobody can be sure that … I can tell you I knew Jeffrey Epstein as an academic friend along with the President of Harvard, the [inaudible], the developer of the Genome, the inventor of artificial intelligence.  We were all academic friends and none of us had any idea about these allegations.  I never, ever saw a young woman in the presence of Jeffrey Epstein nor was I ever in the presence of any underaged young woman in any context.  Why they picked on me and Prince Andrew and several other people I don't know.  This is a woman who claims to have had a relationships with Bill Clinton and Al Gore and two Prime Ministers and President and Majority Leader of the Senate and you name it … Steven Hawkins and other professors.

MA:     Let me jump in then … it seems as if, you know whoever these alleged victims are, they do seemed troubled … you are going to pursue legal recourse.  But what do you expect to get out of it and even if this individual goes to jail what will that do?

AD:     It will do a great deal because real rape victims are the victims of this woman and other like her.  When you get made up rape stories it really hurts the situation of actual rape victims and so it's essential that people who make up stories of sexual abuse be punished so that they can't do it again and that others are deterred from doing this kind of thing because it hurts real rape victims and so it's essential that … I don't know if this woman is troubled.  There are people that are just liars.  She's in it for the money.  She's trying to write a book.  She got paid an enormous amount of money already for her stories about Prince Andrew and this has to stop.

MA:     None of us can image what's it like to go through what you've been through but Harvard Law Professor there Alan Dershowitz setting the record straight and clearing his name.  Thanks for speaking with us today from New York.

AD:     Thank you for letting me clear my name, I appreciate it.

### 32.  Interview with CNN 4.7.15

AD:     The charges have been stricken, the judge struck them all.  Said they were improperly put in.  I have been vindicated legally, but I am going to continue to be vindicated factually because I don't know this woman.  It never happened!  She made it up out of whole cloth. The lawyers never, ever, should have put that allegation in a complaint, and the judge held their feet to the fire, saying that they should never have done it, and imposed a sanction of striking it, so we are now back to the position as if it had never been done before, but you can't un-ring a bell. My reputation has still been harmed. So, that's what happens when there are false allegations and the real victims are real rape victims who have really been raped. When you have a woman making up a story like this, whether it's this one, whether it's the Rolling Stone, whether it's the story that happened at Duke University a few years ago, the real victims are rape victims who shouldn't be burdened by false stories.

### 33.  Interview with Newsmax TV, 4.7.15

**Interviewer**: Alright, ladies and gentleman, welcome back.  We're joined right now by the one and only Alan Dershowitz.  Alan, I appreciate you doing this on last minute, but

there was some news made today.  It's in line with what you have been saying all along, a judge presiding over a case involving convicted pedophile Jeffrey Epstein has thrown out accusations against you.  You must very, very happy.

**AD**: Well, I'm pleased, I mean we've been legally vindicated, but you know, my reputation has still been unfortunately tarnished in the minds of at least some people by a woman who just lied and made up a story out of whole cloth.  I don't know this woman, I'd never met her, and she made these false accusations and there are some people who still believe it.  The judge's decision will go a long way towards erasing that.  Because what the judge said basically is he had to strike all these allegations as if they were never made, but you know, it's like unringing a bell or as lawyer's say, when you throw the skunk out of the jury box, the smell still remains.  So there still be a smell and I have to go after her and I'm going after her.  We've just served her and we will depose her and we will persuade the world that she made up the whole story out of whole cloth.

**Interviewer**: And when you say going after her, you're suing her for defamation?

**AD**: Well, I'm suing the lawyers for defamation.  We're considering suing her for defamation, as well.  But right now, she was trying to hide in Colorado and avoid service, but we found her, and we served her and now she'll be subject to a deposition and if she repeats what she said previously under oath, she will go to jail.  Because what she said is a complete total made up lie.

**Interviewer**: So just…

**AD**: Not only about me, but many other people.

**Interviewer**: So right, just to be clear, the judge threw it out or the judge declared it to be untrue?

**AD**: No, he, the judge didn't hear any evidence, so he was not in a position to declare anything to be true or untrue…

**Interviewer**:  Ok.

**AD**: …he just said it was absolutely improper for the lawyers to have made these allegations…

**Interviewer**:  Ok.

**AD**: …with no evidentiary basis and without any relevance to the case, it was like a drive by shooting or like somebody…

**Interviewer**: Right.

**AD**: …scribbling graffiti on a bathroom door.

**Interviewer**: But you said she'd go, you said if she repeats it in a deposition, she'll go to jail.  How, you mean eventually?

**AD**: Yes, she'll have committed perjury.  And she'll be prosecuted for perjury.  You can't commit perjury and victimize somebody, and I mean it's not only against the law, it's against the Ten Commandments, bearing false witness.  And there has to be consequences and there has to be consequences for lawyers who allow their clients to defame other people using the law as a shield against defamation.  Now that shield has been removed by the judge, striking these salacious and false allegations.

**Interviewer**: Well, I'm glad for you, because you know, I don't think too many people ever believed it, but like you said, sometimes you know the public hears something and then you have to prove your innocence and that's not, that's a flaw in our system, I think and especially with our news media today.

**AD**: Right, I appreciate that and the other, the real victims of this are real rape victims, people who really suffered from rape.  And you know, the problem is when you have false allegations like in the Rolling Stone case or the Duke University lacrosse case, or in my case, it undercuts the credibility of real rape victims and that shouldn't happen.  But women like this who make these false charges, really hurt other women who are victims of rape and that's why it's so important that there be consequences.

**Interviewer**:  Let me turn to this subject, we have a couple minutes left here, Alan.  Rand Paul announcing today that he's running for President, along with Ted Cruz, your former student.  So what's your take on Rand Paul?

**AD**: Well, I think Rand Paul is a very bright guy, you know, he has some extreme views, particularly on American foreign policy, he's been trying to bring those views into the center a little bit more.  He strikes me as a decent, intelligent man, who wants to remain in the United States Senate, where he's doing a good job.

**Interviewer**:  Who ought to remain in the Senate.  So you think, is he in over his head?

**AD:**   I think so.  You know, I think all these young guys who have decided they… you know, Senator for one term it's time to run for President.  And I include within that President Obama.  I think he would have been a much better President if he had served a couple of years, a couple of terms in the Senate.  I think we elect our Presidents sometimes too young, too inexperienced.  You know, there is some virtue in accumulating experience and a little wisdom and maybe a couple of grey hairs.  Well, you get the grey hairs on your President.  Obama has turned very grey over the last six years, but I think experience, and you know when they gave Obama the Nobel Prize weeks like after he got elected President, that really, it diminished the value of the Nobel Prize.

**Interviewer**:  Yeah, absolutely, for doing what?  Anyway, Alan, I know we're going to talk again later in the week and I look forward to that, thank you very much sir.

**AD**:   Always a pleasure.  Thank you.

**Interviewer**:   Alright, Alan Dershowitz, ladies and gentleman, and that is good news. And you know, anybody, anybody could accuse anybody of anything.  And when you have a name like Alan Dershowitz or you know any high profile name, the media is going to report that accusation.  And even once you're vindicated, whether it's through a trial or whether it's through something like this that happened today, which is good news for Alan and the others, still in all, there are gonna be people, I hope it's few, but there's gonna be people that say "he must have done it, he's got connections, of course he did it, why would the girl make it up"?  And that's the flaw, that's really the flaw in our system; it was before social media, now it's even worse with social media.  How do you get your name back?  That's the question.  Alright, John Zogby's next folks, don't go away.

### 29.  Interview with Sky News 4.7.15

**AD**:     Andrew's allegations were struck along with mine.  I brought the lawsuit.  I was the one who intervened and filed all the legal papers.  Prince Andrew just went along, obviously, he didn't file any papers.  But as a result of me winning my case, the allegations against him were struck as well.  The court ruled not only that these were irrelevant and highly improper to be filed, but also sanctioned the lawyers for doing so and said that the striking of these allegations was a sanction.

A sanction means essentially a punishment for the lawyers for doing the wrong thing, and they did do the wrong thing.  This woman, made up the entire story about me; I don't know her, I never met, I have no photograph with her, there was no journal about me, she just decided to make up the story about me and the Court struck it.  It's now legally in the same position as if she had never made these allegations, but of course, reputations have been tarnished and hurt as the result of it, and there have to be some consequences, both for the lawyers and for the woman who made up the false story.

### 34.  Interview with Lawrence O'Donnell, MSNBC The Last Word 4.8.15

**LO**:   Mr. Dershowitz, he's joining us now live. Mr. Dershowitz good to see you.

**AD**:     Likewise.

**LO**:     Let's talk about what this judge says and does not say, okay.  The judge says that the claims made by Jane Doe #3 against you and Prince Andrew and others are not material to the case that they are trying to join against the U.S. Government. What the judge does not say is whether the claims made by Jane Doe #3 are true or untrue.  Having said that, what's your reaction?

**AD**:     Well I feel completely legally vindicated.  We filed a motion asking him to strike these claims as irrelevant and improperly put in the lawsuit.  He can't determine whether it was true or not, he hasn't heard evidence, he hasn't heard witnesses.  I've submitted a sworn affidavit categorically denying the truth there will be an opportunity for us now to cross-examine this woman, because we've served her.  She tried to evade service but we found her in Colorado, we served her and we now cross-examine her and prove that all of her allegations are totally false.

LO:    Let me go back though.  You feel completely legally vindicated….

AD:    That's right.

LO:    Personally vindicated, not yet?

AD:    No, I think we have more to go.  Look, I'm being sued by the lawyers for telling the truth on the Today Show.  So there's another opportunity for me to prove that what I said is true.  I also don't feel vindicated in another way.  The media splashed the original charges on the front page of almost every newspaper, and very few newspapers have even printed the fact that the judge has now vindicated us legally.

LO:    Do have any sense at all or any indication that Jane Doe #3 has changed her tune or changed her story in regards to you and inappropriate actions and contact on your part?

AD:    Oh I hope so, because if she repeats what she has said under oath in a deposition, she will be committing perjury, and she will…

**31.  *Interview with The Today Show 4.8.15 (ML=Matt Lauer)*  available at:**
https://www.today.com/video/today/57216046.

ML:    Alan Dershowitz, he is joining us now live.  Mr. Dershowitz, good to see you.

AD:    Likewise.

ML:    Let let's talk about what this judge says, and does not say, okay.  The judge says that the claims made by Jane Doe #3 against you and PA and others are not material to the case that they are trying to join against the US Government.  What the judge does not say is whether the claims made by Jane Doe #3 are true or untrue.  Having said that, what's your reaction?

AD:    Well, I feel completely legally vindicated. We filed a motion asking him to strike these claims as irrelevant and improperly put in the in the lawsuit. He can't determine whether it's true or not; he hasn't heard evidence he hasn't heard witnesses. I've submitted a sworn affidavit, categorically denying the truth.  There will be an opportunity for us now to cross-examine this woman because we have served her.  She tried to evade service, but we found her in Colorado, we served her and we will now cross examine her and prove that all of her allegations are totally false.

ML:    Let me go back though, you feel completely legally vindicated.

AD:    That's right.

ML:    Personally vindicated, not yet.

AD:    No, I think we have more to go.  Look I am being sued by the lawyers for telling the truth on the Today Show, so there is another opportunity for me to prove that what I said is true.  I also don't feel vindicated in another way, the media splashed the original

charges on the front pages of almost every newspaper and very few newspapers have even printed the fact that the judge has now vindicated us legally.

ML:     Do you have any sense at all, or any indication that Jane Doe #3 has changed her tune or changed her story, the in, in regards to you and inappropriate actions and contact on your part?

AD:     Well, I hope so.  Because if she repeats what she has said, under oath in a deposition, she will be committing perjury and she will be appropriately charged and sentenced to prison. Remember, the real victims here are rape victims, real rape victims. When you have a situation like this where a woman makes up a charge out of whole cloth or the Rolling Stone magazine case or the Duke case, that hurts real rape victims, that's why there have to be consequences for these kinds of false charges.

ML:     So let me just ask you again directly, do you categorically deny that you had any inappropriate contact with this woman who is now known as Jane Doe #3.

AD:     I never had any contact.  I don't know who she is, I never met her, she made up the whole story out of whole cloth.  I can prove that, I will prove it categorically when given an opportunity to do so in court, but I feel entirely vindicated legally because the judge's action now puts me in the position that I was in legally prior to any of these charges having been made.

ML:     You are a legal scholar, but, so you are used to dealing with legal situations, but you're not used to being the center of a situation like this.

AD:     Of course.

ML:     What lessons have you learned as a result of this?

AD:     Well, you can lead your life absolutely perfectly, I am 76 years old, I have never been charged with anything.  You wake up one morning and you are absolutely, your life changes when you are charged with something you just didn't do. I have been involved in every aspect of the legal system, I have never understood what it means to be falsely charged, now I understand and I will fight back and it's essential to fight back and not to allow these kinds of charges to go unanswered or the people who make them not to have consequences.

ML:     Alan Dershowitz- Mr. Dershowitz, it's good to have you here.

AD:     Likewise, thank you.