# Exhibit H

2/18/2015 Top US lawyer Dershowitz: can his accusers in sex abuse case be disbarred? | Reuters

REUTERS
Highlights
Hello
AGES 0-2
High Five
Let's Go!
AGES 2-6
$2.87 Per Issue!
SHOP NOW!

EDITION: U.S.
SIGN IN | REGISTER
Search News & Quotes
HOME BUSINESS MARKETS WORLD POLITICS TECH OPINION BREAKINGVIEWS MONEY LIFE PICTURES VIDEO

# Top US lawyer Dershowitz: can his accusers in sex abuse case be disbarred?

BY BRENDAN PIERSON
Tue Jan 6, 2015 7:13am EST

Tweet 3 Share 3 Share this 8+1 0 Email Print

RELATED NEWS
Former Garner family lawyer will not face rape charges
Same-sex marriages start in Miami, hours before rest of Florida
Former assisted living CEO challenges U.S. SEC over court venue
Woman says forced as minor into sex with Prince Andrew; allegations denied
Federal judge allows gay marriages to begin across Florida

ANALYSIS & OPINION
Ugly-duckling shareholder derivative suits are poised for swandom
New Zealand bar manager pleads not guilty to insulting Buddhism in Myanmar

(Reuters) - Well-known U.S. criminal defense lawyer Alan Dershowitz has vowed to seek the disbarment of two lawyers representing a woman who has accused him of sexually abusing her when she was underage. But legal experts said he faces an uphill battle.

In a filing in Florida federal court last week, former federal judge Paul Cassell and Florida plaintiffs attorney Bradley Edwards said that their client was forced as a minor by financier Jeffrey Epstein to have sex with several people, including Dershowitz and Britain's Prince Andrew.

Dershowitz, a Harvard University professor emeritus, represented Epstein against sex crime charges, for which he served a 13-month sentence after pleading guilty in 2008.

The lawyers' client is named in court papers as Jane Doe #3, but has been identified by Buckingham Palace as Virginia Roberts.

Dershowitz, 76, has denied that he ever had sex with Roberts - and said Cassell, a University of Utah law professor, and Edwards knew the charges were false when they filed them. He is currently not a target of the Roberts lawsuit. But Dershowitz is seeking to intervene in order to defend himself. Buckingham Palace officials have also denied the allegations against Prince Andrew.

Dershowitz told Reuters Monday that he would file a defamation lawsuit based on the lawyers' public statements about the case. He also plans to file complaints with their respective states' disciplinary boards asking that they be disbarred.

The boards would then decide whether to open an investigation and whether to bring charges.

Edwards and Cassell said in a joint statement that they had carefully investigated all of the allegations in their pleadings before presenting them.

They also said they had tried to depose Dershowitz and that he had refused, which Dershowitz called a "total lie." He said he received only one deposition request from the two

TRENDING ON REUTERS
Texas judge's immigration rebuke may be hard to challenge 1
U.S. Congress questions plan to admit Syrian refugees 2
Ukrainian forces quit besieged town after rebel assault | VIDEO 3
Russian researchers expose breakthrough U.S. spying program 4
Greece to submit loan request to euro zone, Germany resists 5

Follow Reuters
Facebook Twitter RSS YouTube

http://www.reuters.com/article/2015/01/06/andrew-lawsuit-dershowitz-idUSL1N0UL0IC20150106 1/4

lawyers five years ago, asking about his relationship with Epstein - and that it said nothing about any of the new allegations.

Login or register
Latest from My Wire

...could prove the allegations were false, that was unlikely to get the two attorneys disbarred.

The heart of the issue: attorneys are advocates for their clients, not arbiters of fact, they said, and they are generally entitled to believe their clients.

"The statement by the victim that it happened, without a strong reason to question it, would be sufficient," said Amy Mashburn, a professor at the University of Florida's Levin College of Law.

"Being false alone is not enough," said Stephen Gillers, a professor at NYU School of Law. "What a disciplinary committee would have to show is that they either knew the allegations were false, or they were reckless in making the charge."

Gillers said there was no firm standard for what it meant to be reckless. While attorneys have an obligation to investigate allegations before making them, such an investigation need not be as thorough as the fact-finding that later happens in court, he said.

Cassell and Edwards would be more likely to face punishment if a disciplinary board concluded that they knowingly lied. Mashburn said that would be a very serious fraud that would be a breach of several ethical rules.

Even then, she said, they might only face suspension.

One obstacle for Dershowitz, according to Mashburn, is that lawyers are often disbarred for multiple offenses.

Cassell, who served as a deputy attorney general under President Ronald Reagan, has no record of public discipline since he was admitted to the bar in 1992, according to a spokeswoman for the Utah state bar. Edwards, who was admitted to the Florida bar in 2002, also has no public disciplinary history in the last 10 years. That's as far back as the Florida state bar keeps such records.

In 2008, Edwards filed a petition in the Florida court on behalf of women who say they were sexually abused by Epstein. The women say federal prosecutors violated their rights when they entered into a plea agreement with Epstein that allowed him to serve jail time on state charges, but avoid federal prosecution.

Edwards asked Cassell to join him early in the litigation.

Cassell, who left his post as federal judge in 2007, describes himself as an advocate for crime victims. He has championed the death penalty - and unsuccessfully pushed to overturn the 1966 Supreme Court decision requiring police to read detainees their rights.

Recommend 3 people recommend this. Be the first of your friends.

Tweet this Link this Share this Digg this Email Print Reprints

RECOMMENDED VIDEO

Meet the dogs in the 139th Westminster Dog Show

Germany leaps ahead but France limping

Indian man sues Alabama police after alleged assault

Breakingviews: Apple of Elon Musk's eye

Sponsored Financial Content (?)

REVEALED: Apple's Next Smart Device *Motley Fool*

What you need to know about market volatility *J.P. Morgan Funds*

7 Credit Cards You Should Not Ignore If You Have Excellent Credit *Next Advisor*

Earn Guaranteed Income for Life! Compare Rates Today. *Expert Annuities*

This proprietary indicator has tagged 71 winners already this year... *Profitable Trading*

SPONSORED TOPICS

1. Top 10 Luxury Cars
2. Best Income Funds
3. How to Start an Online Business
4. Recommended Stocks To Buy
5. High Yield Investments
6. Best Retirement Communities

### More From Reuters

- U.S. Marines handed over their guns before leaving Yemen | *11 Feb*
- Ukraine's military is stronger than believed. Here's what it needs to win. | *16 Feb*
- Costco customers look like winners in Amex scrum | *13 Feb*
- Chicago starts removing 'dibs' markers for parking as tempers flare | *13 Feb*
- In Russia, battle for university places deflates Crimea euphoria | *13 Feb*

### Sponsored Financial Content

 (?)

- Apple Just Did What Nobody Thought It Could *Motley Fool*
- Focus on the fundamentals *J.P. Morgan Funds*
- 7 Credit Cards You Should Not Ignore If You Have Excellent Credit *Next Advisor*
- Earn Guaranteed Income for Life! Compare Rates Today. *Expert Annuities*
- Invest With the Newest Breed of Emerging Portfolio Managers. *Covestor*

### From The Web

Sponsored Links by Taboola

You'll Never Guess What's Really Distracting In The Car
*Toyota*

How this Razor is Changing the Shaving Industry
*Harry's*

See Inside This Massive Submarine
*CNET*

The Best New Communications Device
*BlackBerry*

RA Symptoms That Actually Come from Other Diseases
*Health Central*

10 Unbelievable Facts About Putin
*Time Warner Cable Central*

## Sponsored Topics

1. Best Rated SUVs
2. Best Cars to Own
3. Cheap Cellphone Plans
4. Top 10 Best Vacuum Cleaners
5. Best Refrigerator 2014
6. High Speed Internet Offers
7. How Start a Business From Scratch
8. Top 10 Luxury Cars
9. Best Income Funds
10. How to Start an Online Business

Back to top

Reuters.com Business | Markets | World | Politics | Technology | Opinion | Money | Pictures | Videos | Site Index

Case 1:19-cv-03377-LAP Document 24-8 Filed 05/23/19 Page 5 of 5

**More from Reuters** Reuters News Agency | Brand Attribution Guidelines | Delivery Options

**Support & Contact** Support | Corrections

**Account Information** Register | Sign In

**Connect with Reuters** Twitter Facebook LinkedIn RSS Podcast Newsletters Mobile

**About** Privacy Policy | Terms of Use | Advertise With Us | AdChoices | Copyright

Thomson Reuters is the world's leading source of intelligent information for businesses and professionals.

Our Flagship financial information platform incorporating Reuters Insider

An ultra-low latency infrastructure for electronic trading and data distribution

A connected approach to governance, risk and compliance

Our next generation legal research platform

Our global tax workstation

Thomsonreuters.com

About Thomson Reuters

Investor Relations

Careers

Contact Us

Thomson Reuters is the world's largest international multimedia news agency, providing investing news, world news, business news, technology news, headline news, small business news, news alerts, personal finance, stock market, and mutual funds information available on Reuters.com, video, mobile, and interactive television platforms. Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.

NYSE and AMEX quotes delayed by at least 20 minutes. Nasdaq delayed by at least 15 minutes. For a complete list of exchanges and delays, please click here.