# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>     Plaintiff<br><br>v.<br><br>ALAN DERSHOWITZ,<br><br>     Defendant. | Civil Action No. 19-CV-03377-LAP<br><br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Howard M. Cooper hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Alan Dershowitz in the above-captioned action. Counsel for the Plaintiff has assented to this Motion.

    I am a member in good standing of the bar of the State of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 26, 2019                              Respectfully submitted,

                                                                                       /s/ Howard M. Cooper
                                              Howard M. Cooper (MA BBO #543942)
                                              TODD & WELD LLP
                                              One Federal Street, 27th Floor
                                              Boston, MA  02110
                                              T: 617-720-2626
                                              F: 617-227-5777
                                              hcooper@toddweld.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system, and served to all counsel of record on June 26, 2019.

                   /s/ Howard M. Cooper
                   Howard M. Cooper