UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>　　Plaintiff<br><br>v.<br><br>ALAN DERSHOWITZ,<br><br>　　Defendant. | Civil Action No. 19-CV-03377-LAP<br><br>**AFFIDAVIT IN SUPPORT OF<br>MOTION FOR ADMISSION<br>PRO HAC VICE** |

I, Howard M. Cooper, in support of my Motion for Admission for Pro Hac Vice, do hereby state that:

1. I have never been convicted of a felony;

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

3. There are no disciplinary proceedings presently against me.

Signed under the pains and penalties of perjury this 25th day of June, 2019.

_____
Howard M. Cooper (MA BBO # 543942)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
T: 617-720-2626
F: 617-227-5777
hcooper@toddweld.com