UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>    Plaintiff<br><br>v.<br><br>ALAN DERSHOWITZ,<br><br>    Defendant. | Civil Action No. 19-CV-03377-LAP<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

    The motion of Howard M. Cooper for admission to practice Pro Hac Vice in the above-captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar(s) of the state of Massachusetts; and that his contact information is as follows:

Howard M. Cooper
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA  02110
T:  617-720-2626 / F: 617-227-5777

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Alan Dershowitz in the above-entitled action;

    IT IS HEREBY ORDERED that Applicant is admitted Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____          _____

                                                                                                        United States District / Magistrate Judge