UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

       Plaintiff,                  Case No.: 1:19-cv-03377-LAP

v.                                 **MOTION FOR ADMISSION PRO HAC VICE**

ALAN DERSHOWITZ,

       Defendant.

_____/

       Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Sigrid S. McCawley, hereby move this Court for an Order for Admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff, Virginia L. Giuffre in the above-captioned action.

       I am in good standing in the bar of the State of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 1, 2019.                Respectfully Submitted,

                                              */s/ Sigrid S. McCawley*

                                              Sigrid S. McCawley
                                              Boies Schiller Flexner, LLP
                                              401 E. Las Olas Boulevard, Suite 1200
                                              Fort Lauderdale, FL 33301
                                              Tel: (954) 356-0011
                                              Fax: (954) 356 0022
                                              Email: smccawley@bsfllp.com

                                              *Counsel for Plaintiff, Virginia L. Giuffre*