UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

      Plaintiff,

v.

ALAN DERSHOWITZ,

      Defendant.

_____/

Case No. 1:19-cv-03377-LAP

**DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**

I, Sigrid S. McCawley, hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I am a member in good standing of the bar of the State of Florida.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: July 1, 2019           Respectfully Submitted,

                                                  */s/ Sigrid S. McCawley*

Sigrid S. McCawley
Boies Schiller Flexner, LLP
401 E. Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 356-0011
Fax: (954) 356 0022
Email: smccawley@bsfllp.com

*Counsel for Plaintiff, Virginia L. Giuffre*