UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

      Plaintiff,                    Case No.: 1:19-cv-03377-LAP

v.                                  **ORDER FOR ADMISSION PRO HAC VICE**

ALAN DERSHOWITZ,

      Defendant.

_____/

The motion of Sigrid S. McCawley, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar and the State of Florida; and that her contact information is as follows:

    Applicant's Name:   Sigrid S. McCawley

    Firm Name:  Boies Schiller Flexner, LLP

    Address:  401 E. Las Olas Boulevard, Suite 1200

    City/State/Zip:  Fort Lauderdale, FL 33301

    Telephone/Fax:  Tel: (954) 356-0011 / Fax: (954) 356-0022

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Virginia L. Giuffre in the above entitles action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____  _____
                                        Honorable
                                        Senior United States District Judge