

July 2, 2019

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *Virginia L. Giuffre v. Alan Dershowitz*, No. 19 Civ. 3377 (LAP)
             Request To File Extra-Length Brief

Dear Judge Preska,

    I write on behalf of Plaintiff Virginia L. Giuffre.  Pursuant to Rule 2(C) of Your Honor's Individual Practices, Plaintiff hereby requests leave to file a <u>26-page</u> memorandum of law in opposition to Defendant Alan Dershowitz' Motion to Disqualify Counsel [Dkts. 8-10].  The additional pages are necessary to respond to the Defendant's 28-page opening brief, and the various arguments and allegations contained therein.

    Plaintiff's counsel has conferred with counsel for the Defendant, and they do not object to this request.

    Respectfully submitted,

    /s/ Joshua I. Schiller

    Joshua I. Schiller
    BOIES SCHILLER FLEXNER LLP
    55 Hudson Yards
    New York, NY 10001
    (212) 446-2300
    jischiller@bsfllp.com

    Sigrid McCawley
    BOIES SCHILLER FLEXNER LLP
    401 E. Las Olas Blvd., Suite 1200
    Ft. Lauderdale, FL 33301
    (954) 356-0011
    smccawley@bsfllp.com
    (Pro Hac Pending)

    Attorneys for Plaintiff

**CC**:  Counsel for All Parties (via ECF)