

July 2, 2019

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *Virginia L. Giuffre v. Alan Dershowitz*, No. 19 Civ. 3377 (LAP)
             Request To File Extra-Length Brief

Dear Judge Preska,

      I write on behalf of Plaintiff Virginia L. Giuffre. Pursuant to Rule 2(C) of Your Honor's Individual Practices, Plaintiff hereby requests leave to file a 26-page memorandum of law in opposition to Defendant Alan Dershowitz' Motion to Disqualify Counsel [Dkts. 8-10]. The additional pages are necessary to respond to the Defendant's 28-page opening brief, and the various arguments and allegations contained therein.

      Plaintiff's counsel has conferred with counsel for the Defendant, and they do not object to this request.

*So ordered.*
*Loretta A. Preska*
7/3/19

Respectfully submitted,

/s/ Joshua I. Schiller

Joshua I. Schiller
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(212) 446-2300
jischiller@bsfllp.com

Sigrid McCawley
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011
smccawley@bsfllp.com
(Pro Hac Pending)

Attorneys for Plaintiff

CC: Counsel for All Parties (via ECF)