UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA GIUFFRE

       *Plaintiff,*

v.

ALAN DERSHOWITZ

       *Defendant.*

No. 1:19-cv-03377-LAP

### DECLARATION OF JOSHUA SCHILLER IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISQUALIFY BOIES SCHILLER FLEXNER

I, JOSHUA I. SCHILLER, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a Partner with the law firm of Boies Schiller Flexner LLP and duly licensed to practice in New York and before this Court.

2. I respectfully submit this Declaration in Support of Plaintiff's Memorandum of Law in Opposition of Defendant's Motion to Disqualify Boies Schiller Flexner.

3. Attached hereto as Exhibit 1 is a true and correct copy of September 3, 2008, FBI Notification Letter.

4. Attached hereto as Exhibit 2 is a true and correct copy of the August 4, 2019 Affidavit of Sarah Ransome.

5. Attached hereto as Exhibit 3 is a true and correct copy of June 17, 2019, Florida Bar Response Letter.

6. Attached hereto as Exhibit 4 is a true and correct copy of November 6, 2017

Affidavit of Professor Paul Cassell.

7. Attached hereto as Exhibit 5 is a true and correct copy of June 27, 2011 Vanity Fair Article.

8. Attached hereto as Exhibit 6 is a true and correct copy of January 22, 2015 Local 10 Article.

9. Attached hereto as Exhibit 7 is a true and correct copy of October 6, 2017 Affidavit Stanley Pottinger.

10. Attached hereto as Exhibit 8 is a true and correct copy of November 24, 2017 Affidavit of Carlos M. Sires.

11. Attached hereto as Exhibit 9 is a true and correct copy of November 27, 2017 Affidavit of Stuart H. Singer.

12. Attached hereto as Exhibit 10 is a true and correct copy of February 10, 2015 Email correspondence.

13. Attached hereto as Exhibit 11 is a true and correct copy of February 9, 2015 Memo from Nicholas Gravante.

14. Attached hereto as Exhibit 12 is a true and correct copy of December 1, 2017 Affidavit of David Boies.

15. Attached hereto as Exhibit 13 is a true and correct copy of November 30, 2017 Affidavit of Sigrid McCawley.

16. Attached hereto as Exhibit 14 is a true and correct copy of November 1, 2017 Affidavit of David Stone.

17. Attached hereto as Exhibit 15 is a true and correct copy of August 17, 2016 Affidavit of Alan Dershowitz.

18. Attached hereto as Exhibit 16 is a true and correct copy of November 22, 2017 Affidavit of Stephen Zack.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 3, 2019                                   Respectfully Submitted,


                                                               By:     /s/ *Joshua Schiller*
                                                               Joshua I. Schiller
                                                               BOIES SCHILLER FLEXNER LLP
                                                                55 Hudson Yards
                                                                New York, NY 10001
                                                                (212) 446-2300
                                                                jischiller@bsfllp.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 3rd day of July, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

Arthur L. Aidala
Imran H. Ansari
AIDALA, BERTUNA & KAMINS, P.C.
546 5th Ave
New York, NY 10036
Tel: (212) 486-0011
Fax: (212) 750-8297
Email: arthur@aidalalaw.com
Email: iansari@aisalalaw.com

Howard M. Cooper
Christine G. Kiely
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
Email: hcooper@toddweld.com
Email: ckiely@toddweld.com

*Counsel for Defendant, Alan Dershowitz*

/s/ *Joshua I. Schiller*
Joshua I. Schiller