# EXHIBIT 3



# The Florida Bar

Ft. Lauderdale Branch Office
Lake Shore Plaza II
1300 Concord Terrace, Suite 130
Sunrise, Florida 33323
(954) 835-0233

Joshua E. Doyle
Executive Director

850/561-5600
www.floridabar.org

June 17, 2019

Mr. Alan Dershowitz
1575 Massachusetts Ave
Cambridge, MA 02138-2801

Re:   Complaint by Alan Dershowitz against Sigrid Stone McCawley
      The Florida Bar File No. 2018-50,152 (17B)

Dear Mr. Dershowitz:

Pursuant to Rule 3-7.4, this document serves as a Letter Report of No Probable Cause Finding by the Grievance Committee on June 14, 2019. You filed a complaint with The Florida Bar against attorney Sigrid McCawley. After reviewing your complaint as well as Ms. McCawley's response to your complaint, the committee determined that there is no probable cause for further disciplinary proceedings in this matter.

While it appears that you communicated with a member of Ms. McCawley's law firm and may have been a prospective client of the firm at one point, the documentation provided in this case does not show that you were a client of Ms. McCawley's law firm. Ms. McCawley denies receiving or reviewing any information that you provided to Mr. Sires. Moreover, Ms. McCawley reported that her representation of the client V.G. began after you received notice that her firm had a conflict of interest and the firm could not take you on as a client. Ms. McCawley reported that her firm followed R. Regulating Fla. Bar 4-1.18 regarding prospective clients including ensuring that a lawyer who may have received disqualifying information is screened ". . .from participation in the matter and is apportioned no part of the fee therefrom. . .". Furthermore, the committee did not find probable cause to sustain your allegations that Ms. McCawley engaged in a conspiracy to extort or that she suborned perjury.

Please be advised that neither the undersigned nor the Bar represent you in any matter.  The Bar only has the authority to address questions of ethics and cannot address any legal issues.  If you feel that you need legal advice, please consult with counsel of your choice. Decisions of the grievance committee are subject to review by the Designated Reviewer.  Pursuant to Rule 3-7.5,

Rules Regulating The Florida Bar, if the Designated Reviewer takes no action the decision of the grievance committee will be final.

This matter is now closed. Pursuant to the Bar's records retention schedule, the computer record and file will be disposed of one year from the date of closing.

Sincerely,

*Joi Pearsall*

Joi L. Pearsall
Bar Counsel

cc: Jonathan S. Friedman, Chair
 Hilary A. Creary, Designated Reviewer
 David Bill Rothman, Respondent's Counsel