UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7-8-19

VIRGINIA L. GIUFFRE,

        Plaintiff,

v.

ALAN DERSHOWITZ,

        Defendant.

_____/

Case No.: 1:19-cv-03377-LAP

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Sigrid S. McCawley, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar and the State of Florida; and that her contact information is as follows:

Applicant's Name:   Sigrid S. McCawley

Firm Name:  Boies Schiller Flexner, LLP

Address:  401 E. Las Olas Boulevard, Suite 1200

City/State/Zip:  Fort Lauderdale, FL 33301

Telephone/Fax:  Tel: (954) 356-0011 / Fax: (954) 356-0022

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Virginia L. Giuffre in the above entitles action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____July 3, 2019_____

_____
Honorable
Senior United States District Judge