# EXHIBIT B

---------- Forwarded message ----------
From: Carlos Sires <csires@bsfllp.com>
To: Alan Dershowitz <dersh@law.harvard.edu>
Cc: Stuart Singer <ssinger@bsfllp.com>
Date: Fri, 23 Jan 2015 17:47:53 +0000
Subject: Meeting

Alan,

Stuart and I think we can provide help. We think a meeting would be a good idea. I know you're out of the country next week. Are you available to meet the afternoon of either the following Monday or Tuesday (February 2 or 3)?

Carlos.


Carlos M. Sires
Partner
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Office: 954.356.0011
Direct Dial: 954.377.4202
Cell: 305.321.0004
Facsimile: 954.356.0022