# EXHIBIT C

---------- Forwarded message ----------
From: Carlos Sires <csires@bsfllp.com>
To: Ken Sweder <ksweder@sweder-ross.com>
Cc: Alan Dershowitz <dersh@law.harvard.edu>, Stuart Singer <ssinger@bsfllp.com>
Date: Thu, 29 Jan 2015 23:17:03 +0000
Subject: RE: Alan Dershowitz

Alan and Ken,

I'm sure you have already looked at this issue, but the attached opinion and Restatement section relate to Alan's recently-circulated notes concerning his acting in "self defense" to the charges leveled against him. Stuart and will wait to hear from Alan during his travels.

Carlos.


Carlos M. Sires

Partner
BOIES, SCHILLER & FLEXNER LLP



📄 Foretich v Capital CitiesABC Inc.pdf
191K

📄 § 594Protection of the Publisher's Interest.pdf
147K