# EXHIBIT D

Feedback    2.4m    Follow @MailOnline    DailyMail    Thursday, Jan 22nd 2015 10PM 39°F    1AM 31°F    5-Day Forecast

# Daily Mail .com

Home | U.K. | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists








# Teenage girl recruited by paedophile Jeffrey Epstein reveals how she twice met Bill Clinton

By SHARON CHURCHER and POLLY DUNBAR FOR MAILONLINE
UPDATED: 19:53 EST, 5 March 2011

**24** View comments

As a New Yorker from humble beginnings, Jeffrey Epstein played on his blue-collar credentials and enormous wealth to extend tentacles of influence throughout America's liberal political elite.

During the outcry over the Epstein case, it emerged that another man with a notorious appetite for young women, Bill Clinton, travelled with Epstein to a number of destinations, including three times on the billionaire's private aircraft.

On one occasion, Epstein flew the former President, Hollywood actor and staunch Democrat Kevin Spacey and another actor friend of Mr Clinton's, Chris Tucker, to Africa, to 'discuss AIDS policy'.




Site   Web   Enter your search



PICTURE EXCLUSIVE: Kendall Jenner and a shirtless Justin Bieber get physical at his Beverly Hills home in playful volleyball game Friendly neighbors


'I dieted too much during Alias': Jennifer Garner, 42, reveals why she can't be extreme about watching her weight any longer Her claim to fame


'Taylor Swift is very strategic with her friends and enemies': Katy Perry's DJ ex Diplo claims he knows 'a lot of secrets' about Shake It Off singer


Move over Kate Upton! Carl's Jr. risque new Super Bowl ad stars an almost naked Charlotte McKinney The blonde model is the new face of the brand


Oops! Brandi Glanville accidentally tweets, then deletes cleavage snap meant for her 'boyfriend in Utah' The 42-year-old 's enhanced assets


1/22/2015    Bill Clinton and the 15-year-old 'masseuse': I met him twice, claims Epstein's girl | Daily Mail Online

**Claims: Virginia Roberts says she twice met ex-president Bill Clinton, pictured last month, but was never 'lent out'**

Epstein, who has donated more than £75,000 over the years to candidates from the Democratic Party, also flew with Mr Clinton in November 2003 to destinations including Russia, Oslo, Hong Kong, Shanghai and Beijing.

Yet Virginia Roberts stresses that she was never 'lent out' to Mr Clinton.

On one occasion, she adds, Epstein did invite two young brunettes to a dinner which he gave on his Caribbean island for Mr Clinton shortly after he left office. But, as far as she knows, the ex-President did not take the bait.

'I'd have been about 17 at the time,' she says. 'I flew to the Caribbean with Jeffrey and then Ghislaine Maxwell went to pick up Bill in a huge black helicopter that Jeffrey had bought her.

**SHARE THIS ARTICLE**

**RELATED ARTICLES**

 FBI to reopen case against sex offender friend of Prince...

 Epstein's Girl Friday 'fixer': Dead tycoon's daughter...

'She'd always wanted to fly and Jeffrey paid for her to take lessons, and I remember she was very excited because she got her licence around the first year we met.

'I used to get frightened flying with her but Bill had the Secret Service with him and I remember him talking about what a good job she did.

'I only ever met Bill twice but Jeffrey had told me that they were good friends.

'I asked, "How come?" and he laughed and said, "He owes me some favours." Maybe he was just joking but it constantly surprised me that people with as much to lose as Bill and [Prince] Andrew weren't more careful.

'Bill must have known about Jeffrey's girls. There were three desks in the living area of the villa on the island.



Speaking out: Virginia, now aged 26, in her new home in Australia

'They were covered with pictures of Jeffrey shaking hands with famous people and photos of naked girls, including one of me that Jeffrey had at all his houses, lying in a hammock.

'We all dined together that night. Jeffrey was at the head of the table. Bill was at his left. I sat across from him. Emmy Tayler, Ghislaine's blonde British assistant, sat at my right.

'Ghislaine was at Bill's left and at the left of Ghislaine there were two olive-skinned brunettes who'd flown in with us from New York.

'I'd never met them before. I'd say they were no older than 17, very innocent-looking.

'They weren't there for me. They weren't there for Jeffrey or Ghislaine because I was there to have sex with Jeffrey on the trip.

'Maybe Jeffrey thought they would entertain Bill, but I saw no evidence that he was interested in them. He and Jeffrey and Ghislaine seemed to have a very good relationship. Bill was very funny.

'He made me laugh a few times. And he and Jeffrey and Ghislaine told blokey jokes and the brunettes listened politely and giggled.

'After dinner I gave Jeffrey an erotic massage. I

> **'Bill must have known about Jeffrey's girls. There were three desks in the living area of the**


'I want to be a wife one day': My 600lb Life star enjoys her first ever date after shedding half of her body weight
Tara, 36, from Louisiana, had a romantic dinner


Bathing beauty: Blurred Lines model Emily Ratajkowski treats fans to revealing nude picture
The 23-year-old model and actress left little to the imagination


'He smelled bad': Dance Moms star Maddie Ziegler, 12, talks about Shia LaBeouf's hygiene in controversial Elastic Heart video
She didn't hold back


Saved By The Bell's Dustin Diamond and his clown girlfriend Loli Pop look glum as they appear in court to enter not guilty pleas in Christmas bar stabbing


Roar! Carmen Electra, 42, heats up the beach in tiger-themed one piece almost 20 years after slipping into a red bathing suit for Baywatch


'Up and about with my love': Yolanda Foster gets a kiss from husband David Foster in new snap after treatment for Lyme disease


Joanna Krupa 'files defamation lawsuit against Brandi Glanville for claiming her private parts smell'
Brandi made the comments on TV


'Feeling so blessed!' Marisa Miller shares a snap of her growing belly... and reveals she's expecting another boy
Confirmed her second pregnancy in November


'Don't know why it's so hard to believe 25 women': Jay Leno speaks on Bill Cosby sexual assault scandal
The fellow comedian spoke about claims


'I cracked a foot bone': Chrissy Teigen shares a photo from her hospital bed after taking a spill on the set of a TV show
Model was hospitalized after the accident

Can't Touch This! Miley Cyrus shows off her eccentric style as she

http://www.dailymail.co.uk/news/article-1363452/Bill-Clinton-15-year-old-masseuse-I-met-twice-claims-Epsteins-girl.html    2/31

don't remember seeing Bill again on the trip but I assume Ghislaine flew him back.'

According to prison records, when Epstein was serving his jail term, his visitors included a long-time – and highly controversial – Clinton acquaintance, Arnold Prosperi.

'In the final hours of the Clinton presidency, in January 2001, Prosperi was facing three years in prison after being convicted of tax fraud. Mr Clinton commuted his sentence to house arrest.

'Clinton, Prosperi and Epstein make an odd threesome on the face of it,' says a law enforcement source.

'Was Prosperi visiting Epstein as some kind of intermediary for Bill?

'Maybe Bill wanted to know if Epstein knew anything that could embarrass him. Or did Bill commute Prosperi's sentence as some kind of favour

for Epstein?'

Virginia disclosed that Mr Clinton's vice-president Al Gore and his wife, Tipper, were also guests of Epstein on his island.

**villa on the island... covered with photos of naked girls'**



Guests: Virginia says she also met former Vice President Al Gore, pictured right with Mr Clinton

Last summer, the Gores abruptly announced that they were ending their supposedly fairytale marriage and, just weeks later, it emerged that Mr Gore – the famously sanctimonious global-warming disciple – had been accused of trying to force sex on a woman with whom he had booked a therapeutic massage at an Oregon hotel.

'I had no clue that anything was up,' Virginia says. 'The Gores seemed like a beautiful couple when I met them. All I knew was that Mr Gore was a friend of Jeffrey's and Ghislaine's. Jeffrey didn't ask me to give him a massage.

'There might have been a couple of other girls there on that trip but I could never have imagined this guy would do anything wrong. I was planning to vote for him when I turned 18. I thought he was awesome.'

Virginia said that yet another American liberal icon, President Obama's Middle East peace envoy Senator George Mitchell, frequently visited Epstein's New York residence.

Mr Mitchell, aged 77 – who previously led America's Northern Ireland peace initiative – 'was very close to Jeffrey,' Virginia recalled. 'He is very clean-cut. You wouldn't think of him being part of Jeffrey's crew.'



steps out in sequined harem pants
She's more renowned for flashing flesh now



Amanda Bynes 'won't be prosecuted for her September DUI but could still face jail'... and has not been seen in public in two months
She's under probation

As TLC offers a first look at its brutal new show Style By Jury, host and fashion expert LOUISE ROE explains why first appearances matter so much



Rosie Perez WILL return to The View on February 3, Rosie O'Donnell announces - dashing rumors she had been fired from the troubled ABC show



'I'm a hopeless romantic': Jennifer Lopez reveals she'd like to date again... and her crushes on Charlie Hunnam and Tom Hardy
Been married 3 times



Slam dunk! Ariana Grande, 21, will headline NBA All-Star halftime show in New York, following in the footsteps of Mariah Carey and Beyonce



Back to reality! Make-up free Renee Zellweger has coffee with a friend after returning from luxurious Hawaiian holiday
Spotted sitting al fresco



'I was very scared of her': Julianne Moore recalls how nervous she was slapping Madonna in the 1993 flop Body of Evidence
Spoke of sex scenes too

Will Ferrell gets hauled off by security at NBA game while filming scenes for new comedy Daddy's Home during halftime
Were they in on it?



Did Victoria's Secret provide the costumes? Miss Universe contestants slip into 'national dress' (but can you guess who comes from where?)



Bikini-clad Britney




**Scandal:** U.S. authorities want to interview Jeffrey Epstein (left) and may wish to quiz his friend, Prince Andrew

Epstein's contacts book contains a work and a home telephone number for the senator.

Another acquaintance was Israel defence secretary Ehud Barak, whose spokesman told The Mail on Sunday: 'Mr Barak did attend several small functions in Mr Epstein's home in New York that were usually attended by leading businessman, university presidents, Nobel Prize Laureates and prominent public figures.'

Epstein's many Hollywood pals include Matt Groening, creator of The Simpsons.

'Jeffrey once had me give Matt a foot massage when he was flying on the jet with us,' Virginia says.

'He laughed and did drawings of Bart and Homer for my little brother and my dad.

'I also met Naomi Campbell at a birthday party of hers on a yacht in the South of France. She is a friend of Ghislaine's but she was a real bitch to me.

'She was very fake. She turned away from me when we were introduced by Ghislaine and Jeffrey.

'Donald Trump was also a good friend of Jeffrey's. He didn't partake in sex with any of us but he flirted with me. He'd laugh and tell Jeffrey, "You've got the life." '

Palm Beach Police say Epstein seemed utterly unfazed by the allegations against him when they began their long and detailed investigation.



'Jeffrey's crew: Middle East peace envoy George Mitchell, right, pictured with President Barack Obama and U.S. Secretary of State Hilary Clinton, frequently visited Epstein¿s New York residence, Virginia also claims

But he also took his defence very seriously indeed. Epstein engaged his friend, the Harvard law professor Alan Dershowitz – whose celebrity clients have included Mike Tyson, Patty Hearst, Claus



Spears shows off her flat stomach and muscular frame during synchronized swimming session
Her new workout regime





'We never even considered it!' Fifty Shades Of Grey director reveals why they cut infamous tampon scene before filming
Explicit scene in book



Legendary shoe designer Vince Camuto dies at the age of 78
Mr Camuto passed away following a battle with cancer - he is survived by his wife and five kids



Ed Sheeran poses with The Stig before veering off course as he becomes third non-driver to tackle Top Gear challenge
British singer on show



Joined at the hip(ster)! Kristen Stewart and close pal Alicia Cargile wear snapbacks and slogan sweaters to grab coffee together
More than just friends?



'What the?' Miley Cyrus shares a snap of herself as a fresh-faced teen... then poses in a VERY low cut top in bid to win followers
Provocative pop star



Gwyneth Paltrow reveals sideboob as she wears a stunning thigh-split gown at Mortdecai premiere in Los Angeles
Mother-of-two is not shy



Couldn't decide on one? Bachelorette Desiree Hartsock wears TWO dresses to marry Chris Siegfried in vintage-themed wedding
Wed in California



So that's her secret! Charlize Theron shows off her sexy figure in a low-cut top and leather trousers as she snacks on fruit during shoot
Joined by her son



Boy Meets World! Actor Rider Strong welcomes a baby son with actress wife Alexandra Barreto... and they give him a colorful name

von Bulow and O.J. Simpson – to run his legal defence.

He also employed a firm of private investigators to investigate the backgrounds of the girls.

Detectives painstakingly built a case which they believed showed that Epstein systematically paid teenage girls to recruit other teenage girls to his sex ring.

However, as the investigation continued, they found that Epstein's team had already spoken to key witnesses, suggesting that the financier would reward those who helped him.

In addition, Epstein's defence team agreed to the unusual move of suggesting that the alleged victims sue Epstein in the civil courts. The result was a plea bargain in which Epstein admitted a single charge of soliciting an underage girl for prostitution – a deal which infuriated many police officers who worked on the case.

More than 20 of Epstein's girls are said to have sued him for damages. At least 17 have settled out of court.

Mr Clinton, Mr Gore and Mr Mitchell were all contacted about their friendship with Epstein but declined to comment.

## Share or comment on this article


Hilarious adult tantrum leaves on-lookers in tears of...


The dub step baby is back. But do you think his moves real?


Horrifying: Day care worker caught on camera kicking toddler


Incredible archive footage shows terrifying prehistoric...






### Comments (24)
Share what you think

| Oldest | Best rated | Worst rated |

View all

The comments below have been moderated in advance.



steve, hartlepool, 3 years ago

mariella winchester 06/3/2011 err the answer to your question is because there underage .so yes let them relax with women but not with underage girls

Click to rate  149  11

Joe, The Internet, 3 years ago

Silly Billy.

Click to rate  81  25



Ethan, Farmington, 3 years ago

Roberts did it for the money, no one forced her to. Now she comes looking for another payout


'We're The Real Housewives Of Casa Vega!': Lisa Rinna shares a playful snap with Denise Richards and pals from trendy Mexican joint


Heating up Miami! Brooke Burke, 43, looks much younger than her years in snow tiger print dress at awards show
She honored industry professionals


Not your best look Jennifer! Aniston mouths off with Jimmy Fallon in hilarious Lip Flip game on The Tonight Show
She's promoting Cake


The View under fire for being 'racist and sexist' after show insiders leaked rumors that Rosie Perez 'isn't the sharpest tool in the box'
More controversy




Kris Jenner brings Hollywood glamour to UK awards show in a luxurious fur coat and white cutaway gown... but fluffs her lines live on television


Not Berry glamorous! Halle has a dress down day going make-up free to pick up groceries
She has a busy life with two children and a television series


'I know who David Beckham is!' Jessica Chastain admits she's a big fan of the former soccer star's racy underwear ads
Was on a UK chat show


Sarah Michelle Gellar attempts to go incognito in brown flat cap and sunglasses as she steps out for a shopping trip
She's a mother of two


British actress Kaya Scodelario 'in early talks' to take female lead in Pirates Of The Caribbean: Dead Men Tell No Tales
The new Keira Knightley

'He's adorable': Ruth Wilson gushes over rumored love interest Jake Gyllenhaal... but