UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

        Plaintiff,

-against-

ALAN DERSHOWITZ,

        Defendant.



19 Civ. 3377 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Pursuant to footnote 5 of his reply brief on the motion to disqualify [dkt. no. 39], Defendant is directed to file the Confidential Memorandum under seal for the Court's <u>in camera</u> review.

    SO ORDERED.

Dated:    New York, New York
            July 17, 2019

                                     _____
                                     LORETTA A. PRESKA
                                     Senior United States District Judge