UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

        Plaintiff,

-against-

ALAN DERSHOWITZ,

        Defendant.

19 Civ. 3377 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall appear for oral argument on the motion to disqualify and the motion to dismiss on September 9, 2019 at 10:00 a.m. in courtroom 12A.

    SO ORDERED.

Dated:    New York, New York
          August 5, 2019

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1