LAW OFFICES OF
## Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
DOMINICK GULLO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
JENNIFER CASSANDRA
PETER W. KOLP
WILLIAM R. SANTO
PETER S. THOMAS

August 14, 2019

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re: ***Giuffre v. Dershowitz*, Case No. 19-cv-3377 (LAP)**
       Oral Argument re: Motion to Disqualify and Motion to Dismiss
       September 9, 2019 @ 10:00 a.m.

Dear Judge Preska,

  My office represents Defendant Alan Dershowitz in the above-referenced action. I write to respectfully request an adjournment of oral argument on the Motion to Disqualify and Motion to Dismiss currently scheduled for September 9, 2019 at 10:00 a.m. The reason for the request is due to a calendar conflict my office has on September 9, 2019 in Supreme Court of the State of New York, County of New York. This is the first request for an adjournment of the oral argument hearing. I spoke to Sigrid S. McCawley, opposing counsel herein, and she consented to the adjournment. Accordingly, we respectfully request that the Court adjourn oral argument currently set to take place on September 11, 2019 at 11:00 a.m.

  Thank you for your consideration in this regard.

                  Respectfully Submitted,


                  /s/
                  Imran H. Ansari


                  /s/
                  Arthur L. Aidala

*CC: Counsel for Plaintiff (via ECF)*