LAW OFFICES OF
# *Aidala, Bertuna & Kamins, P.C.*

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
DOMINICK GULLO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
JENNIFER CASSANDRA
PETER W. KOLP
WILLIAM R. SANTO
PETER S. THOMAS

September 5, 2019

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Giuffre v. Dershowitz*, Case No. 19-cv-3377 (LAP)
Oral Argument re: Motion to Disqualify and Motion to Dismiss

Dear Judge Preska,

My office represents Defendant Alan Dershowitz in the above-referenced action. I write to respectfully request an adjournment of oral argument on the Motion to Disqualify and Motion to Dismiss, currently scheduled for September 11, 2019 at 11:00 a.m., due to exigent personal circumstances. The reason for this emergent request is that my pregnant wife is now scheduled for labor induction on September 9, 2019. This is a new development and ordered by her doctor as she was previously due to give birth after the oral argument date, therefore, I did not have cause to believe there would be a disruption to the current schedule.

This is Defendant's second request for an adjournment of the oral argument hearing. The first was due to a professional reason, a scheduling conflict for my law firm on the original September 9, 2019 date. This conflict was due to a trial date on a highly publicized matter pending in New York State Supreme Court. The instant request is due to an unexpected and exigent personal circumstance and I respectfully request that the Court give it consideration.

Prior to filing this letter, I corresponded with Sigrid S. McCawley, opposing counsel herein. It was counsel at Boies Schiller's position that they have already consented to Mr. Dershowitz's request for an extension of time to respond to the complaint of 60 days, and subsequently consented to a change in the oral argument date. Boies Schiller does not object to a further adjournment of the oral argument date, but respectfully requests that the hearing be continued to a time convenient for the Court during the week of September 23, 2019.

      Therefore, Defendant respectfully requests that oral argument be scheduled for <u>September 23, 2019</u>, or in the alternative, <u>September 24, 2019</u>.

      Thank you for your consideration in this regard.

                                    Respectfully Submitted,

                                    Imran H. Ansari

*CC: Counsel for Plaintiff (via ECF)*