```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Virginia Giuffre,                   :
                                    :
                                    :   19 Civ. 3377 (LAP)
                    Plaintiff(s),   :
                                    :   SCHEDULING ORDER
        -against-                   :
                                    :
Alan Dershowitz,                    :
                    Defendant(s).   :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby

ORDERED that the oral argument scheduled for September 24, 2019 at 9:00 a.m. is adjourned to September 24, 2019 at 10:00 a.m.

SO ORDERED.

*Loretta A. Presley* (signature)

Loretta A. Preska, Senior U.S.D.J.

Dated:   New York, New York
         September 18, 2019