UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

               Plaintiff,

-against-

ALAN DERSHOWITZ,

               Defendant.

19 Civ. 3377 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    It is the Court's intention to hold a separate argument with respect to the Confidential Memorandum referred to in this Court's July 17, 2019 order [dkt. no. 41]. The Court will ask Professor Dershowitz how disclosure of the Memorandum to the Boise Schiller Firm ("BSF") could result in any detriment to him and will ask BSF to specify how the contents of the Memorandum have been made public. The Court is willing to meet separately with the parties, if necessary.

    SO ORDERED.

Dated:    New York, New York
            September 18, 2019

                              LORETTA A. PRESKA
                              Senior United States District Judge