LAW OFFICES OF
# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
DOMINICK GULLO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
JENNIFER CASSANDRA
PETER W. KOLP
WILLIAM R. SANTO
PETER S. THOMAS

September 25, 2019

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *Giuffre v. Dershowitz*, **Case No. 19-cv-3377 (LAP)**
                  Request for Order to file Declaration of Alan Dershowitz and audio transcript under seal

Dear Judge Preska,

    Pursuant to the oral argument hearing held yesterday, September 24, 2019, we will be filing the Declaration of Alan Dershowitz along with the audio transcript discussed in court. We respectfully request an order directing defendant to file said documents under seal.

    Thank you for your consideration in this regard.

                                          Respectfully Submitted,

                                          /s/*Imran H. Ansari*
                                          Imran H. Ansari

*CC: Counsel for Plaintiff (via ECF)*