

Sigrid S. McCawley, Esq.
Telephone: (954) 356-0011
Email: smccawley@bsfllp.com

September 26, 2019

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
500 Pearl Street
New York, NY 10007-1312

      Re:    *Giuffre v. Dershowitz*
             **Case No.: 19-cv-03377-LAP**

Dear Judge Preska,

      Plaintiff is in receipt of Defendant Alan Dershowitz's declaration and its attached exhibit. Plaintiff respectfully requests that the Court direct Defendant to provide to Plaintiff and to the Court a complete and unaltered copy of the audio tape that he indicates was transcribed as per the attachment to his declaration. In addition, Plaintiff respectfully requests that the Court direct Defendant to provide to the Court and to the Plaintiff a complete certified transcript of the entire recording in Defendant's possession promptly.

                  Respectfully Submitted,

                  */s/ Sigrid McCawley*

                  Sigrid S. McCawley

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com