LAW OFFICES OF

## *Aidala, Bertuna & Kamins, P.C.*

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
DOMINICK GULLO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO

———

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

———

OF COUNSEL
JOSEPH A. BARATTA
JENNIFER CASSANDRA
PETER W. KOLP
WILLIAM R. SANTO
PETER S. THOMAS

October 1, 2019

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     ***Giuffre v. Dershowitz*, Case No. 19-Civ-3377-LAP**
        **Request to Submit Post-Argument Letter**

Dear Judge Preska,

Defendant Alan Dershowitz ("Professor Dershowitz") hereby requests leave to file a post-argument letter in order to clarify and provide factual information pertaining to the issues raised during the September 24, 2019 oral argument and as contained in the transcript of the proceedings.

Professor Dershowitz does not seek to re-argue the facts and legal arguments already made in his moving papers and in court but rather seeks to clarify and supplement the existing record. This necessity is premised upon statements made in court by the parties during oral argument, and upon review of the transcript of the proceedings.

Professor Dershowitz will limit his letter to three (3) pages or a limit the Court deems appropriate.

Respectfully Submitted,

Imran H. Ansari

CC: *Counsel for Plaintiff (via ECF)*

1