

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

                Plaintiff,

-against-

ALAN DERSHOWITZ,

                Defendant.

19 Civ. 3377 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Defendant's counsel shall forthwith turn over the tape recording of Mr. Boies discussed at last week's oral argument to Stroz Friedberg or a similar digital forensic firm for whatever analysis either party requests and pays for. The digital forensic firm shall forthwith produce a copy of the tape recording to counsel for each party.

    SO ORDERED.

Dated:    New York, New York
           October __/__, 2019

                              _Loretta A. Preska_
                              LORETTA A. PRESKA
                              Senior United States District Judge