LAW OFFICES OF
## Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
DOMINICK GULLO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
JENNIFER CASSANDRA
PETER W. KOLP
WILLIAM R. SANTO
PETER S. THOMAS

October 1, 2019

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Giuffre v. Dershowitz*, Case No. 19-Civ-3377-LAP
               **Response to Plaintiff's Letter Re: Post-Argument Letter**

Dear Judge Preska,

    As stated in his initial correspondence to the Court requesting leave to file a post-argument letter, Professor Dershowitz does not seek to re-argue the facts and legal arguments already made in his moving papers and in Court.

    **Professor Dershowitz simply seeks to provide the Court citations to the record -both the record before the Court and in the public domain- in response to statements made in Court.**

    Professor Dershowitz will limit his letter to three (3) pages or a limit the Court deems appropriate.

                                                                 Respectfully Submitted,

                                                                 Imran H. Ansari

*CC: Counsel for Plaintiff (via ECF)*

1