LAW OFFICES OF
# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
DOMINICK GULLO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
JENNIFER CASSANDRA
PETER W. KOLP
WILLIAM R. SANTO
PETER S. THOMAS

October 3, 2019

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Giuffre v. Dershowitz*, Case No. 19-Civ-3377-LAP
      **Correction to Post-Argument Letter**

Dear Judge Preska,

In meeting the Court's 9:00 a.m. filing deadline, Defendant's Post-Argument letter was inadvertently filed with two typographical errors that require the following correction:

1. The sentence citing to the Restatement (Second) of Torts § 577A, cmt. d. on page 1 should read:

The limiting principle is that the single publication rule does not bar a claim based on a subsequent publication where "the second publication is intended to and does reach a new group." *Restatement (Second) of Torts § 577A, cmt. d.*

2. The cite to the Restatement (Second) of Torts on page 2 should read:

*Restatement (Second) of Torts § 594, cmt. K*

Respectfully Submitted,

_____
Imran H. Ansari

1