LAW OFFICES OF
## Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
DOMINICK GULLO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
JENNIFER CASSANDRA
PETER W. KOLP
WILLIAM R. SANTO
PETER S. THOMAS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 10, 2019

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Giuffre v. Dershowitz*, Case No. 19-Civ-3377-LAP
      **Audio Recording**

Dear Judge Preska,

    In accordance with your Honor's order [Dkt. No. 56], Defendant Alan Dershowitz ("Prof. Dershowitz") submitted a digital copy of the subject audio recording to Stroz Friedberg LLC for forensic analysis on Monday, October 7, 2019.

    Since the submission of the digital copy, Professor Dershowitz has found a microcassette that he believes is the original recording of the subject conversation.

    As the microcassette is a piece of tangible evidence that is subject to possible erasure, breakage, and exposure to the elements, Professor Dershowitz has understandable reservation relinquishing control of the microcassette to a third-party who is operating at the behest of both parties to this action.

    As Professor Dershowitz has already provided the digital copy to Stroz Friedberg LLC in accordance to your Honor's order, he respectfully seeks the Court's guidance as how to proceed with the subject microcassette, given the concerns raised herein.

                                        Respectfully Submitted,

                                        /s/*Imran H. Ansari*
                                        Imran H. Ansari

*CC: Counsel for Plaintiff (via ECF)*

---

Handwritten order:

*Prof. Dershowitz shall forthwith turn over the microcassette to the Stroz Friedberg firm for whatever analyses the parties order and pay for.*

**SO ORDERED**
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
10/10/19