LAW OFFICES OF
# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
DOMINICK GULLO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
JENNIFER CASSANDRA
PETER W. KOLP
WILLIAM R. SANTO
PETER S. THOMAS

October 30, 2019

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: ***Giuffre v. Dershowitz***, Case No. 19-Civ-3377-LAP
       **Request for Extension of Time to File Answer and Counterclaims**

Dear Judge Preska,

    Defendant Alan Dershowitz ("Mr. Dershowitz") respectfully writes the Court to request an extension to his time file his Answer and Counterclaims. Although this request was made within the letter filed on October 24, 2019 [Dkt. No. 71] seeking a Rule 2.A Pre-Motion Conference, in the abundance of caution we present this request separately herein.

    As stated in the October 24, 2019 letter, Mr. Dershowitz seeks limited pre-answer discovery that is necessary to prepare his Answer and Counterclaims, to wit, the unsealing of the Plaintiff's deposition transcripts and exhibits from prior actions. Mr. Dershowitz further requested that his Answer and Counterclaims be filed within seven (7) days of the production of the pre-answer discovery, if ordered.

    Your Honor endorsed the letter instructing counsel for Mr. Dershowitz to, in sum and substance, confer with Plaintiff's counsel regarding the request, and for Plaintiff's counsel to file their objection, if any, by November 4, 2019. [Dkt. No. 72] As of the filing of this letter, we have yet to receive notice of incoming counsel for the Plaintiff, so we have been unable to confer.

    Pursuant to F.R.C.P. Rule 12(a)(4)(A) Mr. Dershowitz's responsive pleading is due on October 31, 2019. Due to the pending request before the Court, as detailed above, we request an extension of the time for Mr. Dershowitz to file his responsive pleading.

    Mr. Dershowitz respectfully requests that he be permitted to file his Answer and Counterclaims within seven (7) days of the production of the limited pre-answer discovery, as detailed within his October 24, 2019 letter, if so ordered. If said request is denied, then Mr. Dershowitz requests seven (7) days to file his Answer and Counterclaims from the date of the order denying his request.

                   Respectfully Submitted,

                   Imran H. Ansari

*CC: All Counsel of Record via ECF*