UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GUIFFRE,<br><br>                Plaintiff,<br>    v.<br>ALAN DERSHOWITZ,<br><br>                Defendant. | Docket No. 1:19-cv-03377-LAP<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Charles J. Cooper, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Virginia L. Guiffre, in the above-captioned action.

I am a member in good standing of the bars of the States of Alabama and Georgia and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censored, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rules 1.3 and 1.9.

Dated: October 31, 2019                                  Respectfully submitted,

                                                                  s/ Charles J. Cooper
                                                                   Charles J. Cooper
                                                                   COOPER & KIRK, PLLC
                                                                   1523 New Hampshire Avenue, N.W.
                                                                   Washington, D.C. 20036
                                                                   (202) 220-9600
                                                                   (202) 220-9601 (fax)
                                                                   ccooper@cooperkirk.com

                                                                   *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that such filing will accomplish service upon counsel of record in this case.

s/ Charles J. Cooper
Charles J. Cooper*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
ccooper@cooperkirk.com

**Pro Hac Vice* application pending

*Attorney for Plaintiff*
