UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GUIFFRE,<br><br>                    Plaintiff,<br>v.<br><br>ALAN DERSHOWITZ,<br><br>                    Defendant. | Docket No. 1:19-cv-03377-LAP<br><br>**DECLARATION OF<br>CHARLES J. COOPER** |

I, Charles J. Cooper, do hereby declare:

1.  I have never been convicted of a felony.

2.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3.  I do not have any disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 31, 2019                                            s/ Charles J. Cooper
                                                                                              Charles J. Cooper