# Cooper & Kirk
Lawyers
A Professional Limited Liability Company

| | | |
|---|---|---|
| Charles J. Cooper<br>(202) 220-9660<br>ccooper@cooperkirk.com | 1523 New Hampshire Avenue, N.W.<br>Washington, D.C.  20036 | (202) 220-9600<br>Fax (202) 220-9601 |

November 1, 2019

**VIA ECF**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: ***Giuffre v. Dershowitz*, Case No 19-cv-3377-LAP**
     Audio Recording

Dear Judge Preska:

  I write on behalf of Plaintiff Virginia Giuffre, who has retained Cooper & Kirk PLLC, to represent her in the above-captioned matter. I and my colleagues are honored to appear before your Honor.

  On October 1, 2019, the Court ordered Mr. Dershowitz's counsel to produce an audio tape recording of a telephone conversation relied upon by Mr. Dershowitz to a digital forensic firm. (Doc. No. 56.) We understand that Mr. Dershowitz transmitted a digital copy of the recording to Stroz Friedberg, on October 7, and that Stroz Friedberg provided that copy to Ms. Giuffre's prior counsel. Later, Mr. Dershowitz's counsel notified the Court that Mr. Dershowitz had located a microcassette that he represents may contain the original recording of the conversation, and on October 10, the Court ordered Mr. Dershowitz's counsel to produce the microcassette to Stroz Friedberg. (Docs. No. 65–66.)

  It is our understanding that Stroz Friedberg does not have the forensic capability to analyze analogue audio storage devices like microcassettes, or even to extract/copy the audio from them. We have also been informed that Stroz Friedberg will not transfer the microcassette to a firm that is equipped to perform such functions without the Court's leave.

  Expert analysis of the microcassette is imperative, as the Court's order implicitly acknowledges. The digital file produced by Mr. Dershowitz is only a partial recording, and it is of such a poor audio quality that many words and phrases are either incomprehensible or wholly inaudible. Indeed, having listened many times to the original digital file and a version that has been digitally enhanced, we have grave concerns about the accuracy of the homemade transcript Mr. Dershowitz provided to the Court under seal on September 25, 2019, which in turn differs from the transcript Mr. Dershowitz provided in his unsealed declaration dated June 3, 2019. Many of the words Mr. Dershowitz records in these transcripts simply cannot be discerned with any degree of confidence on the recording he provided.

November 1, 2019
Page 2

    We therefore respectfully request that the Court enter an order authorizing and directing Stroz Friedberg to deliver the microcassette to CDS Legal and its partner Vestige Ltd.,[1] or another capable forensic firm to be designated by mutual agreement of the parties. To the extent that the Court wishes to receive a formal motion for such an order, please accept this letter as our request under Individual Practice Rule 2.A for a pre-motion conference.

    Respectfully,

    /s/ Charles J. Cooper
    Charles J. Cooper

CC: Counsel of Record (via ECF)

---

[1] Ms. Giuffre's prior counsel enlisted CDS Legal to filter the digital version of the recording, in an unsuccessful effort to significantly improve its quality. Both CDS Legal and Vestige Ltd. have cleared conflicts and have agreed to receive the microcassette.