UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

                Plaintiff,

-against-

ALAN DERSHOWITZ,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-5-19
```

19 Civ. 3377 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel have submitted letters regarding the microcassette tape purporting to contain a recording of a conversation between Defendant and David Boies. (Plaintiff's Letter re: Audio Recording, dated November 1, 2019 [dkt. no. 79]); (Defendant's Response re: Audio Recording, dated November 4, 2019 [dkt. no. 80]); (Plaintiff's Reply re: Pre-Answer Discovery and Audio Recording, dated November 4, 2019 [dkt. no. 84]). Because the motions to which the tape was immediately relevant have been decided, further action as to the recording shall await the initial conference.

    Because Plaintiff has engaged new counsel, counsel shall confer with each other and with the Court's deputy regarding a date earlier than December 2 for a conference and shall submit their discovery plan in advance of the conference.

    **SO ORDERED.**

Dated:	New York, New York
	November 5, 2019

*[Signature: Loretta A. Preska]*

LORETTA A. PRESKA
Senior United States District Judge