```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-6-19

VIRGINIA L. GIUFFRE,

                Plaintiff,

-against-

ALAN DERSHOWITZ,

                Defendant.

19 Civ. 3377 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court has conferred with counsel for both parties. The currently scheduled conference will remain on December 2, 2019 at 9:00 AM.

    **SO ORDERED.**

Dated:    New York, New York
            November 6, 2019

                              _/s/ Loretta A. Preska_
                              LORETTA A. PRESKA
                              Senior United States District Judge