# Exhibit D

| | |
|---|---|
| To: | Sharon.Churcher@mailonsunday.co.uk[Sharon.Churcher@mailonsunday.co.uk] |
| From: | Virginia Giuffre |
| Sent: | Thur 5/12/2011 2:21:43 AM |
| Importance: | Normal |
| Subject: | Re: Good News!! |
| Received: | Thur 5/12/2011 2:21:43 AM |

Thanks again Shazza, I'm bringing down the house with this book!!!
xoxo Jenna

--- On Wed, 11/5/11, Sharon.Churcher@mailonsunday.co.uk <Sharon.Churcher@mailonsunday.co.uk> wrote:

From: Sharon.Churcher@mailonsunday.co.uk <Sharon.Churcher@mailonsunday.co.uk>
Subject: Re: Good News!!
To: "Virginia Giuffre" <[redacted]>
Received: Wednesday, 11 May, 2011, 4:17 PM

Don't forget Alan Dershowitz...JE's buddy and lawyer..good name for your pitch as he repped Claus von Bulow and a movie was made about that case...title was Reversal of Fortune. We all suspect Alan is a pedo and tho no proof of that, you probably met him when he was hanging put w JE

```
|----------->
|From:     |
|----------->
 >------------------------------------------------------------------------|
 |Virginia Giuffre [r[redacted]]                                          |
 >------------------------------------------------------------------------|
|----------->
|To:       |
|----------->
 >------------------------------------------------------------------------|
 |Sharon Churcher                                                         |
 >------------------------------------------------------------------------|
|----------->
|Date:     |
|----------->
 >------------------------------------------------------------------------|
 |10/05/2011 23:00 GDT                                                    |
 >------------------------------------------------------------------------|
|----------->
|Subject:  |
|----------->
 >------------------------------------------------------------------------|
 |Good News!!                                                             |
 >------------------------------------------------------------------------|
```

|------------------------------------------------------------|
|Hi Sharon,                                                  |

|Hello gorgeous, I hope this message comes to you on a bright, sunny day!!!|
|I took your advice about what to offer Sandra and she accepted. Were      |
|drawing up a contract through her agent right now and getting busy to meet|

! Copyright Protected Material
CONFIDENTIAL

```
|my deadline. Just wondering if you have any information on you from when |
|you and I were doing interviews about the J.E story. I wanted to put the  |
|names of some of these assholes, oops, I meant to say, pedo's, that J.E   |
|sent me to. With everything going on my brain feels like mush and it would|
|be a great deal of help!                                                  |
|Having fun sweetie?                                                       |
|                                                                          |
|Thanks,                                                                   |
|Jenna                                                                     |
|--------------------------------------------------------------------------|
```

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

I Copyright Protected Material
CONFIDENTIAL

GIUFFRE004097