# Exhibit E

11/7/2019    Alleged 'sex slave' Virginia Roberts says she didn't have sex with former President Bill Clinton, but in explosive court filing, details 11-pers…

Case 1:19-cv-03377-LAP    Document 90-5    Filed 11/07/19    Page 2 of 15




**SECTIONS**    **DAILY NEWS**    **SUBSCRIBE** 10 weeks for only 99¢    **LOG IN**

**NYC man facing divorce decapitates wife, slits 5-year-old daughter's throat, hang…**



**Wife of Hamptons hedge funder called black personal chef 'chocolate-covered…**



**Woman who climb[ed] Bronx Zoo li[on exhibit in] custody: sou[rces]**

ADVERTISEMENT




cars.com — Get more complete car info. — Shop Now

**NEW YORK**

# Alleged 'sex slave' Virginia Roberts says she didn't have sex with former President Bill Clinton, but in explosive court filing, details 11-person orgy with Prince Andrew and others



By **DAREH GREGORIAN**
NEW YORK DAILY NEWS  |  JAN 21, 2015

  

**TRIAL OFFER**    **NEWS WITH NY ATTITUDE** 10 weeks for 99¢

**SAVE NOW**

11/7/2019 Alleged 'sex slave' Virginia Roberts says she didn't have sex with former President Bill Clinton, but in explosive court filing, details 11-pers…

Case 1:19-cv-03377-LAP   Document 90-5   Filed 11/07/19   Page 3 of 15



Virginia Roberts detailed an 11-person orgy with Prince Andrew (both pictured) in court papers.

She did not have sexual relations with that man, President Clinton — but billionaire Jeffrey Epstein's alleged "sex slave" is now swearing under oath and in excruciating detail about underaged sexual trysts with Prince Andrew and others.

In papers filed Wednesday in Florida federal court, "Jane Doe No. 3," Virginia Roberts, detailed an 11-person orgy in 2001 with the British prince, who's been dubbed "Randy Andy."

Advertisement

**TRIAL OFFER**  **NEWS WITH NY ATTITUDE**
10 weeks for 99¢

SAVE NOW

11/7/2019 Alleged 'sex slave' Virginia Roberts says she didn't have sex with former President Bill Clinton, but in explosive court filing, details 11-pers…

Case 1:19-cv-03377-LAP   Document 90-5   Filed 11/07/19   Page 4 of 15



ADVERTISEMENT

Or, as Roberts called him, just "Andy."

Roberts, now 31, also doubled down on her claims that she had sex with renowned lawyer Alan Dershowitz, swearing in court papers that she had sex with him six times - and that he once stood casually chatting with Epstein as she was performing oral sex on the freaky financier.

PAID POST                                    What's This?



TRIAL OFFER      NEWS WITH NY ATTITUDE
                 10 weeks for 99¢

SAVE NOW

11/7/2019 Alleged sex slave Virginia Roberts says she didn't have sex with former President Bill Clinton, but in explosive court filing, details 11-pers…

Case 1:19-cv-03377-LAP   Document 90-5   Filed 11/07/19   Page 5 of 15

employees have about health insurance

A message from Harvard Pilgrim Health Care

What drives premium increases, and why switch to a high deductible plan? Health insurance can be complex. Here are five answers to help.

SEE MORE

Meanwhile, Epstein's girlfriend, socialite Ghislaine Maxwell, had "forceful" sex with underaged girls — including Roberts — almost daily, the explosive filing says.

One person Roberts said she didn't have sex with while working for Epstein between 1999 and 2002 was his then-pal, Bill Clinton.

"I have seen reports saying or implying that I had sex with former President Bill Clinton on Little St James Island," an island Epstein owns in the U.S. Virgin Islands.

"Clinton was present on the island at a time when I was also present on the island, but I have never had sexual relations with Clinton, nor have I ever claimed to have had such relations. I have never seen him have sexual relations with anyone," Roberts wrote.

Roberts filed the affidavit after weeks of being called a liar by Buckingham Palace, Dershowitz, and Maxwell.

In the filing, she stands her ground - and demands they and other unnamed movers and shakers who preyed on her be prosecuted.

Advertisement



TRIAL OFFER | NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

11/7/2019　　Alleged 'sex slave' Virginia Roberts says she didn't have sex with former President Bill Clinton, but in explosive court filing, details 11-pers…

Case 1:19-cv-03377-LAP   Document 90-5   Filed 11/07/19   Page 6 of 15



"I am telling the truth and will not let these attacks prevent me from exposing the truth of how I was trafficked for sex to many powerful people. These powerful people seem to think that they don't have to follow the same rules as everyone else. That is wrong," she said.

Dershowitz told the Daily News that Roberts is the one who should be prosecuted - for perjury.

TRIAL OFFER | NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

Case 1:19-cv-03377-LAP   Document 90-5   Filed 11/07/19   Page 7 of 15

Roberts said she didn't have sex with former President Bill Clinton while both were in U.S. Virgin Islands. (New York Daily News Archive/NY Daily News via Getty Images)

"The notion I was standing around chatting with Jeffrey while she's giving him oral sex is so preposterous - it's absurd," Dershowitz said.

"They're all lies, perjurious lies - I never even met this woman!"

TRIAL OFFER | NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

11/7/2019 Alleged 'sex slave' Virginia Roberts says she didn't have sex with former President Bill Clinton, but in explosive court filing, details 11-pers…

Case 1:15-cv-03377-LAP   Document 90-5   Filed 11/07/15   Page 8 of 15

The pervy pair "trained me to do what they wanted, including sexual activities and the use of sexual toys. The training was in New York and Florida, at Epstein's mansions. It was basically every day and was like going to school. I also had to have sex with Epstein many times. I was trained to be 'everything a man wanted to be,'" she said.

ADVERTISEMENT

Maxwell, the daughter of late newspaper magnate Robert Maxwell, was "heavily involved" in recruiting young girls for Epstein - and herself, Roberts claimed.

"Maxwell was all about sex all the time. She had sex with underage girls virtually ever day when I was around her, and she was very forceful," Roberts said.

"I first had sexual activities with her when I was approximately 15 at the Palm Beach mansion. I had many sexual activities with her over the next several years in Epstein's various residences plus other exotic locations," she said.

"I also observed Maxwell have sex with dozens of underage girls," Roberts said. "Many times she made me sleep with other girls, some of whom were very young, for purposes of taking sexual pictures."

Dershowitz, she claimed, "was around Epstein frequently. Dershowitz was so

TRIAL OFFER      NEWS WITH NY ATTITUDE
                 10 weeks for 99¢

SAVE NOW

11/7/2019 Alleged 'sex slave' Virginia Roberts says she didn't have sex with former President Bill Clinton, but in explosive court filing, details 11-pers…

Case 1:19-cv-03377-LAP   Document 90-5   Filed 11/07/19   Page 9 of 15

SAVE NOW

She said she was set up with Dershowitz herself not long after Epstein hired her for massages.

"Epstein's code word for sexual encounters was that it was a 'massage.' At times the interaction between Epstein and the girls would start in a massage room setting, (but) it was always a sexual encounter and never just a massage," Roberts said.

She said she had sex with Dershowitz "at least" six times.

"The first time was when I was about 16, early on in my servitude to Epstein, and it continued until I was 19. The first time we had sex took place in New York in Epstein's home," she said.

A court filing accompanying the affidavit included statements from two former Epstein employees who said Dershowitz was a frequent visitor to Epstein's Palm Beach home. Asked if Dershowitz ever got a massage there, one, Juan Alessi, said, "Yes."

A "massage was like a treat for everybody," he said, and the room where Dershowitz got his "contained a lot of vibrators - Maxwell had a laundry basket . . . full of those toys' in that room," the filing says.

Dershowitz said the statements are "all lies," and "I never got a massage from anybody. It's made up out of whole cloth."

Alessi said another visitor to the Palm Beach house was Prince Andrew, who once came with his then-wife, Sarah (Fergie) Ferguson.

Roberts said she had her first tryst with the fifth in line to the British throne in the spring of 2001.

TRIAL OFFER   NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

11/7/2019 Alleged sex slave Virginia Roberts says she didn't have sex with former President Bill Clinton, but in explosive court filing, details 11-pers…

Case 1:15-cv-03377-LAP Document 90-5 Filed 11/07/19 Page 10 of 15

SAVE NOW

Epstein, she said, had taken her to London, and told her "I was meeting a 'major prince.' Epstein told me 'to exceed' everything I had been taught. He emphasized that whatever Prince Andrew wanted, I was to make sure he got," she said. She was 17 at the time.

After the tryst, Epstein grilled her about how it went.

"I told Epstein about Andy's sexual interests in feet. Epstein thought it was very funny," she said. "Epstein appeared to be collecting private information about Andy."

TRIAL OFFER | NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

11/7/2019 Alleged sex slave Virginia Roberts says she didn't have sex with former President Bill Clinton, but in explosive court filing, details 11-pers…

Case 1:19-cv-03377-LAP   Document 90-5   Filed 11/07/19   Page 11 of 15

SAVE NOW

Epstein paid her $15,000 for her services. They returned to New York, and not long after, Epstein called Roberts to his office, where he, Maxwell, and the prince were, she said.

"I was surprised to see him again. Epstein and Maxwell were making lewd jokes about 'Randy Andy.' I had the impression that he had come there to see Epstein and have sex with me," she said.

She obliged, in a room she referred to as the 'dungeon.'"

The next time she saw him was later that year, on Epstein's 78-acre estate in the Virgin Islands.

It was an orgy, with the prince, Epstein, and "eight other young girls," she said.

"The other girls all seemed and appeared to be under the age of 18 and didn't really speak English. Epstein laughed about the fact they couldn't really communicate, saying that they are the 'easiest' girls to get along with," Roberts said.

She said that wasn't the only orgy she saw or particpated in while working for the mysterious moneyman.

The suit says many ofthe girls were supplied by modeling agency head Jean Luc Brunel.

ADVERTISEMENT

MOST READ

NYC man facing divorce decapitates wife, slits 5-year-old daughter's throat, hangs self: cops

TRIAL OFFER | NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

11/7/2019 Alleged sex slave Virginia Roberts says she didn't have sex with former President Bill Clinton, but in explosive court filing, details 11-pers…

Case 1:15-cv-03377-LAP Document 90-5 Filed 11/07/19 Page 12 of 15

said she was more articulate than Alicia Keys: suit

**Woman who climbed into Bronx Zoo lion den is in police custody: sources**

Epstein, Brunel and Maxwell loved orgies with kids - that is, having sexual interactions with many young teenagers at the same time," Roberts said - sometimes as many as ten.

Roberts parted ways with Epstein in 2002, when he sent her to Thailand to study massage. She met and married a man there.

Epstein, 61, pleaded guilty in 2008 to soliciting sex from a minor and spent 13 months in prison. Roberts and three other victims are fighting to overturn a secret non-prosecution agreement he signed with the feds, which identified as many as 40 underaged victims. The deal also spared his "co-conspirators" from prosecution, and Roberts' attorneys say those co-conspirators include Maxwell, Prince Andrew, Brunel, and Dershowitz.

"I will continue to cooperate fully in the investigation and prosecution of Epstein, Maxwell, or any of their friends who participated in the sexual abuse of minors," Robert said.

As for Dershowitz calling her a liar, she fired back: "He is lying by denying athat he had sex with me. That man is the same man that I had sex with at least six times."

Topics:  bill clinton,  prince andrew,  sarah ferguson,  alan dershowitz

Taboola Feed

**Most Christians can't pass this basic biblical quiz.**

Blackbeat | Sponsored

TRIAL OFFER | NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

11/7/2019 Alleged sex slave Virginia Roberts says she didn't have sex with former President Bill Clinton, but in explosive court filing, details 11-pers…

Case 1:19-cv-03377-LAP   Document 90-5   Filed 11/07/19   Page 13 of 15

Obsev | Sponsored

SAVE NOW

**30 Cool Gadgets We Bet You Haven't Seen Yet**
yourtopdealstoday.com | Sponsored

**Dog Owners Swear By This Incredible Joint Chew**
Petlab Co | Sponsored

### 'My heart is destroyed': Man left in anguish after wearing wire to bust NYPD cop girlfriend plotting hit on his teen daughter

"She had me drained mentally, physically and emotionally. I gave her everything I had," boyfriend John DiRubba, 54, told the Daily News in an exclusive interview Sunday. "It's really too overwhelming for me and my family."

NY Daily News

### If Stephen Hawking is right about Earth's end, keep an eye on the deer

Chicago Tribune

**See What Full Mouth Dental Implants Should Cost in 2019**
Dental Implants | Search Ads | Sponsored

**Most men can't guess these 48 car parts! Can you?**
Autoversed | Sponsored

### Wife of former football coach says teen boy was 'willing participant' in sex

Kelsey McCarter, 29, is asking a Knox County Circuit Court judge to throw out the lawsuit against her and her husband Justin McCarter filed by the teen who said he was molested multiple times when he lived with them.

NY Daily News



**The Daily News Flash Newsletter - New York Daily News**
Weekdays

Catch up on the day's top five stories every weekday afternoon delivered to your inbox from the Daily News.

TRIAL OFFER | NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

11/7/2019 Alleged sex slave Virginia Roberts says she didn't have sex with former President Bill Clinton, but in explosive court filing, details 11-pers…

Case 1:19-cv-03377-LAP   Document 90-5   Filed 11/07/19   Page 14 of 15

ADVE                    SAVE NOW

RECOMMENDED

A woman with a history of dog sex has been indicted for bank robbery

Brooklyn woman charged with making her roommate's dog perform sex act

Mexican day laborer forced to have sex with woman while her husband held him at gunpoint, allegedly

Maryland school nurse admits to having oral sex with 3 students, say cops

Porn star Jessica Jaymes is dead at 43

by Taboola

You May Like                                                    Sponsored Links by Taboola

TRIAL OFFER | NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

11/7/2019 Alleged sex slave Virginia Roberts says she didn't have sex with former President Bill Clinton, but in explosive court filing, details 11-pers…

Case 1:19-cv-03377-LAP   Document 90-5   Filed 11/07/19   Page 15 of 15

### Tom Selleck Is Still Married To His Partner At 77
livestly.com

### Couple Bids On The Wrong Property, Accidentally Buys 120-Year-Old Mansion
EverydayKoala

### Wow - These Luxury Car Interiors Are Real!
Cars | Search Ads

ADVERTISEMENT



# Download our mobile app

# Subscribe for unlimited access

| | |
|---|---|
| About Us | Contact Us |
| Careers | Frequently Asked Questions |
| Site Map | |
| Media Kit | Place an Ad |
| Special Sections | Contests |
| Manage Subscription | BestReviews |
| The Active Times | The Daily Meal |
| Terms of Service | Privacy Policy |
| | TAG disclosure |

   

Copyright © 2019, New York Daily News

**TRIAL OFFER** — NEWS WITH NY ATTITUDE — 10 weeks for 99¢

SAVE NOW