# Exhibit F

11/7/2019 Case 1:19-cv-03377-LAP Document 90-6 Filed 11/07/19 Page 2 of 7 Bill Clinton and the 15-year-old 'masseuse': I met him twice, claims Epstein's girl | Daily Mail Online

Feedback Like 16.3M

Thursday, Nov 7th 2019 10AM 55°F 1PM 58°F 5-Day Forecast

News

Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists | DailyMailTV

Latest Headlines | Royal Family | News | World News | Arts | Headlines | Most read | Wires | Games Login

Ad

CONTINUE

View PDF | Download Now

Download ViewPDF Extension - Free PDF Viewer. Download & Start Now!

OPEN

PDF

By SHARON CHURCHER and POLLY DUNBAR FOR MAILONLINE
**UPDATED:** 19:53 EST, 5 March 2011

Share

24 View comments

As a New Yorker from humble beginnings, Jeffrey Epstein played on his blue-collar credentials and enormous wealth to extend tentacles of influence throughout America's liberal political elite.

During the outcry over the Epstein case, it emerged that another man with a notorious appetite for young women, Bill Clinton, travelled with Epstein to a number of destinations, including three times on the billionaire's private aircraft.

On one occasion, Epstein flew the former President, Hollywood actor and staunch Democrat Kevin Spacey and another actor friend of Mr Clinton's, Chris Tucker, to Africa, to 'discuss AIDS policy'.

Xtra-PC Makes The Perfect Gift

This genius gadget turns any old/slow/cheap computer into a blazing fast like-new computer

OPEN

ADVERTISEMENT

Like Daily Mail
Follow @DailyMail
Follow @dailymailuk

+99 NEW ARTICLES Top Share

https://www.dailymail.co.uk/news/article-1363452/Bill-Clinton-15-year-old-masseuse-I-met-twice-claims-Epsteins-girl.html 1/44






**Claims: Virginia Roberts says she twice met ex-president Bill Clinton, pictured last month, but was never 'lent out'**

Epstein, who has donated more than £75,000 over the years to candidates from the Democratic Party, also flew with Mr Clinton in November 2003 to destinations including Russia, Oslo, Hong Kong, Shanghai and Beijing.

Yet Virginia Roberts stresses that she was never 'lent out' to Mr Clinton.

On one occasion, she adds, Epstein did invite two young brunettes to a dinner which he gave on his Caribbean island for Mr Clinton shortly after he left office. But, as far as she knows, the ex-President did not take the bait.

'I'd have been about 17 at the time,' she says. 'I flew to the Caribbean with Jeffrey and then Ghislaine Maxwell went to pick up Bill in a huge black helicopter that Jeffrey had bought her.

**SHARE THIS ARTICLE**

Share

**RELATED ARTICLES**

FBI to reopen case against sex offender friend of Prince...

Epstein's Girl Friday 'fixer': Dead tycoon's daughter...

'She'd always wanted to fly and Jeffrey paid for her to take lessons, and I remember she was very excited because she got her licence around the first year we met.

'I used to get frightened flying with her but Bill had the Secret Service with him and I remember him talking about what a good job she did.

'I only ever met Bill twice but Jeffrey had told me that they were good friends.

'I asked, "How come?" and he laughed and said, "He owes me some favours." Maybe he was just joking but it constantly surprised me that people with as much to lose as Bill and [Prince] Andrew weren't more careful.

'Bill must have known about Jeffrey's girls. There were three desks in the living area of the villa on the island.

**FEMAIL TODAY**

- Duchesses honour Britain's heroes: Meghan pays tribute to war dead at poppy field while Kate meets emergency crews from Grenfell blaze and terror attacks
- Kylie Jenner's best friend 'Stassie Baby' Anastasia Karanikolaou peels a banana as she poses in yellow bikini after launching her TJ SWIM
- Serena Williams shows off her incredible physique in a black swimsuit as she hits the pool with daughter Alexis Olympia in the Maldives
- Archie is CRAWLING and has two teeth! Proud Harry and Meghan share details of six-month-old son as they pay tribute to military families
- Kim Kardashian highlights her fabulous derriere in blue chaps as she puts on a loved-up display with Kanye West at star-studded magazine awards
- American grown and veteran owned: The company on a mission to help US military families by making 'the absolute best cayenne hot sauce possible' PROMOTED
- William Shatner takes 'entitled' millennial to task in heated Twitter exchange after she blamed his generation for the 'hardships' she faces
- 'I speak up when things are not as they should be': Kim Kardashian details her disagreements with President Trump over immigration
- Halsey goes braless as she showcases her washboard abs in an unbuttoned funky patterned shirt and matching trousers in London
- Jennifer Garner smiles in her robe with wet hair as she jokes daughter 'barely made the bus but her mother kept it

+99 NEW ARTICLES Top Share



classy'

Annette Bening, 66, set to receive AARP's Movies For Grown-Ups Award as she garners Oscar buzz for playing Senator Dianne Feinstein in The Report

**Speaking out: Virginia, now aged 26, in her new home in Australia**

'They were covered with pictures of Jeffrey shaking hands with famous people and photos of naked girls, including one of me that Jeffrey had at all his houses, lying in a hammock.

'We all dined together that night. Jeffrey was at the head of the table. Bill was at his left. I sat across from him. Emmy Tayler, Ghislaine's blonde British assistant, sat at my right.

'Ghislaine was at Bill's left and at the left of Ghislaine there were two olive-skinned brunettes who'd flown in with us from New York.

'I'd never met them before. I'd say they were no older than 17, very innocent-looking.

'They weren't there for me. They weren't there for Jeffrey or Ghislaine because I was there to have sex with Jeffrey on the trip.

'Maybe Jeffrey thought they would entertain Bill, but I saw no evidence that he was interested in them. He and Jeffrey and Ghislaine seemed to have a very good relationship. Bill was very funny.

'He made me laugh a few times. And he and Jeffrey and Ghislaine told blokey jokes and the brunettes listened politely and giggled.

**'Bill must have known about Jeffrey's girls. There were three desks in the living area of the villa on the island... covered with photos of naked girls'**

'After dinner I gave Jeffrey an erotic massage. I don't remember seeing Bill again on the trip but I assume Ghislaine flew him back.'

According to prison records, when Epstein was serving his jail term, his visitors included a long-time – and highly controversial – Clinton acquaintance, Arnold Prosperi.

'In the final hours of the Clinton presidency, in January 2001, Prosperi was facing three years in prison after being convicted of tax fraud. Mr Clinton commuted his sentence to house arrest.

'Clinton, Prosperi and Epstein make an odd threesome on the face of it,' says a law enforcement source.

Ad

Mid Century Sofas

Here are the top searches for mid centruy, modern and leather sofas

OPEN

Jane Fonda recounts her night in a jail cell with cockroaches, and says Lily Tomlin, Diane Lane and Brooklyn Decker are joining her in DC for climate protest

Meghan Markle dons £800 Tamara Mellon boots and a Sentaler coat as she attends her first Remembrance Day service at Westminster Abbey

Carrie Fisher's brother reveals The Rise Of Skywalker's original plot made Leia the 'last Jedi'... as he gushes about the character's 'big payoff' in the film



'Was Prosperi visiting Epstein as some kind of intermediary for Bill?

'Maybe Bill wanted to know if Epstein knew anything that could embarrass him. Or did Bill commute Prosperi's sentence as some kind of favour

for Epstein?'

Virginia disclosed that Mr Clinton's vice-president Al Gore and his wife, Tipper, were also guests of Epstein on his island.

**Guests: Virginia says she also met former Vice President Al Gore, pictured right with Mr Clinton**

Last summer, the Gores abruptly announced that they were ending their supposedly fairytale marriage and, just weeks later, it emerged that Mr Gore – the famously sanctimonious global-warming disciple – had been accused of trying to force sex on a woman with whom he had booked a therapeutic massage at an Oregon hotel.

'I had no clue that anything was up,' Virginia says. 'The Gores seemed like a beautiful couple when I met them. All I knew was that Mr Gore was a friend of Jeffrey's and Ghislaine's. Jeffrey didn't ask me to give him a massage.

'There might have been a couple of other girls there on that trip but I could never have imagined this guy would do anything wrong. I was planning to vote for him when I turned 18. I thought he was awesome.'

Virginia said that yet another American liberal icon, President Obama's Middle East peace envoy Senator George Mitchell, frequently visited Epstein's New York residence.

Mr Mitchell, aged 77 – who previously led America's Northern Ireland peace initiative – 'was very close to Jeffrey,' Virginia recalled. 'He is very clean-cut. You wouldn't think of him being part of Jeffrey's crew.'

Keanu Reeves' friend Helen Mirren is 'very flattered' his new girlfriend Alexandra Grant was mistaken for her... as she says actor is a 'lucky boy'

Whitney Houston's female best friend says the pair broke off their brief secret romance so it wouldn't interfere with the singer's budding career

'The First Ladies of Rap and Hip Hop': Music legends Salt-N-Pepa will perform an exclusive set at the National Gallery of Victoria in Melbourne

The Masked Singer: Sherri Shepherd and Raven-Symoné reveal identities during two-part episode on Fox
The pair were the Penguin and Black Widow

Amber Heard dazzles in satin champagne gown as she's honored at Emery Awards in New York City
Amber dazzled in a satin champagne gown

Eddie Murphy 'tried to stop Whitney Houston marrying Bobby Brown in phone call on her wedding day and once stood her up after she invited him for dinner'

William and Kate are 'humbled' as they meet Grenfell survivors and 999 heroes: Duke praises 'unique way Britain pulls together when disaster strikes'

ADVERTISEMENT

**Scandal: U.S. authorities want to interview Jeffrey Epstein (left) and may wish to quiz his friend, Prince Andrew**

Epstein's contacts book contains a work and a home telephone number for the senator.

Another acquaintance was Israel defence secretary Ehud Barak, whose spokesman told The Mail on Sunday: 'Mr Barak did attend several small functions in Mr Epstein's home in New York that were usually attended by leading businessman, university presidents, Nobel Prize Laureates and prominent public figures.'

Epstein's many Hollywood pals include Matt Groening, creator of The Simpsons.

'Jeffrey once had me give Matt a foot massage when he was flying on the jet with us,' Virginia says.

'He laughed and did drawings of Bart and Homer for my little brother and my dad.

'I also met Naomi Campbell at a birthday party of hers on a yacht in the South of France. She is a friend of Ghislaine's but she was a real bitch to me.

'She was very fake. She turned away from me when we were introduced by Ghislaine and Jeffrey.

'Donald Trump was also a good friend of Jeffrey's. He didn't partake in sex with any of us but he flirted with me. He'd laugh and tell Jeffrey, "You've got the life." '

Palm Beach Police say Epstein seemed utterly unfazed by the allegations against him when they began their long and detailed investigation.

Kate teams Princess Diana's diamond and sapphire earrings with a Emilia Wickstead dress as she joins Prince William at the National Emergencies Trust launch

Ashlee Simpson looks effortlessly chic in a grey patterned coat as she joins stylish husband Evan Ross for a romantic night out in LA

Meghan Markle shuffles closer to Prince Harry after receiving a subtle nod from her husband as the couple pay tribute to Britain's war dead

Stayin' Alive? Bee Gees fans launch fight to save Manchester venue where trio first sang

Jenelle Evans' ex Nathan Griffith admits he 'feared for the safety of son Kaiser, five', before she was granted a restraining order against David Eason

Robbie Williams trolls Justin Bieber as he tells fans he'll release an album if his Instagram post receives 20 likes... after US star asked for 20 million likes to drop his new music

Broad City star Ilana Glazer puts a fun spin on self-care as she hugs, massages, and even serves herself tea in quirky new period underwear campaign

Chrissy Teigen takes a stroll with daughter Luna, 3, in LA... after it's revealed her parents are divorcing
Chrissy and Luna held hands on the stroll

Duchess of Cornwall has been a 'pillar of support' to Meghan

'Jeffrey's crew: Middle East peace envoy George Mitchell, right, pictured with President Barack Obama and U.S. Secretary of State Hilary Clinton, frequently visited Epstein¿s New York residence, Virginia also claims

But he also took his defence very seriously indeed. Epstein engaged his friend, the Harvard law professor Alan Dershowitz – whose celebrity clients have included Mike Tyson, Patty Hearst, Claus von Bulow and O.J. Simpson – to run his legal defence.

He also employed a firm of private investigators to investigate the backgrounds of the girls.

Detectives painstakingly built a case which they believed showed that Epstein systematically paid teenage girls to recruit other teenage girls to his sex ring.

However, as the investigation continued, they found that Epstein's team had already spoken to key witnesses, suggesting that the financier would reward those who helped him.

In addition, Epstein's defence team agreed to the unusual move of suggesting that the alleged victims sue Epstein in the civil courts. The result was a plea bargain in which Epstein admitted a single charge of soliciting an underage girl for prostitution – a deal which infuriated many police officers who worked on the case.

More than 20 of Epstein's girls are said to have sued him for damages. At least 17 have settled out of court.

Mr Clinton, Mr Gore and Mr Mitchell were all contacted about their friendship with Epstein but declined to comment.

ADVERTISEMENT

**Share or comment on this article: Bill Clinton and the 15-year-old 'masseuse': I met him twice, claims Epstein's girl**

Taboola Feed

Markle after she admitted to struggling in the public eye, royal source claims

Revealed: Fortnite star FaZe Jarvis who was banned for 'cheating' lives in £11.6m Hollywood mansion with his teammates

ADVERTISEMENT

Sharon Stone sues rapper Chanel West Coast over track Sharon Stoned ... saying she's feeding off Basic Instinct star's 'extraordinary level of popularity and fame'

Justin Theroux reaches out to ex-wife Jennifer Aniston on social media... weeks after actress stunned fans by joining Instagram

Moment Meghan Markle's on-screen father in Suits apologizes to West End audience after they were evacuated during Death of a Salesman