# Exhibit G

**Angel Ureña**
@angelurena

Statement on Jeffrey Epstein.

"President Clinton knows nothing about the terrible crimes Jeffrey Epstein pleaded guilty to in Florida some years ago, or those with which he has been recently charged in New York. In 2002 and 2003, President Clinton took a total of four trips on Jeffrey Epstein's airplane: one to Europe, one to Asia, and two to Africa, which included stops in connection with the work of the Clinton Foundation. Staff, supporters of the Foundation, and his Secret Service detail traveled on every leg of every trip. He had one meeting with Epstein in his Harlem office in 2002, and around the same time made one brief visit to Epstein's New York apartment with a staff member and his security detail. He's not spoken to Epstein in well over a decade, and has never been to Little St. James Island, Epstein's ranch in New Mexico, or his residence in Florida."

3:27 PM - 8 Jul 2019

672 Retweets 1,553 Likes

863  672  1.6K