# Exhibit K



**DAILY BEAST**    NEWSLETTERS   **JOIN**   **LOG IN**

CHEAT   ...TICS   ENTERTAINMENT   WORLD NEWS   HALF FULL   CULTURE   U.S. NEWS   INNOVATION   SCOUTED   TRAVEL

**Police Say To Carry This**

Police say everyone should carry this new safety device that protects against attackers.

TrySafePersonalAlarm.com




*FEUDING TITANS*

# Alan Dershowitz Gets Rival Lawyer Booted From Epstein Victim's Case

A judge denied the Harvard lawyer's attempt to dismiss a case brought by an Epstein victim against him, but ruled that his nemesis David Boies could no longer represent the woman.

**Kate Briquelet** Updated 10.16.19 5:28PM ET
Senior Reporter    Published 10.16.19 2:34PM ET

      


Boston:

**Rest in Peace with a $350,000 Life Insurance Policy for as low as $16/M**

18-2...
46-5...
Ca...

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

READ THIS LIST

Support The Daily Bea...



NEWSLETTERS    JOIN    LOG IN



CHEAT   ...TICS   ENTERTAINMENT   WORLD NEWS   HALF FULL   CULTURE   U.S. NEWS   INNOVATION   SCOUTED   TRAVEL

**Biden & Buttigieg Are Road Kill If They Stay in Middle Lane**
MICHAEL TOMASKY

**TV's Next 'Fleabag': The Excellent New Series 'Back to Life'**
KEVIN FALLON

**Alex Jones Goes on Tirade Against Roger Stone Jurors**
WILL SOMMER

Alan Dershowitz may have lost his battle to dismiss a defamation lawsuit brought by Virginia Roberts Giuffre—who claims Jeffrey Epstein kept her as his "sex slave" and forced her to have sex with Dershowitz.

But the Harvard Law professor scored his own victory: persuading a federal judge to disqualify Giuffre's attorney, David Boies, and his firm, from her case.

ADVERTISEMENT



JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

In an opinion filed Wednesday, U.S. District Judge Loretta Preska said she would deny Dershowitz's motion to dismiss the case—
Dershowitz claims Giuffre is

Support The Daily Bea...







NEWSLETTERS    JOIN    LOG IN

CHEAT    ...TICS    ENTERTAINMENT    WORLD NEWS    HALF FULL    CULTURE    U.S. NEWS    INNOVATION    SCOUTED    TRAVEL

a blow to Boies, who's sparred with Dershowitz for decades, and Sigrid McCawley, a partner at the firm who represents multiple victims of Epstein.

In a statement, McCawley said her firm would appeal Preska's decision to remove them from Giuffre's litigation in Manhattan federal court.

"Today's decision rejects Alan Dershowitz's chronic capacity to make this case about anything but the facts and what he has been accused of by our client, Virginia Giuffre. The defamation case against Alan Dershowitz is going forward and he will have to face justice," McCawley, a partner at Boies Schiller Flexner LLP, said in a statement.

"The decision, however, to disqualify our firm, which has had the privilege of representing Virginia and advocating for her brave voice and continued call for justice, is deeply disappointing and it will be



Ad

Rudolph
Musical

Boch Center      BUY TICKETS

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

Support The Daily Bea...



BEAST INSIDE
Dig Deeper
JOIN NOW



 NEWSLETTERS

JOIN    LOG IN

CHEAT    ...TICS    ENTERTAINMENT    WORLD NEWS    HALF FULL    CULTURE    U.S. NEWS    INNOVATION    SCOUTED    TRAVEL

## Epstein Accuser Names Powerful Men in Alleged Sex Ring



Kate Briquelet,
Katie Baker,
Justin Miller,
Pilar Melendez,
Tracy Connor

### SPEED READ

## Biggest Bombshells in New Epstein Documents



Pilar Melendez,
Justin Miller,
Katie Baker

The order comes almost a month after Giuffre's and Dershowitz's legal teams faced off during oral arguments, after which Dershowitz held a press conference and accused Giuffre and her advocates of doing "a terrible disservice" to the #MeToo movement.

Boies and his firm have represented Giuffre for years, including in a separate

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

Support The Daily Bea...



　NEWSLETTERS　JOIN　LOG IN

CHEAT　　　　TICS　ENTERTAINMENT　WORLD NEWS　HALF FULL　CULTURE　U.S. NEWS　INNOVATION　SCOUTED　TRAVEL

providing a deeper look into the sexual abuse allegations against Epstein and his powerful friends.)

ADVERTISING



Dershowitz, 81, argued the 78-year-old Boies should be booted from his case based on a conflict of interest: He was briefly a client of Boies' firm and says he provided an attorney with confidential information related to his fight against Giuffre's accusations. The professor also argued Boies and his firm's attorneys would be called as witnesses in Giuffre's case.

The latter argument was more significant, according to Preska's order, which noted, "Because disqualification is so clearly required under the advocate-witness rule, the

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

Support The Daily Bea




attorney cannot represent a party where the attorney will be called as a witness. "The rule differentiates between an attorney who will be called on behalf of his client and an attorney who will be called as a witness other than on behalf of his client," Preska wrote in her order.

"A lawyer may also not act as an advocate where 'another lawyer in the lawyer's firm is likely to be called as a witness on a significant issue other than on behalf of the client, and it is apparent that the testimony may be prejudicial to the client,'" Preska added.



> "*Dershowitz went looking for trouble, and by his repeated affirmative republications,*

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

Support The Daily Bea...



CHEAT     TICS     ENTERTAINMENT     WORLD NEWS     HALF FULL     CULTURE     U.S. NEWS     INNOVATION     SCOUTED     TRAVEL





Bill Gates Praised Pedophile Epstein: 'Kind of Intriguing'

NYC Medical Examiner Dismisses Epstein 'Homicide' Claim

Weinstein Settlement Would Give HIS Lawyers Millions

In her complaint, Giuffre said Dershowitz's statements that she conspired with her lawyers to extort him and Epstein's associate and client Les Wexner are false. She also referenced a secretly-recorded phone call between Dershowitz and Boies; Dershowitz says Boies declared on the call that Giuffre was "simply wrong" in her accusation, while Giuffre has said Boies' assertions were taken "out of context."

"By so pleading, Giuffre made the truth of these statements … a necessary—indeed essential—part of the Complaint," Preska ruled.

"Dershowitz's allegation of an extortion conspiracy is no mere throwaway line," the judge added of Giuffre's

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

Support The Daily Beast



  

CHEAT ... TICS   ENTERTAINMENT   WORLD NEWS   HALF FULL   CULTURE   U.S. NEWS   INNOVATION   SCOUTED   TRAVEL

that Giuffre committed perjury and that she and her attorneys 'hatched a scheme to falsely accuse Dershowitz of sex trafficking as part of a criminal attempt to extort a settlement from another party.'"

Giuffre must prove at trial that Boies Schiller Flexner (BSF) lawyers didn't participate in the extortion scheme Dershowitz has alleged.

"Either way, BSF is immersed in the facts it pled," Preska stated.

"Again it is essential to follow the litigation jujitsu at work here," the judge continued. "Giuffre says Dershowitz defamed her by falsely saying she and BSF engaged in an extortion scheme; Dershowitz says he said it and it is true. Giuffre's burden is to prove it is false in the face of Dershowitz's vehement claim that it is true."

According to Preska's order, new counsel for Giuffre and Dershowitz's legal team must

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

Support The Daily Bea





**DAILY BEAST**

 NEWSLETTERS    JOIN    LOG IN

CHEAT    ...TICS    ENTERTAINMENT    WORLD NEWS    HALF FULL    CULTURE    U.S. NEWS    INNOVATION    SCOUTED    TRAVEL

on Wednesday following the ruling: "I am grateful for the Court's decision to deny Alan Dershowitz's shameful attempt to dismiss my defamation case against him. I will no longer be silenced. I will no longer be shamed. I will see Alan Dershowitz in a court of law," she said.

"But I am dismayed by the Court's decision in this case to deprive me of my counsel. For over five years, my lawyers at Boies Schiller Flexner have worked tirelessly to bring Jeffrey Epstein and his co-conspirators to justice. When it was not in vogue and not a breaking news story, my lawyers Sigrid McCawley and David Boies stood up to the muscle of the Epstein machine and its grip on the legal system. It is no surprise that Alan Dershowitz, who was part of Epstein's ecosystem of power and privilege, is attempting to manipulate the legal system in the face of the serious charges I have brought

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

Support The Daily Bea



BEAST INSIDE
Dig Deeper
JOIN NOW

DAILY BEAST

 NEWSLETTERS    JOIN    LOG IN

CHEAT    ...TICS    ENTERTAINMENT    WORLD NEWS    HALF FULL    CULTURE    U.S. NEWS    INNOVATION    SCOUTED    TRAVEL

Dershowitz's attorney, Imran H. Ansari, said the academic is "pleased" with Preska's decision to remove Boies from the case.

"Disqualification is clearly required by the advocate-witness rule and by the very allegations made by the Plaintiff in her own Complaint," Ansari said in a statement. "Professor Dershowitz will call David Boies and his colleagues at trial to prove that their client —in Boies' own words—is 'wrong... simply wrong' in accusing him. Any appeal taken of Judge Preska's decision regarding disqualification will be met with stiff opposition by Professor Dershowitz."

Meanwhile, Dershowitz argued Giuffre's complaint should be dismissed because the statements he made in 2018 and 2019—calling her a "total liar" who fabricated allegations against him for money—are "substantially identical" to statements he made in 2015 and therefore

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

Support The Daily Bea...



# DAILY BEAST

NEWSLETTERS    JOIN    LOG IN

CHEAT    ...TICS    ENTERTAINMENT    WORLD NEWS    HALF FULL    CULTURE    U.S. NEWS    INNOVATION    SCOUTED    TRAVEL

Dershowitz "admits he took affirmative steps to republish his prior statements to defend himself and his reputation by influencing new audiences or re-influencing old audiences."

"Said differently, Dershowitz went looking for trouble, and by his repeated affirmative republications, he found it."

Loading...

## 'YOU'RE FIRED, JOHN BOLTON, BUH-BYE...'

# Trump and 'Apprentice' Creator Mark Burnett Are Discussing Their Next TV Show



## READ THIS LIST

**Jane Fonda 'Doesn't Know' Who Made Her Red Coat. I Might.**
ALAINA DEMOPOULOS

**Biden & Buttigieg Are Road Kill If They Stay in Middle**
MICHAEL T...

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

**TV's Nex... Series 'B...**
KEVIN FAL...

**Alex Jon... Stone Ju...**
WILL SOM...

**Dems Warn GOP: Making Bidens Testify Would Blow Up Senate**
SAM BRODEY, SAM STEIN

Support The Daily Bea...



CHEAT 

  NEWSLETTERS    JOIN    LOG IN

CHEAT    ...TICS    ENTERTAINMENT    WORLD NEWS    HALF FULL    CULTURE    U.S. NEWS    INNOVATION    SCOUTED    TRAVEL

**Lachlan Cartwright** Senior Reporter

**Updated 11.07.19 8:04AM ET**
Published 11.07.19 5:03AM ET

He's signed a massive tax cut into law, stacked the federal courts, waged a trade war against China, and eliminated the leader of ISIS —and yet, Donald Trump still longs for his job as a reality-TV host.

Since taking office in early 2017, the president has confided to close associates that he misses hosting *The Apprentice* and *The Celebrity Apprentice* on NBC, the reality-TV staples he left behind to become the Republican Party standard-bearer and then the leader of the free world. Trump has waxed nostalgic about how he created what he sees as the greatest thing reality television has ever seen. Two sources who've spoken to him recall Trump saying that he will perhaps one day revisit the medium.

And it may not just be fits of

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

Support The Daily Bea...


BEAST INSIDE
Dig Deeper
JOIN NOW





NEWSLETTERS    JOIN    LOG IN

**DAILY BEAST**

CHEAT    ...TICS    ENTERTAINMENT    WORLD NEWS    HALF FULL    CULTURE    U.S. NEWS    INNOVATION    SCOUTED    TRAVEL

close to Trump, *Apprentice* creator Mark Burnett and the president have sporadically kept in touch, mostly over the phone, since Trump won the election. The pair remain friends, these sources say, and have discussed reviving their creative partnership, pitching each other details on potential TV projects to be filmed after the Trump presidency.

One of the ideas kicked around by Burnett and the president was shooting a new version of the Trump-branded *Apprentice*, tentatively titled *The Apprentice: White House*, and to produce it shortly after the president leaves office. This time, however, the TV program would be explicitly politics-themed and take full advantage of Trump's status as a former president of the United States and a newfound Republican kingmaker.

"There have been several discussions between Burnett and Trump about *The*

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

Support The Daily Bea


BEAST INSIDE
Dig Deeper
JOIN NOW


Burnett thinks could be a money-spinner and Trump is very keen on doing."

Another one of the knowledgeable sources said, "They actually talked about an *Apprentice: White House*," but conceded that "as far as I know, the discussion did not go far."

———————◇———————

The relationship between Burnett and Trump has been an object of immense speculation and fascination since the former began his political rise.

Their work together hit its peak in the early and mid-Aughts. And they grew so close that Burnett's son Cameron was the ring-bearer at Trump's 2005 wedding to Melania. During the campaign, Burnett faced intense pressure to release unaired footage of *Apprentice* tapings after it became clear that the behind-the-scenes drama showed Trump in a highly unfavorable light. The future

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

Support The Daily Bea


BEAST INSIDE
Dig Deeper
JOIN NOW

 DAILY BEAST  NEWSLETTERS    JOIN    LOG IN

CHEAT    ...TICS    ENTERTAINMENT    WORLD NEWS    HALF FULL    CULTURE    U.S. NEWS    INNOVATION    SCOUTED    TRAVEL

Uncle Tom" on *The Celebrity Apprentice*, and mocked actress Marlee Matlin as "retarded" simply because she was deaf.

Burnett declined to make any footage public or to let former contestants out of their nondisclosure agreements. But shortly before Trump was elected president, he did go out of his way to denounce the "hatred, division, and misogyny that has been a very unfortunate part of his campaign." The statement came in the midst of a flood of sexual-misconduct and assault allegations that were publicly made against Trump shortly after the October 2016 publication of the infamous "grab 'em by the pussy" tape.

After Trump won the election, however, Burnett was ready to put all that bigotry and sexism behind him. He buddied back up to Trump and even played a role in the inauguration, trying—largely unsuccessfully—to recruit musicians to perform

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

Support The Daily Beast





   

CHEAT    ...TICS    ENTERTAINMENT    WORLD NEWS    HALF FULL    CULTURE    U.S. NEWS    INNOVATION    SCOUTED    TRAVEL

relationship to the president. "Mark would say 'My relationship with the president is incredibly strong. I'm the most powerful person in Hollywood because of it. I could wipe the floor because of it.' Mark has no shame."

**RELATED IN POLITICS**

      

Ex-Trump Adviser Caputo Writing New Book Titled 'Putin Won'

With AOC in His Corner, GOP Takes Fresh Look at Bernie

Biden's Rivals Are Perplexed by Timing of Hunter's Interview

A spokesperson for Burnett told The Daily Beast: "The quoted statements attributed to Mr. Burnett are absolutely false. Among other things, The president and Mr. Burnett have not discussed making television shows in any shape or form."

White House spokespeople did not provide comment for this report.

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

Support The Daily Bea...



**BEAST** INSIDE
Dig Deeper
**JOIN NOW**

**DAILY BEAST**

 NEWSLETTERS

 JOIN  |  LOG IN

CHEAT    ...TICS    ENTERTAINMENT    WORLD NEWS    HALF FULL    CULTURE    U.S. NEWS    INNOVATION    SCOUTED    TRAVEL

Schwarzenegger, was produced by NBC and Burnett, though that incarnation went bust after one season. In early 2017, Schwarzenegger announced he would be leaving the show, and blamed its failure on Trump's divisiveness, to which the president, naturally, took umbrage.

"Arnold Schwarzenegger isn't voluntarily leaving the Apprentice, he was fired by his bad (pathetic) ratings, not by me. Sad end to [a] great show," Trump tweeted.

It wasn't a one-off. Well into the third year of his presidency, Trump continued to wield *The Apprentice* and *The Celebrity Apprentice* not only as a source of pride, but also as a cudgel against political enemies, media foes, and Hollywood antagonists.



Donald J. Trump ✔
@realDonaldTrump

So funny to watch Little Donny Deutsch on TV with his own failing show. When I did The

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

Support The Daily Bea...

 BEAST INSIDE
Dig Deeper
JOIN NOW

 DAILY BEAST     NEWSLETTERS    JOIN    LOG IN

CHEAT    ...TICS    ENTERTAINMENT    WORLD NEWS    HALF FULL    CULTURE    U.S. NEWS    INNOVATION    SCOUTED    TRAVEL

> would let him come on
> though he (& Erin) had
> very little..
>
> ♡ 82.6K   4:33 PM - Aug ⓘ
>            11, 2019
>
> 💬 35.7K people are       →
>    talking about this

And, through it all, he has touted his relationship with Burnett. At a rally last year in Richfield, Ohio, he told the crowd, "I got a call from Mark Burnett! He did *The Apprentice*, he's a great guy. He said, 'Donald, I called just to say hello and to tell you, did you see <u>Roseanne</u>'s ratings?' "I said, 'Mark, how big were they?' 'They were unbelievable! Over 18 million people!'"

 Donald J. Trump 🐦
@realDonaldTrump

To all my fans, sorry I couldn't do The Apprentice any longer—but equal time (presidential run) prohibits me from doing so. Love!

♡ 3,296   11:39 AM - Sep ⓘ
           14, 2015

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

Support The Daily Bea...



# DAILY BEAST

NEWSLETTERS    JOIN    LOG IN

CHEAT ... TICS   ENTERTAINMENT   WORLD NEWS   HALF FULL   CULTURE   U.S. NEWS   INNOVATION   SCOUTED   TRAVEL

while a contestant on *Survivor* and the first hit season of *The Apprentice*, and went on to become a senior official in the Trump administration, told The Daily Beast that Trump and Burnett were extremely close.

"The last time I was in a room with Trump and Mark Burnett was at the prayer breakfast right after he got elected," Manigault Newman said. "In the green room, we all laughed about the *Apprentice* days and how we've come from there. Trump and Burnett were truly the best of buds."

Newman has since had a falling out with the president, to whom she once pledged her undying fealty and now bashes as a mentally unstable racist. And when told of the concept of *The Apprentice: White House*, she called the idea "so absurd."

"It's already a reality show," she said.

◇

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

Support The Daily Bea...

Case 1:19-cv-03377-LAP   Document 90-11   Filed 11/07/19   Page 21 of 25


 
far-fetched, however. He almost didn't become president, after all, because he loved that world so much.

As early as 2013, back when "President Trump" was little more than an old, throw-away *Simpsons* joke, he had reservations about entering politics because of the sacrifices he'd have to make.

"[Trump] talked about whether if he ran for [New York] governor, or if he ran for president, if he had to quit the show because he really liked it," said Michael Caputo, a former Trump adviser and then 2016 aide, recalling conversations they had when Caputo was advising him in 2013 and 2014. "That consideration came up multiple times. It appeared to be a pretty profitable business deal for him and he didn't want to give that up."

Caputo also recounted a specific moment in May 2016, when Trump invited conservative-media figures

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

Support The Daily Bea





NEWSLETTERS    JOIN    LOG IN

CHEAT ... TICS   ENTERTAINMENT   WORLD NEWS   HALF FULL   CULTURE   U.S. NEWS   INNOVATION   SCOUTED   TRAVEL

campaign office in Trump Tower was on the [former] soundstage of *The Apprentice* down on the fifth floor… The bathrooms they built on the fifth floor to service the crew of *The Apprentice* were the same bathrooms we used [for 2016 staff]," Caputo said. "When [Trump] came in and did a taping of *Hannity* in the campaign office, Hannity was there and Matt Drudge, separately, was there, and he mentioned that this was actually the *Apprentice* set."

Sam Nunberg, another former political adviser to Trump, recalled his former boss appearing noticeably crestfallen at the thought of losing *The Apprentice* to the campaign trail.

"The day that NBC announced that Donald Trump would no longer be able to host *The Apprentice* in 2015 was one of the very few times I've ever seen the [then-future] president visibly upset in immediate reaction to news," Nunberg said.

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

Support The Daily Bea...



BEAST INSIDE
Dig Deeper
JOIN NOW

**DAILY BEAST**

 NEWSLETTERS    JOIN    LOG IN

CHEAT ... ITICS   ENTERTAINMENT   WORLD NEWS   HALF FULL   CULTURE   U.S. NEWS   INNOVATION   SCOUTED   TRAVEL 

Hollywood, politicians, network executives, network hosts—would call his office in Trump Tower, he would often let people sit there and listen as he talked to them; occasionally, he would put them on speakerphone. But when Mark Burnett called, which was frequent [between 2013 and 2015], Trump would politely tell everyone else to 'get out' of his office."

Ironically, one of President Trump's central gripes in recent months regarding his predecessor, Barack Obama, is the imagined corruption that the former president engaged in by securing a major entertainment and production deal with Netflix in his post-presidency life.

But if Trump's conversations with Burnett are of any indication, it appears that the sitting president is yearning for his own version of "Obama Netflix?" And according to those who know Burnett, the reality-TV kingpin is similarly champing at the bit.

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

Support The Daily Bea...



chairman of MGM Worldwide Television Group, says Burnett would be motivated by only one thing in continuing his working relationship with Trump.

"Mark has one religion and that's money," the person said.

---



**Asawin Suebsaeng**
White House Reporter
🐦 @swin24
✉️ asawin.suebsaeng@thedailybeast.com

---



**Lachlan Cartwright**
Senior Reporter
🐦 @LachCartwright
✉️ lachlan.cartwright@thedailybeast.com

---

Got a tip? Send it to The Daily Beast here.

Loading...

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT



Support The Daily Bea...

BEAST INSIDE
Dig Deeper
JOIN NOW

DAILY BEAST

Support The Daily Bea