# Exhibit L

PUBLICATIONS PRACTICE TOOLS EVENTS (/EVENTS/) LEGAL NEWSWIRE (/LEGALNEWSWIRE/) LEGAL DICTIONARY (HTTPS://DICTIONARY.LAW.COM/)
VERDICT SEARCH (HTTPS://VERDICTSEARCH.COM/FEATURED-VERDICTS/) JOBS (HTTPS://LAWJOBS.COM/)

SEARCH (/americanlawyer/search/)

LAW.COM (/) | THE AMERICAN LAWYER (/americanlawyer/)

PROMOCODE=TAL&SOURC
SUBS
PROMOCODE=TAL&SOURCE
IS-DAVID-BOIES-BOTHER

TOPICS (/TOPICS/) SURVEYS & RANKINGS (/AMERICANLAWYER/RANKINGS/) LITIGATION DAILY (/LITIGATIONDAILY/) MID-MARKET REPORT (/MID-MARKET-REPORT/)

Commentary (/americanlawyer/commentary/)

# Why Is David Boies Bothering to Sue Alan Dershowitz?

Frankly, I thought I was done with my Dershowitz tour. Boy, was I wrong.

By **Vivia Chen** (https://www.law.com/americanlawyer/author/profile/Vivia-Chen/) | July 31, 2019 at 03:14 PM

f in (htt

***David Boies, left, and Alan Dershowitz.***

I think I speak for many people when I say that I have Dershowitz fatigue.

Even my teenage daughter has had enough. When I told her I was working on another column involving the Harvard Law prof, she rolled her eyes and said, "Oh, no! Dershowitz again?"

Alan Dershowitz is ubiquitous. You can't turn on the TV without seeing him in the curious role of Trump defender. Now, with the Jeffrey Epstein case reigniting, Dershowitz is himself a news item, causing us to reexamine his role as the

## Law Firms Mentioned

**Boies Schiller Flexner (/search/?q=Boies+Schiller+Flexner&Submi**

## Trending Stories

1 **Ex-Davis Polk Associate Alleges Discrimination, Say He Was Repeatedly Sideline (/americanlawyer/2019/11/( davis-polk-associate-alleges discrimination-says-he-was repeatedly-sidelined/)**

NEW YORK LAW JOURNAL (/NEWYORKLAWJOURNAL/)

2 **Lockstep Model Is Doomed, Says Recruiter Behind Clea Rainmaker Move (/americanlawyer/2019/11/( model-is-doomed-says-recruiter-behind-cleary-rainmaker-move/)**

THE AMERICAN LAWYER (/AMERICANLAWYER/)

3 **Cuomo Appoints 5 New Justices to NY Appellate Division Departments (/newyorklawjournal/2019/ appoints-5-new-justices-to-appellate-division-departments/)**



billionaire's lawyer and rehash the sexual abuse allegations he still faces (two of Epstein's sex trafficking victims claimed he had sex with them).

In defense, Dershowitz has spilled **details of his personal life (http://nymag.com/intelligencer/2019/07/alan-dershowitz-jeffrey-epstein-case.html)**—like his claim to a "perfect sex life" (to show that he had no reason to stray), his penchant for wearing underwear during massages (to show that he couldn't have engaged in sex with Epstein's victims), and his occasional skinny-dipping in the waters of Martha's Vineyard (not sure what that's supposed to show).

Now, everyone is delving into Dershowitz's psyche. The New Yorker just published an **exhaustive 35-page analysis/profile (https://www.newyorker.com/magazine/2019/08/05/alan-dershowitz-devils-advocate)** of the professor by Connie Bruck that entailed a year's worth of investigation. (Hey, most journalists are lucky to get 24 hours to report and write a story.)

So here I am, too—back in Dershland! But no worries—my focus is narrow.

Frankly, I thought I was done with my Dershowitz tour of duty. (I wrote a **bunch of stories (https://thecareerist.typepad.com/thecareerist/2016/04/alan-dershowitz-on-the-record.html)** about him, starting in 2015, when Epstein victim Virginia Roberts Giuffre alleged that he had sex with her.) After Dershowitz sued Giuffre's original lawyers for defamation, then settled, I thought the Epstein story and Dershowitz would both lose steam.

Boy, was I wrong.

So let me pick up where I left off in 2016: the brewing animosity between Dershowitz and David Boies. As I remember it, during one of our interviews, **Dershowitz took umbrage that Boies (https://www.law.com/almID/1202724439959/Boies-Takes-on-Dershowitz-in-Sex-Case/?mcode=1202615731542&curindex=0&/)**, whom he regarded as a peer, would take on the representation of Giuffre, whom he deemed a liar.

**(https://www.lawcatalog.com/grand-jury-practice.html?___store=law_catalog)**

## Grand Jury Practice (https://www.lawcatalog.com/grand-jury-practice.html?___store=law_catalog) BOOK




Grand Jury Practice is the most comprehensive treatise available on how grand juries function. Thorough and pragmatic, it brings together statutory and case law, Justic...

**Get More Information (https://www.lawcatalog.com/grand-jury-practice.html?___store=law_catalog)**

I always thought Boies was the cool cucumber next to the peppery Dershowitz. My sense was that Boies would ignore Dershowitz and wait for him to self-explode.

Well, Boies must be getting impatient. In April, Boies Schiller Flexner sued Dershowitz for defamation on behalf of Giuffre (he's called her a **serial liar, extortionist, prostitute**

NEW YORK LAW JOURNAL (/NEWYORKLAWJOURNAL/)

4 **Trump Nominates 2 for Southern District of NY Judgeships, Seeks to Elevat Ala. Judge to 11th Circuit (/newyorklawjournal/2019/ nominates-2-for-southern-district-of-ny-judgeships-seeks-to-elevate-ala-judge-t 11th-circuit/)**

NEW YORK LAW JOURNAL (/NEWYORKLAWJOURNAL/)

5 **Appellate Attorneys Shocke at Justice's Alzheimer's Diagnosis, Resignation (/texaslawyer/2019/11/06/a attorneys-shocked-at-justic alzheimers-diagnosis-resignation/)**

TEXAS LAWYER (/TEXASLAWYER/)

**(https://www.newyorker.com/magazine/2019/08/05/alan-dershowitz-devils-advocate)**—to name a few epithets, according to The New Yorker and other outlets). One line in the complaint sums it up: "Mr. Dershowitz now has what he claims to have been looking for."

Boies is essentially calling his bluff. "When we filed, Dershowitz said, 'Oh, great, give me chance to prove my innocence,'" Boies told me during a lengthy phone call. "And now he's doing everything to stop it," citing Dershowitz's motion to dismiss the case.

In an email response, Dershowitz wrote, "We're not stalling. We have filed every document in a timely manner. I need to preserve my First Amendment rights to continue to truthfully assert my innocence. Hence my motion to dismiss. I want all the facts to come out. That's why I have been aggressively seeking to unseal everything."

That strikes me as a throw-everything-in-the-kitchen-sink type of response. Whatever.

I'm more intrigued by this question: What's driving Boies to sue Dershowitz for defamation at this stage? As far back as I can remember, Dershowitz has been trashing Giuffre .

"He really gave us no choice," explained Boies. "We avoided bringing this for more than four years. I would have been happy not to hear from Alan Dershowitz in this context again. But the problem is that he believes that if he quacks loudly enough and outrageously enough, people will focus on what he's saying and not the underlying conduct."

Sure, Dershowitz pushes people's buttons, but isn't Boies playing into his hands by giving him the limelight he seems to crave?

"No," said Boies. "Because he was just as loud and accusatory before. He made statements in the past, and we didn't sue him, then he made more outrageous statements. He publicly said that Virginia was guilty of extortion and perjury and challenged her to sue for defamation." He added, "He's desperate to detract attention from the underlying accusation. People who have good defenses present those defenses. Those who don't engage in ad hominem attacks."

Boies suggested that it's time to draw a line in the sand: "He's attacked everyone who's tried to help victims—Paul Cassell and Brad Edwards [Giuffre's original lawyers], detectives and state law enforcement people."

And, of course, Dershowitz has not spared Boies, calling him an "extortionist" and "ethically challenged," according to the New Yorker article. So why not just sue Dershowitz directly, I asked?

"It's crossed my mind, but I don't think most people take what he says seriously," answered Boies. He drew a distinction between his position as public figure and that of someone like Giuffre. "I have access to media, and I can fight it out in public. It's different for people who don't have that access. The hurdle for me is different than a victim of sex trafficking, who has to deal with families and neighbors hearing those attacks."

So is Boies saying he'd never, ever sue Dershowitz?

"I've given serious thought to fight the extortion allegation," said Boies, alluding to Dershowitz's claim that Boies is going after him in order to get money from a much bigger fish: billionaire Leslie Wexner, who was instrumental in building Epstein's wealth. **Dershowitz's theory of being used as a "stalking horse" (http://nymag.com/intelligencer/2019/07/alan-dershowitz-jeffrey-epstein-case.html)** in this context is convoluted, though New York Magazine takes a good stab at explaining it.

Boies added: "I'm probably not suing him, but I'm not ruling anything out with that guy."

So is Dershowitz worried that Boies could come after him? In an email, he responded: "Truth is an absolute defense."

I've never known the Harvard professor to give such a brief answer, but I assume he's got his hands full after that scathing New Yorker piece.

Anyway, with the resources of a big firm like Boies Schiller bearing down on him, I asked Dershowitz whether he'd consider settling, or if he's damned determine to get his day in court.

"I will settle only if Roberts admits she never had sex with me," wrote Dershowitz in an email response.

As for rumors that his insurance is running out to cover these claims, especially after the **payout he reportedly made to Giuffre's lawyers (https://thecareerist.typepad.com/thecareerist/2016/04/dershowitz-settles-case-involving-allegations-of-sex-with-minor.html)** Cassell and Edwards in the defamation settlement, Dershowitz offered this: "Boies has told people that if he can't beat me in court, he can at least bankrupt me. He won't do either. "

Perhaps not. Yet, you have to wonder where Dershowitz is going with all this. But let me stop here before I add to the pile of analysis, parsing and speculation about what's triggering our favorite Harvard professor.

In the meantime, I'm going to assume my coverage of Dershowitiz and Boies ain't finished. Not by a long shot.

*Related post: **David Boies Is Not Finished with Jeffrey Epstein (https://www.law.com/2019/07/26/david-boies-is-not-finished-with-jeffrey-epstein/)**.*

*Contact Vivia Chen at vchen@alm.com. On Twitter: @law careerist.*

SHARE SHARE

## Vivia Chen

Vivia Chen is a senior columnist at The American Lawyer and the creator of The Careerist blog.

**More from this author → (https://www.law.com/americanlawyer/author/profile/Vivia-Chen/)**

FEATURED PRODUCT

**Higher Law (/briefings/higher-law/)**

**Cannabis & the Legal Industry**

Cheryl Miller tracks law firm cannabis practices and clears the haze around the biggest legal issues. Sign up for the weekly Higher Law newsletter.

**Learn More (/briefings/higher-law/)**

( https://www.law.com/americanlawyer/author/profile/Vivia-Chen/)

## Dig Deeper

Career Development (/topics/career-development/) Criminal Law (/topics/criminal-law/)

## Recommended Stories

### This McKinsey/Lean In Report Will Make You Depressed and Frustrated (https://www.law.com/americanlawyer/2019/11/04/this-mckinseylean-in-report-will-make-you-depressed-and-frustrated/)

VIVIA CHEN (/AMERICANLAWYER/AUTHOR/PROFILE/VIVIA-CHEN/) | NOVEMBER 04, 2019

There are some bright spots—sort of—in the report, now in its fifth year. But mostly, it's a big downer.

### Women Are Like Pancakes (https://www.law.com/americanlawyer/2019/10/28/women-are-like-pancakes/)

VIVIA CHEN (/AMERICANLAWYER/AUTHOR/PROFILE/VIVIA-CHEN/) | OCTOBER 28, 2019

A seminar at accounting firm EY, which has received much bad press, draws curious distinctions between men and women.

### How Fashionable Is Your Firm's Diversity Program? (https://www.law.com/americanlawyer/2019/11/01/how-fashionable-is-your-firms-diversity-program/)

VIVIA CHEN (/AMERICANLAWYER/AUTHOR/PROFILE/VIVIA-CHEN/) | NOVEMBER 01, 2019

Maybe it's flippant to equate diversity efforts with lipstick selection, but I think the analogy is apt.

## Featured Firms

**Law Offices of Gary Martin H Associates P.C.**

620 GLEN IRIS DR NE SUITE 102
ATLANTA, GA 30308
(470) 294-1674 www.garymartinhay

**Law Offices of Mark E. Salon**

2 OLIVER ST #608
BOSTON, MA 02109
(857) 444-6468 www.marksalomone

**Smith & Hassler**

1225 N LOOP W #525
HOUSTON, TX 77008
(713) 739-1250 www.smithandhassl

Presented by Big

# More from ALM

Resources | CLE Center | Legal Compass | Events | Webcasts | Lawjobs | Professional Announcements

**The Power of Partnerships in Legal Technology (http://americanlawyer.tr**

FROM THOUGHTRIVER

Is your law firm missing out on opportunities from existing IP to generate additional value and ultimately revenue through an additional partnership? Download this playbook to learn what your firm might be missing out on.

Download Now › (http://americanlawyer.tradepub.com/free/

**Bearing Witness: Data-Driven Expert Witness Research Propels Competitive Edge (http://americanlawyer.tr**

FROM LEXISNEXIS

An expert witness can make or break a case. What if you could determine in minutes how many times a potential expert has testified, how many times his or her testimony has been excluded, the verdicts associated with the testimony, and more? This info brief explains how.

Download Now › (http://americanlawyer.tradepub.com/free/

**Managing Multilingua Litigation Efficiently (http://americanlawy**

FROM DIVERGENT

Discover how your firm can efficient navigate the challenges of high-stake multilingual litigation to generate val and success for your clients.

Download Now › (http://americanlawyer.tradepub.com

**ALM Legal Publication Newsletters**

## Sign Up Today and Never Miss Another Story.

As part of your digital membership, you can sign up for an unlimited number of a wide range of complimentary newsletters. Visit your My Account (https://store.law.com/registration/login.aspx?promoCode=TAL) page to make your selections. Get the timely legal news and critical analysis you cannot afford to miss. Tailored just for you. In your inbox. Every day.

**Subscribe Now**

(https://store.law.com/registration promoCode=TAL)

Privacy Policy (https://www.alm.com/pr policy-new/)

(/)

FOLLOW US (https://www.facebook.com/LawdotcomALM/) (https://twitter.com/lawdotcom) (https://www.linkedin.com/company/law-com/) (http://feeds.feedblitz.com/law/legal-news/)

**Publications**

The American Lawyer (/americanlawyer/)
Corporate Counsel (/corpcounsel/)
National Law Journal (/nationallawjournal/)
New York Law Journal (/newyorklawjournal/)
New Jersey Law Journal (/njlawjournal/)
The Recorder (/therecorder/)
More Publications › (/publications/)

**Law Topics**

Litigation (/topics/litigation/)
Deals and Transactions (/topics/deals-and-transactions/)
Law Firm Management (/topics/law-firm-management/)
Legal Practice Management (/topics/legal-practice-management/)
Cybersecurity (/topics/cybersecurity/)
Intellectual Property (/topics/intellectual-property/)
More Law Topics › (/topics/)

**Rankings**

Am Law 100 (/americanlawyer/rankings/the-2019-am-law-100/)
Am Law 200 (/americanlawyer/rankings/the-2018-am-law-200--the-american-lawyer/)
Global 100 (/americanlawyer/rankings/global-100/)
National Law Journal 500 (/nationallawjournal/rankings/the-nlj-500/)
Pro Bono Scorecard (/americanlawyer/rankings/pro-bono/)
The A-List (/americanlawyer/rankings/a-list/)
More Rankings › (/rankings/)

**More**

Events (/events/)
Legal Compass (https://www.alm.com/intelligence/solutions-we-provide/business-of-law-solutions/legal-compass/)
Editorial Calendar (/editorial-calendar/)
Briefings (/static/briefings/)
Legal Dictionary (https://dictionary.law.com/)
Lawjobs.com (http://lawjobs.com/)
Law Firms (/law-firms/)
Law Schools (/topics/legal-education/)

**Law.com**

About Us (/static/abou
Contact Us (/static/cont
Site Map (/sitemap
Advertise With Us (/static/ with-us/)
Customer Suppor (https://www.alm.com/co
Terms of Service (https://www.alm.com/terr
FAQ (/sites/almstaff/2017/10/20/ asked-questions/
Privacy Policy (https://www.alm.com/priv new/)

Copyright © 2019 ALM Media Properties, LLC. All Rights Reserved.