# Exhibit P

11/7/2019 Second woman claims billionaire perv Jeffrey Epstein 'directed' her to have sex with Alan Dershowitz - New York Daily News

Case 1:19-cv-03377-LAP Document 90-16 Filed 11/07/19 Page 2 of 13

≡ SECTIONS  SUBSCRIBE 10 weeks for only 99¢  LOG IN

NYC man facing divorce decapitates wife, slits 5-year-old daughter's throat, hang... |  Wife of Hamptons hedge funder called black personal chef 'chocolate-covered... |  Woman who climb Bronx Zoo li custody: sou →

ADVERTISEMENT



How to have the best summer weekend in NYC!
SPONSORED BY LOEWS HOTELS
SEE MORE

NEW YORK

# Second woman claims billionaire perv Jeffrey Epstein 'directed' her to have sex with Alan Dershowitz

 By **STEPHEN REX BROWN**
DEC 18, 2018 | 6:00 AM

  


TRIAL OFFER | NEWS WITH NY ATTITUDE 10 weeks for 99¢
SAVE NOW

11/7/2019    Second woman claims billionaire perv Jeffrey Epstein 'directed' her to have sex with Alan Dershowitz - New York Daily News

Case 1:19-cv-03377-LAP Document 96-16 Filed 11/07/19 Page 3 of 13



Alan Dershowitz (pictured) denies allegations of a second alleged trafficking victim of Jeffrey Epstein. (John Lamparski / Getty Images for Hulu)

A second alleged trafficking victim of Jeffrey Epstein says the billionaire pedophile "directed" her to have sex with Alan Dershowitz — a claim the prominent attorney adamantly denies.

The revelation regarding Sarah Ransome's allegations against the 80-year-old lawyer who represented the notorious sex offender is included in a public transcript available in Manhattan Federal Court.

inRead invented by Teads

TRIAL OFFER | NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

11/7/2019 Second woman claims billionaire perv Jeffrey Epstein 'directed' her to have sex with Alan Dershowitz - New York Daily News

Case 1:19-cv-03377-LAP Document 90-16 Filed 11/07/19 Page 4 of 13

ADVERTISEMENT

Ransome has sued Epstein and his alleged madam, Ghislaine Maxwell, saying they trafficked her for sex from 2006 to 2007, while she was in her 20s.

During a Nov. 7 hearing on Ransome's case, Maxwell's attorney Laura Menninger mentioned the explosive allegation against Dershowitz.

PAID POST                                             What's This?



TRIAL OFFER | NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

Case 1:15-cv-03377-LAP　Document 96-16　Filed 11/07/19　Page 5 of 13

## United States Postal Service®- Buy Now

A message from USPS®

Purchase of this stamp supports the Breast Cancer Research work of the National Institutes of Health and the Medical Research Program of the Department of Defense.

SAVE NOW

"(Ransome) has alleged not only that my client ran a sex trafficking organization but she claims also that she was directed by my client and the Epstein defendants to have sex with third parties, including Alan Dershowitz, for example," Menninger said.

[More New York] SEE IT: Woman fights off crook who tries to steal her iPhone in Brooklyn »

Ransome alleges in her suit that even as Epstein used an army of powerful attorneys — including Dershowitz — to fight a sex trafficking investigation in Florida, he continued "transporting young females" in New York.

Dershowitz furiously denied he'd ever met Ransome, who now lives in Barcelona, and said that "none of this happened." He slammed her as mentally unstable and said she'd bizarrely claimed to be in possession of a video of President Trump engaging in pedophilia and sex tapes of both Bill and Hillary Clinton.

Ransome is unwell and being manipulated by her high-powered attorney David Boies, Dershowitz said.

[More New York] NYC man facing divorce decapitates wife, slits 5-year-old daughter's throat, hangs self: cops »

TRIAL OFFER | NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

11/7/2019 Second woman claims billionaire perv Jeffrey Epstein 'directed' her to have sex with Alan Dershowitz - New York Daily News

Case 1:19-cv-03377-LAP   Document 90-16   Filed 11/07/19   Page 6 of 13

Dershowitz, a noted Harvard Law professor, said Boies is furious about bar charges Dershowitz filed against him. Details of the charges were unavailable and neither side would go into detail. Dershowitz added that he eagerly awaited an opportunity to sue Ransome for defamation.

Advertisement



"Alan Dershowitz's absurd attacks on me are consistent with his pattern of attacking every lawyer who has represented women who have accused him of sexual abuse," Boies said.

[More New York] Good Samaritan wrestles gun away from robber who just shot NYC deli clerk »

"This is simply a pattern where he thinks if he is loud enough and crazy enough it will distract attention from what he's done."

TRIAL OFFER | NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

lives in Australia.

Roberts alleged that Maxwell recruited her for Epstein in 1998, when she was 15 years old and working a summer job at Trump's Mar-a-Lago resort. Roberts sued Maxwell for defamation, claiming the media heiress smeared her by denying the disturbing sex scheme.

[More New York] Devilish behavior: Cops arrest homeless man for sucker-punching woman at Queens church »

They settled the case last year. Dershowitz is now seeking to have documents in the case, which he says would clear his name, unsealed.

The Epstein case has received new scrutiny following a Miami Herald investigation that revived questions about the legal slap on the wrist the billionaire received from then-Southern Florida U.S. Attorney Alex Acosta.

ADVERTISEMENT

In a new letter filed in Manhattan Federal Court, Dershowitz's attorney writes that the law professor has been the victim of "selective leaking" intended to smear his good name.

TRIAL OFFER | NEWS WITH NY ATTITUDE
10 weeks for 99¢
SAVE NOW

11/7/2019 Second woman claims billionaire perv Jeffrey Epstein 'directed' her to have sex with Alan Dershowitz - New York Daily News

Case 1:19-cv-03377-LAP Document 90-16 Filed 11/07/19 Page 8 of 13

"Once again, Mr. Dershowitz – who has conscientiously and expeditiously pressed, through the judicial process, for disclosure of all documents in the case – has been the victim of one-sided and selective leaking of materials," attorney Andrew Celli wrote.

Dershowitz – who recently lamented he'd become persona non grata on Martha's Vineyard for his support of Trump – says that Roberts is the likely leaker.

She alleged in 2014 that Epstein "trafficked" her to Dershowitz and Prince Andrew for sex – a claim that has since been stricken from the record.

[More New York] Cops arrest sixth suspect in fatal Washington Heights shooting »

"The allegation is utterly false and defamatory: Mr. Dershowitz has never even *met* Ms. Roberts . . . records prove that Mr. Dershowitz *could not have* abused Ms. Roberts because he was not present in the places where she claims such abuse occurred," Celli wrote.

Prince Andrew also denied the allegation. Roberts settled her claims against Epstein in 2015.

The Herald's investigation highlighted the unusually cozy relationship between Epstein's legal team and Acosta, who gave the sex offender a generous plea deal. Epstein only served 13 months in a private wing of the Palm Beach County jail despite ample evidence he'd orchestrated an international sex trafficking operation, the Herald reported.

TRIAL OFFER | NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

11/7/2019　　Second woman claims billionaire perv Jeffrey Epstein 'directed' her to have sex with Alan Dershowitz - New York Daily News

Case 1:19-cv-03377-LAP   Document 90-16   Filed 11/07/19   Page 9 of 13

SAVE NOW

Jeffrey Epstein (second from left) in custody in Florida in 2008 (Uma Sanghvi / AP)

Epstein, a hedge fund manager with a mansion on the Upper East Side and a private Caribbean island, was once friends with the likes of Bill Clinton, Kevin Spacey and Woody Allen, among other celebs and business titans.

MOST READ

"I've known Jeff for 15 years. Terrific

TRIAL OFFER | NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

11/7/2019　Second woman claims billionaire perv Jeffrey Epstein 'directed' her to have sex with Alan Dershowitz - New York Daily News

Case 1:15-cv-07433-LAP   Document 90-10   Filed 11/07/19   Page 10 of 13

year-old daughter's throat, hangs self: cops

**Wife of Hamptons hedge funder called black personal chef 'chocolate-covered marshmallow,' said she was more articulate than Alicia Keys: suit**

**Woman who climbed into Bronx Zoo lion den is in police custody: sources**

said of Epstein in 2002.

The new scrutiny of the Epstein case prompted Dershowitz to tell [Axios](#) that the billionaire had once let him and his family stay at his Palm Beach home.

[More New York] Brooklyn D.A. releases list of cops with credibility problems »

"He lent us his house once. And I was there, my grandchildren were there, my daughter was there, and we all got massages," Dershowitz told the site.

"It was therapeutic. I had a therapeutic massage with an old old Russian. . . . Believe me, if I had known that anything improper had ever taken place in that house, I never would have allowed my children, my grandchildren, my wife, my daughter-in-law, my son, to have spent time there."

---



### Stephen Rex Brown
New York Daily News

 

Stephen Rex Brown is a reporter covering New York City courts for the New York Daily News.

---

Taboola Feed

**TRIAL OFFER** | **NEWS WITH NY ATTITUDE**
10 weeks for 99¢

SAVE NOW

11/7/2019 Second woman claims billionaire perv Jeffrey Epstein 'directed' her to have sex with Alan Dershowitz - New York Daily News

Case 1:19-cv-03377-LAP  Document 90-10  Filed 11/07/19  Page 11 of 13

**SAVE NOW**

**The controversial Scene That Took 'Bewitched' Off Air**
DirectExpose | Sponsored

**See What Full Mouth Dental Implants Should Cost in 2019**
Dental Implants | Search Ads | Sponsored

**30 Cool Gadgets We Bet You Haven't Seen Yet**
yourtopdealstoday.com | Sponsored

**Porn star Jessica Jaymes is dead at 43**
Jessica Jaymes, who starred in more than 140 films, was found dead in her home Tuesday.
NY Daily News

**If Stephen Hawking is right about Earth's end, keep an eye on the deer**
Chicago Tribune

**Tom Selleck Is Still Married To His Partner At 77**
livestly.com | Sponsored

**Can our quiz correctly guess where you grew up?**
HowStuffWorks | Sponsored

**NYPD sergeant stripped of guns after his cop girlfriend uses Instagram to expose his affair with married subordinate: sources**
NYPD brass were tipped off pictures had surfaced on Sgt. Kandou Worley's Instagram showing Worley kissing Officer Stephanie Gallardo, who is married to another cop, according to an internal NYPD report obtained by Th…
NY Daily News



### The Daily News Flash Newsletter - New York Daily News
Weekdays

Catch up on the day's top five stories every weekday afternoon delivered to your inbox

**TRIAL OFFER** | **NEWS WITH NY ATTITUDE**
10 weeks for 99¢

**SAVE NOW**

11/7/2019 Second woman claims billionaire perv Jeffrey Epstein 'directed' her to have sex with Alan Dershowitz - New York Daily News

Case 1:19-cv-03377-LAP   Document 90-10   Filed 11/07/19   Page 12 of 13

SAVE NOW

ADVERTISEMENT

RECOMMENDED

Maryland school nurse admits to having oral sex with 3 students, say cops

Three people arrested as man loses pants, $10,000 after meeting woman for sex with girlfriend nearby

Alaska swimmer disqualified after suit rides up during race gets wins reinstated following backlash

Naked, bleeding man assaults baby in Atlantic City: police

Megan Rapinoe stunned Anderson Cooper when she said she only realized she was gay in college

by Taboola

TRIAL OFFER | NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

11/7/2019 Second woman claims billionaire perv Jeffrey Epstein 'directed' her to have sex with Alan Dershowitz - New York Daily News

Case 1:19-cv-03377-LAP Document 90-10 Filed 11/07/19 Page 13 of 13

### Honey Boo Boo Is So Skinny Now And Looks (Photos)
Crowdy Fan

### Dog Owners Swear By This Incredible Joint Chew
Petlab Co

### Most men can't guess these 48 car parts! Can you?
Autoversed

### Doctor: "Doing This Every Morning Can Snap Back Sagging Skin (No Creams Needed)"
Beverly Hills MD | Supplements

ADVERTISEMENT



# Download our mobile app
# Subscribe for unlimited access

| | |
|---|---|
| About Us | Contact Us |
| Careers | Frequently Asked Questions |
| Site Map | |
| Media Kit | Place an Ad |
| Special Sections | Contests |
| Manage Subscription | BestReviews |
| The Active Times | The Daily Meal |
| Terms of Service | Privacy Policy |
| | TAG disclosure |

   

Copyright © 2019, New York Daily News

**TRIAL OFFER** | **NEWS WITH NY ATTITUDE** 10 weeks for 99¢

SAVE NOW

