| COOPER & KIRK, PLLC | TODD & WELD LLP | AIDALA, BERTUNA & KAMINS, PC |
|---|---|---|
| 1523 New Hampshire Ave, N.W. | One Federal Street, 27th Floor | 546 Fifth Avenue, 6th Floor |
| Washington, DC 20036 | Boston, MA 02110 | New York, NY 10036 |
| (202) 220-9600 | (617) 720-2626 | (212) 486-0011 |

November 20, 2019

**VIA ECF**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Giuffre v. Dershowitz*, Case No. 19-cv-3377-LAP
             Electronic Device Request

Dear Judge Preska:

    In accordance with the Court's Individual Rules of Practice, the parties jointly submit this letter respectfully requesting a General Purpose Computing Device Order authorizing their undersigned attorneys to bring personal electronic devices to the December 2, 2019, conference in the above-captioned case. A proposed order is enclosed with this letter.

                                    Respectfully,

COOPER & KIRK, PLLC

s/Haley N. Proctor
Charles J. Cooper*
Michael W. Kirk*
Nicole J. Reaves*
Haley N. Proctor*
    *Admitted Pro Hac Vice*
1523 New Hampshire Avenue, NW
Washington, DC 20036
(202) 220-9600
ccooper@cooperkirk.com

TODD & WELD, LLP

s/Howard M. Cooper
Howard M. Cooper*
Christian G. Kiely*
    *Admitted Pro Hac Vice*
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
hcooper@toddweld.com
ckiely@toddweld.com

AIDALA, BERTUNA & KAMINS, P.C.

s/Arthur L. Aidala
Arthur L. Aidala (S.D.N.Y. Bar No. ALA-0059)
Imran H. Ansari (S.D.N.Y. Bar No. IHA-1978)
546 Fifth Avenue, 6th Floor
New York, New York 10036
(212) 486-0011
iansari@aidalalaw.com
aidalaesq@aidalalaw.com
*Signatures included with consent*

encl. (1)