UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned __Virginia L. Giuffre v. Alan Dershowitz_____

_____, No. _19-03377_.

The date(s) for which such authorization is provided is (are) _December 2, 2019_.

| Attorney | Device(s) |
|---|---|
| 1. Charles J. Cooper | Personal Electronic Device (cell phone) <br> General Purpose Computing Device (iPad) |
| 2. Michael W. Kirk | Personal Electronic Device (cell phone) <br> General Purpose Computing Device (iPad) |
| 3. Nicole J. Moss | Personal Electronic Device (cell phone) |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: February 26, 2014

## **ADDENDUM TO ORDER**

| Attorney | Device(s) |
|---|---|
| Haley N. Proctor | Personal Electronic Device (cell phone) |
| Howard Cooper | Personal Electronic Device (cell phone) |
| Christian Kiely | Personal Electronic Device (cell phone) |