UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA GIUFFRE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ALAN DERSHOWITZ,<br><br>　　　　　　Defendant.<br><br>────────────────────<br><br>ALAN DERSHOWITZ,<br><br>　　　　　　Counterclaim Plaintiff,<br><br>v.<br><br>VIRGINIA L. GIUFFRE,<br><br>　　　　　　Counterclaim Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 11-26-19<br><br>Civil Action No. 1:19-cv3377 (LAP)<br><br><br>**STIPULATION AND [PROPOSED] ORDER** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Plaintiff Virginia L. Giuffre may move, answer, or otherwise respond to Defendant Alan Dershowitz's counterclaims is hereby extended up to and including: (1) December 20, 2019, if Plaintiff elects not to move to amend the Complaint on or before that date, (2) if Plaintiff moves to amend the Complaint and the Court denies such motion, 21 days after the Court enters the denial, or (3) if the Court grants a motion to amend the Complaint, 21 days after Defendant serves his amended answer and counterclaims.

　　　　The parties further stipulate that Defendant's time to respond to a motion to amend the Complaint or to dismiss the counterclaims, filed on or before December 20, 2019, is hereby extended up to and including January 17, 2020.

1

No provision of this Stipulation and Order shall be construed as a waiver of, and Plaintiff expressly reserves, any and all defenses.

The original deadline for Plaintiff to move, answer, or otherwise respond to the counterclaims was November 29, 2019.

There has been no previous request for extension of time in connection with Plaintiff's response to the counterclaims or Defendant's response to a motion to amend the Complaint or to dismiss the counterclaims.

Case 1:19-cv-03377-LAP   Document 95   Filed 11/26/19   Page 2 of 3

Dated: November 22, 2019

COOPER & KIRK, PLLC

s/Haley N. Proctor
Charles J. Cooper*
Michael W. Kirk*
Nicole J. Moss*
Haley N. Proctor*
    *Admitted Pro Hac Vice
1523 New Hampshire Avenue, NW
Washington, DC 20036
(202) 220-9600
ccooper@cooperkirk.com

*Attorneys for Plaintiff*

Dated: November 22, 2019

TODD & WELD, LLP

s/Howard M. Cooper
Howard M. Cooper*
Christian G. Kiely*
    *Admitted Pro Hac Vice
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
hcooper@toddweld.com
ckiely@toddweld.com

AIDALA, BERTUNA & KAMINS, P.C.

s/Arthur L. Aidala
Arthur L. Aidala (S.D.N.Y. Bar No. ALA-0059)
Imran H. Ansari (S.D.N.Y. Bar No. IHA-1978)
546 Fifth Avenue, 6th Floor
New York, New York 10036
(212) 486-0011
iansari@aidalalaw.com
aidalaesq@aidalalaw.com

*Attorneys for Defendant*

Signatures included with consent

11/25/19

SO ORDERED:

*Loretta A. Preska*
Hon. Loretta A. Preska
United States District Judge