UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA GIUFFRE,<br><br>        Plaintiff,<br><br>   v.<br><br>ALAN DERSHOWITZ,<br><br>        Defendant. | Civil Action No. 1:19-cv-3377 (LAP) |
| ALAN DERSHOWITZ,<br><br>        Counterclaim Plaintiff,<br><br>   v.<br><br>VIRGINIA L. GIUFFRE,<br><br>        Counterclaim Defendant. | **Oral Argument Requested** |

**NOTICE OF MOTION FOR LEAVE TO
FILE AN AMENDED COMPLAINT**

PLEASE TAKE NOTICE that upon the Declaration of Haley N. Proctor, dated December 20, 2019, together with the exhibits annexed thereto, and the accompanying memorandum of law, the undersigned will move this Court, before the Honorable Loretta A. Preska, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10003, at a date and time to be determined by the Court, for an order under Rule 15(a) granting Plaintiff leave to file an amended complaint.

PLEASE TAKE FURTHER NOTICE that any response or objection to the motion should be made on or before January 17, 2020, in accordance with the Stipulation and Order dated

November 26, 2019, Doc. No. 95. Any reply should be filed on or before January 24, 2020, in accordance with Local Rule 6.1(b).

Dated:  December 20, 2019

/s/ Charles J. Cooper
Charles J. Cooper*
Michael W. Kirk*
Nicole J. Moss*
Haley N. Proctor*
COOPER & KIRK PLLC
1523 New Hampshire Ave. NW
 Washington, DC 74008
(202) 220-9600
*Admitted PHV

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that the foregoing was served upon all counsel of record using the CM/ECF system.

/s/ Charles J. Cooper
Charles J. Cooper*
COOPER & KIRK PLLC
1523 New Hampshire Ave. NW
 Washington, DC 74008
(202) 220-9600
*Admitted PHV

*Attorney for Plaintiff*