UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA GIUFFRE,<br><br>    Plaintiff,<br><br>v.<br><br>ALAN DERSHOWITZ,<br><br>    Defendant.<br><br>ALAN DERSHOWITZ,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>VIRGINIA L. GIUFFRE,<br><br>    Counterclaim Defendant. | Civil Action No. 1:19-cv-3377 (LAP)<br><br>**DECLARATION OF HALEY N. PROCTOR** |

  HALEY PROCTOR hereby declares pursuant to 28 U.S.C. § 1746 as follows:

  1. I make this declaration in support of Plaintiff Virginia Giuffre's motion for leave to file an Amended Complaint.

  2. Attached hereto as **Exhibit A** is a true and correct copy of the Amended Complaint Plaintiff proposes to file.

  3. Attached hereto as **Exhibit B** is a true and correct copy of the proposed Amended Complaint in which the non-formatting changes from the Complaint are identified in redline.

  4. Attached hereto as **Exhibit C** is a true and correct copy of a transcript of the December 2, 2019, status conference held before the Court and referred to in the accompanying memorandum of law.

Dated:  December 20, 2019

/s/ Haley N. Proctor
Haley N. Proctor