| **COOPER & KIRK, PLLC** | **TODD & WELD LLP** | **AIDALA, BERTUNA & KAMINS, PC** |
|---|---|---|
| 1523 New Hampshire Ave, N.W. | One Federal Street, 27th Floor | 546 Fifth Avenue, 6th Floor |
| Washington, DC 20036 | Boston, MA 02110 | New York, NY 10036 |
| (202) 220-9600 | (617) 720-2626 | (212) 486-0011 |

December 23, 2019

<u>VIA ECF</u>

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *Giuffre v. Dershowitz*, Case No 19-cv-3377-LAP
    Audio Recording

Dear Judge Preska:

  Pursuant to your direction at the status conference on December 2, 2019, the parties have conferred regarding the analysis of the microcassette produced by Defendant to Stroz Friedberg and currently retained by them. The parties have agreed that this microcassette should be transferred to CDS Legal for further analysis that Stroz Friedberg is not capable of performing.

  It is the parties' understanding that Stroz Friedberg will not transfer the microcassette to CDS Legal without the Court's leave. We therefore respectfully request an order from the Court authorizing and directing Stroz Friedberg to deliver the microcassette to CDS Legal and its partner Vestige Ltd. A proposed order is attached hereto.

            Respectfully,

| COOPER & KIRK, PLLC | TODD & WELD, LLP |
|---|---|
| /s/ Charles J. Cooper | /s/ Christian G. Kiely** |
| Charles J. Cooper* | Howard M. Cooper* |
| Michael W. Kirk* | Christian G. Kiely* |
| Nicole J. Reaves* |  *Admitted Pro Hac Vice* |
| Haley N. Proctor* | One Federal Street, 27th Floor |
|  *Admitted Pro Hac Vice* | Boston, MA 02110 |
| 1523 New Hampshire Avenue, NW | (617) 720-2626 |
| Washington, DC 20036 | hcooper@toddweld.com |
| (202) 220-9600 | ckiely@toddweld.com |
| ccooper@cooperkirk.com | |
| | **Signature included with consent. |

| COOPER & KIRK, PLLC | TODD & WELD LLP | AIDALA, BERTUNA & KAMINS, PC |
|---|---|---|
| 1523 New Hampshire Ave, N.W. | One Federal Street, 27th Floor | 546 Fifth Avenue, 6th Floor |
| Washington, DC 20036 | Boston, MA 02110 | New York, NY 10036 |
| (202) 220-9600 | (617) 720-2626 | (212) 486-0011 |

*Imran H. Ansari /A.S*
AIDALA, BERTUNA & KAMINS, P.C.
Arthur L. Aidala (S.D.N.Y. Bar No. ALA-0059)
Imran H. Ansari (S.D.N.Y. Bar No. IHA-1978)
546 Fifth Avenue, 6th Floor
New York, New York 10036
(212) 486-0011
iansari@aidalalaw.com
aidalaesq@aidalalaw.com

encl. (1)