

Christian G. Kiely
E-mail: ckiely@toddweld.com

December 23, 2019

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *Giuffre v. Dershowitz*
            Case No.: 19-cv-03377-LAP

Dear Judge Preska:

    I write on behalf of Defendant and Counterclaim Plaintiff Alan Dershowitz in response to the letter submitted by Charles J. Cooper on December 20, 2019 (ECF No. 98). Mr. Dershowitz intends to oppose Plaintiff's Motion for Leave to Amend her Complaint, and will do so by January 17, 2020, in accordance with the Stipulation and Order dated November 26, 2019 (ECF No. 95). We are mindful of the Court's comments made at the Rule 16 conference on December 2, 2019, and assure the Court that Mr. Dershowitz's opposition will be limited to legal defects in the proposed amended complaint which render the amendment futile.

    Respectfully submitted,

    /s/ Christian G. Kiely
    Christian G. Kiely

CGK/md

cc:    All counsel of record, via ECF