# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA GIUFFRE,<br><br>                    Plaintiff,<br><br>v.<br><br>ALAN DERSHOWITZ,<br><br>                    Defendant.<br><br>―――――――――――――――<br><br>ALAN DERSHOWITZ,<br><br>                    Counterclaim Plaintiff,<br><br>v.<br><br>VIRGINIA L. GIUFFRE,<br><br>                    Counterclaim Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 12-23-17<br><br>Civil Action No. 1:19-cv3377 (LAP)<br><br><br><br>[~~PROPOSED~~] AGREED ORDER |

        Based on the parties agreement, it is hereby ORDERED that the microcassette tape

produced by Defendant to Stroz Friedberg and currently in Stroz Friedberg's possession shall be

promptly turned over to the forensic firm of CDS Legal for whatever analysis either party

requests and pays for.

**SO ORDERED**.

Dated: New York, New York
This _23rd_ day of _Dec._ , 2019

                                    _Loretta A. Preska_
                                    Hon. Loretta A. Preska
                                    Senior United States District Judge