**Todd&Weld**LLP

Kristine C. Oren
koren@toddweld.com

*Via ECF*

January 15, 2020

Honorable Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

Re: *Giuffre v. Dershowitz*, Case No. 19-cv-3377-LAP
**Request for Extension**

Dear Judge Preska,

Defendant Alan Dershowitz ("Defendant") hereby requests a one week extension of time to file a response to Plaintiff's Motion for Leave to File an Amended Complaint ("Motion"). Pursuant to the Court's Stipulation and Order of November 26, 2019, the original deadline is set for January 17, 2020. [Dkt. 95]. Counsel for Plaintiff has assented to this request provided they receive a corresponding one week extension to file a reply with respect to this Motion. Pursuant to Local Rule 6.1, Plaintiff's original deadline was January 24, 2020.

This request is made due to the unavailability of counsel, Howard M. Cooper, Christian G. Kiely, and Imran H. Ansari, who are all currently standing on trial.

This is Defendant's first request for an extension to the briefing with respect to this Motion. These extensions will not affect any other scheduled dates in the litigation.

**Accordingly, we respectfully request that the Court extend Defendant's deadline to respond to Plaintiff's Motion to January 24, 2020 and extend Plaintiff's deadline for a reply to January 31, 2020.**

Thank you.

Respectfully Submitted,

Kristine C. Oren

CC: Plaintiff/Cooper & Kirk P.L.L.C. via ECF

1