# Cooper & Kirk

Lawyers
A Professional Limited Liability Company

| | | |
|---|---|---|
| Charles J. Cooper<br>(202) 220-9660<br>ccooper@cooperkirk.com | 1523 New Hampshire Avenue, N.W.<br>Washington, D.C.  20036 | (202) 220-9600<br>Fax (202) 220-9601 |

February 7, 2020

**VIA ECF**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Giuffre v. Dershowitz*, **Case No. 19-cv-3377-LAP**
Motion for Leave To File an Amended Complaint

Dear Judge Preska:

I write on behalf of Plaintiff Virginia Giuffre regarding the motion for leave to file an amended complaint.

First, we wish to alert the Court to the fact that Defendant Alan Dershowitz's opposition to that motion raises two constitutional challenges to the New York Child Victim's Act, L. 2019, ch.11 (eff. Feb. 14, 2019) ("CVA"). Because the CVA is a "statute . . . affecting the public interest," it is our understanding that the Court must notify the New York Attorney General of the pendency of this action. 28 U.S.C. § 2403(b). For the reasons set forth in our reply to the opposition, Defendant's constitutional challenges are without merit. Should the Court agree, it need not defer ruling on the motion to amend while the Attorney General decides how he wishes to proceed. *Strong v. Bd. of Educ. of Uniondale Free Sch. Dist.*, 902 F.2d 208, 213 n.3 (2d Cir. 1990); *see, e.g.*, *Mulverhill v. State*, 1997 WL 394817, *9 (N.D.N.Y. July 11, 1997).

Second, we respectfully request oral argument on Plaintiff's motion.

Respectfully,

/s/ Charles J. Cooper
Charles J. Cooper

cc: Counsel of Record