UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>ALAN DERSHOWITZ,<br><br>Defendant / Counterclaim Plaintiff. | Case No. 19-cv-03377-LAP<br><br>ORAL ARGUMENT REQUESTED |

## VIRGINIA L. GIUFFRE'S
## MOTION TO DISMISS COUNTERCLAIMS

For the reasons set forth in the accompanying memorandum of law, Plaintiff and Counterclaim Defendant Virginia L. Giuffre ("Giuffre") respectfully moves the Court to dismiss the Counterclaims pursuant to FED. R. CIV. P. 12(b)(6) for failure to state a claim upon which relief can be granted. Giuffre respectfully requests that the Court hold oral argument on this Motion.

VIRGINIA L. GIUFFRE

s/ Charles J. Cooper
Charles J. Cooper*
Michael W. Kirk
Nicole J. Moss*
Haley N. Proctor*
COOPER & KIRK PLLC
1523 New Hampshire Ave. NW
Washington, DC 20036
(202) 220-9600
*Admitted PHV

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 19, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that the foregoing was served upon all counsel of record using the CM/ECF system.

                                        s/ Charles J. Cooper
                                        Charles J. Cooper*