UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>ALAN DERSHOWITZ,<br><br>Defendant / Counterclaim Plaintiff. | Case No. 19-cv-03377-LAP<br><br>**DECLARATION OF HALEY N. PROCTOR** |

HALEY N. PROCTOR hereby declares pursuant to 28 U.S.C. § 1746 as follows:

1. I make this declaration in support of Plaintiff/Counterclaim Defendant Virginia Giuffre's motion to dismiss Defendant/Counterclaim Plaintiff Alan Dershowitz's Counterclaims.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Complaint, Doc. 1 (Apr. 16, 2019).

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Amended Complaint, Doc. 117 (Apr. 15, 2020).

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Answer with Affirmative Defenses and Counterclaims, together with its exhibits, Docs. 118–118-16 (Apr. 28, 2020).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 19, 2020                              Respectfully submitted,


                                                                          /s/ Haley N. Proctor
                                                                          Haley N. Proctor