# Cooper & Kirk

Lawyers
A Professional Limited Liability Company

| | | |
|---|---|---|
| Charles J. Cooper<br>(202) 220-9660<br>ccooper@cooperkirk.com | 1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036 | (202) 220-9600<br>Fax (202) 220-9601 |

May 19, 2020

**VIA ECF**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Giuffre v. Dershowitz*, **Case No. 19-cv-3377-LAP**
Motion to Dismiss Counterclaims

Dear Judge Preska:

    I write on behalf of Plaintiff Virginia Giuffre regarding the motion to dismiss Defendant Alan Dershowitz's counterclaims. We respectfully request oral argument on Plaintiff's motion.

                          Respectfully,

                          /s/ Charles J. Cooper
                          Charles J. Cooper

cc: Counsel of Record