id. at 10).  Petitioners do not contend that Jane Doe 3 and Jane Doe 4's "participation in this case" can only be achieved by listing them as parties.

As it stands under the original petition, the merits of this case will be decided based on a determination of whether the Government violated the rights of Jane Doe 1, Jane Doe 2, and all "other similarly situated victims" under the CVRA.  Jane Doe 3 and Jane Doe 4 may offer relevant, admissible, and non-cumulative evidence that advances that determination, but their participation as listed parties is not necessary in that regard.  See Herring, 894 F.2d at 1024 (District court did not abuse its discretion by denying amendment where "addition of more plaintiffs . . . would not have affected the issues underlying the grant of summary judgment."); cf. Arthur v. Stern, 2008 WL 2620116, at *7 (S.D. Tex. 2008) (Under Rule 15, "courts have held that leave to amend to assert a claim already at issue in [another lawsuit] should not be granted if the same parties are involved, the same substantive claim is raised, and the same relief is sought.").[5]  And, as to Jane Doe 4 at least, adding her as a party raises unnecessary questions about whether she is a proper party to this action.[6]

Petitioners also admit that amending the petition to conform to the evidence    by including references to the non-prosecution agreement itself    is "unnecessary" as the "existing petition is broad enough to cover the developing evidence in this case."  (DE 311).  The Court

---

[5]  The Court expresses no opinion at this time whether any of the attestations made by Jane Doe 3 and Jane Doe 4 in support of their motion will be relevant, admissible, and non-cumulative.

[6]  The Government contends that Jane Doe 4 is not a true "victim" in this case because she was not known at the time the Government negotiated the non-prosecution agreement, and accordingly she was not entitled to notification rights under the CVRA.  (See DE 290 at 10).  Any "duplicative" litigation filed by Jane Doe 4 would necessarily raise the issue of whether she has standing under the CVRA under these circumstances.

agrees, and it concludes that justice does not require amending the petition this late in the proceedings.

### III. Conclusion

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows: the Rule 21 Motion (DE 280) is **DENIED**; the Rule 15 Motion (DE 311) is **DENIED**;  Intervenor Dershowitz's Motion for Limited Intervention (DE 282) and Motion for Leave to File Supplemental Reply in Support of Motion for Limited Intervention (DE 317) are **DENIED AS MOOT**; Petitioners' Motion to Seal (DE 292) is **DENIED AS MOOT**; the following materials are hereby **STRICKEN** from the record:

- DE 279, in its entirety.

- DE 280, all sentences between the following sentences: "The Government then concealed from Jane Doe #3 the existence of its NPA from Jane Doe #3, in violation of her rights under the CVRA" (DE 280 at 3); and "The Government was well aware of Jane Doe #3 when it was negotiating the NPA, as it listed her as a victim in the attachment to the NPA" (DE 280 at 6).

- DE 291-1, paragraphs 4, 5, 7, 11, 13, 15, 19 through 53, and 59.

- DE 310-1, paragraphs 7 through 12, 16, 39, and 49.

- DE 293, in its entirety.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 6th day of April, 2015.

KENNETH A. MARRA
United States District Judge

# Exhibit D

## AFFIDAVIT OF J. STANLEY POTTINGER

1. I am a member of the Bars of California and New York, and am the Managing Partner of The Pottinger Firm in South Salem, Westchester County, New York. I have been one of the attorneys representing Virginia Giuffre (formerly Virginia Roberts) since early 2014.

2. I am a former Director of the Office for Civil Rights at the Department of Health, Education and Welfare and a former Assistant Attorney General in charge of the Civil Rights Division of the United States Department of Justice.

3. I have been advised of the assertions Mr. Dershowitz has made to the Florida Bar concerning David Boies and Sigrid McCawley. I make this affidavit at the request of counsel for Mr. Boies and Ms. McCawley in order to provide the Florida Bar with information I have regarding the accuracy or inaccuracy of those assertions.

4. In or about June 2014, I approached David Boies to see if he would be willing to serve as co-counsel to a young woman, Virginia Giuffre, who had been the victim of sex trafficking when she was a child. I told Mr. Boies that Ms. Giuffre had been sexually abused and trafficked by Jeffrey Epstein, a convicted sex offender. I told Mr. Boies that the FBI and Florida prosecutors had identified more than 20 girls, including Ms. Giuffre, whom Mr. Epstein himself had abused and whom he had "lent out" to friends and business associates. I told him that the total number of girls involved was much larger.

5. I explained to Mr. Boies that Ms. Giuffre had decided to dedicate herself to bringing attention to the problem of sex trafficking, particularly of children, and that in that connection she was speaking out about her experiences. I told Mr. Boies that Ms. Giuffre was already represented by counsel but that she and her counsel expected her to become the target of vicious attacks by persons whose identities she revealed, many of whom were rich and powerful, and that we believed it would be desirable to have additional legal help available to her.

6. I approached Mr. Boies because of my high regard for him and Boies Schiller Flexner LLP ("BSF"); because of his well-known willingness, and the willingness of his firm, to take on cases in the public interest; and because of his firm's particular commitment to representing abused women and children.

7. I told Mr. Boies that there was an existing legal proceeding in Florida in which Ms. Giuffre might be called as a witness. Mr. Boies said that he was not a member of the Florida Bar and that he was limited in the number of *pro hac vice* motions he could file, but that he believed his Florida partner, Sigrid McCawley, who also had a particular interest in helping abused and disadvantaged women and children, might be interested in assisting in the representation of Ms. Giuffre.

1

8. Mr. Boies made clear that before undertaking a representation of Ms. Giuffre his firm would have to be satisfied that she was, in fact, a victim of sex trafficking and was not making unfounded claims. I told Mr. Boies that I believed Ms. Giuffre to be credible; that her other current counsel, Brad Edwards, a respected litigator and former state prosecutor, and Paul Cassell, a distinguished professor of law and former United States District Judge, both of whom were experienced in dealing with sex abuse cases, believed her to be credible; that the FBI had found her to be a victim of sex trafficking by Mr. Epstein; and that other witnesses corroborated what Ms. Giuffre said. Mr. Boies said he might want her to take a lie detector test, not because he didn't believe her, but as further due diligence. I said I thought Ms. Giuffre would be prepared to take such a test.

9. In the fall of 2014, I asked Mr. Boies if his firm represented, or if he knew, Mr. Leslie Wexner. I told him that in the course of investigating facts related to Mr. Epstein's sex trafficking, Mr. Wexner had been identified as a close business associate and personal friend of Mr. Epstein. I told Mr. Boies that there were assertions that Mr. Wexner had permitted Mr. Epstein to use, and entertain on, Mr. Wexner's Yacht, and that Mr. Wexner was alleged to have had sex with one or more of Mr. Epstein's girls, including Ms. Giuffre.

10. Mr. Boies told me that his firm did not represent Mr. Wexner or his companies, but that he had met Mr. Wexner at one or more dinner parties. Mr. Boies cautioned that before any assertions by Ms. Giuffre about Mr. Wexner were made, the facts should be thoroughly investigated and Mr. Wexner should be given a chance to address the assertions she was making about him. I agreed and asked Mr. Boies if BSF would undertake that investigation. Mr. Boies said he would ask BSF lawyers in Florida to help.

11. I know that Mr. Wexner was initially contacted for a discussion with him and/or his counsel in December 2014 by Mr. Steve Zack, the head of BSF's Miami office and the former President of the Florida Bar and of the American Bar Association. I also know that Messrs. Zack, Boies, and one or more other lawyers at BSF subsequently spoke with counsel for Mr. Wexner.

12. Mr. Dershowitz has asserted that an effort was made to extort Mr. Wexner. Although I was not present during all of the communications with Mr. Wexner's counsel, I know that:

(a) There was no plan or intent to extort, no suggestion of extortion, and no contemplation of extortion when I asked Mr. Boies for his firm's assistance with respect to Mr. Wexner in the fall of 2014, or at any other time.

(b) I spoke contemporaneously with Messrs. Zack and Boies about their discussions with Mr. Wexner's counsel. At no time was there any indication whatsoever that Messrs. Zack, Boies, or anyone else representing Ms. Giuffre had asked for anything from Mr. Wexner and his counsel other than information, or that any attempt at extortion had been made or contemplated.

2

(c) I am informed that the last communication with Mr. Wexner's counsel was in December 2015.

(d) Neither Mr. Wexner nor his counsel has ever given any indication that they believed they were threatened or that there was any attempted extortion.

(e) A representative of Mr. Wexner's counsel stated to the media that she or he, the representative, did not believe there had been any extortion attempt.

13.  In or about December 2014, Mr. Boies asked me to interview Ms. Giuffre personally, face-to-face, in order to gather further details of her experiences with Mr. Epstein and others; to "scrub" her story yet again; and to assess her credibility both specifically and in general. I did so for more than two hours approximately 60 days later, in February 2015, in Denver, Colorado. At that time Ms. Giuffre's description of relevant events, including intimate details, and her answers to probing questions remained consistent with her earlier statements to me and Mr. Boies and her other counsel, Messrs. Edwards and Cassell. I reported the gist of my interview to Mr. Boies and gave him my conclusion that her credibility was intact.

14.  At the end of December 2014, Ms. Giuffre's counsel (Messrs. Edwards and Cassell) filed papers in the so-called "Crime Victims Rights (CVRA)" case in the United States District Court for the Southern District of Florida that named Mr. Dershowitz, among others, as someone who had participated in the sexual exploitation of Ms. Giuffre.  Mr. Boies was not a lawyer in that case, and did not draft or participate in the drafting or filing of that pleading.

15.  When I informed Mr. Boies of the filing he told me that while he was aware of Mr. Dershowitz's reputation for running naked on beaches in Martha's Vineyard and hitting on students and girlfriends of students, he was disappointed to learn of his involvement with someone as young as Virginia.  He also told me that while the naming of some perpetrators was probably inevitable, he thought the more the public focus could be kept on the evil of trafficking and the less on the personalities involved the better it would be for Virginia. Mr. Boies said that Mr. Dershowitz's standard practice in defending clients was to try to attack and smear the victim, and that he was concerned Mr. Dershowitz would do the same to Virginia.

16.  In January 2015, Ms. Ghislaine Maxwell, a former close associate of Jeffrey Epstein's and friend of Mr. Dershowitz's, launched a series of public attacks on Ms. Giuffre's credibility.  At the same time, Mr. Dershowitz launched a series of public attacks on Messrs. Edwards and Cassell for their representation of Ms. Giuffre and for having filed Ms. Giuffre's affidavit in the CVRA case naming him.

17.  Early in January Mr. Dershowitz went on television, asserted he had never had sex with Ms. Giuffre, said he wanted to have a chance to clear his name in court, and said that in order to do so, he would waive the statute of limitations so that Ms. Giuffre could sue him. Indeed, he specifically challenged Ms. Giuffre to sue him. However, when Mr. Edwards

3

followed up on behalf of Ms. Giuffre and asked Mr. Dershowitz to waive the statute of limitations as he had publicly proclaimed he would do, Mr. Dershowitz refused and has continued to refuse to this day.

18. Messrs. Edwards and Cassell told me, and I told Mr. Boies, that they intended to sue Mr. Dershowitz for defamation, which they soon did. Mr. Boies and I discussed the fact that Ms. Giuffre would almost certainly be a witness in the case against Mr. Dershowitz and that she would need counsel in Florida other than the plaintiffs in the defamation case, Messrs. Edwards and Cassell, to represent her.

19. Mr. Boies again mentioned Ms. McCawley and suggested that I now contact Ms. McCawley in the BSF Ft. Lauderdale office in order to see if she would represent Ms. Giuffre at her deposition. I spoke with Ms. McCawley during the first week of February 2015. After inquiring into the facts and the client's credibility, she agreed to represent Ms. Giuffre if she needed representation as a witness in the lawsuit by Messrs. Edwards and Cassell against Mr. Dershowitz.

20. Mr. Boies and I also discussed filing a defamation lawsuit on behalf of Ms. Giuffre against Ms. Maxwell in New York, which, after extensive investigation, we ultimately did in September 2015.

21. I participated with Messrs. Boies, Edwards, and Cassell in representing Ms. Giuffre in suing Ms. Maxwell. The trial court denied the defendant's motions to dismiss and for summary judgment. On the eve of trial, the case was settled. Although the defendant insisted that the amount of the settlement should be confidential for 10 years, I am able to say that it reflected the belief on both sides that Ms. Giuffre would prevail at trial.

22. In the course of preparing the Maxwell case, we as counsel to Ms. Giuffre accumulated additional witnesses and evidence corroborating Ms. Giuffre's assertions, including another young woman who testified under oath that she had been trafficked by Mr. Epstein and had had sex with Mr. Dershowitz.

23. Sometime in the second half of May 2015, Mr. Boies told me that he had been contacted by Mr. Dershowitz and David Stone, an attorney acquainted with both Mr. Dershowitz and Mr. Boies. Mr. Boies reported to me that Messrs. Dershowitz and Stone wanted to meet with BSF in order to try to convince the firm that Ms. Giuffre was mistaken in identifying Mr. Dershowitz as one of the men with whom Ms. Giuffre had had sex at Mr. Epstein's direction.

    (a)    Mr. Boies told me that Mr. Dershowitz claimed to have documentary proof that Ms. Giuffre was mistaken and that he, Mr. Boies, had agreed to meet with Messrs. Stone and Dershowitz the first week in June in order to let them provide their evidence.

(b)     Mr. Boies told me he was doubtful about Mr. Dershowitz's claimed innocence because Mr. Dershowitz had backed down on his earlier offer to waive the statute of limitations to permit the validity of Ms. Giuffre's allegations to be decided in court. Nevertheless, Mr. Boies said that he wanted to accommodate Mr. Stone, who at one time had been a partner in BSF's New Jersey office, and that, in any event, he thought he should hear Mr. Dershowitz out.

(c)     Mr. Boies also told me he now wanted Ms. Giuffre to take a lie detector test. He said that in light of Mr. Dershowitz's claim, he wanted to be as sure as possible that Ms. Giuffre was telling the truth. I contacted Ms. Giuffre who agreed to take a polygraph test, which she did (and passed) before the end of May 2015.

24. Mr. Dershowitz has asserted that Mr. Boies told him that Mr. Boies was supposedly convinced that Mr. Dershowitz had not had sex with Ms. Giuffre. While I do not have personal knowledge of what Mr. Boies did or did not say to Mr. Dershowitz outside my presence, I can say:

(a)     I spoke to Mr. Boies regularly concerning Ms. Giuffre and about Ms. Giuffre's assertions concerning Mr. Dershowitz. At no time did Mr. Boies indicate that he did not believe Ms. Giuffre or that he had been convinced that Mr. Dershowitz had not had sex with her. On the contrary, beginning in June 2015, Mr. Boies told me on repeated occasions that he believed Ms. Giuffre to be credible; that he believed Mr. Dershowitz to be lying; and that he believed Mr. Dershowitz attacks on Ms. Giuffre and her counsel to be disgraceful (sometimes using more colorful words).

(b)     Mr. Boies also told me that the gaps in the information and materials Mr. Dershowitz had presented to him as alleged "proof" that he was never with Ms. Giuffre were many and large, and that although Mr. Dershowitz kept promising to fill in the gaps, he never did.

(c)     Ms. Giuffre's having taken, and passed, a lie detector test with respect to her assertion that she had had sex with Mr. Dershowitz on multiple occasions reinforced Mr. Boies's belief that she was telling the truth.

(d)     Mr. Dershowitz was caught in a number of lies. Mr. Boies and I discussed and agreed that the extent to which Mr. Dershowitz lied about his involvement with Mr. Epstein reinforced our mutually-held conviction that his denials of having had sex with Ms. Giuffre were not credible.

25. Mr. Dershowitz has asserted to the Florida Bar that Mr. Boies was convinced of Mr. Dershowitz's innocence as early as May 19, 2015. That is not possible. The first time that Mr. Dershowitz presented any materials at all to BSF to try to prove his innocence was in June and July of 2015.

26. During 2016 and 2017 Mr. Dershowitz was trying to persuade reporters to write stories based on the allegations that Mr. Dershowitz has now made to the Florida Bar. In most cases Mr. Dershowitz made his assertions to reporters "on background" so that the assertions would not be attributed to him. However, Mr. Dershowitz made assertions concerning Mr. Boies on the record to Boston Magazine, and those assertions were similar, or virtually identical, to the assertions Mr. Dershowitz has now made to the Florida Bar. Mr. Dershowitz was informed that if Boston Magazine published his assertions, Mr. Boies would sue Mr. Dershowitz for defamation. Mr. Dershowitz then retracted his statements to Boston Magazine, which did not publish those assertions.

27. On October 17, 2016, David Boies, Sigrid McCawley, Brad Edwards, Paul Cassell, Jack Scarola (attorney for Messrs. Edwards and Cassell) and I submitted a joint statement to Boston Magazine[1]. In it we described Mr. Dershowitz's allegations as "a complete fabrication" and "nothing but a smoke screen," and stated that "every one" of us "believes Ms. Giuffre over Alan Dershowitz." That statement represented, and still represents, my own belief and, by every indication that I have, the belief of each of us.

J. Stanley Pottinger

STATE OF NEW YORK    )
         ss.:                )
COUNTY OF NEW YORK      )

On this 6th day of October 2017 before me, the undersigned, a Notary Public in and for said State, personally appeared J. STANLEY POTTINGER, personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or person upon behalf of which the individual acted, executed the instrument.

Notary Public

JOHN A. PASTERICK
NOTARY PUBLIC, STATE OF NEW YORK
NO.01PA6082750
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 11/04/2018 2018

---

[1] Exhibit 5 to the Boies/McCawley Response to the Florida Bar.

6

# Exhibit E

1/22/2015                    Bill Clinton and the 15-year-old 'masseuse': I met him twice, claims Epstein's girl | Daily Mail Online

Feedback    Like ⟨2.4m⟩    Follow @MailOnline    DailyMail                    Thursday, Jan 22nd 2015 10PM  39°F    1AM  31°F    5-Day Forecast

# Daily**Mail**.com

Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists

News Home    Arts    Headlines    Pictures    Most read    News Board    Wires                                                    Log.n



     

EXCLUSIVE: An       Patriots coach Bill    Tom Brady is not     PIERS MORGAN: If    'Americans need to    EXCLUSIVE: White
illegal immigrant    Belichick passes      the clean-cut guy     the Patriots         have less things in   House aide says

# Teenage girl recruited by paedophile Jeffrey Epstein reveals how she twice met Bill Clinton

⊙ Site ⃝ Web  Enter your search

By SHARON CHURCHER and POLLY DUNBAR FOR MAILONLINE
**UPDATED:** 19:53 EST, 5 March 2011

Like
Daily Mail

Follow
@Daily_mail

Follow
Daily Mail

## **24**
View comments

As a New Yorker from humble beginnings, Jeffrey Epstein played on his blue-collar credentials and enormous wealth to extend tentacles of influence throughout America's liberal political elite.

During the outcry over the Epstein case, it emerged that another man with a notorious appetite for young women, Bill Clinton, travelled with Epstein to a number of destinations, including three times on the billionaire's private aircraft.

On one occasion, Epstein flew the former President, Hollywood actor and staunch Democrat Kevin Spacey and another actor friend of Mr Clinton's, Chris Tucker, to Africa, to 'discuss AIDS policy'.

## FEMAIL TODAY

**PICTURE EXCLUSIVE:** Kendall Jenner and a shirtless Justin Bieber get physical at his Beverly Hills home in playful volleyball game
Friendly neighbors



'I dieted too much during Alias': Jennifer Garner, 42, reveals why she can't be extreme about watching her weight any longer
Her claim to fame



'Taylor Swift is very strategic with her friends and enemies': Katy Perry's DJ ex Diplo claims he knows 'a lot of secrets' about Shake It Off singer



Move over Kate Upton! Carl's Jr. risque new Super Bowl ad stars an almost naked Charlotte McKinney
The blonde model is the new face of the brand



Oops! Brandi Glanville accidentally tweets, then deletes cleavage snap meant for her 'boyfriend in Utah'
The 42-year-old 's enhanced assets



 

**Claims:** Virginia Roberts says she twice met ex-president Bill Clinton, pictured last month, but was never 'lent out'

Epstein, who has donated more than £75,000 over the years to candidates from the Democratic Party, also flew with Mr Clinton in November 2003 to destinations including Russia, Oslo, Hong Kong, Shanghai and Beijing.

Yet Virginia Roberts stresses that she was never 'lent out' to Mr Clinton.

On one occasion, she adds, Epstein did invite two young brunettes to a dinner which he gave on his Caribbean island for Mr Clinton shortly after he left office. But, as far as she knows, the ex-President did not take the bait.

'I'd have been about 17 at the time,' she says. 'I flew to the Caribbean with Jeffrey and then Ghislaine Maxwell went to pick up Bill in a huge black helicopter that Jeffrey had bought her.

**SHARE THIS ARTICLE**

**RELATED ARTICLES**

 FBI to reopen case against sex offender friend of Prince...

 Epstein's Girl Friday 'fixer': Dead tycoon's daughter...

'She'd always wanted to fly and Jeffrey paid for her to take lessons, and I remember she was very excited because she got her licence around the first year we met.

'I used to get frightened flying with her but Bill had the Secret Service with him and I remember him talking about what a good job she did.

'I only ever met Bill twice but Jeffrey had told me that they were good friends.

'I asked, "How come?" and he laughed and said, "He owes me some favours." Maybe he was just joking but it constantly surprised me that people with as much to lose as Bill and [Prince] Andrew weren't more careful.

'Bill must have known about Jeffrey's girls. There were three desks in the living area of the villa on the island.



Speaking out: Virginia, now aged 26, in her new home in Australia

'They were covered with pictures of Jeffrey shaking hands with famous people and photos of naked girls, including one of me that Jeffrey had at all his houses, lying in a hammock.

'We all dined together that night. Jeffrey was at the head of the table. Bill was at his left. I sat across from him. Emmy Tayler, Ghislaine's blonde British assistant, sat at my right.

'Ghislaine was at Bill's left and at the left of Ghislaine there were two olive-skinned brunettes who'd flown in with us from New York.

'I'd never met them before. I'd say they were no older than 17, very innocent-looking.

'They weren't there for me. They weren't there for Jeffrey or Ghislaine because I was there to have sex with Jeffrey on the trip.

'Maybe Jeffrey thought they would entertain Bill, but I saw no evidence that he was interested in them. He and Jeffrey and Ghislaine seemed to have a very good relationship. Bill was very funny.

'He made me laugh a few times. And he and Jeffrey and Ghislaine told blokey jokes and the brunettes listened politely and giggled.

'After dinner I gave Jeffrey an erotic massage. I

**'Bill must have known about Jeffrey's girls. There were three desks in the living area of the**


'I want to be a wife one day': My 600lb Life star enjoys her first ever date after shedding half of her body weight
Tara, 36, from Louisiana, had a romantic dinner


Bathing beauty: Blurred Lines model Emily Ratajkowski treats fans to revealing nude picture
The 23-year-old model and actress left little to the imagination


'He smelled bad': Dance Moms star Maddie Ziegler, 12, talks about Shia LaBeouf's hygiene in controversial Elastic Heart video
She didn't hold back


Saved By The Bell's Dustin Diamond and his clown girlfriend Loli Pop look glum as they appear in court to enter not guilty pleas in Christmas bar stabbing


Roar! Carmen Electra, 42, heats up the beach in tiger-themed one piece almost 20 years after slipping into a red bathing suit for Baywatch


'Up and about with my love': Yolanda Foster gets a kiss from husband David Foster in new snap after treatment for Lyme disease


Joanna Krupa 'files defamation lawsuit against Brandi Glanville for claiming her private parts smell'
Brandi made the comments on TV


'Feeling so blessed!' Marisa Miller shares a snap of her growing belly... and reveals she's expecting another boy
Confirmed her second pregnancy in November


'Don't know why it's so hard to believe 25 women': Jay Leno speaks on Bill Cosby sexual assault scandal
The fellow comedian spoke about claims


'I cracked a foot bone': Chrissy Teigen shares a photo from her hospital bed after taking a spill on the set of a TV show
Model was hospitalized after the accident

Can't Touch This! Miley Cyrus shows off her eccentric style as she

FILED: NEW YORK COUNTY CLERK 01/27/2020 06:10 PM    INDEX NO. 160874/2019
NYSCEF DOC. NO. Case 1:19-cv-03377-LAP    Document 125-4    Filed 05/29/20    Page 13 of 48    NYSCEF: 01/27/2020
1/22/2015                    Bill Clinton and the 15-year-old 'masseuse': I met him twice, claims Epstein's girl I Daily Mail Online

don't remember seeing Bill again on the trip but I assume Ghislaine flew him back.'

According to prison records, when Epstein was serving his jail term, his visitors included a long-time – and highly controversial – Clinton acquaintance, Arnold Prosperi.

'In the final hours of the Clinton presidency, in January 2001, Prosperi was facing three years in prison after being convicted of tax fraud. Mr Clinton commuted his sentence to house arrest.

'Clinton, Prosperi and Epstein make an odd threesome on the face of it,' says a law enforcement source.

'Was Prosperi visiting Epstein as some kind of intermediary for Bill?

'Maybe Bill wanted to know if Epstein knew anything that could embarrass him. Or did Bill commute Prosperi's sentence as some kind of favour

for Epstein?'

Virginia disclosed that Mr Clinton's vice-president Al Gore and his wife, Tipper, were also guests of Epstein on his island.

## villa on the island... covered with photos of naked girls'

steps out in sequined harem pants
She's more renowned for flashing flesh now



Amanda Bynes 'won't be prosecuted for her September DUI but could still face jail'... and has not been seen in public in two months
She's under probation

As TLC offers a first look at its brutal new show Style By Jury, host and fashion expert LOUISE ROE explains why first appearances matter so much



Rosie Perez WILL return to The View on February 3, Rosie O'Donnell announces - dashing rumors she had been fired from the troubled ABC show



'I'm a hopeless romantic': Jennifer Lopez reveals she'd like to date again... and her crushes on Charlie Hunnam and Tom Hardy
Been married 3 times



Slam dunk! Ariana Grande, 21, will headline NBA All-Star halftime show in New York, following in the footsteps of Mariah Carey and Beyonce



Back to reality! Make-up free Renee Zellweger has coffee with a friend after returning from luxurious Hawaiian holiday
Spotted sitting al fresco



'I was very scared of her': Julianne Moore recalls how nervous she was slapping Madonna in the 1993 flop Body of Evidence
Spoke of sex scenes too



Will Ferrell gets hauled off by security at NBA game while filming scenes for new comedy Daddy's Home during halftime
Were they in on it?



Did Victoria's Secret provide the costumes? Miss Universe contestants slip into 'national dress' (but can you guess who comes from where?)



Bikini-clad Britney



Guests: Virginia says she also met former Vice President Al Gore, pictured right with Mr Clinton

Last summer, the Gores abruptly announced that they were ending their supposedly fairytale marriage and, just weeks later, it emerged that Mr Gore – the famously sanctimonious global-warming disciple – had been accused of trying to force sex on a woman with whom he had booked a therapeutic massage at an Oregon hotel.

'I had no clue that anything was up,' Virginia says. 'The Gores seemed like a beautiful couple when I met them. All I knew was that Mr Gore was a friend of Jeffrey's and Ghislaine's. Jeffrey didn't ask me to give him a massage.

'There might have been a couple of other girls there on that trip but I could never have imagined this guy would do anything wrong. I was planning to vote for him when I turned 18. I thought he was awesome.'

Virginia said that yet another American liberal icon, President Obama's Middle East peace envoy Senator George Mitchell, frequently visited Epstein's New York residence.

Mr Mitchell, aged 77 – who previously led America's Northern Ireland peace initiative – 'was very close to Jeffrey,' Virginia recalled. 'He is very clean-cut. You wouldn't think of him being part of Jeffrey's crew.'

FILED: NEW YORK COUNTY CLERK 01/27/2020 06:10 PM    INDEX NO. 160874/2019
NYSCEF DOC. NO. Case 1:19-cv-03377-LAP   Document 125-4   Filed 05/29/20   Page 14 of 48   RECEIVED NYSCEF: 01/27/2020
1/22/2015                  Bill Clinton and the 15-year-old 'masseuse': I met him twice, claims Epstein's girl | Daily Mail Online




**Scandal: U.S. authorities want to interview Jeffrey Epstein (left) and may wish to quiz his friend, Prince Andrew**

Epstein's contacts book contains a work and a home telephone number for the senator.

Another acquaintance was Israel defence secretary Ehud Barak, whose spokesman told The Mail on Sunday: 'Mr Barak did attend several small functions in Mr Epstein's home in New York that were usually attended by leading businessmen, university presidents, Nobel Prize Laureates and prominent public figures.'

Epstein's many Hollywood pals include Matt Groening, creator of The Simpsons.

'Jeffrey once had me give Matt a foot massage when he was flying on the jet with us,' Virginia says.

'He laughed and did drawings of Bart and Homer for my little brother and my dad.

'I also met Naomi Campbell at a birthday party of hers on a yacht in the South of France. She is a friend of Ghislaine's but she was a real bitch to me.

'She was very fake. She turned away from me when we were introduced by Ghislaine and Jeffrey.

'Donald Trump was also a good friend of Jeffrey's. He didn't partake in sex with any of us but he flirted with me. He'd laugh and tell Jeffrey, "You've got the life." '

Palm Beach Police say Epstein seemed utterly unfazed by the allegations against him when they began their long and detailed investigation.



**'Jeffrey's crew: Middle East peace envoy George Mitchell, right, pictured with President Barack Obama and U.S. Secretary of State Hillary Clinton, frequently visited Epstein¿s New York residence, Virginia also claims**

But he also took his defence very seriously indeed. Epstein engaged his friend, the Harvard law professor Alan Dershowitz – whose celebrity clients have included Mike Tyson, Patty Hearst, Claus





Spears shows off her flat stomach and muscular frame during synchronized swimming session
Her new workout regime





'We never even considered it!' Fifty Shades Of Grey director reveals why they cut infamous tampon scene before filming
Explicit scene in book

Legendary shoe designer Vince Camuto dies at the age of 78
Mr Camuto passed away following a battle with cancer - he is survived by his wife and five kids



Ed Sheeran poses with The Stig before veering off course as he becomes third non-driver to tackle Top Gear challenge
British singer on show



Joined at the hip(ster)! Kristen Stewart and close pal Alicia Cargile wear snapbacks and slogan sweaters to grab coffee together
More than just friends?



'What the?' Miley Cyrus shares a snap of herself as a fresh-faced teen... then poses in a VERY low cut top in bid to win followers
Provocative pop star



Gwyneth Paltrow reveals sideboob as she wears a stunning thigh-split gown at Mortdecai premiere in Los Angeles
Mother-of-two is not shy



Couldn't decide on one? Bachelorette Desiree Hartsock wears TWO dresses to marry Chris Siegfried in vintage-themed wedding
Wed in California



So that's her secret! Charlize Theron shows off her sexy figure in a low-cut top and leather trousers as she snacks on fruit during shoot
Joined by her son



Boy Meets World! Actor Rider Strong welcomes a baby son with actress wife Alexandra Barreto... and they give him a colorful name

**FILED: NEW YORK COUNTY CLERK 01/27/2020 06:10 PM**
INDEX NO. 160874/2019
NYSCEF DOC. NO. Case 1:19-cv-03377-LAP   Document 125-4   Filed 05/29/20   Page 15 of 48 CEF: 01/27/2020
1/22/2015                    Bill Clinton and the 15-year-old 'masseuse': I met him twice, claims Epstein's girl | Daily Mail Online



von Bulow and O.J. Simpson – to run his legal defence.

He also employed a firm of private investigators to investigate the backgrounds of the girls.

Detectives painstakingly built a case which they believed showed that Epstein systematically paid teenage girls to recruit other teenage girls to his sex ring.

However, as the investigation continued, they found that Epstein's team had already spoken to key witnesses, suggesting that the financier would reward those who helped him.

In addition, Epstein's defence team agreed to the unusual move of suggesting that the alleged victims sue Epstein in the civil courts. The result was a plea bargain in which Epstein admitted a single charge of soliciting an underage girl for prostitution – a deal which infuriated many police officers who worked on the case.

More than 20 of Epstein's girls are said to have sued him for damages. At least 17 have settled out of court.

Mr Clinton, Mr Gore and Mr Mitchell were all contacted about their friendship with Epstein but declined to comment.

## Share or comment on this article

MOST WATCHED NEWS VIDEOS









Hilarious adult tantrum leaves on-lookers in tears of...

The dub step baby is back. But do you think his moves real?

Horrifying: Day care worker caught on camera kicking toddler

Incredible archive footage shows terrifying prehistoric...

MOST READ NEWS









Parents share tragic suicide note

Page 3 returns... after a week:

EXCLUSIVE: 'I have no family,'

It's my body. It's my birth, it's my



## Comments (24)
Share what you think

| Newest | Oldest | Best rated | Worst rated |
|---|---|---|---|

View all

The comments below have been moderated in advance.

steve, hartlepool, 3 years ago

mariella winchester 06/3/2011 err the answer to your question is because there underage .so yes let them relax with women but not with underage girls

Click to rate       149       11



Joe, The Internet, 3 years ago

Silly Billy.

Click to rate       81       25

Ethan, Farmington, 3 years ago

Roberts did it for the money, no one forced her to. Now she comes looking for another payout

'We're The Real Housewives Of Casa Vegal': Lisa Rinna shares a playful snap with Denise Richards and pals from trendy Mexican joint



Heating up Miami! Brooke Burke, 43, looks much younger than her years in snow tiger print dress at awards show She honored industry professionals



Not your best look Jennifer Aniston mouths off with Jimmy Fallon in hilarious Lip Flip game on The Tonight Show She's promoting Cake



The View under fire for being 'racist and sexist' after show insiders leaked rumors that Rosie Perez 'isn't the sharpest tool in the box' More controversy



Kris Jenner brings Hollywood glamour to UK awards show in a luxurious fur coat and white cutaway gown... but fluffs her lines live on television



Not Berry glamorous! Halle has a dress down day going make-up free to pick up groceries She has a busy life with two children and a television series



'I know who David Beckham is!' Jessica Chastain admits she's a big fan of the former soccer star's racy underwear ads Was on a UK chat show



Sarah Michelle Gellar attempts to go incognito in brown flat cap and sunglasses as she steps out for a shopping trip She's a mother of two



British actress Kaya Scodelario 'in early talks' to take female lead in Pirates Of The Caribbean: Dead Men Tell No Tales The new Keira Knightley



'He's adorable': Ruth Wilson gushes over rumored love interest Jake Gyllenhaal... but

# Exhibit F

Hi Jarred

Hopefully you have Virginia's book pitch by now.

She has some amazing names which she can share with you in confidence and I think she also has a human interest story that could appeal to the Oprah/female set as well as the Wall Streeters who follow Epstein – a hedge fund king.

Here are a few of our stories about Virginia, plus some examples of the massive US and other international media pickup. Vanity Fair are doing a piece I believe in their August issue. The FBI have reopened the Epstein case due to Virginia's revelations. I also am attaching a link to a NY Magazine profile of Epstein.....written before his world combusted. The FBI believe he was essentially running a private – and mobile -- brothel for some of the world's richest and most influential men.

He got off the first time round after retaining Kenneth Starr (who witchhunted Bill Clinton) and Alan Dershowitz (von Bulow's appeal lawyer, who inspired the movie Reversal of Fortune). The US Justice Dept is investigating corruption allegations against at least one prosecutor involved in the case.

Best regards,

Sharon

---

| | |
|---|---|
| **To:** | Sharon.Churcher@mailonsunday.co.uk[ ████████████████ ] |
| **From:** | Virginia Giuffre |
| **Sent:** | Thur 5/12/2011 2:21:43 AM |
| **Importance:** | Normal |
| **Subject:** | Re: Good News!! |
| **Received:** | Thur 5/12/2011 2:21:43 AM |

Thanks again Shazza, I'm bringing down the house with this book!!!
xoxo Jenna

— On Wed, 11/5/11, Sharon.Churcher@mailonsunday.co.uk *<Sharon.Churcher@mailonsunday.co.uk>* wrote:

From: Sharon.Churcher@mailonsunday.co.uk <[ ████████████ ]>
Subject: Re: Good News!!
To: "Virginia Giuffre" <robiejennag@y7mail.com>
Received: Wednesday, 11 May, 2011, 4:17 PM

Don't forget Alan Dershowitz...JE's buddy and lawyer..good name for your pitch as he repped Claus von Bulow and a movie was made about that case...title was Reversal of Fortune. We all suspect Alan is a pedo and tho no proof of that, you probably met him when he was hanging put w JE

---

```
|--------------------------------------------------------------|
|Hi Sharon,                              |                     |
|                                        |                     |
|Hello gorgeous, I hope this message comes to you on a bright, sunny day!!!|
|I took your advice about what to offer Sandra and she accepted. Were    |
|drawing up a contract through her agent right now and getting busy to meet|
|my deadline. Just wondering if you have any information on you from when |
|you and I were doing interviews about the J.E story. I wanted to put the |
|names of some of these assholes, oops, I meant to say, pedo's, that J.E  |
|sent me to. With everything going on my brain feels like mush and it would|
|be a great deal of help!                |                     |
|Having fun sweetie?                     |                     |
|                                        |       |             |
|Thanks,                                 |       |             |
|Jenna                                   |                     |
|--------------------------------------------------------------|
```

Case 1:19-cv-03377-LAP   Document 125-4   Filed 05/29/20   Page 18 of 48

# Exhibit G

Angel Urena
@angelurena

# Statement on Jeffrey Epstein.

"President Clinton knows nothing about the terrible crimes Jeffrey Epstein pleaded guilty to in Florida some years ago, or those with which he has been recently charged in New York. In 2002 and 2003, President Clinton took a total of four trips on Jeffrey Epstein's airplane: one to Europe, one to Asia, and two to Africa, which included stops in connection with the work of the Clinton Foundation. Staff, supporters of the Foundation, and his Secret Service detail traveled on every leg of every trip. He had one meeting with Epstein in his Harlem office in 2002, and around the same time made one brief visit to Epstein's New York apartment with a staff member and his security detail. He's not spoken to Epstein in well over a decade, and has never been to Little St. James Island, Epstein's ranch in New Mexico, or his residence in Florida."

3:27 PM - 8 Jul 2019

**672** Retweets **1,553** Likes 

 863     ⟲ 672     ♡ 1.6K

# Exhibit H

1/27/2020                Judge boots powerhouse lawyer David Boies from case pitting Jeffrey Epstein victim Virginia Giuffre against acclaimed attorney Alan Der...
Case 1:15-cv-03377-LAP   Document 25-4   Filed 05/29/20   Page 21 of 48

ADVERTISEMENT

NEW YORK

# Judge boots powerhouse lawyer David Boies from case pitting Jeffrey Epstein victim Virginia Giuffre against acclaimed attorney Alan Dershowitz



**By STEPHEN REX BROWN**
NEW YORK DAILY NEWS   |   OCT 16, 2019

  

SECTIONS                    **20¢ A WEEK FOR 20 WEEKS**              LOG IN
                              Sale ends 2/3



From left, David Boies, Virginia Giuffre and Alan Dershowitz are pictured in this combination photo. (New York Daily News)

Alan Dershowitz won a victory Thursday in his all-out legal battle with a Jeffrey Epstein victim and her prominent attorney, David Boies.

Judge Loretta Preska ruled that Boies and his law firm can no longer represent Virginia Giuffre in her defamation case against Dershowitz. Giuffre says that Epstein lent her out as a minor to his famous friends for sex, including Dershowitz — a claim he denies and says Giuffre made up. In Giuffre's lawsuit, she says Dershowitz defamed her by repeatedly calling her a serial liar.

Advertisement





ADVERTISEMENT

The case has devolved into a messy proxy war between the two big-shot lawyers.

"For over five years, my lawyers at Boies Schiller Flexner have worked tirelessly to bring Jeffrey Epstein and his co-conspirators to justice. When it was not in vogue and not a breaking news story, my lawyers Sigrid McCawley and David Boies stood up to the muscle of the Epstein machine and its grip on the legal system. It is no surprise that Alan Dershowitz, who was part of Epstein's ecosystem of power and privilege, is attempting to manipulate the legal system in the face of the serious charges I have brought against him. The reckoning of accountability has begun and today's decision will be appealed," Giuffre said in a statement.

In a 40-page decision, Preska wrote that attorneys from the Boies firm are witnesses in the case and that it would be improper to have their colleagues questioning them on the stand.

[More New York] Stephanie Parze's remains found in New Jersey »

"[Giuffre's] attorneys must be independent and free to challenge the credibility of Boies ... in order to test the allegations made in the complaint they drafted and filed," Preska wrote.

David Boies is arguably the most famous trial lawyer in the country and has represented Harvey Weinstein and 2000 Democratic presidential candidate Al Gore, among many others.

The judge did allow Giuffre's defamation claims against Dershowitz to proceed once she finds a new legal team. The truth of her allegation she had sex with Dershowitz, including at Epstein's mansion, will be determined at trial.

### MOST READ

**Friends identify 'incredible' pilot in chopper crash that killed Kobe Bryant**

**MSNBC anchor claims she said 'Nakers,' not the N-word while reporting Kobe Bryant's death**

**Stephanie Parze's remains found in New Jersey**

"If at trial Giuffre fails to prove that she was 'forced to have sex with Alan Dershowitz' or if Dershowitz proves that he did not have sex with her at all, then the truth or falsity of his statements will be established," Preska wrote.

Giuffre's attorney at the Boies firm, Sigrid McCawley, said Dershowitz now must "face justice."

Advertisement



FILED: NEW YORK COUNTY CLERK 01/27/2020 06:10 PM        INDEX NO. 160874/2019
NYSCEF DOC. NO. 1-25        Case 1:19-cv-03377-LAP   Document 125-4   Filed 05/29/20   Page 26 of 48        RECEIVED NYSCEF: 01/27/2020



"Today's decision rejects Alan Dershowitz's chronic capacity to make this case about anything but the facts and what he has been accused of by our client, Virginia Giuffre," she said.

Dershowitz was ready.

[More New York] Long Island man busted after stabbing both parents in their Old Bethpage home: police »

"I look forward to a trial in which I can conclusively prove that I never even met my perjuring false accuser. I have also preserved for appeal the right of every American to forcefully deny false accusations," he said.

Topics: Virginia Giuffre, Alan Dershowitz, David Boies

---



## Stephen Rex Brown
New York Daily News

 

Stephen Rex Brown covers New York courts and criminal justice issues, with a focus on Manhattan Federal Court and Manhattan Supreme Court.

---

**These High Schools Have Produced the Most NBA Players**

Stadium Talk | Sponsored

**How To Empty Your Bowels Every Morning - Top Surgeon Explains How**

Gundry MD | Sponsored

Case 1:19-cv-03377-LAP   Document 125-4   Filed 05/29/20   Page 26 of 48

# Exhibit I

☰

THE
NEW YORKER

ANNALS OF LAW   AUGUST 5 & 12, 2019 ISSUE

# ALAN DERSHOWITZ, DEVIL'S ADVOCATE

*The noted lawyer's long, controversial career—and the accusations against him.*

**By Connie Bruck**

July 29, 2019

f   🐦   ✉   🔖

THE
NEW YORKER



THE
NEW YORKER

0:00 / 1:39:17

**Audio:** Listen to this article. To hear more, download Audm for iPhone or Android

"A lie is a lie is a lie," Whoopi Goldberg said. It was May 2nd, and she was on the set of "The View," the daytime talk show that she co-hosts. The subject was Attorney General <u>William Barr</u>, who had argued that the special counsel <u>Robert Mueller</u>'s report was not as alarming as it seemed—endorsing <u>Donald Trump</u>'s claim that there had been "no collusion, no obstruction" in the Russia case. Goldberg was incredulous. "Our parents taught us, if you lie, there are consequences," she said. "When are consequences coming back?"

Her guest, the attorney Alan Dershowitz, offered an answer that combined legal analysis and political handicapping. "They come back in November of 2020, when we all go to the polls and we vote against people that we think lied," he said. "But it would be a terrible thing"—he held up a finger for emphasis —"to *criminalize* lies."

Dershowitz is a frequent guest on shows like "The View"; for decades, he has been a frequent guest just about everywhere. If you are a television producer putting together a segment about a celebrated criminal case, Dershowitz is an ideal booking. Intellectually nimble and supremely confident, he is an emeritus professor at Harvard Law School but also an occasional reader (and subject) of the tabloids. Over the years, he has written thousands of newspaper articles, magazine columns, and Web posts. With help from research assistants, he has published three dozen books—including "<u>The Best Defense</u>," "<u>Chutzpah</u>," and "<u>Sexual McCarthyism</u>"—that recount his cases and advance his opinions.

In recent years, as Dershowitz approached the age of eighty, his public presence faded a bit. But Trump's Presidency has enabled a comeback. Dershowitz, a proponent of civil liberties, has made a specialty of defending people who do outrageous things, and Trump does outrageous things constantly. Media outlets looking for someone to argue Trump's side have been happy to have Dershowitz on the air, explaining why the President's critics are putting politics before the law. In May, an <u>edition</u> of the Mueller report, with an introduction by Dershowitz, made the *Times* best-seller list.

On "The View," Goldberg promised the audience that she'd hand out copies of the book after the taping. But she remained skeptical of Dershowitz's defense of Barr. He offered an explanation: lying to Congress or to the F.B.I. was illegal, but misleading the public was not. "The rule of law requires that we distinguish between sins and crimes," he said. "There's no federal crime that says that it's illegal to lie to the media."

After a commercial, the next segment began, with images of several controversial Dershowitz clients: <u>Claus von Bülow</u>, <u>O. J. Simpson</u>, <u>Mike Tyson</u>. The lineup included <u>Jeffrey Epstein</u>, a wealthy money

Case 1:19-cv-03377-LAP   Document 125-4   Filed 05/29/20   Page 30 of 48

≡

THE
NEW YORKER

Caribbean island, Little St. James, that Epstein owned. As charges became public, press accounts enumerated his famous acquaintances—including Bill Clinton, Prince Andrew, and Kevin Spacey—and described trips to the island on his plane, the so-called Lolita Express. Despite sworn accounts from more than a dozen women, Dershowitz and his team secured a deal in which Epstein pleaded guilty to minor charges and served only a brief sentence. On "The View," which was hosted by four women, Dershowitz described the experience as fraught: "It's a case that was very, very difficult, and very, very painful for me, because I saw real victims out there. I'm a very strong supporter of the MeToo movement." But, he said, an attorney is obligated to defend the rights of the accused: "I think of myself like a doctor or a priest. If they wheel Jeffrey Epstein into the emergency ward, the doctor is going to take care of him." (Dershowitz put it differently to me, in one of a series of conversations this spring and summer: "Every honest criminal lawyer will tell you that he defends the guilty *and* the innocent.")

One of the hosts, Abby Huntsman, pointed out, "It does get more complicated for you in your personal life." In 2014, Virginia Roberts Giuffre, one of Epstein's victims, stated in a court filing that Epstein lent her out for sex to his friends—Dershowitz among them. Dershowitz has strenuously denied the allegations, and maintained that Giuffre is a near-pathological liar engineering an extortion plot. Giuffre's claims about him have never been directly tested in court; instead, they have featured as side arguments in civil suits brought by others. Two weeks before the taping, though, Giuffre had sued Dershowitz directly, for defamation.

On the air, Dershowitz said that he welcomed Giuffre's lawsuit. "I also welcome her coming on this show and accusing me face to face," he said. "I have been falsely accused," he went on, more intently. "So I am *welcoming* this trial." He rubbed his hands together. "This is the first opportunity I have to conclusively prove my innocence."

Huntsman read a statement from Giuffre: "My abusers have sought to conceal their guilt behind a curtain of lies. My complaint calls for the accounting to which I, and the other victims, are entitled."

"She's right. She's entitled to an accounting," Dershowitz said. "I have—"

"Alan," Goldberg said. The segment was running out of time.

"—invited the F.B.I. to the trial—"

"Alan, you gotta stop."

"—so that—"

"Alan! You want me to give the book away? We've gotta give the book away."

Dershowitz recovered his composure and smiled for the camera. Before the show cut to commercial, he got in a last word: "My reputation is more important than my book."

For decades, while Dershowitz was teaching at Harvard Law School and practicing as a criminal-defense lawyer, he collected notes from his critics and posted the most vitriolic ones on his office

Dershowitz's habitual manner of genial belligerence. When he was attacked, not just by note writers but also by colleagues in the bar and by an occasional judge, it only confirmed the efficacy of what Dershowitz has called his "confrontational legal style." He specializes in appellate law, working to overturn convictions on appeal, a branch of law that often requires dismantling the strategy and the arguments of other lawyers. Laurence Tribe, a constitutional-law expert and a longtime associate of Dershowitz's at Harvard, told me, "He revels in taking positions that ultimately are not just controversial but pretty close to indefensible."

Dershowitz describes his early life as an ideal preparation for conflict. He grew up in an Orthodox Jewish household in Borough Park, Brooklyn, and has written that he often got into fights with Italian kids in the neighborhood, "though I don't recall getting anything worse than a few deep cuts, several broken teeth, and one concussion." (His mother, Claire Dershowitz, disputed this account, telling the Washington *Post*, "The only time his tooth was knocked out was when he played tennis.") At yeshiva, he had a reputation as a wise guy, and his principal recommended that he become "something where you use your mouth but don't need much brains." His fellow-students, drafting the yearbook, wrote that he had a "mouth of Webster and a head of Clay."

ADVERTISEMENT

At Brooklyn College, he began to apply himself, and he excelled. In 1959, he was admitted to Yale Law School. Before moving to New Haven, he married Sue Barlach, a young woman from Bayonne, New Jersey, whom he had met during high school, at a Jewish summer camp in the Catskills. She was nineteen when they arrived in New Haven, and within two years they had a son. Sue's younger sister, Marilyn, dated Dershowitz's younger brother, Nathan, and they often came to New Haven to visit. In 1963, Sue and Alan's second son was born.

Dershowitz felt like an outsider at law school. He has written that, when he gave his first presentation, his "accent was openly laughed at," as was his "non-preppy garb, which included Bermuda shorts with a Phi Beta Kappa key ostentatiously dangling from a pocket." He kept kosher, which meant that he couldn't eat in the common dining room, and he didn't drive or work on the Sabbath. When he was being considered for the position of editor-in-chief of the *Yale Law Journal*, classmates asked if his religious observance would interfere with editorial responsibilities. He got the post anyway.

During his second year, he applied to some thirty Wall Street law firms for a summer job and was rejected by all of them—notably by Cravath, Swaine & Moore, where he badly wanted to work. (In 1976, he represented an Italian-American lawyer who was suing the firm for religious and ethnic discrimination.) Still, he made an impression at Yale. Dershowitz graduated at the top of his class and went on to serve as

at Harvard Law School, and at twenty-eight became a full professor. Stuart Eizenstat, a student of his who later became a policy adviser to President Jimmy Carter, told me, "He was the most exciting, most engaging professor I had at Harvard Law School."

Dershowitz established himself as a civil libertarian, with a particular interest in the rights of the mentally ill. An impassioned First Amendment advocate, he defended neo-Nazi speech and pornography, starting with "I Am Curious (Yellow)," an earnestly smutty Swedish film released in 1967. He joined the national board of the American Civil Liberties Union, and represented many litigants pro bono in cases involving challenges to censorship and to the death penalty.

Nancy Gertner, a former federal judge who worked with Dershowitz in the late seventies and now teaches at Harvard Law School, told me, "He's very brilliant, just in the sense of the speed at which his mind works, and how prolific he is in churning out thoughts." From the beginning of his career, Gertner said, "he had the imagination to see strategies and arguments other people don't." He also understood, before most of his peers did, the value of deploying the media. As he wrote in his 2013 memoir, "Taking the Stand," "If you don't have the law or legal facts on your side, argue your case in the court of public opinion." Dershowitz seemed to delight in publicity, even though he told friends that "the aggressive and fast-talking know-it-all" who appeared on TV wasn't really him. Some members of the law-school faculty were nonplussed by his media presence, his self-promotion, and his decision to take on cases while teaching. But Dershowitz heeded advice that he said Judge Bazelon had given him: "Don't follow in anyone's footsteps. Your feet are too big to fit anyone else's print. Create your own life." Dershowitz once wrote, "It was scary, but it fit my personality to a T."

In December, 1971, while Dershowitz was on sabbatical in Palo Alto, his ten-year-old son, Elon, was diagnosed as having a brain tumor. Dershowitz, distraught, became fixated on finding a cure. "I couldn't concentrate on my book," he wrote, in "Taking the Stand." "My marriage, which had been suffering for several years even before our trip to California, was now in deep trouble." After surgery, Elon eventually recovered, but the marriage did not. When the family returned to Cambridge, Dershowitz immersed himself in a case in New York, in which he successfully defended a member of the militant Jewish Defense League against a murder charge in the bombing of two office buildings. Dershowitz's collaborators were Harvey Silverglate, a former student of his, who had a small firm in Boston, and Jeanne Baker, a law-school student who was a research assistant there. "Working together with these two extraordinary young lawyers," he wrote, "made it clear to me how unhappy I was in my marriage."

In 1973, he and Sue separated, after fourteen years of marriage, and she soon filed for divorce. The case went to court in early 1976, and the proceedings were acrimonious. In Judge Haskell Freedman's lengthy findings of fact, he wrote that Dershowitz's behavior toward Sue "negatively affected the plaintiff's health

Sue had been given provisional custody of the children, but Dershowitz, represented by his friend Silverglate, was seeking sole custody. He brought in a psychiatrist named Pierre Johannet as an expert witness. At first, Johannet recommended joint custody. But in an appearance a month later he testified that he had changed his mind, after listening to tapes of phone conversations between Dershowitz and Sue. (Dershowitz has a long habit of recording calls, but says that he has no recollection of taping these.)

Judge Freedman, too, was influenced by the tapes. In the conversations, Sue addressed Dershowitz "in the most disparaging terms," according to the findings. "She called him names over the telephone while the children listened." The judge noted that Sue interfered with Dershowitz's visits with the children and harshly insulted Jeanne Baker, who had become Dershowitz's girlfriend. Freedman relied on testimony from a number of witnesses—including Sue's sister, Marilyn, who by then was married to Dershowitz's brother—that Dershowitz would do more to help the children adjust to the divorce. Freedman acknowledged that Johannet had reversed his position—but that, he wrote, merely proved that he was a "truly objective witness." He awarded Dershowitz custody.

The couple's dispute over alimony was no less fraught. Sue maintained that Dershowitz had substantially understated his income. In response, Dershowitz submitted two doctors' affidavits stating that he had developed hypertension; one recommended that he "slow down from his present hectic professional pace." The judge decided that he should pay Sue a modest sum for five years and nothing thereafter.

The divorce seemed to liberate Dershowitz. He dated widely, becoming a familiar presence at the bar of Harvest restaurant, in Cambridge. In 1982, Dershowitz was giving a speech in Boston, and a psychologist named Carolyn Cohen came to hear him; he spotted her in the back of the room and was transfixed. They soon began living together, and were married four years later; their daughter was born in 1990. They bought a house in Cambridge and vacationed on Martha's Vineyard.

ADVERTISEMENT

Sue Barlach moved to New York, and for several years worked as a research librarian for the International Ladies' Garment Workers' Union. On New Year's Eve, 1983, she drowned in the East River, in an apparent suicide.

One night in 1980, Dershowitz appeared at Harvard's Quincy House dorm, where the porn film "Deep Throat" was scheduled to be screened. He was prepared for controversy. The movie's female star, Linda Lovelace, had recently published a memoir, "Ordeal," in which she said that her husband had forced her at gunpoint to perform in the film, and her case had become a feminist cause célèbre. In the

Case 1:19-cv-03377-LAP   Document 125-4   Filed 05/29/20   Page 35 of 48

THE
NEW YORKER

is are and degradation right in our own living room."

Four years earlier, Dershowitz had represented Harry Reems, the movie's male star, who had been convicted of conspiring to transport an obscene film across state lines. Dershowitz saw the suppression of "Deep Throat" as a violation of free speech. He was also not convinced that Lovelace's performance was coerced. In "The Best Defense," he recalls asking Reems about her claims. Reems, he wrote, "laughed and said, 'Are you kidding? . . . She was really into it.' "

After young women at Quincy House asked police to prevent the screening, Dershowitz maintained that a fundamental liberty was at stake. "If there is anything more obnoxious to a civil libertarian than the punishment of speech *after* it has taken place, it is the issuance of a *prior* injunction to prevent speech in the first place," he wrote. Dershowitz argued in various places, including a monthly column he wrote for *Penthouse*, that "radical feminists" were using Lovelace to advance an "all-out war against pornography." When a crowd of viewers and protesters gathered in front of Quincy House for the screening, he told them, "Feminist fascists are no better than any other kinds of fascists."

During the eighties and nineties, Dershowitz continued to advocate for civil liberties, but his cases increasingly centered on celebrity, wealth, and greed. In his book "Letters to a Young Lawyer," Dershowitz identified some common traits among his most infamous clients: "Each of these defendants has virtually unlimited quantities of some things, such as money, power or access to sex or power. They, like everyone else, also had limited quantities of other things, such as life, health, duration of career, reputation, time with family, etc. They got into trouble by putting at risk what they had limited amounts of in order to increase the quantities of those things they had unlimited amounts of."

Case 1:19-cv-03377-LAP   Document 125-4   Filed 05/29/20   Page 36 of 48

THE
NEW YORKER

the conviction. Von Bülow, trained as a lawyer, had polished manners and, as a result of his marriage, a vast fortune. Describing his first visit to von Bülow's residence, Dershowitz wrote, "Though I had passed by many of the elegant mansions along Fifth Avenue on my way to and from the museums, I had never actually been inside one." There was a wood-panelled elevator, art works in the hallway, and a sitting room with antique leather-bound books on the shelves. "I felt I was in a different world," he wrote.

Von Bülow had been convicted of attempting to kill his wife by injecting her with insulin; afterward, she lapsed into a decades-long coma, from which she never emerged. Dershowitz, leading a team of law students and young associates, devised an appellate argument built around the idea that Sunny might have caused her own coma, through a prolonged addiction to pills and alcohol. In 1984, Dershowitz got the conviction reversed, and, in a new trial, von Bülow was acquitted.

Dershowitz wrote a book about the case, "Reversal of Fortune," which was published in 1986. Nora Ephron, reviewing it for the *Times*, noted wryly, "Throughout, in the venerable tradition of defense lawyers who write books about themselves, Mr. Dershowitz made brilliant decisions no one else would ever have been brave or intelligent enough even to consider." Dershowitz wrote a letter to the editor complaining that Ephron was deriding his work in order to help get a friend's book about the same case published. (The friend published no such book—and, Ephron replied, wasn't even a friend.)

"Reversal of Fortune" sold poorly, but Elon, who was involved in the film business, thought that it might find a larger audience as a movie. In 1990, it was released as a major Hollywood film, with Elon as a co-producer. Dershowitz, played by Ron Silver, is portrayed onscreen as a committed fighter for principle. "I'm not a hired gun," he tells von Bülow, played by Jeremy Irons. "I've got to feel there's some moral or constitutional issue at stake."

Several Harvard Law School students who were in Dershowitz's criminal-law class the following spring told me that they were excited to be taught by a legal celebrity. But some of the women in the class found his lectures uncomfortable.

Dershowitz has written frequently that defending the rights of the accused in rape cases is a crucial application of the presumption of innocence. In "Contrary to Popular Opinion," published in 1992, he included a list of cases in which women acknowledged having made false accusations of rape. He argued, "It is precisely because rape is so serious a crime that falsely accusing someone of rape should be regarded as an extremely serious crime as well. Imagine yourself or a 'loved one' being falsely accused of raping a woman!"

Some students thought that he strained logic in order to defend men. "In Dershowitz's view, men who are accused of rape, there has got to be a defense," one female student from the 1991 class recalled. "He had

William Kennedy Smith, a nephew of John F. Kennedy, had recently been accused of raping a woman on a Kennedy family estate, and Dershowitz frequently spoke to the media about the case. (Smith argued that the sex was consensual, and he was later acquitted.) In class, according to a second female student, who is now the chief executive of a nonprofit, "he would talk about Smith and the woman frolicking in the waves, ripping off their clothes." Midway through the semester, "a woman raised her hand and said, essentially, O.K., enough rape examples! There are women in this class who have been raped. Can we move on to something else?"

"His hair just caught on fire," Murph Willcott, a male student who was in the class during the confrontation, recalled. "He seemed to take that as a challenge to his authority, and he made it clear he was going to teach what he wanted to teach."

Dershowitz told *The New Yorker*, "There was a controversy in the class, and a very small number of students objected to the teaching." His intention, he said, was to play "devil's advocate" in order to challenge students' thinking. Dershowitz has not shied away from provocative ideas about sex and the law. In a 1997 op-ed in the Los Angeles *Times*, he argued against statutory-rape laws, writing, "There must be criminal sanctions against sex with very young children, but it is doubtful whether such sanctions should apply to teenagers above the age of puberty, since voluntary sex is so common in their age group." He suggested that fifteen was a reasonable age of consent, no matter how old the partner was. He has also argued against punishing men who hire prostitutes. In a 1985 article, in the Gainesville *Sun*, Dershowitz proposed that a john "who occasionally seeks to taste the forbidden fruit of sex for hire" should not be arrested. The nonprofit executive recalled his discussing the idea in class: "He said, 'Prostitutes know what they're doing—they should be prosecuted. But you shouldn't ruin the john's life over that.' If I had raised my hand to challenge that, I would have been singling myself out as—God forbid—a feminist."

ADVERTISEMENT

When people at Harvard objected to Dershowitz's views, he insisted that civil liberties were more important than political sensitivities. In April, 1991, Mary Joe Frug, a professor at New England Law, was murdered by a knife-wielding assailant near her house, in Cambridge. The following March, the *Harvard Law Review* published an article that she had been working on when she was killed, "A Postmodern Feminist Legal Manifesto," which examined how law perpetuated the subjugation of women.

On the anniversary of Frug's murder, the *Harvard Revue*, a spoof overseen by editors of the *Review*, published a parody, "He-Manifesto of Post-Mortem Legal Feminism." The author, "Mary Doe," was described as the "Rigor-Mortis Professor of Law." The commentary, written in the first person, "was

Case 1:19-cv-03377-LAP    Document 125-4    Filed 05/29/20    Page 38 of 48

THE
NEW YORKER

☰

~~a rule in gala banquet that night, and the copies of the shovel on guests' plates.~~

Liberal professors at the law school were outraged. Laurence Tribe likened the students who had written the spoof to Klansmen. He and David Kennedy signed a letter, along with a dozen other professors, decrying the law school's atmosphere of "sexism and misogyny." The students apologized, but the furor did not die down. In a column for the Los Angeles *Times*, titled "Harvard Witch Hunt Burns the Incorrect at the Stake," Dershowitz acknowledged that the parody was "somewhat" offensive, but argued that the response indicated a systemic problem. "The overreaction to the spoof is a reflection of the power of women and blacks to define the content of what is politically correct and incorrect on college and law school campuses," he wrote. "Radical feminists can accuse all men of being rapists, and radical African-Americans can accuse all whites of being racists, without fear of discipline or rebuke."

Dershowitz often suggested that contention was an inevitable effect of protecting ideals. In "Taking the Stand," he quoted a favorite passage from H. L. Mencken: "The trouble about fighting for human freedom is that you have to spend much of your life defending sons of bitches: for oppressive laws are always aimed at them originally." In the early nineties, Dershowitz represented the Reverend Jim Bakker after he was convicted of defrauding parishioners, and the hotel baroness Leona Helmsley after she was convicted of defrauding tax authorities; he represented Michael Milken after he was convicted of financial fraud. In a number of cases, he represented prominent men who had been accused of committing violence against women. He helped get O. J. Simpson acquitted in the killing of his wife; he represented Jeffrey MacDonald, a former Green Beret and doctor convicted of killing his wife and his two daughters, and Mike Tyson, who had been convicted of raping an eighteen-year-old contestant in the Miss Black America contest.

The victim in Tyson's case, Desiree Washington, claimed that he had brought her to a hotel room in Indiana and forced her to have sex. Dershowitz maintained that Washington had consented to a one-night stand, then tried to exploit it for money and publicity. In his appeal, he argued that the prosecution had improperly excluded testimony from witnesses who saw the two "necking" in Tyson's limousine before they went to his hotel room. "Desiree was hardly the naive virgin she pretended to be," he wrote in "Taking the Stand." Instead, she was "a sexually active young woman who hung out in nightclubs." In an interview with the Toronto *Star*, he said that after the incident Tyson had asked Washington, "Now do you love me? Do you want to spend the night?" Dershowitz added, "That doesn't sound like a rapist to me."

He was confident enough in his case to tell the *Star*, "Tyson is going to be the cutting-edge case defining the law of acquaintance rape probably for the next decade." In the end, though, the ruling went against Tyson.

Controversial as these kinds of cases were at Harvard, they raised Dershowitz's profile, and they were lucrative. As his fees continued to rise, he and his wife bought a million-dollar house in Cambridge.

≡

THE
NEW YORKER

suggested that he would enjoy getting to know Epstein, an "interesting autodidact." Epstein, who had grown up in Coney Island and dropped out of college, was an unimposing person, described by one friend as "shy, weird, introverted." But he had luxurious houses, a private plane, and huge amounts of money to spend. He was friendly with many famous men and was drawn to intellectuals. Dershowitz, according to longtime friends, has an enduring fascination with fame, society, and wealth. Charles Fried, a distinguished jurist who taught with Dershowitz at Harvard Law School, told me, "If you get a chance to go to fancy places with lots of rich people and fly around on private planes—I think he probably finds that hard to resist."

Epstein flew to Martha's Vineyard and visited Dershowitz, bringing a bottle of champagne. The two men found common interests, Dershowitz later recalled: "We talked about science, we talked about academia, we talked about Harvard." Epstein, like Dershowitz, had come from a humble background. In the seventies, he had been a trader and a wealth manager at Bear Stearns, before leaving to start his own small firm. In the late eighties, he was hired as a financial adviser by the man he describes as his "mentor": Leslie Wexner, the founder and chairman of L Brands, a consortium of retail companies that include Victoria's Secret. Epstein has said that he refused to accept clients with less than a billion dollars in assets, but Wexner is the only client he has ever named.

In New York, Epstein lived in one of the city's largest private homes: a seven-story mansion on East Seventy-first Street, overlooking the Frick. Wexner bought the building in 1989, and within seven years Epstein had taken up residence. "Jeffrey loved discussing how he got the mansion from Wexner for a dollar," a former Epstein employee told me. (A source with knowledge of the deal said that the

THE
NEW YORKER

guest at gatherings there said. "They have their hobbies. Jeffrey's was scientists. He liked to collect them."
He also held parties for many of New York's most powerful finance executives and politicians.

Maria Farmer, who worked at Epstein's mansion in those days, told me that there were often young girls
around. An aspiring artist, she had been introduced to Epstein at a gallery downtown, where she was
exhibiting her paintings. He bought one, insisting on a discount. Eventually, she agreed to work the door
at his house, signing in tradesmen, decorators, and friends. Farmer said that new girls arrived every day,
some of them wearing school uniforms. She recalls asking, "Why are all these girls coming and going?"
She was told that they were auditioning for work as models for Victoria's Secret.

ADVERTISEMENT

In September, 1996, Epstein invited Dershowitz to meet Wexner, who was throwing a party for his
fifty-ninth birthday. They flew together to New Albany, Ohio, where Wexner had a three-hundred-
acre estate, with a Georgian manse for himself and a large house for Epstein. The guests, Dershowitz
says, included John Glenn, the senator and former astronaut, and the former Israeli Prime Minister
Shimon Peres. Dershowitz quickly assessed his role: "I was Jeffrey Epstein's intellectual gift to Leslie
Wexner."

Epstein thought of himself as a patron of academia, and was particularly drawn to Harvard. In 1990, he
and Wexner had helped to fund a new building for Harvard Hillel. Epstein also funded research into the
history of science, but he wanted to be more than a donor; he wanted to be a member of the community.
By 1998, he was serving on the advisory board of the Harvard Society for Mind, Brain, and Behavior.
After Lawrence Summers became president of the university, in 2001, Epstein flew him to the Virgin
Islands on his plane.

In 2003, Epstein pledged thirty million dollars to Harvard to create the Program for Evolutionary
Dynamics. He recruited Martin Nowak, a biologist from Princeton University, to lead it, and established
offices for the program in a building in Brattle Square. On the top floor, Epstein organized discussions on
science, psychology, and other subjects, inviting academics from Harvard and M.I.T. to attend.
Dershowitz often participated; the two men were once photographed there, engaged in conversation,
Epstein wearing a Harvard sweatshirt.

In the end, Epstein contributed only six and a half million dollars, according to the Boston *Globe*. But the
money was understood at the time to be a first installment; Henry Rosovsky, the former dean of the
Faculty of Arts and Sciences, said that he hoped Epstein would become "one of the leading supporters of
science at Harvard." Dershowitz, who became a faculty affiliate of the program that Epstein funded, told
a *Harvard Crimson* reporter that Epstein would "benefit Harvard in a lot of ways. He's a lot more

THE
NEW YORKER

other off all the time because we just get it." Epstein, he later said, was the only person outside his family whom he trusted to evaluate drafts of his books. His wife once asked whether the friendship would endure if Epstein suddenly filed for bankruptcy. Dershowitz replied, "I would be as interested in him as a friend if we had hamburgers on the boardwalk in Coney Island and talked about his ideas."

Epstein could be a loyal supporter. Early in their relationship, he contacted Orin Kramer, the founder of the hedge fund Boston Provident, and said that he wanted to invest several hundred thousand dollars from Dershowitz. It was a small sum for Kramer's fund, but Epstein, who had recently invested thirty million dollars in the fund, was a significant client. Kramer agreed to take Dershowitz's investment. The next year, after the fund sustained enormous losses, Epstein contacted him again and said, "One of us is going to make Alan whole—and if I have to do it, that is an outcome you will regret." Kramer was taken aback; Dershowitz had signed papers, which are standard among hedge-fund investors, acknowledging that his money was at significant risk. Ultimately, though, he agreed that he would personally restore Dershowitz's investment if Epstein left the remainder of the money he controlled in the fund. (Dershowitz says that he never heard that Epstein had made this call, and that he understood Kramer had restored his money because he felt a "moral obligation.")

On campus, Dershowitz was controversial for his increasingly hawkish views on Israel. At times, Epstein lent support against political enemies. In January, 2007, the evolutionary biologist Robert Trivers learned that he was to receive the prestigious Crafoord Prize in Biosciences, and Martin Nowak invited him to celebrate the occasion with a talk at the center that Epstein had funded, followed by a reception. That April, Trivers sent Dershowitz a letter criticizing his "rationalization of Israeli attacks on Lebanese civilians" the summer before, during Israel's conflict with Hezbollah. If Dershowitz persisted in this kind of argument, he wrote, he could "look forward to a visit from me. Nazis—and nazi-like apologists such as yourself—need to be confronted directly." Dershowitz called the Harvard police, and, in a *Wall Street Journal* op-ed, complained that "radical goons" had sent him "threatening messages."

On May 25th, the day of the party, Trivers was chatting with students when he got an urgent message from Nowak: he was cancelling the party, under orders from someone he would not identify, because Trivers had "called a Harvard professor a Nazi." (Nowak did not respond to requests for comment.) Trivers told me, "I had invited twenty people—there was no way to contact all of them. It was the most painful thing that had happened to me in academia." Trivers said that Epstein later acknowledged that he had made the call: "He apologized for having stopped my talk. So that actually formed a bond between Jeffrey and me."

In October, 2005, Epstein discovered that the Palm Beach police were investigating him for abusing underage girls, and he quickly called Dershowitz to ask him to coördinate the defense. Dershowitz later wrote, in an article for the American Bar Association, that he hesitated, since Epstein was an "acquaintance," and lawyers are cautioned against representing people they know socially. But ultimately

≡                                THE
                           NEW YORKER

allegations. He said that Epstein had told him that "there were only half a dozen accusers who were under the age" and that "they slipped through the cracks—they presented fake I.D." He added, "When I later learned the extent of this, I was shocked."

The investigation of Epstein had begun in March, 2005, when two worried parents went to the Palm Beach Police Department. Their fourteen-year-old daughter had got in a fight at school, and, when the assistant principal was called in, she found more than three hundred dollars in the girl's purse. The girl told detectives that she had gone to Epstein's mansion to give him a massage, after a friend told her that he would pay. He ordered her to take off her clothes, and she said she stripped to her underwear and massaged him as he masturbated and used a vibrator on her, over her underpants. She cried as she described the incident.

The girl had been recruited by a community-college student, who told detectives, in a sworn interview, that Epstein paid her to bring him girls, "the younger the better." Epstein's former house manager, Juan Alessi, told police that Epstein had as many as three massages a day, and that toward the end of his employment, in 2002, the women giving them were "younger and younger."

According to victims, Epstein's scouts were instructed to find girls who met his physical criteria— nymphishly thin, with no tattoos. He sent gifts to favorites: a bouquet of roses, a plane ticket, a car. He offered to pay for college, or ballet school, or courses at the Fashion Institute of Technology. In exchange, he made escalating demands. One woman, who began visiting the Palm Beach mansion when she was sixteen, said that Epstein urged her to free herself from her family and become his "sex slave." He instructed her to have sex with a female assistant, whom he claimed he'd bought from her parents, in Yugoslavia, when she was in her early teens.

ADVERTISEMENT

In New York, according to the <u>Miami *Herald*</u>, Epstein worked with a modelling agency owned by a friend to procure underage girls from abroad, providing them with housing and paying their visa fees. He had parties where girls were lent out during the evening. Some girls lived in apartments that he owned in a building on East Sixty-sixth Street. Others moved between his properties: the house in Palm Beach, a ranch in New Mexico, the mansion on the Upper East Side, and his private island. The girls weren't allowed to smoke, and their weight was monitored carefully. They were always on call.

Epstein's most steadfast companion was Ghislaine Maxwell—a dark-haired, ebullient woman who was a lively presence in New York's socialite scene. She was the daughter of Robert Maxwell, who had built a publishing empire and a career in British politics; in 1991, he was found dead in the ocean near the

THE
NEW YORKER

☰

were allowed to be stained with financial improprieties.) Ghislaine Maxwell was nine years younger than Epstein, and girls in his inner circle said that she was intensely devoted to keeping him content. Maria Farmer, who worked the door at the New York mansion, recalled that Maxwell often greeted her in the morning by saying, "I have to get some girls today for Jeffrey." Farmer added, "She was literally driving around New York City, or walking in Central Park, looking for young girls to bring back." (Maxwell has denied any impropriety.)

One of the women who say that they were recruited by Maxwell was Virginia Roberts Giuffre. In a series of conversations with me during the past year, she described her experience. In 2000, Giuffre, then not quite seventeen, was outside Mar-a-Lago, Donald Trump's resort in Palm Beach, where she had recently got a job as a locker-room attendant. Maxwell, pulling out of the parking lot in a chauffeured car, spotted her and told the driver to stop. Giuffre was reading a book about anatomy and massage therapy. "This nice older lady came up to me," she recalled. "She had an awesome English accent, and she started conversing with me about what I was reading. She said, 'Wow, you're really interested in massage. That's so interesting! Because I actually know somebody who's looking for a travelling masseuse.' "

Giuffre became a regular presence at Epstein's Palm Beach mansion and often went with him to New York. She learned that she was to have sex with him several times a day, sometimes along with Maxwell and other girls. After several months, her duties increased. In a court document, she stated that she was "required to be sexually exploited by Defendant's adult male peers, including royalty, politicians, academicians, businessmen." She told me, "Ghislaine would say, 'We want you to please these men in whatever way they want, I don't care how gross or kinky it is.' " Epstein wanted her to report back about what the men liked. Giuffre told me that a video-recording system had been installed in the New York mansion, and she was convinced that Epstein was gathering information to use for leverage on the men. Doctors were on call to treat her and the other girls, and Giuffre remembered that Epstein would tell his friends that "we were clean, we're tested regularly, we're on birth control, no need to use a condom."

Many of the girls came from troubled backgrounds. "These are not kids that he picked up from an Ivy League school," Giuffre said. "He picked vulnerable victims." Giuffre told me that she was sexually abused by a family friend when she was very young. By the time she was thirteen, she was living on the streets, where she was abused by older men. Life with Epstein provided a kind of security; he paid her, got her an apartment, and took her to New Mexico, London, Paris, Tangiers, and his island. When she was dismayed by her life, she said, she "self-medicated" with Xanax. She was afraid of what Epstein would do if she left. "I wasn't chained to a sink—but they had an invisible chain for me. I know he had power," Giuffre said. "He was constantly telling me, 'I own the police department—I have friends that owe me favors.' "

The detectives pursuing Epstein in Palm Beach believed that they had a strong case; they had interviewed numerous underage victims who seemed credible. The police chief, Michael Reiter,

THE
NEW YORKER

he said, "Let's go get it," and it he hadn't come on the scene when Krischer came along." But once Dershowitz got involved, Reiter said, "the tone and tenor of the discussions of this case with Mr. Krischer changed completely."

VIDEO FROM THE NEW YORKER

**Instagram's Brave Decision, Explained**



Detective Joseph Recarey, the lead investigator, later testified about a meeting he had attended with Dershowitz and Krischer. Dershowitz presented a selection of posts from MySpace, in which the girls recounted experiences with alcohol or marijuana. Recarey recalled that Dershowitz set forth the posts as evidence that the girls were "not to be believed."

Reiter said in a deposition that he and Recarey were under constant surveillance for months. Their movements were tracked and their trash was searched. Reiter also testified that Dershowitz had contracted private investigators to look into his background. (Dershowitz and Epstein deny any involvement in this.)

THE
NEW YORKER

Dershowitz focussed especially on a young woman, identified in the police report as A.H., who had given some of the most damaging testimony against Epstein. A.H. told Recarey that she had started going to Epstein's house in 2003, when she was sixteen—she was saving up for a camping trip to Maine, and a friend said she could make two hundred dollars fast—and she had become his "favorite." At times, Epstein photographed her naked. (He often took nude pictures of girls and displayed them around the house.) He sent roses when she starred in her high-school play. She had set a rule with Epstein that they wouldn't have intercourse, but one day he pushed her down and forcibly penetrated her. She rebuffed him —"What are you doing?"—but she kept coming to see him. "You know what he promised me?" she told Recarey. "That I would get into N.Y.U., and he would pay for it. And I waited and I waited and I scored great on my SATs, and I got a 4.0. . . . I think that has a lot to do with the reason I stayed there so long. 'Cause my dream was like right in front of me, you know?"

Dershowitz sent Recarey a letter about A.H., containing what he described as a "troublesome and telling illustration of her character." He said that he had sent two investigators to speak with her, instructing them to take notes, "because we feared that she, an accomplished drama student, might try to mislead them as successfully as she had misled others." The investigators, he continued, were "quite shocked at the overwhelming, non-stop barrage of profanity . . . from what initially appeared only to be a young woman of slight build and soft demeanor." He also enclosed snippets from A.H.'s presence on social media. "She, herself, has chosen to go by the nickname of 'pimp juice' and the site goes on to detail, including photos, her apparent fascination with marijuana," Dershowitz wrote. (Dershowitz denies gathering information from social media, and says that the letter was composed by someone else in his office, although it bears his signature and is written in the first person.) He suggested that her claims about Epstein were motivated by a desire for money. He publicized the accusations in the *Daily Mail*, saying that A.H. "had a long record of lying, theft, and blaming others for her crimes."

ADVERTISEMENT

In June, 2006, a grand jury called by Reiter, the state's attorney, charged Epstein with one count of soliciting prostitution—with no mention of underage girls. There was no requirement that he register as a sex offender and no mandatory jail time. To Epstein, leniency seemed appropriate; he once likened his offense to that of "a person who steals a bagel."

But Reiter felt that the charges were insufficient. He requested a federal investigation, and the F.B.I., in a fourteen-month inquiry called Operation Leap Year, identified at least thirty-four victims of Epstein. Prosecutors prepared a fifty-three-page indictment, which could have resulted in a life sentence. Dershowitz argued that federal prosecution was unjustified. In July of 2007, he and another defense lawyer also wrote to prosecutors, "As we believe we persuaded you . . . Mr. Epstein never targeted minors." Epstein's lawyers reportedly said that he was being unfairly pursued because of his wealth.

During the next two months, Epstein's team negotiated for a better deal with the U.S. Attorney in Miami, Alexander Acosta, who went on to become the Secretary of Labor in the Trump Administration. They arrived at a "non-prosecution agreement," in which the federal government would throw out its indictment if Epstein pleaded guilty to two state felony charges for solicitation of prostitution, one involving a minor. The deal had two unusual facets. It contained a provision granting immunity to "any potential co-conspirators"; and it was made without informing Epstein's accusers, a violation of the Crime Victims' Rights Act. (Dershowitz said, "I was not directly involved in any decision not to inform the victims. That was not my responsibility.")

On June 30, 2008, Epstein pleaded guilty. He was given a brief sentence: eighteen months in a county jail, with access to a lenient work-release program. Six days a week, he was allowed to leave for an office nearby, where he received visitors—including, one deputy recently told the Associated Press, a number of young women. While Epstein was in jail, a friend asked what he was reading. "De Profundis," he replied, referring to the letter Oscar Wilde wrote from prison to his lover Lord Alfred Douglas.

After thirteen months, Epstein was released. At his mansion in New York, he had a mural painted of himself in jail, telling visitors that it was a reminder that he could always go back.

Dershowitz says that after Epstein got out of jail they no longer socialized. He sometimes still visited the mansion on East Seventy-first Street, but only to offer legal advice. Epstein resumed his meetings with academics at the Brattle Square office, and, although Lawrence Summers and Henry Rosovsky attended at least once, Dershowitz did not.

The victims, too, wanted to distance themselves from Epstein. Virginia Giuffre had left his orbit in 2002, soon after she turned nineteen. Maxwell and Epstein had agreed to send her to Thailand for a three-week course in massage, and arranged for her to bring back a young girl for Epstein. There, Giuffre met an Australian man, Robert Giuffre, who was on vacation. They fell in love, and were married ten days later.

≡ THE NEW YORKER

answered her cell phone and heard Maxwell's exuberant voice: "Hi, how's life?" Maxwell told her that Epstein was being investigated, and that if she refused to coöperate with police she'd be "taken care of." Giuffre told me that she declined the offer, but reassured Maxwell that she wouldn't speak to anyone; a few days later, Epstein and his lawyer called to hear her say it directly. She was frightened that they had been able to track her down. "I wanted to start a brand-new life with my husband," Giuffre said. "And when Ghislaine and Jeffrey called it was, like, Oh, my God, this isn't going to go away. That is when I started having to deal with the past."

In September, 2008, Giuffre got a letter from the U.S. Department of Justice, informing her that, as a victim of Epstein's, she was entitled to sue him for damages. Giuffre engaged a Miami lawyer named Katherine Ezell, and the following May she sued Epstein, as Jane Doe 102. Epstein eventually settled her suit, paying an undisclosed sum, but the story persisted.

In February, 2011, Giuffre heard from Sharon Churcher, a reporter for the *Mail on Sunday*, inquiring about her time with Epstein. Churcher asked if she had any way to substantiate her story. Giuffre had a picture of her posing with Prince Andrew, the Duke of York. "She literally was on the plane the next day," Giuffre told me. (The *Mail on Sunday* later paid her a hundred and forty thousand dollars for the use of the photo and twenty thousand for giving interviews.) Churcher was the first journalist she had ever met, and, Giuffre said, "I felt like we were buddies." As Churcher showed her pictures of prominent men in Epstein's circle, Giuffre identified some of those she'd had sex with.

The next month, the *Mail on Sunday* published a series of articles, focussed on Prince Andrew, which brought new attention to the case. Two F.B.I. agents contacted Giuffre, saying that they wanted to reopen the investigation, and they soon came to Australia to hear her recount her experience. The story also attracted the notice of lawyers working with other Epstein victims. That spring, Giuffre got a call from Bradley Edwards, an attorney in Florida. He explained that he was working with Paul Cassell, a University of Utah law professor and a former federal judge, on a suit that might overturn the non-prosecution agreement, allowing a new inquiry into Epstein's case. He asked if she would talk about her experience.

In December, 2014, Giuffre set up a foundation, Victims Refuse Silence, to help survivors of sexual abuse and trafficking. The same month, she filed a motion to join the suit. She claimed that Epstein had abused her, and had trafficked her to powerful friends. She named three: Jean-Luc Brunel, a modelling agent; Prince Andrew; and Alan Dershowitz. She asserted that she'd had sex with Dershowitz at least six times, in Epstein's various residences, on his island, in a car, and on his plane. When I asked why she had decided to name Dershowitz, she said, "Jeffrey got away with it, basically. And Dershowitz was one of the people who enabled that to happen." She went on, "Dershowitz thinks he's a tyrant and can get away with anything. And I wanted to say, I might be as meek as a mouse, but I'm going to hold you accountable."

lasted almost five years. Starting in January, 2015, he made a series of television appearances to dispute Giuffre's claims. Using some of the same language that he had employed to describe Epstein's victims a decade earlier, he called her a "serial liar," a "prostitute," and a "bad mother," who could not be believed "against somebody with an unscathed reputation like me." He insisted that Giuffre had "made the whole thing up out of whole cloth," in search of "a big payday." When a TV reporter in Miami questioned his characterization of Giuffre, a sex-abuse victim, as a "prostitute," Dershowitz replied, "She made her own decisions in life."

ADVERTISEMENT

At Harvard, thirty-eight of Dershowitz's fellow-professors signed a letter supporting his right to defend himself. Among themselves, they debated whether the allegations could be true, and whether he was employing the right strategy. "I know a little bit about his private life—not much," Charles Fried said. "I think he's very much a family man. I was inclined to believe him. But you know the old saying—you lie down with dogs, you get up with fleas. Epstein is a very hard client to represent without getting smudged in that way. It can be done—but that requires a little more distance and discipline, and also a willingness to eschew fun, than Dershowitz perhaps is willing to show."

Fried noted that, when Giuffre made her claims about Dershowitz, "he responded in typical Dershowitz fashion: Attack! Attack! Attack! He made her the defendant, and he attacked. And I think that probably had some effect." But other peers of his think that his insistence on winning the case in the court of public opinion has had disastrous results. "He created the issue by his attacks on Virginia Giuffre," a longtime colleague said. "It would have been better to let the allegation die of its own weight."

In media appearances, Dershowitz argued that Giuffre's lawyers, Edwards and Cassell, had conspired with her to fabricate testimony that would negate Epstein's non-prosecution agreement. "If they could find a lawyer who helped draft the agreement who also was a criminal having sex—wow, that could help them blow up the agreement," he told CNN. "So they sat down together, the three of them, these two sleazy, unprofessional, disbarrable lawyers . . . they said, 'Who would fit into this description?' . . . They and the woman got together and contrived and made this up." He declared, "The end result of this case should be she should go to jail, the lawyers should be disbarred, and everybody should understand that I am completely and totally innocent." The case had continued, he suggested, only because Edwards and Cassell were "prepared to lie, cheat, and steal." Noting that Giuffre had made her allegations in a statement, rather than in a sworn affidavit, he said that her lawyers had encouraged that choice, "because they know if they submit a sworn affidavit they would go to jail."