Case 1:19-cv-03377-LAP   Document 125-6   Filed 05/29/20   Page 1 of 67

#MeToo movement pulls back some and becomes a more reasonable, due process–oriented, valuable movement. This alerts us to the dangers of being too fanatical." The balance of presumption, she said, had tilted too far.

"It's like, all men are evil."

**RELATED**

➤ How a Predator Operated in Plain Sight

➤ Ghislaine Maxwell, The Socialite on Jeffrey Epstein's Arm

➤ How Jeffrey Epstein Lost $80 Million in a Hedge-Fund Bet Gone Bad

TAGS: JEFFREY EPSTEIN   ALAN DERSHOWITZ   CRIME   LAW   MORE

🖋 142 COMMENTS

# THE **Intelligencer** FEED

**1 MIN AGO  THE TOP LINE**

## Insane Slides from SoftBank's Presentation Explaining (?) How It Will Fix WeWork

*By* JOSH BARRO

Maybe Adam Neumann isn't the only charismatic founder-CEO who needs to be paid to go away.

---

**9:19 A.M.**

### Some possibly reassuring news for Democrats

 Maybe Trump is a swing state colossus, but new **@CookPolitical @KFF** poll shows his approval at 41% in MI, 42% in WI & just 39% in PA. His approval on health care is even weaker, but yellow light for Dems: 56% in PA, 58% MI, 59% WI oppose **#Medicare4All** that ends private insurance

—**@RonBrownstein**

 11/6/2019
### How Much Does One (Very Troubling) Poll Matter?
*By Gabriel Debenedetti and* BENJAMIN HART

---

**8:40 A.M.**

### One way in which Sanders's massive war chest will come in handy

Bernie Sanders's campaign plans to spend more than $30 million on TV advertising alone in the first four presidential nominating states and California, according to several people familiar with the strategy, a financial show of force that also suggests he needs to reach outside the traditional sphere of Democratic primary voters and caucusgoers for support.

Mr. Sanders, the senator from Vermont, has been on the air in Iowa since early October, when his campaign spent $1.3 million on television advertising, and has bought $1 million of TV time in New Hampshire beginning Thursday.

The campaign has so far largely flouted traditional politicking, wagering instead on robust on-the-ground organizing to bring new voters into the political process.

↗ **Sanders to Spend More Than $30 Million on Advertising in Early States**

—**The New York Times**

### MOST POPULAR

1. **Pretending Trump Wants to Stop Corruption Is the GOP's Most Insulting Lie Yet**
   *By* JONATHAN CHAIT

2. **New Poll Shows Democratic Candidates Have Been Living in a Fantasy World**
   *By* JONATHAN CHAIT

3. **It's Time to Relax About LAX-it**
   *By* JOSH BARRO

4. **Democrats Win in Kentucky and Virginia, and More Results From the 2019 Election**
   *By* MATT STIEB

5. **How a (Mostly) Fake Campus Controversy Illustrates the Media's Outrage Economy**
   *By* JESSE SINGAL

7:25 A.M.

**A not-so-surprising revelation from the forthcoming book by the anonymous Trump op-ed writer: Cabinet members thought Pence would go along with a move that would remove Trump and make him president**

According to the <u>exposé</u>, which is written by someone that The New York Times and the publisher of the book say is a current or former senior White House official, using the pen name "Anonymous," highly placed White House officials did a back-of-the-envelope tally of which Cabinet members would be prepared to sign a letter invoking Section 4 of the 25th Amendment to the Constitution, which says that if the president is deemed unfit to discharge the duties of his office, the vice president would assume the role.

That letter would need to be signed by a majority of the Cabinet, delivered to Pence for his signature and then submitted to Congress.

According to Anonymous, there was no doubt in the minds of these senior officials that Pence would support invoking the 25th Amendment if the majority of the Cabinet signed off on it.

↗ **Exclusive: Book Claims Senior Officials Believed Pence Would Support Use Of 25th Amendment**

—**HuffPost**

FILED: NEW YORK COUNTY CLERK 01/27/2020 06:10 PM
INDEX NO. 160874/2019

NYSCEF DOC. NO. 11/7/2019 Case 1:19-cv-03377-LAP Attorn@yc@emerstmi2Sand the J@ffrey05/29/20se Rage 4 of 67 RECEIVED NYSCEF: 01/27/2020

**7:21 A.M.**

## Bernie's new immigration plan would end ICE raids and give DACA recipients legal status

> Sen. <u>Bernie Sanders</u> on Thursday released his comprehensive immigration plan, calling for a complete restructuring of the system through legislative action and a series of executive orders.
>
> On day one of his administration, the candidate for the 2020 Democratic presidential nomination said, he would place a moratorium on deportations, end raids by Immigrations and Customs Enforcement, stop construction of the wall on the US-Mexico border, end family separations and shutter for-profit detention centers.
>
> Under his "A Welcoming and Safe America for All" plan, the Vermont independent indicated for the first time that he will reverse guidance from the Trump administration's Department of Justice and permit asylum claims from those fleeing domestic or gang violence. Sanders would also overturn Trump's so-called "public charge" rule and ensure that immigrants are not discriminated against based on income or disability, while extending temporary protected status until more permanent resolutions are in place, invalidating Trump's efforts to end those designations.
>
> In his proposal, Sanders expands on his support for extending legal status to the 1.8 million young people who are currently eligible for the Deferred Action for Childhood Arrivals program and pledging to provide relief to their parents, as then-President Barack Obama sought to do, by using executive authority to allow undocumented immigrants who have lived in the country for at least five years to be free from deportation.

**Bernie Sanders' immigration plan would put moratorium on deportations, end ICE raids**
—CNN

---

**7:00 A.M. CONSERVATISM**

## The GOP's Opposition to Impeachment Is (Terrifyingly) Principled

*By* ERIC LEVITZ

Many conservatives simply value the preservation of liberal democracy less than the maintenance of their movement's power.

---

**1:57 A.M. UKRAINE SCANDAL**

## Bill Barr Refused to Publicly State Trump Did Nothing Illegal in Ukraine: Report

*By* MATT STIEB

Frustrated by the behavior of Rudy Giuliani, AG William Barr reportedly refused to hold a press conference asserting Trump's innocence in Ukraine.

11/6/2019  IMPEACHMENT INQUIRY

## Lindsey Graham: Trump Too 'Incoherent' to Pull Off Quid Pro Quo

*By* MATT STIEB

After saying that the impeachment inquiry was "B.S." on Tuesday, Graham returned with a defense of Trump that's more insulting than effective.

11/6/2019  VISION 2020

## Biden Calls Warren Naïve, Naïvely Says GOP Will Have a Post-Trump 'Epiphany'

*By* MATT STIEB

Biden suggested Republicans would see the light on bipartisanship after Trump's exit, forgetting, perhaps, the majority of his time as veep.

11/6/2019  FAKE NEWS

## How a (Mostly) Fake Campus Controversy Illustrates the Media's Outrage Economy

*By* JESSE SINGAL

The now-famous bánh mì protests at Oberlin were mostly invented by the media. The interesting part is why.

11/6/2019  INTELLIGENCER CHATS

## How Much Does One (Very Troubling) Poll Matter?

*By* GABRIEL DEBENEDETTI AND BENJAMIN HART

Intelligencer staffers discuss a much-discussed survey that included some very scary results for Democrats.

11/6/2019  LABOR

## Virginia Democrats Should Get Right to Work — by Repealing 'Right to Work'

*By* ERIC LEVITZ

Virginia is one of the most anti-labor states in the union. Democrats finally have the power to change that.

11/6/2019

## That oughta silence the critics

> Reed Hastings on taking down @hasanminhaj show after letter from MBS/Saudi Arabia: "We're not in the truth to power business, we're in the entertainment business." #dealbook
>
> —@DylanByers

---

11/6/2019  BUYER'S MARKET

## It's Time to Relax About LAX-it

*By* JOSH BARRO

The new arrangement for Uber riders at the Los Angeles airport is a case study in why consumers just need to be flexible sometimes.

---

11/6/2019

### Surely Trump won't hold a grudge, right?



> Jeff Sessions is poised to announce his comeback Senate candidacy on Thursday, CNN has learned. He faces not only a GOP primary in Alabama, but also President Trump, who has never forgiven Sessions for recusing himself in the Russia probe. Is his fate in Trump's hands?
>
> —@jeffzeleny

---

11/6/2019

### All indications are that turnout in 2020 will be bonkers



> Current total on the Kentucky board of elections website is that 1.455 million people voted in yesterday's governor's race. In 2015, about 940,000 people voted. That's an increase of over 50%. What will 2020 look like?
>
> —@RonBrownstein

---

11/6/2019

### They really won't



> Joe Biden at a downtown DC fundraiser today: "With Donald Trump out of the way, you're going to see a number of my Republican colleagues have an epiphany. Mark my words. Mark my words."
>
> —@sahilkapur

---

11/6/2019  JUST ASKING QUESTIONS

## How Giving Trump the Finger Helped One Woman Win Her Election

*By* ADAM K. RAYMOND

Juli Briskman explains why she flipped off Trump in 2017 and how she turned her viral moment into a chance to make real change.

Case 1:19-cv-03377-LAP Document 125-6 Filed 05/29/20 Page 7 of 67
Attorney Work Product and this is not a document in the Jeffrey Epstein case

**11/6/2019**

## With this poll, Tulsi Gabbard qualifies for the debate in November, the tenth candidate to do so



IOWA
If the Democratic caucus were being held today …
[top responses]
Warren 20%
Buttigieg 19%
Sanders 17%
Biden 15%
Klobuchar 5%
Harris 4%
Gabbard 3%
Yang 3%
Steyer 3%
(Quinnipiac U. Poll, likely Democratic caucus-goers, 10/30 - 11/5/19)

—@pollreport

**11/6/2019**

## The New York Times continues not to fail, though ad revenue is down

Readers continue to shower The New York Times with money. Advertisers, not so much.

The publisher added 273,000 new online subscribers in the third quarter, for a total of four million digital readers, the company reported Wednesday. The number of total subscribers, including print and digital, hit 4.9 million, a high. Advertising was the weak spot, falling 6.7 percent over all, with digital ad revenue dropping 5.4 percent.

The decline in print advertising was not unusual, as readers continue to prefer getting their news on screens. The drop in digital ads, however, was more surprising for The Times, an established publisher with a growing base of online readers.
The stock was down as much as 9 percent in early trading Wednesday.

### New York Times Co. Advertising Drops as 'Turbulence' Hits Digital Market

—The New York Times

**11/6/2019 VISION 2020**

## Several 2020 Democrats Could See Boost From Lack of Day-Job Distractions

*By* ED KILGORE

An impeachment trial in early 2020 could really mess up campaign schedules for senators running for president. Biden and Buttigieg may benefit.

11/6/2019

### Mark your calendars

House Democrats will begin convening public impeachment hearings next week, they announced on Wednesday, initially calling three marquee witnesses to begin making a case for President Trump's impeachment in public.

The hearings will kick off on Wednesday, with testimony from William B. Taylor Jr., the top American envoy in Ukraine, and George P. Kent, a top State Department official, said Representative Adam B. Schiff, Democrat of California and the chairman of the Intelligence Committee. On Friday, Mr. Schiff's committee will hear from Marie L. Yovanovitch, the former American ambassador to Ukraine, he said.

"More to come," Mr. Schiff added on Twitter.

**The Trump Impeachment Inquiry: Latest Updates**

—New York Times

---

11/6/2019  **ELECTIONS OF 2019**

### Matt Bevin's Loss in Kentucky Was About Matt Bevin

*By* ADAM K. RAYMOND

Kentucky rejected its conservative governor, but Democrats excited about 2020 implications should note the GOP won every other statewide office.

---

11/6/2019  **CITYSCAPE**

### Two New Buildings Break Free of the Glass Straitjacket

*By* JUSTIN DAVIDSON

Façade materials that are able to show their age.

---

11/6/2019  **THE NATIONAL INTEREST**

### Pretending Trump Wants to Stop Corruption Is the GOP's Most Insulting Lie Yet

*By* JONATHAN CHAIT

Trump "honestly believes that there may have been corruption in Ukraine"?

---

11/6/2019

### America apparently dislikes everyone

The favorable ratings in the new Monmouth poll find that *no* Democrat is above water, but several are stronger than Trump.

Warren: 42/44
Biden: 43/50 (!)
Trump: 44/54
Sanders: 41/54
Buttigieg: 27/34
Harris: 27/46 (!)

—@daveweigel

11/6/2019  IMPEACHMENT

## Senate Republicans Want to Make Trump's Impeachment Trial About the Bidens

*By* ED KILGORE

Republicans may prefer a show trial of Joe Biden and his son Hunter to a brief impeachment trial of President Trump.

11/6/2019  POLITICS

## Democrats' Virginia Win Has 2020 Implications

*By* ED KILGORE

It looks like Democratic suburban gains in 2018 are continuing, and Republican efforts to shift attention from Trump to Dems' scandals didn't work.

11/6/2019

### Nothing to see here

October was the warmest such month on record globally, narrowly edging out October 2015 for the top spot, according to a __new analysis__ from the European Union's Copernicus Climate Change Service.

The finding, released Tuesday, is significant because it shows that 2019 is certain to be one of the warmest years on record, continuing a trend scientists attribute to increasing amounts of greenhouse gases in the atmosphere due to human activities.

According to Copernicus, global average surface temperatures were 1.24 degrees above average when compared to the 1981-2010 average, and 0.02 degrees above the 2015 record. The month was a solid 0.2 degrees above the third-warmest October, which occurred in 2017.

During October, the Western United States and parts of Canada stood out for being cooler than average. However, temperatures were "markedly above average" over much of the Arctic, where sea ice extent hit a record low for the month. Europe was warmer than average, as was the Eastern United States and Canada, the Middle East and much of North Africa and Russia.

### Earth sizzles through October as another month ranks as the warmest on record

11/7/2019                    Alan Dershowitz and the Jeffrey Epstein Case

—Washington Post

11/6/2019

**Good one, Mr. President**

 Stock Markets (all three) hit another ALL TIME & HISTORIC HIGH yesterday! You are sooo lucky to have me as your President (just kidding!). Spend your money well!

—**@realDonaldTrump**



READ MORE ON THE
**Intelligencer**
HOMEPAGE

---

SIGN IN TO COMMENT

---

**Intelligencer**

 

NEWSLETTERS        ABOUT US

HELP        CONTACT

MEDIA KIT        WE'RE HIRING

PRESS        PRIVACY

TERMS        AD CHOICES

INTELLIGENCER IS A VOX MEDIA NETWORK.

© 2019 VOX MEDIA, INC. ALL RIGHTS RESERVED.

# Exhibit L

JEFFREY EPSTEIN

# "IT'S GOING TO BE STAGGERING, THE AMOUNT OF NAMES": AS THE JEFFREY EPSTEIN CASE GROWS MORE GROTESQUE, MANHATTAN AND DC BRACE FOR IMPACT

The disgraced financier "collected people," said a source. Could some of them be implicated in his crimes? Meanwhile, Alan Dershowitz ("He's a bad person") and David Boies ("He's a liar") are already at war over the case.



BY GABRIEL SHERMAN
JULY 17, 2019

  

Get unlimited access to *Vanity Fair* + a free tote.  Subscribe ▸            ⌃

☰　　　　　　　　VANITY FAIR · H I V E　　　　　　　　Subscribe



BY JASON SZENES/EPA-EFE/SHUTTERSTOCK.

The **Jeffrey Epstein** case is an asteroid poised to strike the elite world in which he moved. No one can yet say precisely how large it is. But as the number of women who've accused the financier (at least, that's what he claimed to be) of sexual assault grows to grotesque levels—there are said to be more than 50 women who are potential victims—a wave of panic is rippling through Manhattan, DC, and Palm Beach, as Epstein's former friends and associates rush to distance themselves, while gossiping about who might be ensnared. **Donald Trump**'s labor secretary, **Alexander Acosta,** architect of the original 2007 non-prosecution agreement that let Epstein off with a wrist slap, has already been forced to resign.

The questions about Epstein are metastasizing much faster than they can be answered: Who knew what about Epstein's alleged abuse? How, and from whom, did Epstein get his supposed $500 million fortune? Why did Acosta grant Epstein an outrageously lenient non-prosecution agreement? (And what does it mean that Acosta was reportedly told Epstein "belonged to intelligence"?) But among the most pressing queries is which other famous people might be exposed for committing sex crimes. "There were other business associates of Mr. Epstein's who engaged in improper sexual misconduct at one or more of his homes. We do know that," said **Brad Edwards,** a lawyer for **Courtney Wild,** one of the Epstein accusers who gave emotional testimony at Epstein's bail hearing. "In due time the names are going to start coming out." (Attorneys for Epstein did not respond to a request for comment.)

Likely within days, the U.S. Court of Appeals for the Second Circuit will release almost 2,000 pages of documents that could reveal sexual abuse by "numerous prominent American politicians, powerful business executives, foreign presidents, a well-known prime minister, and other world leaders," according to the three-judge panel's ruling. The documents were filed during a civil defamation lawsuit brought by Epstein accuser **Virginia Roberts Giuffre,** a former Mar-a-Lago locker-room attendant, against Epstein's former girlfriend and alleged madam, **Ghislaine Maxwell.** "Nobody who was around Epstein a lot is going to have an easy time now. It's all going to come out," said Giuffre's lawyer **David Boies.** Another person involved with litigation against Epstein told me: "It's going to be staggering, the amount of names. It's going to be contagion numbers."

Epstein remained a fixture in elite circles even after he was a registered sex offender. A few years ago, for example, he was a guest

Case 1:19-cv-03377-LAP Document 125-6 Filed 05/29/20 Page 14 of 67

≡          VANITY FAIR + H I V E          Subscribe

following the dinner.")

**Get unlimited access to *Vanity Fair*+ a free tote.**

Join now ▸

In an email, Elon Musk responded: "I don't recall introducing Epstein to anyone, as I don't know the guy well enough to do so, Epstein is obviously a creep and Zuckerberg is not a friend of mine. Several years ago, I was at his house in Manhattan for about 30 minutes in the middle of the afternoon with **Talulah [Riley]**, as she was curious about meeting this strange person for a novel she was writing. We did not see anything inappropriate at all, apart from weird art. He tried repeatedly to get me to visit his island. I declined." A Musk spokesperson also emailed: "Elon never introduced Jeffrey Epstein to Mark Zuckerberg and does not know either person well enough to do so. They simply happened to be guests at a neuroscience dinner organized by Reid Hoffman."

ADVERTISEMENT

One source who's done business with Epstein told me that Epstein's 21,000-square-foot townhouse on East 71st Street welcomed a steady stream of the Davos crowd in the past decade. The source said **Bill Gates, Larry Summers,** and **Steve Bannon** visited the house, which has been called one of the largest private residences in Manhattan. "Jeffrey collected people. That's what he did," the source said. Gates and Summers did not respond to requests for comment.

Thus far, the name most publicly associated with Epstein's alleged crimes is famed lawyer **Alan Dershowitz**, who's been waging a public battle with David Boies for years. In April, Boies's client Giuffre sued Dershowitz for defamation after Dershowitz called her a liar (a strategy similar to that of seven of **Bill Cosby**'s accusers). In the days since the FBI arrested Epstein at Teterboro Airport a week and a half ago, Dershowitz has been going on television and dialing up friends and reporters to profess his innocence and label Giuffre and Boies liars. "I want everything to come out! I'm not afraid of anything because I did nothing wrong," Dershowitz told me on the afternoon of July 15.

He called me a minute after I had emailed him for comment. He said he'd been friends with Epstein since 1996, when they were introduced at a party on Martha's Vineyard by **Lynn Forester de Rothschild**. "She begged me to meet him. She told me, 'here's this smart academic.'" A few days later, Epstein invited Dershowitz to **Les Wexner**'s 59th birthday party at Wexner's mansion in New Albany, Ohio. "It's a tradition that Jeff invited the smartest person he met that year. He told them I was the smartest." They remained close for years. Dershowitz strenuously denied ever participating in Epstein's underage sex ring and said he'd only been in Epstein's presence with his wife. "I got one massage!" he told me. "It was from a 50-year-old Russian woman named Olga. And I kept my shorts on. I didn't even like it. I'm not a massage guy."

Dershowitz said he secretly (and legally) tape-recorded settlement conversations with Boies and that the phone calls capture Boies admitting that Giuffre's allegations aren't true. "Boies is a bad person," he told me.

"I never said that," Boies responded when I asked about Dershowitz's version of the phone calls. "What Alan does is he plays a second or two out of context; he never lets anybody listen to the whole thing." Boies also dismissed Dershowitz's claim that he never met Giuffre at Epstein's house. According to Boies, Epstein's former employees said in sworn depositions that they saw

**VANITY FAIR** H I V E

Subscribe

n Wall Street, Epstein is a subject of mystery—and fear. "I knew Jeff. He came across as very smart, very sophisticated," one hedge fund manager told me. "He always had a good read on people. But manipulative people are good at that." Another person who's been in meetings with Epstein told me: "He's very clever."

O How Epstein obtained his fortune is a matter of feverish speculation. His claim to a billionaire-only client list now seems laughable to the bankers I spoke with. One Wall Street source with direct knowledge of Epstein's business said one source of Epstein's income was providing "tax advice and estate planning" to rich clients, like Apollo Global Management founder **Leon Black**, presumably because Epstein had experience with offshore funds after basing his office in the Virgin Islands. In 2015 Black made a $10 million donation to Epstein's foundation. (Black declined to comment.)

ADVERTISEMENT

In the absence of much other information, the reigning theory on Wall Street currently is that Epstein's activities with women and girls were central to the building of his fortune, and his relations with some of his investors essentially amounted to blackmail.

Similarly, DC is on edge. "Epstein bragged about his contacts in Washington," Boies said. Reporters are likely to dig into why the Justice Department decided not to prosecute Epstein and kept the deal secret from his victims. One theory circulating among prominent Republicans is that Epstein was a Mossad agent. Another is that the **George W. Bush** White House directed Acosta not to prosecute Epstein to protect **Prince Andrew** on behalf of the British government, then the U.S.'s closest ally in the Iraq war. "The royal family did everything they could to try and discredit the Prince Andrew stuff," Boies told me. "When we tried to follow up with anything, we were stonewalled. We wanted to interview him, they were unwilling to do anything." (Prince Andrew could not be reached for comment).

Of course, the two Epstein friends that people are most curious about are Donald Trump and **Bill Clinton,** both of whom have denied anything untoward. During the 2016 presidential race, **Hillary Clinton**'s campaign consulted Bill's post–White House Secret Service logs because they were worried Trump would bring up Bill's close association with Epstein and wanted to get ahead of the story, a source told me.

For those in Epstein's orbit, the stakes of exposure are bound to get higher as more and more women come forward. Every day seems to bring new horrors about Epstein's alleged depravity. At a press conference on Tuesday, Courtney Wild's lawyer Brad Edwards said that after interviewing dozens of Epstein's accusers, it appeared Epstein spent almost all of his time abusing underage girls. "It was his full-time job," Edwards said. "We have not found anyone who has provided information about a legitimate business he was engaged [in]."

*This article has been updated to include a comment from Elon Musk, and to clarify Epstein's relationship to Leon Black.*



Case 1:19-cv-03377-LAP   Document 125-6   Filed 05/29/20   Page 17 of 67

# Exhibit M

 IMPACT **2020**

# Miami Herald

☰ 

FLORIDA

## Dershowitz v. Boies: Jeffrey Epstein case unleashes war between two legal Goliaths

**BY JULIE K. BROWN**

JULY 05, 2019 06:17 PM

🐦 f ✉ ↪



Journalist Julie K. Brown reports on Jeffrey Epstein charges of conspiracy and sex trafficking underage girls in New York. BY **EMILY MICHOT** ✉ | **DANIEL A. VARELA** ✉

It's a high-stakes war between two of the country's most powerful lawyers. Their feud, simmering for years, involves accusations of extortion, surreptitious recordings, unethical conduct and underage sex trafficking.

Harvard lawyer Alan Dershowitz has filed four bar complaints in three states — all of which have been dismissed — in a quest to disqualify lawyer David Boies and one of his partners who represent a woman accusing Dershowitz of sexually abusing her when she was underage, newly filed court records show.

The pugnacious Dershowitz, 80, and the equally zealous Boies, 78, have been sparring for decades. In recent years, both have suffered damage to their storied legacies, making this latest clash between the two legal titans one of the most important of their half-century careers.

We may use cookies, beacons (also known as pixels), and other similar technologies (together "cookies") to offer you a better experience, serve you more relevant ads, and analyze usage. By continuing to use this application, you consent to the use of cookies in accordance with our Privacy Policy.

**ACCEPT COOKIES**

Case 1:19-cv-03377-LAP   Document 125-6   Filed 05/29/20   Page 19 of 67



Lockdown lifted at two Pembroke Pines schools
following suspicious phone call, cops say

Dershowitz, professor emeritus at Harvard Law School and one of the nation's most iconic civil libertarians, has defended such notorious clients as Claus von Bulow, Mike Tyson and O.J. Simpson. But after four decades of legal accolades, he is now facing a sex scandal and is forced to clear his own name at a time when he's being confronted by a barrage of attacks on social media as one of the most fervent legal defenders of President Donald Trump.

## Local News at Your Fingertips

Get unlimited digital access for just $3.99 a month to #ReadLocal anytime, on any device.

GET OFFER

Boies has embraced high-profile liberal causes and made history with landmark court cases: He represented Al Gore in the Florida recount dispute in the 2000 election, which he lost; successfully defended press freedom in a lawsuit involving "60 Minutes"; and in 2013 secured a Supreme Court victory overturning a California ban on same-sex marriage.

But Boies' image has also been tarnished in recent years by his aggressive, and often ruthless, representation of controversial clients such as Hollywood film mogul and accused sex predator Harvey Weinstein and Elizabeth Holmes, founder of a blood-testing company that allegedly defrauded investors and clients.

Dershowitz's bar complaints — disclosed here for the first time — provide a window into the behind-the-scenes legal drama between two of the world's most brilliant lawyers. It also reveals

We may use cookies, beacons (also known as pixels), and other similar technologies (together "cookies") to offer you a better experience, serve you more relevant ads, and analyze usage. By continuing to use this application, you consent to the use of cookies in accordance with our Privacy Policy.

**ACCEPT COOKIES**

Case 1:19-cv-03377-LAP   Document 125-6   Filed 05/29/20   Page 20 of 67



David Boies' fame was cemented by his advocacy in many high-profile cases, including arguing Bush v. Gore in front of the United States Supreme Court on behalf of the Democrat. He has also represented Virginia Roberts Giuffre, a victim of Jeffrey Epstein, who accused both Prince Andrew and Alan Dershowitz of having sex with her at Epstein's direction. Andrew Harrer *BLOOMBERG*

Dershowitz's bar complaints against Boies are mentioned in a 36-page filing in federal court in New York Wednesday, as part of a federal civil defamation suit lodged in April against Dershowitz by Virginia Roberts Giuffre. Giuffre, now 35, has claimed that when she was a minor she was directed to have sex with Dershowitz by Epstein, whom Dershowitz staunchly defended.

Dershowitz has repeatedly denied that he had sex with Giuffre — or anyone other than his wife — and in June filed a motion to disqualify Boies and his firm, Boies Schiller Flexner, from representing Giuffre in her defamation case. The firm has been representing Giuffre pro bono since 2014.

On Wednesday, BSF partner Joshua Schiller, son of founding partner Jonathan Schiller, filed papers in federal court in the Southern District of New York opposing the motion to dismiss the firm. The filing includes affidavits by five lawyers who say that Dershowitz either lied or distorted communications he had with them or with Boies involving the Giuffre case.

The attorneys, most of them current or former BSF partners, submitted the statements in

We may use cookies, beacons (also known as pixels), and other similar technologies (together "cookies") to offer you a better experience, serve you more relevant ads, and analyze usage. By continuing to use this application, you consent to the use of cookies in accordance with our Privacy Policy.

**ACCEPT COOKIES**

Dershowitz, in a statement to the Miami Herald, asserts that the lawyers' affidavits are suspect since most of the attorneys are either members of Boies' firm or beholden to Boies.

"All the lawyers who have filed accusatory affidavits are Boies partners, former partners [who] depend on Boies referrals, or co-counsel with Boies who share contingency fees. None is in any way independent,'' Dershowitz said in an email Thursday.

Among the affidavits is one filed by Stanley Pottinger, a former U.S. assistant attorney general for civil rights who is now a principal in Edwards Pottinger, a firm in New York and Fort Lauderdale that specializes in sex abuse cases involving women and children.



A Miami Herald investigation into Palm Beach hedge fund manager Jeffrey Epstein's sexual pyramid scheme targeting underage girls — and why he's a free man today. BY **EMILY MICHOT** ✉ | **JULIE K. BROWN** ✉

Pottinger, who represented Giuffre in 2014, said it was he who enlisted Boies to assist in her case because he predicted that Giuffre would become a target of vicious attacks by powerful and wealthy men she had identified as having sex with her under Epstein's direction. She needed an aggressive lawyer, one that could stand up to the kind of pressure that they anticipated.

Among those Pottinger mentions whom Giuffre claimed to have had sex with were Dershowitz and Les Wexner, an Ohio billionaire who is owner of the Limited Brands and Victoria's Secret clothing stores, according to Pottinger's affidavit.

Two other lawyers, Bradley Edwards, a former state prosecutor in Broward County who is now Pottinger's partner, and Paul Cassell, a former federal judge in Utah, were also part of Giuffre's legal team. Cassell, now a law professor at the University of Utah, is considered a legal expert on and advocate for crime victims' rights.

Pottinger's affidavit was submitted to the New York bar in 2017 in response to a complaint Dershowitz had filed claiming that Boies and McCawley had a conflict of interest and had committed ethics violations in representing Giuffre.

We may use cookies, beacons (also known as pixels), and other similar technologies (together "cookies") to offer you a better experience, serve you more relevant ads, and analyze usage. By continuing to use this application, you consent to the use of cookies in accordance with our Privacy Policy.

ACCEPT COOKIES

Case 1:19-cv-03377-LAP   Document 125-6   Filed 05/29/20   Page 22 of 67



Stanley Pottinger, a former assistant attorney general in charge of the civil rights division, got David Boies involved in representing Virginia Roberts Giuffre.

That complaint mirrors his latest motion to dismiss the Boies firm from representing Giuffre in the current defamation case against Dershowitz in New York.

The dispute concerns an eight-day period in January 2015 after Dershowitz went on what he called "a media tour'' in an effort to clear his name and discredit Giuffre and her attorneys. At the time, Dershowitz did not know that Boies was among those representing Giuffre, court records show.



We may use cookies, beacons (also known as pixels), and other similar technologies (together "cookies") to offer you a better experience, serve you more relevant ads, and analyze usage. By continuing to use this application, you consent to the use of cookies in accordance with our Privacy Policy.

**ACCEPT COOKIES**

The girls who were abused by Jeffrey Epstein and the cops who championed their cause remain angry over what they regard as a gross injustice, while Epstein's employees and those who engineered his non-prosecution agreement have prospered. BY **MARTA OLIVER CRAVIOTTO** ✉ | **EMILY MICHOT** ✉ | **JULIE K. BROWN** ✉

## EPSTEIN CASE

In December 2014, Cassell and Edwards filed an affidavit by Giuffre as part of a federal Crime Victims' Rights complaint they had brought six years earlier against the Justice Department in the Epstein case.

In the lawsuit, two of Epstein's victims claimed that federal prosecutors in Florida had improperly brokered a non-prosecution agreement in 2008 with Epstein and his lawyers without informing them, as was required by law. The deal, negotiated by then-Miami U.S. Attorney Alexander Acosta, was signed and sealed in secret, and by the time Epstein's victims learned about the deal — months later — it was too late for them to object.

Epstein was allowed to plead guilty in state court to two prostitution charges and served 13 months in the Palm Beach County jail, where he was given liberal work release, including permission to use his own valet to pick him up at the jail every day and take him to his office in downtown Palm Beach.

Edwards and Cassell argued that the deal was illegal, and in February, a federal judge agreed, affirming that Acosta and other prosecutors violated the Crime Victims' Rights Act by misleading Epstein's victims into believing that prosecutors and the FBI were still investigating the case when they had quietly disposed of it.

Alan Dershowitz petition by Casey Frank on Scribd

We may use cookies, beacons (also known as pixels), and other similar technologies (together "cookies") to offer you a better experience, serve you more relevant ads, and analyze usage. By continuing to use this application, you consent to the use of cookies in accordance with our Privacy Policy.

**ACCEPT COOKIES**

1   of 34

Giuffre, who had fled Epstein to live in Australia when she was 19, was among three dozen girls who were listed by the FBI as victims in the case. In 2014, Cassell and Edwards wanted to add more victims to their lawsuit against the government and, that same year, Giuffre agreed to join the lawsuit.

Edwards and Cassell submitted a sworn affidavit in the case, signed by Giuffre, that detailed how she had been recruited into sex trafficking by Epstein and his then-partner, Ghislaine Maxwell. Giuffre met Maxwell in 2000 when Giuffre was a 16-year-old and working as a spa attendant at Mar-a-Lago, Trump's winter home and members-only resort in Palm Beach. (Giuffre's original affidavit claimed that she was 15, but her employment records subsequently showed that she was 16 when she worked at Mar-a-Lago.)

Giuffre's affidavit set off a media firestorm when she alleged that one of the people she had been trafficked to by Epstein was Dershowitz. This was a loaded document to add to the victims' case because Dershowitz had represented Epstein in his criminal investigation and helped negotiate the secret non-prosecution agreement.

The deal included a provision giving immunity to Epstein — and others who were involved in Epstein's underage sex operation. Many of those co-conspirators have never been identified, and it has given rise to speculation that, if Giuffre's allegation was true, Dershowitz could have been among those who may have been covered by the immunity provision.

We may use cookies, beacons (also known as pixels), and other similar technologies (together "cookies") to offer you a better experience, serve you more relevant ads, and analyze usage. By continuing to use this application, you consent to the use of cookies in accordance with our Privacy Policy.

ACCEPT COOKIES

FILED: NEW YORK COUNTY CLERK 01/27/2020 06:10 PM
NYSCEF DOC. NO. Case 1:19-cv-03377-LAP   Document 125-6   Filed 05/29/20   Page 25 of 67   INDEX NO. 160874/2019

RECEIVED NYSCEF: 01/27/2020

In January 2015, in a series of interviews on national TV, Dershowitz demanded that Edwards and Cassell be disbarred. He said, among other things, that the lawyers were prepared "to lie, cheat and steal," and had failed to properly investigate Giuffre's claims before making her affidavit public. He accused Giuffre of being "a serial liar," prostitute and unfit mother.

Edwards and Cassell promptly sued Dershowitz in Broward County for defamation.



Once a friend of presidents, the ultra-rich and the elite of Wall Street's bankers — plus a major benefactor to Harvard University — Jeffrey Epstein handled portfolios estimated to be worth over $15 billion. Then he became ensnared in a scandal involving the sexual abuse of underage girls. He is seen here, pre-scandal, at left, in conversation with Alan Dershowitz, one of America's best-known legal experts and a Harvard Law professor emeritus, at a Cambridge event. Dershowitz became a key member of Epstein's legal team. Rick Friedman *CORBIS VIA GETTY IMAGES*

On Jan. 22, 2015, Dershowitz appeared on the Today Show discussing the case. After the show, he was contacted by lawyer Carlos Sires, who was a partner in Boies' law firm and knew Dershowitz. Sires, in an affidavit, said he offered to help in any way he could, but did not know at the time that his firm was already representing Giuffre.

Sires said he told Dershowitz that he could not represent him until he cleared it with his bosses. For

We may use cookies, beacons (also known as pixels), and other similar technologies (together "cookies") to offer you a better experience, serve you more relevant ads, and analyze usage. By continuing to use this application, you consent to the use of cookies in accordance with our Privacy Policy.

**ACCEPT COOKIES**

Mr. Sires told Dershowitz that the firm would need to run a conflict check before any potential representation was considered, and that the firm's chairman, Mr. Boies, would need to decide whether to accept the representation and agree on a fee schedule," wrote Schiller in Wednesday's response.

Eight days later, Sires, after learning that Giuffre was a client of the firm, told Dershowitz he could not represent him for reasons that he could not disclose.

"Darn. I was hoping you could come on board. Thanks for considering it," Dershowitz replied in an email attached to Sires' affidavit.

### VICTORIA'S SECRET OWNER ACCUSED

Dershowitz contends that during that eight-day period, he sent Sires confidential information about his legal strategy and that the firm used that information to help Giuffre's case. This information would form the basis for Dershowitz to try to remove Boies and any other member of the firm from representing Giuffre.

Such a move would have been devastating for Giuffre, since it would be unlikely that another firm would take on her case pro bono, setting a terrible legal precedent for other sexual assault victims, Schiller argued.

<u>Boies law firm motion</u>by <u>Casey Frank</u> on Scribd

Case 1:19-cv-03377-LAP    Document 33    Filed 07/03/19    Page 1 of 33

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VIRGINIA L. GIUFFRE,

        Plaintiff,        Case No.: 19 Civ. 3377 (LAP)

v.

ALAN DERSHOWITZ,

        Defendant.    /

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
TO DISQUALIFY BOIES SCHILLER FLEXNER LLP**

1    of 33         

We may use cookies, beacons (also known as pixels), and other similar technologies (together "cookies") to offer you a better experience, serve you more relevant ads, and analyze usage. By continuing to use this application, you consent to the use of cookies in accordance with our Privacy Policy.


**ACCEPT COOKIES**

Moreover, Schiller and Sires claim that Dershowitz did not submit anything to the firm that was not already part of the court record. The firm nevertheless took steps to insulate Dershowitz's communications with Sires, a legal process that is common, especially among large law firms where potential conflicts can arise between lawyers who unintentionally bump up against clients on opposing sides of a case.

Months later, Dershowitz reached out to one of the firm's former partners, David S. Stone, to ask him to get him a meeting with Boies, records show. By then, however, McCawley — who was based in Fort Lauderdale — was the lead attorney handling Giuffre's case.

Boies said, in an affidavit, that he had not returned Dershowitz's phone calls because he felt that Dershowitz was trying to go around McCawley. But he reluctantly agreed to meet with Dershowitz as a favor to Stone.

On May 19, 2015, Boies and Stone met with Dershowitz. Stone and other lawyers said that Dershowitz was eager to settle the matter by getting Giuffre to sign a document stating she was mistaken in identifying Dershowitz.

Beyond that, the content and context of those conversations is disputed, with Dershowitz insisting that Boies said he believed that Giuffre was "wrong, all wrong'' — and with Boies and Stone saying nothing of the sort was said.

"Mr. Dershowitz has asserted that at a meeting on May 19 at which I was present, Mr. Boies stated '[Giuffre] was mistaken in naming me as someone with whom she had sex' and that if '[Boies] failed to persuade her of that fact, he would leave her representation to Edwards and Cassell and no longer represent her.' Mr. Boies did not say that on May 19 or at any other time I was present,'' Stone said.

The girls who were abused by Jeffrey Epstein and the cops who championed their cause remain angry over what they regard as a gross injustice, while Epstein's employees and those who engineered his non-prosecution agreement have prospered. BY **MARTA OLIVER CRAVIOTTO** ✉ | **EMILY MICHOT** ✉ | **JULIE K. BROWN** ✉

We may use cookies, beacons (also known as pixels), and other similar technologies (together "cookies") to offer you a better experience, serve you more relevant ads, and analyze usage. By continuing to use this application, you consent to the use of cookies in accordance with our Privacy Policy.

**ACCEPT COOKIES**

Boies and Dershowitz continued to have phone conversations — at least two of which Dershowitz acknowledges he recorded without Boies' permission. It is legal in some states to tape someone without their permission. Dershowitz says he didn't break the law.

"If this case comes to trial, a key witness will be David Boies, who told me in a recorded statement that his own client was 'wrong ... simply wrong' in accusing me because it would have been 'impossible' for me to have been in the places where she claims to have met me,'' Dershowitz said in a statement to the Herald.

"Boies can't be both a key witness, whose credibility is central to the case, and the key lawyer whose firm is litigating the case. He has no choice but to be a witness as a result of his exculpatory words.''

Boies said Dershowitz's recordings were doctored and taken out of context.

"In June and July 2015, I had two meetings with Mr. Dershowitz and Mr. Stone and several telephone calls with Mr. Dershowitz in which Mr. Dershowitz argued that he did not have and could not have had, sex with Ms. Giuffre. After extensive consideration of everything Mr. Dershowitz told and showed me, I ultimately concluded that his denials were not credible,'' Boies said in a 2017 affidavit.

"Edwards and Cassell settled their defamation claim with Dershowitz in 2015. A judge ordered them to drop Giuffre's affidavit from the victims' rights case, and Dershowitz proclaimed victory, even though Boies has said the case was settled in Edwards' and Cassell's favor. Giuffre stood by her claims, and nothing in the judge's statement or the settlement addressed the truth or falsity of her allegations against Dershowitz.

We may use cookies, beacons (also known as pixels), and other similar technologies (together "cookies") to offer you a better experience, serve you more relevant ads, and analyze usage. By continuing to use this application, you consent to the use of cookies in accordance with our Privacy Policy.

ACCEPT COOKIES

FILED: NEW YORK COUNTY CLERK 01/27/2020 06:10 PM
NYSCEF DOC. NO.

INDEX NO. 160874/2019
RECEIVED NYSCEF: 01/27/2020

Case 1:19-cv-03377-LAP   Document 125-6   Filed 05/29/20   Page 29 of 67



This widely published photo of Virginia Roberts Giuffre with Prince Andrew bolstered her claim that she was loaned out for sexual purposes to famous men by Jeffrey Epstein. Copy Photo *COURTESY OF VIRGINIA ROBERTS*

The lawsuits continued, with Giuffre suing Maxwell in 2015, also for defamation. As part of that case, another woman, Sarah Ransome, came forward, claiming that Epstein and Maxwell also directed her to have sex with Dershowitz against her will when she was 22 years and being trafficked by the couple.

Dershowitz by then was accusing Boies and McCawley of extortion, claiming that they were part of the team of lawyers that concocted a plot to extort money from Wexner — another claim that Boies denies.

Wexner, 81, a longtime client of Epstein's, has not responded to the Herald's requests for comment.

In court papers, Boies has denied there were ever any demands or discussions involving money with Wexner or his lawyers.

A Boies partner based in Miami, Stephen N. Zack, however, said that starting in January 2015 there was a series of conversations and meetings between BSF lawyers and Wexner's attorneys. Boies

We may use cookies, beacons (also known as pixels), and other similar technologies (together "cookies") to offer you a better experience, serve you more relevant ads, and analyze usage. By continuing to use this application, you consent to the use of cookies in accordance with our Privacy Policy.

**ACCEPT COOKIES**

Wexner's counsel. At no time in my conversations or in my presence did anyone make any threat or any demand for money or anything else of value from Mr. Wexner or his counsel.''

It is unclear what those discussions involved, but Giuffre has not filed any claims against Wexner.

Dershowitz has nevertheless continued to publicize his theory about Wexner. In court documents, he has cited another prominent man, Nathan Myhrvold, 55, the former chief of technology of Microsoft.

Dershowitz theorizes that Giuffre has mistaken Dershowitz for Myhrvold, because, he says, Myhrvold looks similar. (Myhrvold has red hair, a beard and glasses.)

The Herald has been unsuccessful in reaching Myhrvold for comment. Myhrvold was among those in Epstein's circle of prominent friends who often dined at Epstein's palatial Manhattan home, according to a 2011 Vanity Fair article.

While Dershowitz publicly urged Giuffre and Boies to sue him for defamation — saying that he would welcome the case as an opportunity to prove his innocence — he is now asking the judge to dismiss the complaint, saying the First Amendment gave him the right to defend himself.

For his part, Boies said that Dershowitz is risking his own credibility, not only in this case, but in the court of public opinion.

"It's very dangerous to take one position publicly and another position in court,'' Boies said. "Eventually, both the public and the court figure out that you're lying and you lose your credibility in both forums and that's what he has been doing — trying to take one position publicly and another in court — and they are now clashing.''

*This article has been updated to correct the last name of Elizabeth Holmes.*

**COMMENTS** ▾



We may use cookies, beacons (also known as pixels), and other similar technologies (together "cookies") to offer you a better experience, serve you more relevant ads, and analyze usage. By continuing to use this application, you consent to the use of cookies in accordance with our Privacy Policy.

**ACCEPT COOKIES**

Case 1:19-cv-03377-LAP   Document 125-6   Filed 05/29/20   Page 31 of 67

# Exhibit N

*Miami Herald* | *The*IMPACT2020



# Miami Herald

NATION & WORLD

## New Jeffrey Epstein accuser goes public; defamation lawsuit targets Dershowitz

**BY JULIE K. BROWN**

APRIL 16, 2019 04:23 PM





Palm Beach multimillionaire Jeffrey Epstein has been a free man, despite sexually abusing dozens of underage girls according to police and prosecutors. His victims have never had a voice, until now.

BY **EMILY MICHOT** ✉ | **JULIE K. BROWN** ✉

A new victim has gone public in the Jeffrey Epstein case, filing a sworn affidavit in federal court in New York Tuesday, saying that she was sexually assaulted and her then-15-year-old sister molested by Epstein and his companion, Ghislaine Maxwell, in 1996.

Maria Farmer, then 26, claims that she was employed by Epstein, a multimillionaire financier who lived in a vast mansion on New York's Upper East Side, and that she frequently saw "school-age girls'' wearing uniforms come into the mansion and go upstairs. She was told that the girls were auditioning for modeling work, according to her affidavit.

Then an art student in New York, Farmer said she reported her assault to New York police and the FBI in 1996. FBI documents released April 1 make a reference to Farmer having been interviewed in 2006 or 2007. However, Farmer, now 49, said the FBI did not take any action against Epstein and Maxwell.

**TOP ARTICLES**



Lockdown lifted at two Pembroke Pines schools following suspicious phone call, cops say



Maria Farmer

## Local News at Your Fingertips

Get unlimited digital access for just $3.99 a month to #ReadLocal anytime, on any device.

GET OFFER

"To my knowledge, I was the first person to report Maxwell and Epstein to the FBI. It took a significant amount of bravery for me to make that call because I knew how incredibly powerful and influential both Epstein and Maxwell were, particularly in the art community," she wrote.

Farmer's affidavit is one of 15 exhibits attached to a defamation complaint filed in federal court in the Southern District of New York by Virginia Roberts Giuffre, one of Epstein's victims, against Alan Dershowitz, one of Epstein's most vocal and powerful attorneys.

Giuffre claims in the lawsuit, as she has in past court filings, that Dershowitz, 80, knew about and participated in a sex-trafficking operation involving underage girls and run by Epstein and

Maxwell, and that she was forced to have sex with Dershowitz and other prominent, wealthy men when she was underage.

Dershowitz has railed against the allegations for years, maintaining that he has never met Giuffre. He also says he has documents and other evidence that prove she is lying.

Complaint by Anonymous QSQ42TAiBF on Scribd



Farmer's affidavit and other documents attached to the lawsuit are meant to bolster Giuffre's case that Dershowitz has maliciously spread false information on behalf of Epstein in order to intimidate and silence her and other victims, according to the lawsuit.

"No sensible person looks forward to litigation," Giuffre said in a statement. "And I know that standing up for myself and others will cause Mr. Dershowitz and Mr. Epstein to redouble their efforts to destroy me and my reputation. But I can no longer sit by and not respond. As my complaint shows, my abusers have sought to conceal their guilt behind a curtain of lies. My complaint calls for the accounting to which I, and their other victims, are entitled."



Ghislaine Maxwell was sued for slander after calling Virginia Roberts Giuffre, one of Jeffrey Epstein's accusers, a liar. Maxwell, a close associate of Epstein, sought to have documents from the court case remain sealed.

Dershowitz said he welcomed the opportunity to finally prove in court that Giuffre is lying.

"Virtually everything in the complaint is false, and I will be able to disprove all of this in a court of law. I have told the truth throughout and I'll be able to prove it. ... I never met her, I never heard of her," Dershowitz said.

In recent months, Dershowitz has waged a public relations war against Giuffre, her lawyers and the Miami Herald, which published a series of articles about Epstein in November. The series, "Perversion of Justice," focused on how the former U.S. attorney in Miami, now Labor Secretary Alexander Acosta, brokered a non-prosecution deal giving Epstein federal immunity, despite overwhelming evidence that he had sexually assaulted dozens of girls. The series mentioned Dershowitz, who represented Epstein during the negotiations, including Giuffre's sex abuse allegations against the Harvard lawyer.



Once a friend of presidents, the ultra-rich and the elite of Wall Street's bankers — plus a major benefactor to Harvard University — Jeffrey Epstein handled portfolios estimated to be worth over $15 billion. Then he became ensnared in a scandal involving the sexual abuse of underage girls. He is seen here, pre-scandal, at left, in conversation with Alan Dershowitz, one of America's best-known legal experts and a Harvard Law professor emeritus, at a Cambridge event. Dershowitz became a key member of Epstein's legal team. Rick Friedman *CORBIS VIA GETTY IMAGES*

Giuffre's lawsuit does not provide evidence of Giuffre having sex with Dershowitz, or provide dates when the abuse allegedly happened. But it does provide a chapter-and-verse history of Dershowitz's public statements and attempts to take each statement he's made and discredit them.

For example, Dershowitz has said that he has never seen any underage girls when he visited Epstein at the financier's various homes in Palm Beach, New Mexico and New York. But Farmer, who now lives in Kentucky, claims that one of her duties working for Epstein was to staff the front door to his New York estate and to keep track of visitors.

"On a number of occasions I witnessed Dershowitz at the NY mansion going upstairs at the same time there were young girls under the age of 18 who were present upstairs in the house," she said in the affidavit, asserting that Dershowitz was so comfortable he would walk into the mansion and go directly upstairs.

Dershowitz said that would have been impossible because he did not meet Epstein until August 1996 on Martha's Vineyard.

"I was never upstairs in Jeffrey Epstein's apartment, never ever," Dershowitz said. "This is typical of the complaints in this case by the [David] Boies firm, very sloppy. I would not have felt

comfortable going upstairs because I didn't know [Epstein] very well then.

Farmer did not say when she saw Dershowitz or if she saw him in the presence of any young girls. But the lawsuit points to at least one witness — former Palm Beach house manager Alfredo Rodriguez — who has alleged he did see Dershowitz in the presence of young girls and women at Epstein's waterfront mansion. Rodriguez was prosecuted by the FBI for obstructing justice when he tried to sell Epstein's "little black book" listing the hedge fund manager's <u>friends, business associates, celebrity guests</u> and a long list of female masseuses. Rodriguez died in prison.

Another woman, Sarah Ransome, also submitted an affidavit with the lawsuit with new details about sex she claims she had with Dershowitz.

Ransome says that she was introduced to Epstein when she was 22 years old and living in New York. She claims that she spent time at Epstein's mansion and was "lent out" by him to his friends for sex. Among those friends was Dershowitz, she said in the affidavit. She alleges she had a three-way sexual encounter with Dershowitz and Nadia Marcinkova, a young adult who also worked for Epstein.

"I recall specific, key details of his person and the sex acts and can describe them in the event it becomes necessary to do so," Ransome said in the affidavit.

Dershowitz has publicly denounced both Giuffre's and Ransome's accusations, saying he has been able to "disprove" them." It's not clear, however, whom he has provided proof to, except to Louis J. Freeh, a former FBI director who released a statement in 2016 saying that he had conducted an independent review of Dershowitz's information and concluded the Harvard law professor's evidence contradicted Giuffre's, and there was no evidence to support her allegations. Giuffre was never interviewed by the Freeh investigators, according to her lawyers.

Dershowitz allowed the Herald to review some of the documents that he says he has, but he has not released them for the Herald to substantiate the information that he gathered, including his personal calendars, which he claims prove he could not have been in the same locations as Giuffre when she was with Epstein, from 1999 to 2002. Following the online publication of this article, Dershowitz said he would provide those documents to the Herald, after redacting his clients' private information.



The girls who were abused by Jeffrey Epstein and the cops who championed their cause remain angry over what they regard as a gross injustice, while Epstein's employees and those who engineered his non-prosecution agreement have prospered. BY **MARTA OLIVER CRAVIOTTO** ✉ | **EMILY MICHOT** ✉ | **JULIE K. BROWN** ✉

In recent months, Dershowitz has stepped up allegations that Giuffre's accusations against him are part of an extortion plot to blackmail an Ohio billionaire. The billionaire is identified in the lawsuit as Les Wexner, the CEO of the Limited Brands, which includes Victoria's Secret, who was Epstein's top financial client.

Dershowitz alleges that Giuffre and David Boies, a prominent New York attorney known for representing Al Gore in the Supreme Court case that decided the presidency in 2000, falsely

accused him in order to get Wexner to pay hush money so that Wexner would not be similarly tarred by Giuffre.

But Giuffre has never publicly named Wexner as among those she was forced to have sex with. And in the lawsuit, she said that neither she nor her lawyers have ever demanded or received money from Wexner, 81. The lawsuit points out that Giuffre's allegations against Dershowitz predated the time she was represented by Boies and his firm.

Boies partners Joshua Schiller and Sigrid McCawley filed the lawsuit on behalf of Giuffre, who lives in Australia.

Efforts to reach Epstein, Wexner and Maxwell for comment were not immediately successful.

Wexner also figures into Farmer's story. In her affidavit, Farmer claims that during the time she was employed by Epstein, the financier arranged for her to work on an art project at Wexner's Ohio mansion in the summer of 1996. She stayed at Wexner's $47 million 30-room estate for a time, working on the project, while babysitting her two younger brothers, who were also staying with her at Wexner's mansion, she said.

One day, Epstein and Maxwell visited and escorted her into a bedroom and then proceeded to sexually assault her, she wrote. She said she fled the room and called the local sheriff's office, but did not get a response. When she tried to leave the property, she said Wexner's security staff refused to let her go.



Virginia Roberts was working at Mar-a-Lago when she was recruited to be a masseuse to Palm Beach hedge fund manager Jeffrey Epstein. She was lured into a life of depravity and sexual abuse.
BY EMILY MICHOT ✉ | JULIE K. BROWN ✉

"I was held against my will for 12 hours until I was ultimately allowed to leave with my father," she said in the affidavit.

During this same time period, she said Epstein took her and her younger sister, then 15, to a movie in New York, where he allegedly rubbed her younger sister in a sexual manner. He then flew the 15-year-old to his ranch in New Mexico, promising her mother that he would help with her education, Farmer said.

Instead, Epstein and Maxwell directed her sister to take off all her clothes and get on a massage table, where they touched her inappropriately, Farmer said. Epstein subsequently flew the sister to Thailand to study, and Farmer did not learn until later what happened to her at the ranch.

Afterward, she said Epstein and Maxwell called her multiple times, threatening her. "Maxwell and Epstein contacted my art clients and individuals in the art community in an effort to ruin my art career," she said, adding that they were successful in shutting down any art-related opportunities.

Journalist Vicky Ward interviewed Farmer, her sister and their mother in 2002 for Vanity Fair, but the interviews were stricken from the piece before publication. In a 2015 piece Ward wrote for the

FILED: NEW YORK COUNTY CLERK 01/27/2020 06:10 PM    INDEX NO. 160874/2019

NYSCEF DOC. NO. 24    Case 1:19-cv-03377... New Jersey Document 125-5... filed 05/10/20... Miami Herald... Page 39 of 67    RECEIVED NYSCEF: 01/27/2020

Daily Beast, the writer said that Epstein had pressured Vanity Fair's then-editor, Graydon Carter, not to publish the allegation. She said he also attacked Ward and tried to discredit the mother and her daughters, who were never named.

Farmer said she finally came forward with the court filing to support Giuffre in hopes that Epstein and Maxwell will be prosecuted.

"I have struggled throughout my entire life as a direct result of Epstein and Maxwell's actions against me and my hope is that they will be held accountable for their crimes. While I am still afraid, I am coming forward because I think it is so important to do so," she said.

The affidavit does not say what her sister was studying in Thailand, but Giuffre was also flown by Epstein to Thailand in 2002 to study massage therapy. It was then that Giuffre met her future husband and fled with him to Australia.



Sen. Ben Sasse questioned attorney general nominee William Barr about the Jeffrey Epstein case on January 15, 2019, getting the nominee to commit to having the Department of Justice look into the handling of that case if confirmed. BY C-SPAN

The lawsuit says that Giuffre first told others about sex with Dershowitz at the time it allegedly happened, and in 2009, although the suit doesn't identify the individuals she told. In 2011, Giuffre was represented by lawyers Bradley Edwards and Paul Cassell, who wrote Dershowitz to inform him that witnesses had placed him at various locations with Epstein while Epstein was with minors who were subsequently identified as victims of sexual assault, the suit says.

The lawyers were concerned in part because Dershowitz had been a prominent lawyer for Epstein who had assailed some of Epstein's victims in 2006 in an attempt to impugn their credibility. Also, they found it curious that Epstein's deal included a blanket immunity for co-conspirators of his operation who were not named.

The lawsuit claims that Dershowitz masterminded the deal in order to give himself immunity, an allegation that Dershowitz expressly denies.

Giuffre's sexual allegations against Dershowitz became public in 2014 as part of a court filing by Edwards and Cassell. Dershowitz publicly called for the disbarment of the two lawyers, leading them to file a defamation suit against Dershowitz which was subsequently settled, with Dershowitz paying the two lawyers a substantial amount of money, the suit says. Dershowitz falsely claimed that he was exonerated, when in fact, the settlement was reached in Edwards' and Cassell's favor, according to the new lawsuit.

Additionally, Dershowitz tried and failed to get Giuffre to issue a statement that she had been mistaken, the lawsuit asserts.

In December 2015, Dershowitz wrote an email to Boies, who began representing Giuffre in 2015. A copy of the email, attached to the lawsuit, shows that Dershowitz suggested that Giuffre submit a statement saying that she had possibly erred when she identified Dershowitz.

We should be aiming at a short simple statement such as: 'the events at issue occurred approximately 15 years ago when I was a teenager. Although I believed then and continued to believe that [Dershowitz] was the person with whom I had sex, recent developments raise the possibility that this may be a case of mistaken identification','' Dershowitz suggested in the email.

During that same time period, November and December 2015, Dershowitz also engaged in several conversations with Boies, as part of an attempt to settle the defamation claim brought by Cassell and Edwards. Dershowitz recorded some of those calls, and played excerpts for the Herald.

The recordings are difficult to decipher, with static that seems to blur the context of some of the conversations. But a transcript supplied by Dershowitz appears to show Boies conceding that Giuffre was mistaken in identifying Dershowitz. Boies says Dershowitz taped him without his permission and that he took his comments out of context.

"He conflated the conversations, and they are not in the order that they happened," Boies said, stating that he was merely assuring Dershowitz that, if they found evidence that Giuffre's recollections were mistaken, they would have come to an agreement to issue the statement he wanted.

Ultimately, Boies said, they found her to be truthful, and she passed a lie detector test.

"Dershowitz ... played and described excerpts from those tapes out of context to reporters to try to make it appear that Ms. Roberts' lawyer's hypothetical comments, and characterizations of Dershowitz's assertions, represented that lawyer's conclusions," the suit says.

To further rebut Dershowitz's recordings, a sworn affidavit is included from another attorney who said that he was present when Dershowitz misconstrued what Boies was saying. One of the suggestions that Dershowitz proffered was that Giuffre had confused the Harvard professor with another academic — Dershowitz names him — claiming that the professor looked like him. Giuffre, however, was shown a photo of that other professor and was adamant that she had not confused him with Dershowitz, the lawsuit says.

"Mr. Dershowitz expressed to me that he believed he was making progress in convincing Mr. Boies that [Giuffre] was mistaken in identifying Mr. Dershowitz with someone with whom she had sex. I told Mr. Dershowitz that I thought he was overly optimistic and reading things into what Mr. Boies was saying and hearing what he wanted to hear," wrote the lawyer, David S. Stone, a senior managing partner of Boies' firm who previously worked with Dershowitz on the Claus von Bulow attempted murder case, involving a socialite accused of giving his wife an overdose of insulin.

The suit also said Sarah Ransome had accused Epstein and Maxwell of trafficking her for sex to Dershowitz and others, and that Dershowitz also tried to discredit Ransome similarly to how he had Giuffre.

"After Dershowitz's claimed proof of evidence collapsed, and the evidence of his guilt grew, Roberts' lawyers told Dershowitz in writing that they 'had discovered evidence inconsistent with some of [your] representations,' noting that some of his travel records were incomplete, and therefore were not adequate to show he could not have been in the same place as Giuffre during the time she was working for Epstein, the lawsuit said.

Giuffre claims that Dershowitz is still working on behalf of Epstein, who is using Dershowitz to intimidate victims to deter them from coming forward, fearing a new federal investigation, the suit says.

In February, a federal judge ruled that the non-prosecution agreement Epstein received was illegally brokered by Acosta and other prosecutors in violation of the Crime Victims' Rights Act. As a result, the deal is being reviewed by the Justice Department, which has also opened a probe into Acosta's handling of the Epstein case.

Under a broader deal, Epstein pleaded guilty to two prostitution charges in state court and was sentenced to 18 months in the county jail. He served 13 months, but spent most of his sentence in work release, which allowed him to leave the Palm Beach jail for up to 12 hours a day, six days a week, to go to his office in West Palm Beach.

# Exhibit O

1/27/2020    Epstein Allegedly Directed Second Woman to Have Sex with Harvard Prof. Dershowitz, Court Documents State | News | The Harvard Cri...



The Harvard Crimson



**NEWS**
The New Gen Ed Lottery System,
Explained



**NEWS**
Armed Individuals
Harvard Square Ar:

ADVERTISEMENT

# Epstein Allegedly Directed Second Woman to Have Sex with Harvard Prof. Dershowitz, Court Documents State



Harvard Law School Professor emeritus Alan M. Dershowitz. By Katherine M Kulik

By Molly C. McCafferty and Aidan F. Ryan, Crimson Staff Writers
December 22, 2018

FILED: NEW YORK COUNTY CLERK 01/27/2020 06:10 PM
NYSCEF DOC. NO. Case 1:15-cv-07433-LAP Document 1256 Filed 03/29/20 Page 1 of 8

# The Harvard Crimson

Court documents filed in a recently settled lawsuit against billionaire, Harvard donor, and convicted sex offender Jeffrey E. Epstein allege Epstein directed a second woman to have sex with Harvard Law Professor Emeritus Alan M. Dershowitz.

The new charge against Dershowitz came to light during a Nov. 7 hearing in a lawsuit filed by Sarah Ransome against Epstein, his associate Ghislaine Maxwell, and several others, the Miami Herald reported Wednesday. Ransome alleges Epstein and Maxwell trafficked her for sex in 2006 and 2007.

Epstein — who holds strong ties to the University through multi-million dollar donations and close relationships with high-profile affiliates — was first charged with operating a sex ring of underage girls out of his Palm Beach, Fla. home in 2005. At the time, Dershowitz served on the seven-person legal team that struck a plea deal with prosecutors on Epstein's behalf, the Herald reported in a three-part feature last month.

During the Nov. 7 hearing, Maxwell's lawyer, Laura Menninger, mentioned Dershowitz's name as one of several "third party" persons Ransome alleges Epstein directed her to have sex with, the New York Daily News first reported. The transcript of that hearing, once publicly available, has since been sealed.

Nowhere in the case or the transcript does anyone allege Ransome had sex with Dershowitz, according to the Herald.

Dershowitz repeatedly denied the allegations in an interview with The Crimson Thursday.

Dershowitz said he has never met Ransome and he questioned her credibility. He said Ransome has previously contacted the New York Post with evidence that Hillary Clinton, Bill Clinton, and Donald Trump had engaged in sexual activity with minors, but that a reporter from the Post had told him Ransome was not credible.

Dershowitz said he believes he is a victim, which is why he is "speaking out" publicly about the accusation.

Case 1:15-cv-07433-LAP Document 1256 Filed 05/29/20

The Harvard Crimson

ADVERTISEMENT

Ransome's lawyer David Boies responded to Dershowitz's comments on his clients in an email to The Crimson Friday, writing that "it is reprehensible for him to continue to attack and demean young women who he knows were sex trafficking victims of his friend and client Jeffrey Epstein."

Boies declined to comment on the "specific facts that were revealed in discovery" in Ransome's case, citing "existing protective orders."

Dershowitz first faced allegations of having sexual relations with a minor in 2015, when Virginia Roberts — another woman who accused Epstein of trafficking her — stated in an affidavit in a Florida federal court that Epstein "forced" her to have sexual relations with Dershowitz "while she was a minor, not only in Florida but also on private planes, in New York, New Mexico, and the U.S. Virgin Islands."

Dershowitz has denied Roberts' allegations multiple times over several years and has stated that he has never met Roberts. The judge presiding over the case ultimately struck the allegations from the record without commenting on their veracity, stating that they were not relevant to the suit.

Dershowitz previously wrote in a letter to the Herald that he not only "denied" that he had sex with Roberts — as was reported in the Herald — but that he "disproved it" during an investigation run by former FBI chief Louis J. Freeh.

After the new allegation against Dershowitz became public earlier this week, Ransome's suit was confidentially settled Thursday, court documents state.



## The Harvard Crimson

"villain."

"This is the result of a threat by David Boies, against whom I filed ethics charges with the bar, that if I did not withdraw my ethics charges, he would come up with another woman," Dershowitz said.

Boies wrote that Dershowitz's accusations against him are "completely false."

"Mr. Dershowitz should be ashamed of himself," Boies wrote. "I am ashamed he is a member of my profession."

ADVERTISEMENT

"Harvard should be ashamed of his association with it," he added.

Harvard spokespeople Robb London and Melodie Jackson declined to comment for this story.

—Staff writer Molly C. McCafferty can be reached at molly.mccafferty@thecrimson.com. Follow her on Twitter at @mollmccaff.
—Staff writer Aidan F. Ryan can be reached at aidan.ryan@thecrimson.com. Follow him on Twitter @AidanRyanNH.

**Want to keep up with breaking news?** Subscribe to our email newsletter.

TAGS    HARVARD LAW SCHOOL    HARVARD IN THE WORLD    SEXUAL ASSAULT
        FRONT PHOTO FEATURE    FRONT MIDDLE FEATURE    FEATURED ARTICLES

FILED: NEW YORK COUNTY CLERK 01/27/2020 06:10 PM
INDEX NO. 160874/2019
NYSCEF DOC. NO.
RECEIVED NYSCEF: 01/27/2020



The Harvard Crimson

1. Justin Bieber's 'Yummy' Music Video is Three Minutes of Revulsion

2. 'Boys & Sex' Is Required Reading

3. Here's How the Harvard Admissions Process Really Works

4. Stop Criticizing My Concentration Choice

5. Who Can Be 'Racist'?

ADVERTISEMENT

FROM OUR ADVERTISERS



# The Harvard Crimson

SPONSORED



SPONSORED



SPONSORED



SPONSORED



SPONSORED

ADVERTISEMENT

FILED: NEW YORK COUNTY CLERK 01/27/2020 06:10 PM
INDEX NO. 160874/2019
NYSCEF DOC. NO.
RECEIVED NYSCEF: 01/27/2020



ADVERTISEMENT

Sponsored

Case 1:15-cv-07433-LAP Document 1256 Filed 05/29/20

## The Harvard Crimson

Sponsored

ADVERTISEMENT

# The Harvard Crimson

*The University Daily, Est. 1873*

SECTIONS

ABOUT

RESOURCES

Copyright © 2020 The Harvard Crimson, Inc.

# Exhibit P

Case 1:15-cv-07433-LAP Document 125-6 Filed 05/29/20 Page 51 of 67

1/7/2019                Second woman claims billionaire perv Jeffrey Epstein 'directed' her to have sex with Alan Dershowitz - New York Daily News



≡ SECTIONS        **DAILY●NEWS**     SUBSCRIBE
10 weeks for only 99¢        ⏻ LOG IN

**NYC man facing divorce decapitates wife, slits 5-year-old daughter's throat, hang...**



**Wife of Hamptons hedge funder called black personal chef 'chocolate-covered...**



**Woman who climbs Bronx Zoo li custody: sou**    ›

ADVERTISEMENT



How to have the best summer weekend in NYC!

SPONSORED BY LOEWS HOTELS

SEE MORE

**NEW YORK**

# Second woman claims billionaire perv Jeffrey Epstein 'directed' her to have sex with Alan Dershowitz

  By **STEPHEN REX BROWN**
DEC 18, 2018  |  6:00 AM

      

**TRIAL OFFER**  |  **NEWS WITH NY ATTITUDE**
10 weeks for 99¢                                 ✕

SAVE NOW



Alan Dershowitz (pictured) denies allegations of a second alleged trafficking victim of Jeffrey Epstein. (John Lamparski / Getty Images for Hulu)

A second alleged trafficking victim of Jeffrey Epstein says the billionaire pedophile "directed" her to have sex with Alan Dershowitz — a claim the prominent attorney adamantly denies.

The revelation regarding Sarah Ransome's allegations against the 80-year-old lawyer who represented the notorious sex offender is included in a public transcript available in Manhattan Federal Court.

inRead invented by Teads

TRIAL OFFER | NEWS WITH NY ATTITUDE
10 weeks for 99¢
SAVE NOW

ADVERTISEMENT

Ransome has sued Epstein and his alleged madam, Ghislaine Maxwell, saying they trafficked her for sex from 2006 to 2007, while she was in her 20s.

During a Nov. 7 hearing on Ransome's case, Maxwell's attorney Laura Menninger mentioned the explosive allegation against Dershowitz.

**PAID POST**                          What's This?



TRIAL OFFER | **NEWS WITH NY ATTITUDE**
10 weeks for 99¢

SAVE NOW

**United States Postal Service®- Buy Now**

A message from USPS®

Purchase of this stamp supports the Breast Cancer Research work of the
National Institutes of Health and the Medical Research Program of the
Department of Defense.

"(Ransome) has alleged not only that my client ran a sex trafficking organization but she claims also that she was directed by my client and the Epstein defendants to have sex with third parties, including Alan Dershowitz, for example," Menninger said.

[More New York] SEE IT: Woman fights off crook who tries to steal her iPhone in Brooklyn »

Ransome alleges in her suit that even as Epstein used an army of powerful attorneys — including Dershowitz — to fight a sex trafficking investigation in Florida, he continued "transporting young females" in New York.

Dershowitz furiously denied he'd ever met Ransome, who now lives in Barcelona, and said that "none of this happened." He slammed her as mentally unstable and said she'd bizarrely claimed to be in possession of a video of President Trump engaging in pedophilia and sex tapes of both Bill and Hillary Clinton.

Ransome is unwell and being manipulated by her high-powered attorney David Boies, Dershowitz said.

[More New York] NYC man facing divorce decapitates wife, slits 5-year-old daughter's throat, hangs self: cops »

TRIAL OFFER | **NEWS WITH NY ATTITUDE**
10 weeks for 99¢

SAVE NOW

Dershowitz, a noted Harvard Law professor, said Boies is furious about bar charges Dershowitz filed against him. Details of the charges were unavailable and neither side would go into detail. Dershowitz added that he eagerly awaited an opportunity to sue Ransome for defamation.

Advertisement



"Alan Dershowitz's absurd attacks on me are consistent with his pattern of attacking every lawyer who has represented women who have accused him of sexual abuse," Boies said.

[More New York] Good Samaritan wrestles gun away from robber who just shot NYC deli clerk »

"This is simply a pattern where he thinks if he is loud enough and crazy enough it will distract attention from what he's done."

TRIAL OFFER | **NEWS WITH NY ATTITUDE**
10 weeks for 99¢

SAVE NOW

lives in Australia.

Roberts alleged that Maxwell recruited her for Epstein in 1998, when she was 15 years old and working a summer job at Trump's Mar-a-Lago resort. Roberts sued Maxwell for defamation, claiming the media heiress smeared her by denying the disturbing sex scheme.

[More New York] Devilish behavior: Cops arrest homeless man for sucker-punching woman at Queens church »

They settled the case last year. Dershowitz is now seeking to have documents in the case, which he says would clear his name, unsealed.

The Epstein case has received new scrutiny following a Miami Herald investigation that revived questions about the legal slap on the wrist the billionaire received from then-Southern Florida U.S. Attorney Alex Acosta.

ADVERTISEMENT

In a new letter filed in Manhattan Federal Court, Dershowitz's attorney writes that the law professor has been the victim of "selective leaking" intended to smear his good name.

TRIAL OFFER | **NEWS WITH NY ATTITUDE**
10 weeks for 99¢

SAVE NOW

"Once again, Mr. Dershowitz – who has conscientiously and expeditiously pressed, through the judicial process, for disclosure of all documents in the case – has been the victim of one-sided and selective leaking of materials," attorney Andrew Celli wrote.

Dershowitz – who recently lamented he'd become persona non grata on Martha's Vineyard for his support of Trump – says that Roberts is the likely leaker.

She alleged in 2014 that Epstein "trafficked" her to Dershowitz and Prince Andrew for sex – a claim that has since been stricken from the record.

[More New York] Cops arrest sixth suspect in fatal Washington Heights shooting »

"The allegation is utterly false and defamatory: Mr. Dershowitz has never even *met* Ms. Roberts . . . records prove that Mr. Dershowitz *could not have* abused Ms. Roberts because he was not present in the places where she claims such abuse occurred," Celli wrote.

Prince Andrew also denied the allegation. Roberts settled her claims against Epstein in 2015.

The Herald's investigation highlighted the unusually cozy relationship between Epstein's legal team and Acosta, who gave the sex offender a generous plea deal. Epstein only served 13 months in a private wing of the Palm Beach County jail despite ample evidence he'd orchestrated an international sex trafficking operation, the Herald reported.

TRIAL OFFER | NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

Jeffrey Epstein (second from left) in custody in Florida in 2008 (Uma Sanghvi / AP)

Epstein, a hedge fund manager with a mansion on the Upper East Side and a private Caribbean island, was once friends with the likes of Bill Clinton, Kevin Spacey and Woody Allen, among other celebs and business titans.

"I've known Jeff for 15 years. Terrific

MOST READ

TRIAL OFFER | NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

year-old daughter's throat, hangs self: cops

**Wife of Hamptons hedge funder called black personal chef 'chocolate-covered marshmallow,' said she was more articulate than Alicia Keys: suit**

**Woman who climbed into Bronx Zoo lion den is in police custody: sources**

them are on the younger side," Trump said of Epstein in 2002.

The new scrutiny of the Epstein case prompted Dershowitz to tell Axios that the billionaire had once let him and his family stay at his Palm Beach home.

[More New York] Brooklyn D.A. releases list of cops with credibility problems »

"He lent us his house once. And I was there, my grandchildren were there, my daughter was there, and we all got massages," Dershowitz told the site.

"It was therapeutic. I had a therapeutic massage with an old old Russian. . . . Believe me, if I had known that anything improper had ever taken place in that house, I never would have allowed my children, my grandchildren, my wife, my daughter-in-law, my son, to have spent time there."



**Stephen Rex Brown**
New York Daily News



Stephen Rex Brown is a reporter covering New York City courts for the New York Daily News.

Taboola Feed

TRIAL OFFER | **NEWS WITH NY ATTITUDE**
10 weeks for 99¢

SAVE NOW

## The controversial Scene That Took 'Bewitched' Off Air

DirectExpose | Sponsored

## See What Full Mouth Dental Implants Should Cost in 2019

Dental Implants | Search Ads | Sponsored

## 30 Cool Gadgets We Bet You Haven't Seen Yet

yourtopdealstoday.com | Sponsored

## Porn star Jessica Jaymes is dead at 43

Jessica Jaymes, who starred in more than 140 films, was found dead in her home Tuesday.

**NY Daily News**

## If Stephen Hawking is right about Earth's end, keep an eye on the deer

**Chicago Tribune**

## Tom Selleck Is Still Married To His Partner At 77

livestly.com | Sponsored

## Can our quiz correctly guess where you grew up?

HowStuffWorks | Sponsored

## NYPD sergeant stripped of guns after his cop girlfriend uses Instagram to expose his affair with married subordinate: sources

NYPD brass were tipped off pictures had surfaced on Sgt. Kandou Worley's Instagram showing Worley kissing Officer Stephanie Gallardo, who is married to another cop, according to an internal NYPD report obtained by Th…

**NY Daily News**



## The Daily News Flash Newsletter - New York Daily News

Weekdays

Catch up on the day's top five stories every weekday afternoon delivered to your inbox

TRIAL OFFER | **NEWS WITH NY ATTITUDE**
10 weeks for 99¢

SAVE NOW

ADVERTISEMENT

SAVE NOW

RECOMMENDED

**Maryland school nurse admits to having oral sex with 3 students, say cops**

**Three people arrested as man loses pants, $10,000 after meeting woman for sex with girlfriend nearby**

**Alaska swimmer disqualified after suit rides up during race gets wins reinstated following backlash**

**Naked, bleeding man assaults baby in Atlantic City: police**

**Megan Rapinoe stunned Anderson Cooper when she said she only realized she was gay in college**

by Taboola

TRIAL OFFER | **NEWS WITH NY ATTITUDE**
10 weeks for 99¢

SAVE NOW

SAVE NOW


Get more complete car info. Shop Now

TRIAL OFFER | NEWS WITH NY ATTITUDE
10 weeks for 99¢

✖

SAVE NOW

Case 1:19-cv-03377-LAP   Document 125-6   Filed 05/29/20   Page 63 of 67

# Exhibit Q

FILED: NEW YORK COUNTY CLERK 01/27/2020 06:10 PM
NYSCEF DOC. NO. Case 1:19-cv-03377 prosecutors worked to cut sex abuser Jeffrey epstein 1/27/2020 a Miami Herald

INDEX NO. 160874/2019
RECEIVED NYSCEF: 01/27/2020



The series

≡        **Miami Herald**        👤▾



# Cops worked to put serial sex abuser in prison. Prosecutors worked to cut him a break

BY **JULIE K. BROWN**

NOV. 28, 2018



A decade before #MeToo, a multimillionaire sex offender from Florida got the ultimate break.

*Palm Beach, Florida*

*November 2004*

*Jane Doe*

**TOP ARTICLES**



## Lockdown lifted at two Pembroke Pines schools following suspicious phone call, cops say

Michelle Licata climbed a narrow, winding staircase, past walls covered with photographs of naked girls. At the top of the stairwell was a vast master bed and bath, with cream-colored shag carpeting and a hot pink and mint green sofa.

The room was dimly lit and very cold.

There was a vanity, a massage table and a timer.

FILED: NEW YORK COUNTY CLERK 01/27/2020 06:10 PM    INDEX NO. 160874/2019
NYSCEF DOC. NO. Case 1:19-cv-03377-LAP Document 125-6 Filed 05/29/20 Page 46 of 67    RECEIVED NYSCEF: 01/27/2020

The series

his back, legs and feet.



Jeffrey Epstein was accused of sexually abusing Michelle Licata and suspected of abusing scores of other middle school and high school-aged girls at his waterfront home in Palm Beach. Emily Michot *EMICHOT@MIAMIHERALD.COM*

After he hung up, the man turned over and dropped his towel, exposing himself. He told Licata to get comfortable and then, in a firm voice, told her to take off her clothes.

At 16, Licata had never before been fully naked in front of anyone. Shaking and panicked, she mechanically pulled off her jeans and stripped down to her underwear. He set the timer for 30 minutes and then reached over and unsnapped her bra. He then began touching her with one hand and masturbating himself with the other.

"I kept looking at the timer because I didn't want to have this mental image of what he was doing," she remembered of the massage. "He kept trying to put his fingers

FILED: NEW YORK COUNTY CLERK 01/27/2020 06:10 PM    INDEX NO. 160874/2019
NYSCEF DOC. NO.  Case 1:19-cv-03377-LAP  Document 125-6  Filed 05/29/20  Page 47 of 67    RECEIVED NYSCEF: 01/27/2020

The series

After he ejaculated, he stood up and walked to the shower, dismissing her as if she had been in history class.

It wasn't long before a lot of Licata's fellow students at Royal Palm Beach High School had heard about "a creepy old guy" named Jeffrey who lived in a pink waterfront mansion and was paying girls $200 to $300 to give him massages that quickly turned sexual.

Eventually, the Palm Beach police, and then the FBI, came knocking on Licata's door. In the police report, Licata was referred to as a Jane Doe in order to protect her identity as a minor.



As seen from the air, the Palm Beach home of registered sex offender Jeffrey Epstein. Pedro Portal
*PPORTAL@MIAMIHERALD.COM*

There would be many Jane Does to follow: Jane Doe No. 3, Jane Doe No. 4, Jane Does 5, 6, 7, 8 — and as the years went by — Jane Does 102 and 103.

Long before #MeToo became the catalyst for a women's movement about sexual assault — and a decade before the fall of Harvey Weinstein, Bill Cosby and U.S.