UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

           Plaintiff,

-against-

ALAN DERSHOWITZ,

           Defendant.

19 Civ. 3377 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant Alan Dershowitz's request for a pre-motion conference on a motion to compel Boies Schiller Flexner LLP ("BSF") to produce documents requested in a Rule 45 subpoena that was served on BSF on December 5, 2019. (See dkt. no. 125.) BSF shall respond to Mr. Dershowitz's request no later than June 5, 2020.

**SO ORDERED.**

Dated:    New York, New York
           June 1, 2020

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge