UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>               Plaintiff,<br><br>-against-<br><br>ALAN DERSHOWITZ,<br><br>               Defendant. | 19 Civ. 3377 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed the parties' letters regarding the scope of various subpoenas issued by Defendant to Plaintiff's current and prior counsel. (See dkt. nos. 125, 128, 129.) Defense counsel shall conclude negotiations with counsel for the law firms before asking the Court to intervene.

**SO ORDERED.**

Dated:    New York, New York
             June 8, 2020

                                    _____
                                    LORETTA A. PRESKA
                                    Senior United States District Judge