UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

        Plaintiff,

-against-

ALAN DERSHOWITZ,

        Defendant.

19 Civ. 3377 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed Plaintiff's letter regarding Defendant's amended counterclaims. (See dkt. no. 130.) Plaintiff's counsel shall inform the Court by letter no later than June 15, 2020, if Plaintiff wishes to 1) stand on her pending motion to dismiss, supplemented, if appropriate, by argument related to the newly-added material in the counterclaim, or 2) withdraw the present motion and file a new motion addressed to the amended counterclaim. Plaintiff's counsel shall inform Defendant's counsel and the Court of the course chosen, and, if appropriate, counsel shall confer and inform the Court of a proposed briefing schedule.

**SO ORDERED.**

Dated:    New York, New York
           June 8, 2020

                                      _/s/ Loretta A. Preska_
                                      LORETTA A. PRESKA
                                      Senior United States District Judge