UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>              Plaintiff,<br><br>-against-<br><br>ALAN DERSHOWITZ,<br><br>              Defendant. | 19 Civ. 3377 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiff shall inform the Court by letter no later than June 17, 2020, of her views regarding Defendant's letter dated June 12, 2020 [dkt. no. 133].

**SO ORDERED.**

Dated:    New York, New York
           June 15, 2020

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge