UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>              Plaintiff,<br><br>-against-<br><br>ALAN DERSHOWITZ,<br><br>              Defendant. | No. 19 Civ. 3377 (LAP) |
| VIRGINIA L. GIUFFRE,<br><br>              Plaintiff,<br><br>-against-<br><br>GHISLAINE MAXWELL,<br><br>              Defendant. | No. 15 Civ. 7433 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Counsel for the parties in the above-captioned actions[1] shall appear for a telephonic conference on June 23, 2020, at 2:00 p.m. EST.  The dial-in for that conference is (888) 363-4734, access code: 4645450.  The parties are directed to call in promptly at 2:00 p.m.

**SO ORDERED.**

Dated:   New York, New York
         June 19, 2020

---

[1] With respect to Giuffre v. Maxwell, No. 15 Civ. 7433, counsel for Intervenors Miami Herald Media Company and Julie Brown and counsel for non-party John Doe are welcome to dial in for the conference but are not required to do so.

1

_____
LORETTA A. PRESKA
Senior United States District Judge