UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

                    Plaintiff,

 -against-

 ALAN DERSHOWITZ,

                    Defendant.

19 Civ. 3377 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

     The Court has reviewed Defendant Alan Dershowitz's letter
dated July 3, 2020, seeking leave to file (1) an emergency motion
for a stay pending appeal of the Court's order dated July 1, 2020;
(2) a non-emergency motion to clarify the Court's July 1 order;
and (3) a non-emergency motion to disqualify counsel for Plaintiff
Virginia Giuffre, Cooper & Kirk [dkt. no. 146].

     The Court's July 1 order [dkt. no. 144] is hereby stayed
pending further order of the Court.  Ms. Giuffre shall respond to
Mr. Dershowitz's requests by letter no later than July 7, 2020.
Mr. Dershowitz shall reply to Ms. Giuffre no later than July 10,
2020.[1]

**SO ORDERED.**

Dated:   New York, New York
         July 3, 2020

---

[1] Chambers provided a copy of this order to counsel for the parties
on Friday, July 3, 2020.  The order was not docketed that day due
to the federal holiday.

_____

LORETTA A. PRESKA
Senior United States District Judge