```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>               Plaintiff,<br><br>-against-<br><br>ALAN DERSHOWITZ,<br><br>               Defendant. | 19 Civ. 3377 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed counsel's letters of July 2, July 7, and July 10, 2020 [dkt nos. 146, 148, 151]. In an effort to be "practical," to avoid making this issue into a lengthy and expensive sideshow, and to bring the matter to trial within the lifetimes of the parties and their lawyers (not to mention the Court), counsel shall confer orally with an eye toward reaching a reasonable accommodation concerning Mr. Dershowitz's requests for various filings and discovery materials from Giuffre v. Maxwell, No. 15 Civ. 7433. For example, subject to redactions of the names of non-parties and personal identifying information, counsel might consider, subject to the Court's approval, production of all materials naming Mr. Dershowitz.

    The parties are reminded that the central factual issue in the case is quite simple: did the parties have intimate contact or not. That Ms. Giuffre might or might not have spoken truthfully about her contact (or lack of contact) with individuals other than

1

Mr. Dershowitz might technically be relevant to her credibility, but it is fairly far afield from the main issue in this litigation. The parties shall keep this in mind in their conferrals.

Counsel shall report to the Court by letter no later than July 29, 2020, the status of their discussions.

**SO ORDERED.**

Dated:    New York, New York
         July 22, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge