UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

        Plaintiff,

-against-

ALAN DERSHOWITZ,

        Defendant.

19 Civ. 3377 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed letters submitted under seal by Defendant Alan Dershowitz, Plaintiff Virginia Giuffre, and nonparties Leslie Wexner and John Zeiger, concerning Mr. Dershowitz's request for a pre-motion conference on a motion to compel Mr. Wexner and Mr. Zeiger (1) to disclose certain materials requested in various Rule 45 subpoenas and (2) to provide deposition testimony.

    First, the Court sees no reason for that correspondence to remain under seal. The parties shall file their respective letters on the public docket as soon as is practicable.

    Second, both Mr. Dershowitz and Ms. Giuffre are seeking--or plan to seek--documents and testimony from Mr. Wexner and Mr. Zeiger. Accordingly, counsel for Mr. Dershowitz, Ms. Giuffre, and Mr. Wexner and Mr. Zeiger shall confer regarding Mr. Dershowitz's and Ms. Giuffre's requests and report to the Court by letter no later than August 13, 2020, the status of their discussions.

Third, counsel for Mr. Dershowitz, Ms. Giuffre, and Mr. Wexner and Mr. Zeiger shall appear for a telephonic conference on August 17, 2020, at 2:00 p.m. EST.  The Court will communicate separately to counsel information for joining the teleconference. Members of the media and the general public may join the teleconference using the following listen-only line: (888) 363-4734, access code: 4645450.

**SO ORDERED.**

Dated:    New York, New York
          August 10, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge