UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,                         :
              Plaintiff,       :
                              :
                              :
v.                                          :   19 Civ. 3377 (LAP)
                              :
ALAN DERSHOWITZ,                             :
              Defendant,       :
                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Marion H. Little, Jr. hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for non-parties John W. Zeiger and Leslie H. Wexner in the above-captioned action.

I am a member in good standing of the bar of the State of Ohio and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 13, 2020        Respectfully submitted,

                   /s/ Marion H. Little, Jr.
                   Marion H. Little, Jr. (Ohio Bar # 0042679)
                   Zeiger, Tigges & Little LLP
                   41 S. High St., Suite 3500
                   Columbus, OH 43215-6110
                   Phone (614) 365-9900
                   Fax (614) 365-7900
                   Email little@litohio.com
                   *Counsel for non-parties*
                   *John W. Zeiger and Leslie H. Wexner*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 13, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and that the foregoing was served upon all counsel of record using the CM/ECF system.

/s/ Marion H. Little, Jr.
Marion H. Little, Jr. (Ohio Bar # 0042679)

1053-001:869615

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
VIRGINIA L. GIUFFRE,

        Plaintiff,

v.                                                                          19 Civ. 3377 (LAP)

ALAN DERSHOWITZ,

        Defendant,
------------------------------------------------x

## AFFIDAVIT OF MARION H. LITTLE, JR.
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Marion H. Little Jr., in support of my Motion for Admission *pro hac vice* in the above-captioned matter, do hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me in any State or Federal court.

4. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Ohio.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  August 13, 2020

                                                Marion H. Little, Jr. (Ohio Bar # 0042679)
                                                Zeiger, Tigges & Little LLP
                                                41 S. High St., Suite 3500
                                                Columbus, OH 43215-6110
                                                Phone (614) 365-9900
                                                Fax (614) 365-7900
                                                Email little@litohio.com

                                                *Counsel for non-parties*
                                                *John W. Zeiger and Leslie H. Wexner*

Sworn to and subscribed in my presence this 13th day of August, 2020.

_Terri L. Thompson_
Notary Public

869614

[Notary Seal: TERRI L. THOMPSON - NOTARY PUBLIC, MY COMMISSION EXPIRES 08/24/24, STATE OF OHIO]

2

 THE SUPREME COURT *of* OHIO

CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Marion Homer Little Jr.
Attorney Registration No. 0042679

was admitted to the practice of law in Ohio on November 6, 1989; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 13th day of August, 2020.

GINA WHITE PALMER
*Director, Attorney Services Division*

*Shannon B. Scheid*
Shannon Scheid
*Administrative Assistant, Office of Attorney Services*

No. 2020-08-13-1
Verify by email at GoodStandingRequests@sc.ohio.gov