UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,                             :
               Plaintiff,          :
                                       :
                                       :
v.                                               :         19 Civ. 3377 (LAP)
                                       :
ALAN DERSHOWITZ,                                 :
             Defendant,          :
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Marion H. Little, Jr. for admission to practice *pro hac vice* in the above caption matter is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state of Ohio; and that his contact information is as follows:

Marion H. Little, Jr.
Zeiger, Tigges & Little LLP
41 S. High St., Suite 3500
Columbus, OH 43215-6110
Phone (614) 365-9900 / Fax (614) 365-7900

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for non-parties John W. Zeiger and Leslie H. Wexner in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                          Hon. Loretta A. Preska
                                                          United States District Judge