# Exhibit A

Page 782

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL
CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE 15-000072

BRADLEY J. EDWARDS and PAUL G. CASSELL,

        Plaintiffs,

vs.

ALAN M. DERSHOWITZ,

        Defendant.
_____/

VIDEOTAPE CONTINUED DEPOSITION OF

ALAN M. DERSHOWITZ

VOLUME 6
Pages 782 through 909

Wednesday, January 13, 2016
1:05 p.m. - 3:06 p.m.

Tripp Scott
110 Southeast 6th Street
Fort Lauderdale, Florida

Stenographically Reported By:
Kimberly Fontalvo, RPR, CLR
Realtime Systems Administrator

```
 1   APPEARANCES:

 2
     On behalf of Plaintiffs:
 3
          SEARCY, DENNEY, SCAROLA
 4        BARNHART & SHIPLEY, P.A.
          2139 Palm Beach Lakes Boulevard
 5        West Palm Beach, Florida 33402-3626
          BY:  JACK SCAROLA, ESQ.
 6        jsx@searcylaw.com

 7

 8   On behalf of Defendant:

 9        COLE, SCOTT & KISSANE, P.A.
          Dadeland Centre II - Suite 1400
10        9150 South Dadeland Boulevard
          Miami, Florida 33156
11        BY:  THOMAS EMERSON SCOTT, JR., ESQ.
          thomas.scott@csklegal.com
12        BY:  STEVEN SAFRA, ESQ.   (Via phone)
          steven.safra@csklegal.com
13   --and--

14        WILEY, REIN
          17769 K Street NW
15        Washington, DC  20006
          BY:  RICHARD A. SIMPSON, ESQ.
16        RSimpson@wileyrein.com

17

18

19

20

21

22

23

24

25
```

Electronically signed by Kimberly Fontalvo (301-253-438-8789)                    dec1e536-cee6-47de-8f77-daa8ee718739

```
                                                          Page 784
 1   APPEARANCES (Continued):

 2

 3   On behalf of Jeffrey Epstein:

 4        DARREN K. INDYKE, PLLC
          575 Lexington Ave., 4th Fl.
 5        New York, New York
          BY:  DARREN K. INDYKE, ESQ.   (Via phone)
 6

 7   On behalf of Virginia Roberts:

 8        BOIES, SCHILLER & FLEXNER, LLP
          401 E. Las Olas Blvd., Ste. 1200
 9        Fort Lauderdale, Florida  33301
          BY:  SIGRID STONE MCCAWLEY, ESQ.
10        smccawley@bsfllp.com

11

12   ALSO PRESENT:

13   Edward J. Pozzuoli, Special Master

14   Sean D. Reyes, Utah Attorney General Office

15   Marcy Martinez, Videographer

16

17

18

19

20

21

22

23

24

25
```

```
                                                      Page 785
 1                      I N D E X

 2
     Examination                                      Page
 3

 4             VOLUME 6 (Pages 782 - 909)

 5

 6   Certificate of Oath                               906
     Certificate of Reporter                           907
 7   Read and Sign Letter to Witness                   908
     Errata Sheet (forwarded upon execution)           909
 8

 9                   PLAINTIFF EXHIBITS

10

11   No.                                              Page

12    26  Business card of Jeffrey B. Levy,            792
          Esquire
13
      27  2002 Article on Child Pornography            810
14
      28  Miami Beach Police Case Report Detail        822
15
      29  Document reflecting entry for                877
16        Dershowitz, Alan

17    30  Santa Monica Police Report                   885

18

19

20

21

22

23

24

25
```

Page 891

1    not there are missing logs, have you --
2        A.   That's not been something I've focused on.
3    I was only looking at whether or not, within the
4    timeframe, who was with who on what flights, and I
5    saw that Virginia Roberts was on some flights with
6    other prominent academics, but never on a flight
7    with me.
8        Q.   Do you know who Virginia Roberts was lent
9    out to for sex by Jeffrey Epstein?
10           MR. INDYKE:  Objection based upon
11       attorney-client privilege, work product.
12       A.   No, I can tell you outside of the
13   privileged information.  I can tell you outside of
14   the privilege.  I can tell you outside of the
15   privilege that she has claimed to have had sex on
16   numerous occasions with Leslie Wexner, and was told
17   by -- by Sigrid McCawley that --
18           MS. McCAWLEY:  I'm going to object to the
19       line of questioning.
20           MR. SCOTT:  Time out.
21       A.   That is from a statement made to me --
22           MS. McCAWLEY:  No, I just want to be clear
23       because if we're going to violate the privilege
24       again, the order of seal.
25       A.   We are not.

Page 892

```
 1              MS. McCAWLEY:  I'm going to stop that
 2         right now because the only conversations I've
 3         had with you are in the context of settlement
 4         discussion in this case.
 5         A.    It was not a conversation with Sigrid
 6   McCawley.  And please let me answer the question.  I
 7   had a conversation --
 8     BY MR. EDWARDS:
 9         Q.    Just so we know what the question is, my
10   question is --
11         A.    The question is do I know whether she had
12   sex --
13         Q.    No, it's not.
14              MR. SCOTT:  Let's just ask the question.
15              SPECIAL MASTER POZZUOLI:  Hang on.  And,
16         court reporter, please reread the question so
17         we understand.
18              COURT REPORTER:  "Do you know who Virginia
19         Roberts was lent out to for sex by Jeffrey
20         Epstein?"
21         A.    And the answer --
22              MR. SIMPSON:  Darren had an objection for
23         you.
24         A.    Okay.  I understand the instruction, and I
25   can answer the question.
```

```
                                                       Page 893
 1     BY MR. EDWARDS:
 2         Q.   I just want the names of the individuals.
 3         A.   I can't just give you that.  I can tell
 4     you that --
 5         Q.   That's what I'm asking for.
 6              SPECIAL MASTER POZZUOLI:  Hang on one
 7         second.  The question is:  Do you know who
 8         Virginia Roberts was lent out to for sex by
 9         Jeffrey Epstein?
10              MR. EDWARDS:  Right.  The names of the
11         individuals is all I'm looking for.
12              SPECIAL MASTER POZZUOLI:  There's an
13         objection.  Okay.  Go ahead.
14         A.   I was told by John Zeiger, who was Leslie
15     Wexner's lawyer, that Sigrid McCawley claims that
16     her client, Virginia Roberts, alleges that she had
17     sex with Leslie Wexner on numerous occasions,
18     including one -- and she said this, according to
19     Mr. Zeiger, very aggressively --
20              MS. McCAWLEY:  This is revealing
21         confidential settlement discussions.
22         A.   Between who?
23              MS. McCAWLEY:  Between -- I'm not going to
24         reveal what confidential settlement discussions
25         because that breaches a privilege.
```