# Exhibit B

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Giuffre v. Dershowitz, Case No. 19-CV-3377-LAP

Audio Runtime:  28:57

Page 2

1  (Beginning of audio recording.)
2  MR. DERSHOWITZ: -- talk about your client's
3  alleged sexual hang-ups and how he liked his women
4  dressed in ways that certainly suggested that they
5  have, from her, at least, allegations of sexual
6  misconduct, right?
7  MR. ZEIGER: There's no question that their
8  allegation -- what I refer to as rendezvous -- and
9  Sigrid was in one call very graphic. Not specifically
10 graphic. I mean, you could have said the same thing
11 about anybody, any place any time. But I asked for
12 details (indiscernible).
13 MR. DERSHOWITZ: Yeah.
14 MR. ZEIGER: But I -- it's clear -- it's clear
15 that they're trying to get some kind of response from
16 us, and our response so far is, yeah, this is
17 nonsense, and (indiscernible) we're doing the same
18 thing you're doing, Alan, but we haven't heard from
19 anybody, yeah.
20 MR. DERSHOWITZ: But you say general and
21 specific, but my recollection is Sigrid (phonetic) did
22 say -- or you tell me that Sigrid did say something
23 about how he liked his girls dressed in -- I don't
24 know what, negligees or --
25 MR. ZEIGER: I think -- I think there was a

Page 3

1  general reference to the type of lingerie and -- and
2  things like that, but no specifics.
3  MR. DERSHOWITZ: Right. It sounds like, you
4  know, she knows he -- he owns Victoria's Secret, and
5  imagines that as a result of that, he must be into the
6  kind of lingerie that's sold in the company. But I
7  mean, she has a good imagination.
8  MR. ZEIGER: She's making -- yes, that's very
9  interesting because your -- your indication that Boies
10 -- I guess what you say -- tried to convince her that
11 her claims are unsustainable?
12 MR. DERSHOWITZ: Yeah, that's the word, yeah.
13 MR. ZEIGER: Yeah. There seems to be a continual
14 pattern of David saying, you know, I know she believes
15 it, but maybe she's confused, maybe she's got the
16 wrong person, all that kind of stuff. But you're
17 hearing the same thing we're hearing.
18 MR. DERSHOWITZ: Right.
19 MR. ZEIGER: How does a lawyer then proceed with
20 a lawsuit in that context?
21 MR. DERSHOWITZ: I don't think he can. I don't
22 think he can be in the room when she testifies under
23 deposition. And I'm giving him only another couple of
24 weeks on this thing. Remember now we've stayed any
25 request for her to be deposed pending this

Page 4

1  "investigation". But if I don't hear soon, we're
2  going to go to court and, you know, demand a quick
3  deposition of her and, you know, obviously question
4  her about the details of what she alleges against me.
5  We're in a very different situation here. Every
6  -- every bad thing that could be said about me has
7  been said publicly. It's all false. And so I don't
8  care what she says, you know. Let her go on and on
9  and on. And the more she says, the more she's lying.
10 And you know, we'll catch her and we'll trap her, and
11 you know, the next step will be to go to the
12 prosecutor and seek a perjury indictment. And you
13 know, we're -- we're going to do that if it doesn't
14 resolve itself, so.
15 MR. ZEIGER: Well, like I said, (indiscernible)
16 and I do think it's an unfair and unfortunate
17 situation for you and also for my client.
18 MR. DERSHOWITZ: Yeah.
19 MR. ZEIGER: But it does sound to me like you're
20 making progress.
21 MR. DERSHOWITZ: Well, I don't know. I mean, I
22 don't know. I mean, what I hear about, you know,
23 David Boies from all kinds of people who have had
24 dealings with him over the years is he's very careful.
25 You know, my wife and some of my lawyers are furious

Page 5

1  with me for having even given him my information about
2  where I was in Florida, when, assuming that that will
3  somehow end up in her mind, and -- and she'll be able
4  to say, oh yeah, it was that day. It was the day you
5  came down to argue Bush v. Gore in the Florida Federal
6  District Court that you took a detour and came up to
7  Palm Beach and had sex with me. She can -- she can
8  say that, and we talked about Bush v. Gore. Wow, and
9  I was so impressed that you were going to defend the
10 Vice President of the United States. Can you imagine
11 a whole story being woven around that, especially
12 since she already said she saw Gore on the island.
13 Gore doesn't even know Epstein. And that she saw
14 Clinton on the island. Do you have any information
15 about Clinton being on the island at all? Do you know
16 anything about that?
17 MR. ZEIGER: I don't know anything about either
18 of those two gentleman, other than what's been
19 (indiscernible) about in the media about Bill Clinton.
20 MR. DERSHOWITZ: Yeah. Well, I've spoken to Bill
21 Clinton's lawyer, and I've spoken to his first in
22 command, the guy who traveled with him, and they're
23 positive he was never on the island. Certainly,
24 they're not aware he was ever on the island. And
25 Gore, I've spoken to his -- one of his people who has

Page 6

1  spoken to his scheduling secretary, who said that
2  Gore's never met Epstein.  They're not in each other's
3  -- I know -- I know Gore's not in Epstein's Rolodex,
4  and Epstein's not in Gore's Rolodex.  They never met
5  each other, and certainly Gore's never been on that
6  island.  Remember, the time on the island is only --
7  less than a year, period.  Because it has to be after
8  they left office, January 20th of 2001, and she says
9  before she turned 18, which is August 8th that same
10 year.  So it's only about a six or seven-month period
11 that either of them could have been on the island, and
12 you know, we're pretty -- pretty definitively certain
13 that neither of them ever set foot on that island.
14 We're absolutely certain about Gore.  And relatively
15 certain about Clinton.  Of course, Jeffrey Epstein
16 swears up and down that Clinton was never on the
17 island.
18      MR. ZEIGER:  Yeah, it's pretty remarkable what
19 she's been able to stir up.
20      MR. DERSHOWITZ:  Oh, it's amazing how one person
21 telling lies -- I mean, she's taken six months of my
22 life away from me because everything has --
23      MR. ZEIGER:  Yeah.
24      MR. DERSHOWITZ:  -- been depositions,
25 discoveries, going back to 1998 and getting all of my

Page 7

1  documentation, findings old passports, you know,
2  interviewing people.  I mean, it's been as if I'm in
3  charge of a major case involving Google v. Facebook.
4  That's how involved I've had to become in this thing.
5  It's taken over 200 hours of my work.  The legal fees
6  are about $760,000.  I mean, you know, for --
7  obviously for Leslie, that's -- that's small change
8  for me.  That's my yearly income.  So it's -- it's --
9  it's been pretty -- pretty draining on me.  But I'm
10 not going to give up until these lawyers are
11 disciplined and until, you know, she's investigated
12 for perjury.  I'm not satisfied.  You know, you can be
13 satisfied, and you should be, with just the name not
14 coming out.  You're satisfied with withdrawal, with
15 the status quo remaining.  I'm not.  I mean, I need to
16 make sure that the world knows not only that this was
17 irrelevant and impertinent as the judge found but
18 perjurious and false.
19      MR. ZEIGER:  If you can get her to acknowledge
20 that it was a mistake.  That would be pretty big.
21      MR. DERSHOWITZ:  I think it's unlikely.  My own
22 view is that what's going to happen is he's going to
23 go to see her.  She's going to insist that it's true.
24 He's going to say it's unsustainable, and therefore, I
25 have to get out of the case, and he'll get out of the

Page 8

1  case.
2       MR. ZEIGER:  At which point, she goes back to
3  Edwards?
4       MR. DERSHOWITZ:  Yeah.  And Cassell, who are
5  complete thugs.
6       MR. ZEIGER:  Yeah, it's -- it's interesting to me
7  that if she acknowledges that she was wrong about you
8  after all this, how could he possibly bring a claim
9  against anybody else?
10      MR. DERSHOWITZ:  Of course.  Oh, of course.  And
11 that's clear.  I mean, I've been the stalking horse
12 for this thing on both sides.  I mean, the reason they
13 used me, the reason Cassell and Edwards used me --
14 Boies claims he didn't know I was going to be
15 mentioned, but there was some stuff in the discovery
16 that suggests possibly to the contrary.  But they
17 claim they -- they mentioned me because I helped
18 negotiate the deal.  But it's obvious that the reason
19 they mentioned me is they want to go to people like
20 your client and say essentially do you want to be
21 Dershowitz'ed.  If you don't want to be Dershowitz'ed,
22 there are ways around this.  But if you don't
23 cooperate, we'll do to you what we did to Dershowitz.
24 I think it's backfired.  I think that having named me
25 hurt their credibility, and I think David Boies

Page 9

1  acknowledges that.  He says it was a dumb thing and a
2  wrong thing for my name to be mentioned.
3       MR. ZEIGER:  What I don't understand is if
4  they're going to mention your name why not
5  (indiscernible) --
6       MR. DERSHOWITZ:  Yep.
7       MR. ZEIGER:  -- sue you for damages, and I
8  understand you would welcome that.  But it just seems
9  strange to me that -- that one would go this way,
10 unless your theory is correct.
11      MR. DERSHOWITZ:  Yeah.  You know, I'm sure my
12 theory is correct.  And I was the stalking horse.  I
13 was the guy who was going to be held out there, if you
14 don't want to happen to you what happened to him, you
15 have to -- you have to come forward.  And -- and the
16 more innocent I am, the stronger their claim is
17 because, look, if we can do this to Dershowitz, he's
18 fighting back and innocent, imagine what we can do to
19 your client who's a -- you know, head of a public
20 corporation.  So you know, it makes sense from an
21 extortionist's point of view.  Look, I firmly believe
22 this all started as an extortion plot.  I have on tape
23 -- I told you, I'm still not permitted to disclose it,
24 but I do have on tape her best friend saying this was
25 all aimed at the rich man from Columbus.

```
                                             Page 10                                              Page 11
 1     MR. ZEIGER:  Could I at least ask that you take      1  at this point, but the time will come.
 2  good care of that tape?                                 2     MR. ZEIGER:  Are you familiar (indiscernible)
 3     MR. DERSHOWITZ:  Believe me.  Believe me, I have     3  talking about (indiscernible) are there any other
 4  taken very good care of it.  And I could probably get   4  people out there being shaken down?
 5  her to say it again.  I haven't talked to her now for   5     MR. DERSHOWITZ:  Jeffrey tells me about one other
 6  a long time.  But I may call her one of these days      6  person.  I called --
 7  just over the weekend, maybe, and just touch base with  7     MR. ZEIGER:  (Indiscernible).
 8  her and tell her how everything she said is -- turned   8     MR. DERSHOWITZ:  Yeah.  I called that person, and
 9  out to be correct.  And you know, she volunteered       9  he said no.  So I don't know.  I know that the
10  that.  First I knew about your client was from her.    10  Guardian, I think it was, called Ehud Barak, and Barak
11  And that's when I called you because she said that it  11  said that he would sue them if they published it.
12  was this guy and they wanted to have him give --       12  They didn't publish his name.  And Barak is very close
13  either half his wealth or a billion dollars to the     13  to Jeffrey Epstein.
14  charity, which they were going to divide three ways -- 14     MR. ZEIGER:  Is that right?
15  the lawyer, the charity, and her.                      15     MR. DERSHOWITZ:  Yeah.
16     MR. ZEIGER:  I understand the sensitivity of your   16     MR. ZEIGER:  Well, (indiscernible) it's awfully
17  situation and respect everything you've done vis-a-vis 17  strange (indiscernible) that of all the people around,
18  us.  If there's a way that I can help you get to a     18  our client would have been the one -- the only one to
19  point that we can at least listen to that tape --      19  be directly approached.
20     MR. DERSHOWITZ:  Sure.  Okay.  I -- I -- you're     20     MR. DERSHOWITZ:  Well, he has the most money.  I
21  first on my list, believe me.                          21  mean, he's the pot at the end of the rainbow,
22     MR. ZEIGER:  Thank you.                             22  obviously.  A lot of advantages in being rich and
23     MR. DERSHOWITZ:  Epstein wants to listen to it,     23  maybe some disadvantages.
24  too, and my -- my -- my -- you know, my lawyers are    24     MR. ZEIGER:  Yeah.
25  telling me that I shouldn't expose it beyond privilege 25     MR. DERSHOWITZ:  I think that's the only reason I

                                             Page 12                                              Page 13
 1  can think of, and that was the only name that the       1  thought he was a pretty smart guy.
 2  woman in Florida mentioned.  No name.  She didn't know  2     MR. DERSHOWITZ:  He's actually a very stupid guy.
 3  the name.  But the only person she described.  The     3  Everybody I know who knows him says he has no common
 4  others were all described in very generic terms --     4  sense.  He's actually quite dumb.  He's academically -
 5  academics, politicians, businesspeople.  But in -- in  5  - you know, he works hard, and he has these academic
 6  the case of the Columbus man, it was a man from         6  things that have been successful.  But nobody I know
 7  Columbus who owns a Limited and Victoria's Secret.      7  has described him as smart.  Everybody I know has
 8  She knew that.  But she didn't know the name.  So that  8  described Edwards as smart -- shrewd, smart,
 9  --                                                      9  calculating, sleazy, but they've described Cassell as
10     MR. ZEIGER:  Where are we on the -- on the -- the  10  naive, kind of -- what do you call those people, the
11  television broadcast?  You got any sense of that?     11  academics, the professor who forgets.
12     MR. DERSHOWITZ:  Well, it's not been -- it hasn't  12     MR. ZEIGER:  Yeah.
13  been on.  I was promised, again -- can you trust ABC? 13     MR. DERSHOWITZ:  Not a real lawyer.  I've heard
14  I was promised that they would give me advance notice.14  nothing -- nothing positive about his intellect except
15  But also the discovery shows that the Cassell and     15  that he was a federal judge, and he was, you know, a
16  Edwards people were pushing ABC to do it.  And Cassell 16  very strong Republican staffer for Orin Hatch and
17  made himself vulnerable to me for defamation because  17  others.  But he is not particularly smart.  He may
18  in one of the emails, he says not that my client has  18  have a certain kind of intelligence, but common sense,
19  accused Dershowitz of sexually assaulting her, but he 19  hum-um.  That's my assessment of him.
20  says in the email categorically Alan Dershowitz       20     MR. ZEIGER:  Do we know why he gave up the
21  sexually assaulted my client.  Now, that's an          21  judgeship?
22  independent defamation outside of any litigation      22     MR. DERSHOWITZ:  For money.
23  privilege.  So we're going to be taking advantage of  23     MR. ZEIGER:  Okay.
24  that.                                                 24     MR. DERSHOWITZ:  That's clear.  Yeah.  And you
25     MR. ZEIGER:  (Indiscernible) Yeah.  I mean, I      25  know, he sees this as a source of great funds.  All
```

Page 14

1  right.
2      MR. ZEIGER:  I hope that one way or another,
3  either your situation resolves itself or
4  (indiscernible).
5      MR. DERSHOWITZ:  Yeah.  Well, one of those I
6  think will happen.  It's hard for me to believe that
7  after what we've shown Boies, Boies could look me in
8  the eye and say I now believe she's telling the truth.
9  I can't -- I can't believe that.
10     MR. ZEIGER:  Well, he said remarkable things in
11 my conversations with him about she really believes
12 but maybe she's mistaken.  And I -- I've never
13 understood why a lawyer as smart as David Boies would
14 say that to me.
15     MR. DERSHOWITZ:  Yeah.  Because that's probably
16 in the least-worst scenario.  I'm sure he believes
17 she's lying through her teeth, but he can't say that.
18 So what he's saying is she may be mistaken, yeah.
19     MR. ZEIGER:  Why even suggest that?  Just say --
20     MR. DERSHOWITZ:  You know, he told me also --
21 without telling me who he was dealing with, he told me
22 also that there's another case, another matter, and
23 that's what -- I told you about this -- and that was
24 that other lawyer in Washington, and that it may turn
25 out that she is mistaken.  And I'm glad his name

Page 15

1  hasn't been mentioned yet because the lawyers should
2  have done your -- you know, Cassell and Edwards should
3  have done what I'm doing, checking it out before any
4  names are mentioned.  He said that, too, in regards to
5  presumably your client.  He didn't mention who it was,
6  obviously.
7      MR. ZEIGER:  Right.  Well, Alan, thank you, and I
8  hope -- at the appropriate time you can share that
9  tape.
10     MR. DERSHOWITZ:  Believe me, I'm anxious to do
11 it, and I will whenever it's -- and I've shared with
12 you the substance of it.  So it's pretty clear what --
13 what's on it.
14     MR. ZEIGER:  I have to say that like you, if we
15 have a public issue, we are going to be very
16 aggressive, and that would help us be very aggressive,
17 and we --
18     MR. DERSHOWITZ:  Yes.
19     MR. ZEIGER:  -- (Indiscernible).
20     MR. DERSHOWITZ:  Believe me, if you become very
21 aggressive on this, you will have all of my
22 corporation, completely.  And I will overrule my
23 lawyers at that point.  But I don't think --
24     MR. ZEIGER:  Okay.
25     MR. DERSHOWITZ:  -- I don't think it's the time

Page 16

1  for that yet.  But I think there may come a time.  I
2  mean --
3      MR. ZEIGER:  I think -- it seems to me the
4  logical conclusion from all of this is that Boies get
5  out.
6      MR. DERSHOWITZ:  Yeah.
7      MR. ZEIGER:  Yeah.  I don't know that that's
8  necessarily good for you, but it might be better for
9  us because I can't believe Edwards has got the
10 backbone to take us on.
11     MR. DERSHOWITZ:  Yeah, I would hope not.  But you
12 know, it's moderately me but not as good as another
13 result would be.
14     MR. ZEIGER:  Exactly.  Exactly.  All right, I got
15 to go.  Thanks for your time.
16     MR. DERSHOWITZ:  Thanks.  Be well.  Have a good
17 weekend.  Take care, bye.
18     MR. ZEIGER:  Bye.
19     (End of audio recording.)

Page 17

                          CERTIFICATE

        I, Wendy Sawyer, do hereby certify that I was
authorized to and transcribed the foregoing recorded
proceedings and that the transcript is a true record, to
the best of my ability.


              DATED this 13th day of August, 2020.


                         _____

                              WENDY SAWYER, CDLT

**A**

ABC 12:13,16
academic 13:5
academically 13:4
academics 12:5 13:11
accused 12:19
advance 12:14
advantage 12:23
advantages 11:22
aggressive 15:16,21
Alan 12:20 15:7
anxious 15:10
approached 11:19
assaulted 12:21
assaulting 12:19
assessment 13:19

**B**

Barak 11:10,12
base 10:7
believes 14:11,16
billion 10:13
Boies 14:7,13
broadcast 12:11
businesspeople 12:5

**C**

calculating 13:9
call 10:6 13:10
called 10:11 11:6,8,10
care 10:2,4
case 12:6 14:22
Cassell 12:15,16 13:9 15:2

categorically 12:20
charity 10:14,15
checking 15:3
clear 13:24 15:12
client 10:10 11:18 12:18,21 15:5
close 11:12
Columbus 12:6,7
common 13:3,18
completely 15:22
conversations 14:11
corporation 15:22
correct 10:9

**D**

David 14:13
days 10:6
dealing 14:21
defamation 12:17,22
Dershowitz 10:3,20,23 11:5,8,15,20,25 12:12,19,20 13:2,13,22,24 14:5,15,20 15:10,18,20,25
directly 11:19
disadvantages 11:23
discovery 12:15
divide 10:14
dollars 10:13
dumb 13:4

**E**

Edwards 12:16 13:8 15:2
Ehud 11:10
email 12:20

emails 12:18
end 11:21
Epstein 10:23 11:13
expose 10:25
eye 14:8

**F**

familiar 11:2
federal 13:15
Florida 12:2
forgets 13:11
funds 13:25

**G**

gave 13:20
generic 12:4
give 10:12 12:14
glad 14:25
good 10:2,4
great 13:25
Guardian 11:10
guy 10:12 13:1,2

**H**

half 10:13
happen 14:6
hard 13:5 14:6
Hatch 13:16
heard 13:13
hope 14:2 15:8
hum-um 13:19

**I**

independent 12:22
indiscernible 11:2, 3,7,16,17 12:25 14:4 15:19

intellect 13:14
intelligence 13:18
issue 15:15

**J**

Jeffrey 11:5,13
judge 13:15
judgeship 13:21

**K**

kind 13:10,18
knew 10:10 12:8

**L**

lawyer 10:15 13:13 14:13,24
lawyers 10:24 15:1,23
least-worst 14:16
Limited 12:7
list 10:21
listen 10:19,23
litigation 12:22
long 10:6
lot 11:22
lying 14:17

**M**

made 12:17
man 12:6
matter 14:22
mention 15:5
mentioned 12:2 15:1,4
mistaken 14:12,18,25
money 11:20 13:22

**N**

naive 13:10
names 15:4
notice 12:14

**O**

Orin 13:16
overrule 15:22
owns 12:7

**P**

people 11:4,17 12:16 13:10
person 11:6,8 12:3
point 10:19 11:1 15:23
politicians 12:5
positive 13:14
pot 11:21
pretty 13:1 15:12
privilege 10:25 12:23
professor 13:11
promised 12:13,14
public 15:15
publish 11:12
published 11:11
pushing 12:16

**R**

rainbow 11:21
real 13:13
reason 11:25
remarkable 14:10
Republican 13:16
resolves 14:3

**respect** 10:17
**rich** 11:22

**S**

**scenario** 14:16
**Secret** 12:7
**sees** 13:25
**sense** 12:11 13:4,18
**sensitivity** 10:16
**sexually** 12:19,21
**shaken** 11:4
**share** 15:8
**shared** 15:11
**shown** 14:7
**shows** 12:15
**shrewd** 13:8
**situation** 10:17 14:3
**sleazy** 13:9
**smart** 13:1,7,8,17 14:13
**source** 13:25
**staffer** 13:16
**strange** 11:17
**strong** 13:16
**stupid** 13:2
**substance** 15:12
**successful** 13:6
**sue** 11:11
**suggest** 14:19

**T**

**taking** 12:23
**talked** 10:5
**talking** 11:3
**tape** 10:2,19 15:9
**teeth** 14:17
**television** 12:11
**telling** 10:25 14:8,21
**tells** 11:5
**terms** 12:4
**things** 13:6 14:10
**thought** 13:1
**time** 10:6 11:1 15:8,25
**told** 14:20,21,23
**touch** 10:7
**trust** 12:13
**truth** 14:8
**turn** 14:24
**turned** 10:8

**U**

**understand** 10:16
**understood** 14:13

**V**

**Victoria's** 12:7
**vis-a-vis** 10:17
**volunteered** 10:9
**vulnerable** 12:17

**W**

**wanted** 10:12
**Washington** 14:24
**ways** 10:14
**wealth** 10:13
**weekend** 10:7
**woman** 12:2
**works** 13:5

**Z**

**ZEIGER** 10:1,16,22 11:2,7,14,16,24 12:10,25 13:12,20,23 14:2,10,19 15:7,14, 19,24