IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL
CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE 15-000072

BRADLEY J. EDWARDS and PAUL G. CASSELL,,

        Plaintiffs,

vs.

ALAN M. DERSHOWITZ,

        Defendant.
_____/

VIDEOTAPE DEPOSITION OF

ALAN M. DERSHOWITZ

VOLUME 1
Pages 1 through 179

Thursday, October 15, 2015
9:31 a.m. - 4:13 p.m.

Cole Scott & Kissane
110 Southeast 6th Street
Fort Lauderdale, Florida

Stenographically Reported By:
Kimberly Fontalvo, RPR, CLR
Realtime Systems Administrator

www.phippsreporting.com
(888) 811-3408

EXHIBIT A

```
 1     BY MR. SCAROLA:                                          11:23:52
 2        Q.   But they wouldn't tell you who?                  11:23:53
 3        A.   They wouldn't show me any letter.                11:23:55
 4        Q.   That's not my question.  Did they tell           11:23:58
 5     you -- did you ask who contacted Leslie Wexner?
 6        A.   The first answer was Virginia Roberts'           11:24:07
 7     lawyer.
 8             I then subsequently learned that among           11:24:11
 9     those who contacted Leslie Wexner's lawyers was
10     David Boies and Sigrid McCawley.
11        Q.   Not Bradley Edwards, correct?                    11:24:24
12             MR. SCOTT:  Objection as to the form.            11:24:27
13     BY MR. SCAROLA:                                          11:24:28
14        Q.   Correct?                                         11:24:29
15        A.   I was not given the name Bradley Edwards         11:24:30
16     at that time.  But was subsequently told by David
17     Boies that Bradley Edwards and Paul Cassell --
18             MS. McCAWLEY:  I'm going to object to the        11:24:43
19        extent this reveals any conversations that
20        happened in the context of settlement
21        discussions.
22             MR. SCOTT:  Okay.  Note your objection.          11:24:48
23        Go ahead.
24        A.   That I was ultimately told by David Boies        11:24:52
25     that he had done an extensive investigation of the
```

```
1    allegations against Leslie Wexner and had concluded
2    that they were --
3             MS. McCAWLEY:  Again, I'm going to object      11:25:05
4    to this has happened in the context of
5    settlement --
6    A.    -- false.                                          11:25:07
7             MS. McCAWLEY:  -- negotiations.  I'm going     11:25:07
8    to move for sanctions if information is
9    revealed that happened in the context of
10   settlement discussions.
11            MR. SCOTT:  I don't know whether -- I          11:25:12
12   don't believe there were settlement
13   discussions.  But even if they weren't, they
14   would still be admissible.
15   A.    Let me continue --                                 11:25:21
16            MR. SCOTT:  For discovery purposes.            11:25:22
17   A.    -- that David Boies had done --                    11:25:23
18            MS. McCAWLEY:  I disagree.  I think we're      11:25:24
19   going to have to take this to the judge, then;
20   if we're going to reveal settlement
21   conversations in this conversation, then we
22   need to go to the judge on it.
23            MR. SCOTT:  Whatever you need to do.           11:25:31
24   A.    Let me continue the -- what he told me.            11:25:33
25   That David Boies had --
```