UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>                    Plaintiff,<br><br> -against-<br><br> ALAN DERSHOWITZ,<br><br>                    Defendant. | 19 Civ. 3377 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed letters from Defendant Alan Dershowitz and Nonparties John Zeiger and Leslie Wexner regarding the Court's communications with Justice Goetz.  (See dkt. nos. 169, 170.)  First, it was not the Court's intention to discuss any substantive matters with Justice Goetz.  Second, because he has not returned the Court's calls to his chambers, the matter is moot.

**SO ORDERED.**

Dated:    New York, New York
           September 1, 2020

                              *Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge