UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>    Plaintiff,<br><br>-against-<br><br>ALAN DERSHOWITZ,<br><br>    Defendant. | 19 Civ. 3377 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of Defendant Alan Dershowitz's letter dated September 23, 2020, requesting that the Court hold a pre-motion conference at which Mr. Dershowitz will seek leave to file a motion to disqualify counsel for Plaintiff Virginia Giuffre, Cooper & Kirk.  (See dkt. no. 176.)  Ms. Giuffre shall respond by letter to Mr. Dershowitz's request no later than September 30, 2020.  Mr. Dershowitz may reply no later than October 5, 2020.

**SO ORDERED.**

Dated: New York, New York
    September 23, 2020

            *Loretta A. Preska*
            _____
            LORETTA A. PRESKA
            Senior United States District Judge