UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| VIRGINIA L. GIUFFRE, | |
|---|---|
| Plaintiff, | |
| -against- | 19 Civ. 3377 (LAP) |
| ALAN DERSHOWITZ, | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed the parties' letters regarding Defendant Dershowitz's proposed motion to disqualify Ms. Giuffre's counsel.  He may proceed with the motion.  Counsel shall confer and inform the Court of the proposed briefing schedule.

    Counsel shall also confer and inform the Court by letter no later than November 5, 2020 of the status of discovery.

    **SO ORDERED.**

Dated:    New York, New York
            October 28, 2020

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge