

Christian G. Kiely
ckiely@toddweld.com

October 30, 2020

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *Giuffre v. Dershowitz*, Case No.: 19-cv-03377-LAP

Your Honor:

    Counsel for the parties have conferred in response to the Court's Order, ECF No. 187, and hereby jointly propose the following briefing schedule for Defendant's Motion to Disqualify: Defendant's Motion and accompanying memorandum of law due November 16; Plaintiff's Opposition due December 4; and Defendant's Reply due December 11.

    The parties will separately report to the Court by November 5 concerning the status of discovery.

                              Respectfully submitted,

                              /s/ Christian G. Kiely
                              Christian G. Kiely

cc:    All counsel of record, via email