

Christian G. Kiely
ckiely@toddweld.com

November 12, 2020

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *Giuffre v. Dershowitz*, **Case No.: 19-cv-03377-LAP**

Your Honor:

    Professor Dershowitz hereby requests a short extension of time, from November 16, 2020 to November 18, 2020, to file his Motion to Disqualify. Plaintiff has no objection to the requested extension.

        Respectfully submitted,

        /s/ Christian G. Kiely
        Christian G. Kiely

cc:    All counsel of record, via email