AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Giuffre | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )   Case No.   19-cv-3377 (LAP) |
| Dershowitz | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Sharon Churcher.

Date:   11/17/2020

s/ Eric Feder
*Attorney's signature*

Eric Feder
*Printed name and bar number*
Davis Wright Tremaine LLP
1251 Avenue of the Americas
New York, NY 10020

*Address*

EricFeder@dwt.com
*E-mail address*

(202) 973-4273
*Telephone number*

(212) 489-8340
*FAX number*