

Christian G. Kiely
ckiely@toddweld.com

November 17, 2020

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> Mr. Dershowitz's sealing request is granted. Ms. Giuffre also may file her response under seal to the extent it includes confidential or sealed material. SO ORDERED.
>
> /s/ Loretta A. Preska   November 18, 2020

**Re:**   *Giuffre v. Dershowitz*, **Case No.: 19-cv-03377-LAP**

Dear Judge Preska:

    Pursuant to Rule 2.H.2 of Your Honor's Individual Practices, Defendant Alan Dershowitz ("Professor Dershowitz") respectfully requests permission to file under seal his Memorandum of Law in support of his Motion to Disqualify Cooper & Kirk PLLC, as well as certain exhibits thereto. As grounds therefor, Professor Dershowitz states that the Memorandum and exhibits contain material which has been designated confidential under the Protective Order in *Giuffre v. Maxwell*, or which was filed under seal in that case. Professor Dershowitz will file a redacted version of his Memorandum to the public docket.

    Plaintiff has no objection to this request provided that the Court also allows her to file her response under seal in the event it includes confidential or sealed material.

Respectfully submitted,

/s/ Christian G. Kiely
Christian G. Kiely

cc:   All counsel of record, via email