UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

                    Plaintiff,

 -against-

 ALAN DERSHOWITZ,

                    Defendant.

19 Civ. 3377 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the letter from counsel to non-party Sharon Churcher requesting a pre-motion conference (dkt. no. 199).  Mr. Dershowitz shall provide a response to the letter no later than November 20, 2020.  Ms. Churcher shall file any reply no later than November 23, 2020.

        **SO ORDERED.**

Dated:    New York, New York
          November 18, 2020

                    _____
                    LORETTA A. PRESKA
                    Senior United States District Judge