UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>           Plaintiff,<br><br>-against-<br><br>ALAN DERSHOWITZ,<br><br>           Defendant. | 19 Civ. 3377 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    In advance of the teleconference scheduled for November 24, 2020 at 2:30 p.m. EST (see dkt. no. 191), the Court will communicate separately to counsel information for joining the teleconference.  Members of the public may join the teleconference using the following listen-only line: (888) 363-4734, access code: 4645450.

**SO ORDERED.**

Dated:   New York, New York
          November 18, 2020

                            *Loretta A. Preska*
                            LORETTA A. PRESKA
                            Senior United States District Judge