UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE, | |
| Plaintiff / Counterclaim Defendant, | |
| v. | Case No. 19-cv-03377-LAP |
| ALAN DERSHOWITZ, | **ORAL ARGUMENT REQUESTED** |
| Defendant / Counterclaim Plaintiff | |

**PROFESSOR ALAN DERSHOWITZ'S**
**MOTION TO DISQUALIFY COOPER & KIRK PLLC**

For the reasons set forth in the accompanying memorandum of law, Defendant and Counterclaim Plaintiff Alan Dershowitz ("Professor Dershowitz") respectfully moves to disqualify Cooper & Kirk PLLC from continuing to represent Plaintiff and Counterclaim Defendant Virginia Roberts Giuffre in this action. Professor Dershowitz respectfully requests that the Court hold oral argument on his Motion.

Respectfully submitted,

ALAN DERSHOWITZ,

By his attorneys,

*/s/ Howard M. Cooper*
Howard M. Cooper (MA BBO # 543842) *(pro hac vice)*
Christian G. Kiely (MA BBO # 684308) *(pro hac vice)*
Kristine C. Oren (MA BBO # 705730) *(pro hac vice)*
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
T: 617-720-2626
hcooper@toddweld.com
ckiely@toddweld.com
koren@toddweld.com

*/s/ Imran H. Ansari*
Arthur L. Aidala (S.D.N.Y. Bar No. ALA-0059)
Imran H. Ansari (S.D.N.Y. Bar No. IHA-1978)
AIDALA, BERTUNA & KAMINS, P.C.
546 Fifth Avenue, 6th Floor
New York, NY 10036
T: 212-486-0011
iansari@aidalalaw.com
aidalaesq@aidalalaw.com

Dated: November 18, 2020

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system, and served to all counsel of record on November 18, 2020.

/s/ Christian G. Kiely
Christian G. Kiely