UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>　　　　Plaintiff / Counterclaim Defendant,<br><br>　　v.<br><br>ALAN DERSHOWITZ,<br><br>　　　　Defendant / Counterclaim Plaintiff | Case No. 19-cv-03377-LAP |

**SUPPLEMENTAL DECLARATION OF CHRISTIAN G. KIELY**

I, Christian G. Kiely, hereby declare as follows:

1.　I am counsel to Defendant and Counterclaim Plaintiff Alan Dershowitz in this action. I make this supplemental declaration in further support of Professor Dershowitz's Motion to Disqualify Cooper & Kirk PLLC.

2.　Attached hereto as Exhibit A is a true and correct copy of Plaintiff's First Set of Requests for Production to Defendant Alan Dershowitz.

3.　Attached hereto as Exhibit B and is a true and correct copy of Professor Dershowitz's narrowed request for the production of certain specific categories of confidential case materials from *Giuffre v. Maxwell*, previously filed as Appendix A to ECF No. 153.

4.　Attached hereto as Exhibit C is a chart which compares the categories of documents included in Professor Dershowitz's narrowed request for the production of certain specific categories of confidential *Maxwell* case materials (Ex. B hereto) with Plaintiff's own document requests (Ex. A hereto) and search terms which Plaintiff requested be run against Professor Dershowitz's Gmail account.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Christian G. Kiely
Christian G. Kiely

Dated: December 11, 2020

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system, and served to all counsel of record on December 11, 2020.

/s/ Christian G. Kiely
Christian G. Kiely