# EXHIBIT C

**Kiely Suppl. Decl. – Exhibit C**

| Requests in Appendix A (ECF No. 153) (paraphrased) | Plaintiff's Requests for Production (paraphrased in relevant part) | Plaintiff's Requested Search Terms |
|---|---|---|
| No. 2 – Documents produced or testimony given by Plaintiff's family members or boyfriends, including Sky Roberts, Anthony Figueroa, and James Michael Austrich | No. 38 – All documents relating to any monies paid by Defendant to Anthony Figueroa<br><br>No. 79 – All documents relating to communications concerning Anthony Figueroa | - Austrich<br>- Figueroa<br>- Lynn /10 Miller<br>- Sky /10 Roberts<br>- "sky_roberts@hotmail.com" |
| No. 3 – Documents produced or testimony given by Plaintiff's friends, including Rebecca Boylan and Michael Boylan | No. 35 – All documents relating to conversations with Rebecca Boylan<br><br>No. 36 – All documents relating to communications with Rebecca Boylan<br><br>No. 37 – All documents relating to any monies paid by Defendant to Rebecca Boylan or her husband | - Boylan<br>- "rebecca.boylan@yahoo.com" |
| No. 4 – Documents produced or testimony given by Epstein staff, including Juan Alessi and David Rodgers | No. 79 – All documents relating to communications concerning Juan Alessi<br><br>No. 80 – All documents relating to communications concerning Epstein household staff | - Kellen<br>- Dana /10 Burns<br>- Vickers<br>- "slv525@icloud.com"<br>- Kensington<br>- Marcinkova<br>- Marcinko<br>- Nadia<br>- Bovino<br>- Groff<br>- "lesley.jee@gmail.com"<br>- Robson |

|  |  | <ul><li>(Adriana OR Adrianna) /10 (Mucinska OR Ross)</li><li>Alessi</li><li>(Miles or Kathy) /10 Alexander</li><li>Rodgers</li><li>Chris! /10 Gay</li><li>(Larry OR *gene) /s Morrison</li><li>"Jo-Jo"</li><li>"Jo Jo"</li><li>Luciano</li><li>Fontanilla</li><li>Alfredo /10 Rodriguez</li><li>Banasiak</li><li>Stratton</li><li>Zinoview</li><li>(Alyson OR Allyson) /10 Chambers</li><li>Cheri</li><li>Cheri /10 Lynch</li><li>(Michael or Mike or Rosalie) /10 Friedman</li><li>(Adam OR Perry OR Chef) /10 Lang</li><li>Mellawa</li><li>Peadon</li><li>Rabuyo</li><li>Visosk!</li><li>Sjoberg</li></ul> |
|---|---|---|

| | | |
|---|---|---|
| No. 6 – Documents produced or testimony given by Sarah Ransome or Maria Farmer | No. 5 – All documents concerning Sarah Ransome<br><br>No. 6 – All documents concerning Maria Farmer<br><br>No. 61 – All communications with any government agency concerning Sarah Ransome or Maria Farmer | <ul><li>Ransome</li><li>"ransome.sarah@yahoo.co.uk"</li><li>Farmer</li></ul> |
| No. 7 – Documents produced or testimony given by the following individuals whom Plaintiff has testified she was sexually trafficked to:<ul><li>Prince Andrew</li><li>Jean-Luc Brunel</li><li>Glenn Dubin</li><li>Stephen Kaufmann</li><li>Marvin Minsky</li><li>George Mitchell</li><li>Thomas Pritzker</li><li>Bill Richardson</li><li>Leslie Wexner</li></ul> | No. 7 – All documents concerning Leslie Wexner<br><br>No. 79 – All documents relating to communications concerning Prince Andrew, Jean Luc Brunel, Glenn Dubin, Marvin Minsky, George Mitchell, Thomas Pritzker, Bill Richardson, or Leslie Wexner | <ul><li>Prince /10 Andrew</li><li>Andrew AND (Tramp OR royal! OR photo! OR pictur!)</li><li>"Duke of York"</li><li>"The Duke"</li><li>"Jean-Luc"</li><li>"JLB"</li><li>Brunel</li><li>Karin AND model!</li><li>"MC Squared"</li><li>Dubin</li><li>Minsky</li><li>G! /3 Mitchell</li><li>"George.Mitchell@dlapiper.com"</li><li>B! /3 Richardson</li><li>"brooke@billrichardson.com"</li><li>"governor.richardson@gmail.com"</li><li>Pritzker</li><li>Wexner</li></ul> |
| No. 8 – Communications between Giuffre or her agents and members of the media | No. 81 – All communications with any media outlet on any topic relating to this case | <ul><li>Julie /10 Brown</li><li>"jbrown@miamiherald.com"</li><li>"uptown50@protonmail.com"</li><li>Connie /10 Bruck</li></ul> |

3

| | | |
|---|---|---|
| | | - connie_bruck@newyorker.com<br>- "conniebruck@gmail.com"<br>- Churcher<br>- "sharonchurcher@hotmail.com"<br>- Sharon.Churcher@mailonsunday.co.uk<br>- "New Yorker" AND (Giuffre OR Roberts OR Epstein)<br>- "Miami Herald" AND (Giuffre OR Roberts OR Epstein)<br>- "Mail on Sunday"<br>- "Daily Mail" AND (Giuffre OR Roberts OR Epstein) |
| No. 9 – Ghislaine Maxwell's deposition transcript and exhibits | No. 3 – All documents relating to communications concerning Ghislaine Maxwell<br><br>No. 8 – All documents concerning any meeting Defendant had with any female associated with Jeffrey Epstein or Ghislaine Maxwell<br><br>No. 61 – All communications with any government agency concerning Ghislaine Maxwell | - Ghislaine<br>- Maxwell<br>- Gmax!<br>- Menninger<br>- "lmenninger@hmflaw.com"<br>- Gow<br>- "ross@acuityreputation.com"<br>- "!hmflaw.com!"<br>- Nic! /10 Simmons<br>- "nsimmons@hmflaw.com"<br>- [all known emails for Maxwell]<br>- Dana /10 Burns |
| No 10 – Documents describing or media depicting Epstein's properties or airplanes | No. 69 – All media depicting the inside of Epstein's residences or aircraft | |
| No. 11 – Flight logs from Epstein's aircraft | No. 64 – Flight manifests for Epstein's aircraft | - Rodgers<br>- Chris! /10 Gay<br>- (Larry OR *gene) /10 Morrison<br>- Visosk! |

4

| | | |
|---|---|---|
| No. 12 – Police reports concerning Giuffre | No. 62 – All documents concerning communications with law enforcement | <ul><li>Recarey</li><li>jrecarey@palmbeachpolice.com</li><li>Reiter</li><li>mreiter@palmbeachpolice.com</li><li>Jason /10 Richards</li><li>Jason.Richards2@ic.fbi.gov</li><li>"U.S. Secret Service"</li><li>("U.S. Attorney" or "US Attorney") /25 (Florida or "SD Fla")</li><li>".gov" AND ("Palm Beach" OR "New Mexico" OR Rodriguez)</li><li>"Scotland Yard"</li><li>"Palm Beach Police"</li></ul> |
| No. 13 – Emails exchanged between Sarah Ransome and any member of the media, including Maureen Callahan of the New York Post | No. 5 – All documents concerning Sarah Ransome<br><br>No. 42 – All documents concerning communications with Maureen Callahan concerning Sarah Ransome | <ul><li>Maureen /10 Callahan</li><li>mcallahan@nypost.com</li><li>Ransome</li><li>ransome.sarah@yahoo.co.uk</li><li>"New York Post" AND (Giuffre OR Roberts OR Epstein)</li></ul> |

5