

Kristine C. Oren
koren@toddweld.com

December 23, 2020

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007-1312

    Re:    *Giuffre v. Maxwell*, Case No.: 15-cv-07433-LAP
             *Giuffre v. Dershowitz*, Case No.: 19-cv-03377-LAP

Your Honor:

    Professor Alan Dershowitz and Ms. Virginia Giuffre hereby jointly request that the Court grant them until January 5, 2021 to respond to the December 23, 2020 letter filed on behalf of John Doe in *Giuffre v. Maxwell* (Dkt. No. 1182) in order to accommodate the intervening holidays and attorneys' vacation schedules.

                          Respectfully submitted,

                          /s/ Kristine C. Oren
                          Kristine C. Oren

cc:    Counsel of record, via email