# EXHIBIT B

# Harvard University - Giuffre-Dershowitz
## Search Terms Report

**Report Name:** 2020.11.19 Terms

**Searchable Set:** 2020.11.19 All Documents before 8/15/2020



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Family | Total documents without hits |
|---:|---:|---:|---:|
| 750,571 | 94,026 | 128,935 | 621,636 |

**Report Generated:** 11/19/2020 11:37:30 AM

Page 1 of 11

# Harvard University - Giuffre-Dershowitz
## Search Terms Report

| | | | |
|---|---|---|---|
| **Report Name:** | 2020.11.19 Terms | **Searchable Set:** | 2020.11.19 All Documents before 8/15/2020 |

## Terms Summary

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---:|---:|---:|
| "Broward County" AND (Epstein OR Giuffre OR Roberts) | 945 | 2,158 | 0 |
| "Daily Mail" AND (Giuffre OR Roberts OR Epstein) | 835 | 1,657 | 0 |
| "Federal Bureau of Investigation" AND (Epstein OR Maxwell OR Giuffre OR Roberts OR Ransome OR Farmer) | 508 | 1,224 | 0 |
| "Jane Doe" AND CVRA | 667 | 1,442 | 0 |
| "Little Saint" OR "Little St*" | 1,135 | 2,563 | 211 |
| "Miami Herald" AND (Giuffre OR Roberts OR Epstein) | 367 | 828 | 0 |
| "New Mexico" w/25 ranch | 752 | 1,714 | 11 |
| "New York Post" AND (Giuffre OR Roberts OR Epstein) | 491 | 1,041 | 0 |
| "New Yorker" AND (Giuffre OR Roberts OR Epstein) | 556 | 1,119 | 0 |
| "Palm Beach" AND (Epstein OR Maxwell OR Giuffre OR Roberts OR Rodriguez) | 3,073 | 5,744 | 14 |
| "the View" AND (Giuffre OR Roberts OR Epstein) | 3,716 | 7,448 | 0 |
| ("U.S. Attorney" or "US Attorney") w/25 (Florida or "SD Fla") | 395 | 969 | 40 |
| (Adam OR Perry OR Chef) w/10 Lang | 13 | 33 | 7 |

# Harvard University - Giuffre-Dershowitz
## Search Terms Report

| | | | |
|---|---|---|---|
| **Report Name:** | 2020.11.19 Terms | **Searchable Set:** | 2020.11.19 All Documents before 8/15/2020 |

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| (Adriana OR Adrianna) w/10 (Mucinska OR Ross) | 202 | 466 | 13 |
| (Alyson OR Allyson) w/10 Chambers | 3 | 10 | 0 |
| (Chauntae OR Teala) w/10 Davis | 6 | 23 | 0 |
| (Larry OR *gene) w/10 Morrison | 19 | 83 | 1 |
| (Michael or Mike or Rosalie) w/10 Friedman | 296 | 470 | 119 |
| (Miles or Kathy) w/10 Alexander | 11 | 68 | 4 |
| Alessi | 489 | 1,107 | 9 |
| Alfredo w/10 Rodriguez | 322 | 810 | 5 |
| Andrew AND (Tramp OR royal* OR photo* OR picture!) | 4,445 | 9,776 | 574 |
| Andrew w/10 Rice | 107 | 122 | 25 |
| Anouska | 9 | 16 | 6 |
| AUSA AND (Epstein OR Maxwell OR Giuffre OR Roberts OR Ransome OR Farmer) | 327 | 855 | 0 |
| Austrich | 30 | 92 | 0 |
| B* w/3 Richardson | 2,523 | 3,756 | 479 |
| Back w/10 Kathy | 72 | 189 | 36 |
| Banasiak | 11 | 29 | 0 |
| Banu | 63 | 123 | 20 |
| Barack and not Obama | 199 | 363 | 129 |
| Barak | 5,645 | 8,835 | 2,220 |
| Bjorlin | 20 | 81 | 0 |
| Boies | 6,818 | 8,916 | 1,033 |
| Bovino | 10 | 24 | 2 |

| | | |
|---|---|---|
| **Report Name:** 2020.11.19 Terms | | **Searchable Set:** 2020.11.19 All Documents before 8/15/2020 |

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| Boylan | 490 | 963 | 96 |
| Brabon | 34 | 74 | 0 |
| Brit* w/10 Henderson | 25 | 72 | 0 |
| Brunel | 290 | 866 | 19 |
| Bryan w/10 (Zackery or Zack) | 12 | 16 | 1 |
| BSF | 982 | 1,642 | 51 |
| Carey International | 21 | 48 | 7 |
| Cassell | 5,594 | 7,925 | 263 |
| cathmile@yahoo.com | 0 | 0 | 0 |
| Chartouni | 0 | 0 | 0 |
| Cheri | 75 | 157 | 20 |
| Cheri w/10 Lynch | 3 | 10 | 0 |
| Chris* w/10 Gay | 303 | 505 | 147 |
| Churcher | 534 | 1,020 | 52 |
| Clinton w/25 (Epstein or Roberts or Giuffre or "Virgin Islands" or "USVI" or "St. Jeff*" or Maxwell or Ghislaine) | 1,757 | 3,438 | 0 |
| Connie w/10 Bruck | 262 | 477 | 59 |
| connie_bruck@newyorker.com | 23 | 43 | 1 |
| Cousteau | 47 | 150 | 1 |
| Dana w/10 Burns | 26 | 94 | 4 |
| David w/10 Stone | 1,449 | 2,123 | 678 |
| Davies | 2,035 | 2,882 | 719 |
| Davis w/10 Ashley | 74 | 156 | 6 |
| defam* AND (Epstein OR Giuffre OR Roberts) | 3,043 | 5,739 | 0 |
| DeGeorgieou | 3 | 10 | 0 |
| Dorschel | 14 | 39 | 0 |

# Harvard University - Giuffre-Dershowitz
## Search Terms Report

**Report Name:** 2020.11.19 Terms  **Searchable Set:** 2020.11.19 All Documents before 8/15/2020

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| Dubin | 294 | 713 | 56 |
| Duke of York | 343 | 843 | 0 |
| Edwards | 8,796 | 13,752 | 1,433 |
| Ehud | 3,273 | 5,567 | 618 |
| Em* w/10 Tayler | 248 | 549 | 0 |
| Epstein | 13,790 | 17,854 | 1,206 |
| Epstein w/10 Mark | 94 | 200 | 0 |
| epstein@wanadoo.fr | 0 | 0 | 0 |
| epsteinj@wanadoo.fr | 0 | 0 | 0 |
| Esposito | 253 | 473 | 79 |
| extort* AND (Epstein OR Giuffre OR Roberts) | 1,356 | 2,658 | 0 |
| Ezell | 109 | 329 | 9 |
| Farmer | 1,652 | 3,659 | 376 |
| Fayth | 31 | 79 | 0 |
| FBI AND (Epstein OR Giuffre OR Roberts OR Maxwell OR Ransome OR Farmer) | 2,944 | 6,062 | 0 |
| Fekkai | 28 | 129 | 0 |
| FGIS | 96 | 167 | 14 |
| Figueroa | 560 | 1,284 | 152 |
| Figueroa w/10 Sarina | 2 | 5 | 0 |
| Fontanilla | 2 | 7 | 0 |
| Forester | 357 | 759 | 7 |
| Freeh | 3,795 | 5,244 | 1,841 |
| G* w/3 Mitchell | 3,048 | 5,474 | 1,514 |
| Garber* w/10 (travel* OR fly) | 259 | 304 | 217 |
| Ghislaine | 1,446 | 2,716 | 2 |
| Giuffre | 2,365 | 3,771 | 50 |

# Harvard University - Giuffre-Dershowitz
## Search Terms Report

**Report Name:** 2020.11.19 Terms  **Searchable Set:** 2020.11.19 All Documents before 8/15/2020

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| Gmax* | 85 | 126 | 1 |
| Gmax1@ellmax.com | 64 | 77 | 0 |
| gmax1@mindspring.com | 10 | 10 | 0 |
| Gonzalez w/10 (Daniel or Erika) | 59 | 131 | 4 |
| Gonzalez w/10 (Sage OR Saige) | 200 | 383 | 0 |
| Gore w/25 (Epstein or Roberts or Giuffre or "Virgin Islands" or "USVI" or "St. Jeff*" or Maxwell or Ghislaine) | 989 | 1,825 | 0 |
| Gow | 54 | 159 | 11 |
| Groff | 213 | 448 | 11 |
| Guilt by Accusation | 842 | 1,119 | 482 |
| Gwen* w/10 Beck | 12 | 25 | 0 |
| Gwendolyn | 65 | 125 | 30 |
| Hall w/10 Alexandra | 140 | 289 | 2 |
| Hernandez w/10 Jeannie | 2 | 5 | 0 |
| Janusz | 60 | 195 | 17 |
| Jarecki | 63 | 140 | 1 |
| Jarred w/2 Weisfeld | 7 | 57 | 0 |
| jarred@objectiveent.com | 14 | 57 | 0 |
| Jason w/10 Richards | 46 | 142 | 0 |
| jbrown@miamiherald.com | 8 | 20 | 0 |
| JE | 3,094 | 6,191 | 854 |
| Jean Luc | 311 | 810 | 0 |
| Jean-Luc | 311 | 810 | 0 |
| JEE | 884 | 1,291 | 132 |

# Harvard University - Giuffre-Dershowitz
## Search Terms Report

| | | | |
|---|---|---|---|
| **Report Name:** | 2020.11.19 Terms | **Searchable Set:** | 2020.11.19 All Documents before 8/15/2020 |

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| jeeproject@yahoo.com | 48 | 95 | 0 |
| jeevacation@gmail.com | 1,479 | 1,685 | 8 |
| Jeff | 10,757 | 15,070 | 4,631 |
| Jeffrey | 19,574 | 28,109 | 4,435 |
| Jeffrey E | 941 | 1,526 | 0 |
| jeffreye@mindspring.com | 0 | 0 | 0 |
| Jenna | 848 | 1,395 | 463 |
| Jo Jo | 26 | 42 | 0 |
| Jojo | 66 | 148 | 30 |
| Jo-Jo | 26 | 42 | 0 |
| Josefsburg OR Josefsberg | 448 | 855 | 51 |
| jpagliuca@hmflaw.com | 46 | 113 | 0 |
| Julie w/10 Brown | 155 | 275 | 23 |
| Karin AND model* | 61 | 132 | 11 |
| Kellen | 611 | 1,263 | 18 |
| Kensington | 312 | 560 | 122 |
| Kessler | 885 | 1,676 | 334 |
| Kosslyn | 489 | 854 | 152 |
| Kovylina | 39 | 144 | 0 |
| Kucukkoylu | 4 | 14 | 0 |
| Laduke | 129 | 294 | 10 |
| Langley w/10 Courtney | 27 | 61 | 0 |
| Leslie | 3,758 | 11,868 | 1,095 |
| Licata | 149 | 309 | 7 |
| littlestjeff@yahoo.com | 2,496 | 3,109 | 12 |
| lmenninger@hmflaw.com | 191 | 281 | 1 |
| Lopez w/10 Yolanda | 48 | 103 | 0 |

# Harvard University - Giuffre-Dershowitz
## Search Terms Report

**Report Name:** 2020.11.19 Terms  **Searchable Set:** 2020.11.19 All Documents before 8/15/2020

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
| --- | --- | --- | --- |
| Luciano | 181 | 545 | 110 |
| Lynn w/10 Miller | 23 | 38 | 3 |
| Mail on Sunday | 202 | 544 | 42 |
| manager@littlestjeff.com | 0 | 0 | 0 |
| Mar-a-lago | 0 | 0 | 0 |
| Marcinko | 26 | 75 | 1 |
| Marcinkova | 315 | 769 | 0 |
| Massage | 2,089 | 4,202 | 345 |
| Masseuse | 398 | 937 | 6 |
| Maureen w/10 Callahan | 101 | 204 | 1 |
| Maxwell | 2,711 | 5,183 | 285 |
| MC Squared | 0 | 0 | 0 |
| MC2 | 117 | 284 | 51 |
| McCawley | 3,335 | 5,118 | 44 |
| Meister | 85 | 162 | 23 |
| Mellawa | 3 | 9 | 0 |
| Menninger | 304 | 506 | 14 |
| Midelfart | 0 | 0 | 0 |
| Miller w/10 Tatum | 188 | 317 | 2 |
| Minsky | 482 | 1,217 | 35 |
| Murphy w/10 Lauren | 66 | 230 | 3 |
| Myhrvold | 50 | 114 | 9 |
| Nadia | 678 | 1,286 | 154 |
| Nie* w/10 Simmons | 3 | 3 | 1 |
| non-prosecution agreement | 1,130 | 2,447 | 80 |
| Nueva | 99 | 232 | 71 |
| Olga | 699 | 1,527 | 407 |

# Harvard University - Giuffre-Dershowitz
## Search Terms Report

| | | | |
|---|---|---|---|
| **Report Name:** | 2020.11.19 Terms | **Searchable Set:** | 2020.11.19 All Documents before 8/15/2020 |

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| owlmcb@att.net | 136 | 204 | 28 |
| owlmcb@worldnet.att.net | 109 | 168 | 40 |
| owlmgw@att.net | 4,132 | 5,382 | 1,788 |
| owlmgw@worldnet.att.net | 2,201 | 2,784 | 151 |
| Paedophile | 192 | 522 | 24 |
| Pagliuca | 44 | 106 | 3 |
| Palm Beach Police | 606 | 1,380 | 4 |
| Peadon | 2 | 7 | 0 |
| pedo* AND (Epstein OR Giuffre OR Roberts) | 1,124 | 2,038 | 0 |
| Pentek | 89 | 213 | 0 |
| pictur* | 18,673 | 32,358 | 11,478 |
| Pottinger | 536 | 894 | 12 |
| Prince w/10 Andrew | 2,259 | 3,881 | 233 |
| Pritzker | 483 | 816 | 151 |
| Rabuyo | 7 | 22 | 0 |
| Ransome | 462 | 746 | 11 |
| Recarey | 386 | 711 | 2 |
| Reiter | 217 | 666 | 53 |
| Ric* w/10 Hilton | 10 | 15 | 4 |
| Rizzo | 114 | 185 | 62 |
| Roberts | 7,934 | 13,620 | 1,459 |
| Robson | 321 | 617 | 26 |
| Rodgers | 327 | 740 | 80 |
| Rogers | 4,111 | 6,900 | 1,503 |
| Rothschild | 1,836 | 3,088 | 657 |
| Sandberg | 334 | 724 | 78 |
| Scarola | 3,979 | 5,856 | 232 |

# Harvard University - Giuffre-Dershowitz
## Search Terms Report

| | |
|---|---|
| Report Name: 2020.11.19 Terms | Searchable Set: 2020.11.19 All Documents before 8/15/2020 |

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| Schiller | 3,288 | 5,274 | 232 |
| Scotland Yard | 102 | 172 | 24 |
| shake-down | 178 | 409 | 50 |
| Shakedown | 244 | 473 | 80 |
| sharonchurcher@hotmail.com | 0 | 0 | 0 |
| Shasdy | 54 | 132 | 0 |
| Shel* w/10 Harrison | 8 | 30 | 1 |
| Sherry-Netherland | 57 | 92 | 5 |
| Siciliano | 66 | 150 | 2 |
| Sigrid | 3,481 | 10,138 | 47 |
| Sitrick | 356 | 465 | 204 |
| Sjoberg | 91 | 250 | 0 |
| Sky w/10 Roberts | 36 | 82 | 0 |
| Ste* w/10 Zack | 77 | 125 | 19 |
| Stratton | 83 | 215 | 20 |
| tgee@hmflaw.com | 1 | 2 | 0 |
| The Duke | 3,875 | 7,325 | 1,430 |
| Thomas w/10 Angela | 68 | 156 | 14 |
| traffick* AND (Epstein OR Giuffre OR Roberts) | 1,835 | 3,659 | 0 |
| Ty w/10 Gee | 3 | 8 | 0 |
| U.S. Secret Service | 111 | 316 | 23 |
| uptown50@protonmail.com | 0 | 0 | 0 |
| USAO AND (Epstein OR Maxwell OR Giuffre OR Roberts OR Ransome OR Farmer) | 458 | 715 | 0 |
| USVI | 132 | 207 | 34 |
| Velasco | 171 | 366 | 51 |

# Harvard University - Giuffre-Dershowitz
## Search Terms Report

**Report Name:** 2020.11.19 Terms

**Searchable Set:** 2020.11.19 All Documents before 8/15/2020

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| VG | 301 | 832 | 142 |
| VGR | 12 | 18 | 1 |
| Vickers | 149 | 434 | 35 |
| Victims Refuse Silence | 123 | 346 | 0 |
| Victoria's Secret | 675 | 1,501 | 27 |
| Virgin Islands | 1,461 | 3,306 | 292 |
| Virginia | 12,053 | 24,797 | 3,891 |
| Visosk* | 51 | 184 | 0 |
| VR | 2,437 | 4,635 | 520 |
| VRS | 179 | 337 | 63 |
| Wexner | 2,074 | 3,490 | 222 |
| Zalis | 49 | 97 | 0 |
| Zeiger | 338 | 703 | 14 |
| Zinoview | 2 | 7 | 0 |
| zorroranch@aol.com | 0 | 0 | 0 |



# Harvard University - Giuffre-Dershowitz
## Search Terms Report

| **Report Name:** | FROM.TO.CC.BCC Names | **Searchable Set:** | 2020.11.19 All Documents before 8/15/2020 |



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Family | Total documents without hits |
|---:|---:|---:|---:|
| 750,571 | 17,322 | 22,607 | 727,964 |

**Report Generated:** 11/19/2020 11:38:30 AM

Page 1 of 4

# Harvard University - Giuffre-Dershowitz
## Search Terms Report

**REPORT Name:** FROM.TO.CC.BCC Names

**Searchable Set:** 2020.11.19 All Documents before 8/15/2020



| Name | Count |
|---|---|
| (Ty w/10 Gee) | 0 |
| connie_bruck@newyorker.com | 13 |
| epstein@wanadoo.fr | 0 |
| epsteinj@wanadoo.fr | 0 |
| Gmax1@ellmax.com | 53 |
| gmax1@mindspring.com | 8 |
| hmflaw.com | 63 |
| J | 10,992 |
| jarred@objectiveent.com | 0 |
| jbrown@miamiherald.com | 16 |
| jeeproject@yahoo.com | 32 |
| jeevacation@gmail.com | 1,167 |
| Jeffrey E | 338 |
| jeffreye@mindspring.com | 0 |
| jpagliuca@hmflaw.com | 4 |
| littlestjeff@yahoo.com | 2,185 |
| lmenninger@hmflaw.com | 63 |
| manager@littlestjeff.com | 0 |
| Menninger | 58 |
| owlmcb@att.net | 70 |
| owlmcb@worldnet.att.net | 90 |
| owlmgw@att.net | 3,389 |
| Pagliuca | 4 |
| sharonchurcher@hotmail.com | 0 |
| tgee@hmflaw.com | 0 |
| uptown50@protonmail.com | 0 |
| zorroranch@aol.com | 0 |

# Harvard University - Giuffre-Dershowitz
## Search Terms Report

**REPORT Name:** FROM.TO.CC.BCC Names

**Searchable Set:** 2020.11.19 All Documents before 8/15/2020

## Terms Summary

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
| --- | --- | --- | --- |
| (Ty w/10 Gee) | 0 | 0 | 0 |
| connie_bruck@newyorker.com | 13 | 25 | 8 |
| epstein@wanadoo.fr | 0 | 0 | 0 |
| epsteinj@wanadoo.fr | 0 | 0 | 0 |
| Gmax1@ellmax.com | 53 | 62 | 44 |
| gmax1@mindspring.com | 8 | 8 | 8 |
| hmflaw.com | 63 | 82 | 0 |
| J | 10,992 | 14,582 | 10,928 |
| jarred@objectiveent.com | 0 | 0 | 0 |
| jbrown@miamiherald.com | 16 | 21 | 13 |
| jeeproject@yahoo.com | 32 | 38 | 15 |
| jeevacation@gmail.com | 1,167 | 1,314 | 449 |
| Jeffrey E | 338 | 347 | 5 |
| jeffreye@mindspring.com | 0 | 0 | 0 |
| jpagliuca@hmflaw.com | 4 | 4 | 0 |
| littlestjeff@yahoo.com | 2,185 | 2,717 | 1,991 |
| lmenninger@hmflaw.com | 63 | 82 | 0 |
| manager@littlestjeff.com | 0 | 0 | 0 |
| Menninger | 58 | 77 | 1 |
| owlmcb@att.net | 70 | 103 | 45 |
| owlmcb@worldnet.att.net | 90 | 135 | 60 |
| owlmgw@att.net | 3,389 | 4,468 | 2,720 |
| Pagliuca | 4 | 4 | 0 |

# Harvard University - Giuffre-Dershowitz
## Search Terms Report

**Report Name:** FROM.TO.CC.BCC Names

**Searchable Set:** 2020.11.19 All Documents before 8/15/2020

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| sharonchurcher@hotmail.com | 0 | 0 | 0 |
| tgee@hmflaw.com | 0 | 0 | 0 |
| uptown50@protonmail.com | 0 | 0 | 0 |
| zorroranch@aol.com | 0 | 0 | 0 |