LAW OFFICES OF
*Aidala, Bertuna & Kamins, P.C.*

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO
DIANA FABI SAMSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

March 3, 2021

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> The request for leave to file a pre-motion conference letter under seal is granted. SO ORDERED.
>
> /s/ Loretta A. Preska  3/4/2021

Re:     *Giuffre v. Dershowitz*, **Case No. 1:19-Civ-03377-LAP**

Dear Judge Preska,

Pursuant to Rule 1.A of Your Honor's Individual Practices, Professor Alan Dershowitz ("Professor Dershowitz") respectfully requests leave to file under seal a pre-motion conference letter regarding Professor Dershowitz's request to provide certain material and information that has been designated confidential in this action to the United States Attorney's Office for the Southern District New York. Professor Dershowitz's pre-motion conference letter references and cites to material that has been designated confidential pursuant to the protective order in this action, as such, he respectfully requests leave to file the letter under seal.[1]

Respectfully Submitted,

*/s/ Imran H. Ansari*
Imran H. Ansari

CC:     Counsel of Record via ECF (*Giuffre v. Dershowitz*, Case No. 19-Civ-3377-LAP)

---

[1] Professor Dershowitz makes this request without prejudice to his right to later challenge the propriety of those confidentiality designations.