# Cooper & Kirk

Lawyers
A Professional Limited Liability Company

Nicole Jo Moss
(202) 220-9660
nmoss@cooperkirk.com

1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

(202) 220-9600
Fax (202) 220-9601

March 9, 2021

**VIA ECF**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Giuffre v. Dershowitz*, Case No. 19-cv-3377-LAP

Dear Judge Preska:

I write on behalf of Plaintiff Virginia Giuffre pursuant to Rule 1.A of Your Honor's Individual Practices. Plaintiff requests leave to file under seal her response to Defendant's pre-motion letter requesting leave to provide confidential material and information to the United States Attorney's Office for the Southern District of New York. In support of this request, Plaintiff notes that the Court granted Defendant leave to file his pre-motion letter under seal, *see* Doc. 246, and Plaintiff will both be responding to that sealed filing as well as potentially referencing and attaching excerpts of additional confidential information. For these reasons, Plaintiff respectfully requests leave to file her responsive letter under seal.

Respectfully,

s/ Nicole Jo Moss
Nicole J. Moss

cc: Counsel of Record

So ordered
Loretta A. Preska
3/12/21