UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>            Plaintiff,<br><br>-against-<br><br>ALAN DERSHOWITZ,<br><br>            Defendant. | 19 Civ. 3377 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel for the parties shall appear for a videoconference on March 18, 2021 at 11:00 a.m. to address the issues raised in their pre-motion conference letters (dkt. nos. 242, 249, 250). Counsel for Mr. Wexner also shall appear to address Mr. Dershowitz's renewed motion to compel Mr. Wexner's testimony (dkt. no. 249).

    The Court will communicate separately to counsel information for joining the videoconference. The Court will docket call-in information for the public before the conference.

**SO ORDERED.**

Dated:    New York, New York
          March 15, 2020

*(signature)*
_____
LORETTA A. PRESKA
Senior United States District Judge

1