

Christian G. Kiely
E-mail: ckiely@toddweld.com

March 15, 2021

**VIA ECF**
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *Giuffre v. Dershowitz*, Case No.: 19-cv-03377-LAP
           Request to Reschedule March 18, 2021 Status Conference

Dear Judge Preska:

    Defendant Alan Dershowitz respectfully requests that the Court reschedule the status conference just scheduled for March 18, 2021 at 11:00 AM (ECF No. 261) in order to accommodate his counsel's schedule. Mr. Cooper is scheduled to be in deposition that day, and I have a personal obligation. Plaintiff and non-party Leslie Wexner assent to this request. Counsel have conferred, and all parties would be available any time after 1 PM on March 25 or 26, 2021, or at such other time as is convenient for the Court.

                            Respectfully submitted,

                            */s/ Christian G. Kiely*
                            Christian G. Kiely

cc:    All counsel of record, via ECF

The request for an adjournment is granted. The conference is rescheduled for March 25, 2021 at 1:30 pm.  SO ORDERED.

*Loretta A. Preska*  3/16/2021