UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>                Plaintiff,<br><br>-against-<br><br>ALAN DERSHOWITZ,<br><br>                Defendant. | 19 Civ. 3377 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The conference scheduled for March 25, 2021 at 1:30 p.m. EST will occur by video. The Court will communicate separately to counsel information for joining the videoconference. Members of the public may access the conference using the following listen-only teleconference line: (877) 226-8216, access code: 3329593. The Court will open the teleconference line to the public after counsel has addressed the sealed motions at dkt. nos. 249 and 250, which contain materials designated confidential under the protective order.

**SO ORDERED.**

Dated:    New York, New York
            March 24, 2021

                                        *Loretta A. Preska*
                                        LORETTA A. PRESKA
                                        Senior United States District Judge