UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>                Plaintiff,<br><br>-against-<br><br>ALAN DERSHOWITZ,<br><br>                Defendant. | 19 Civ. 3377 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the April 2, 2021 letters from Defendant seeking to compel Plaintiff's testimony (dkt. no. 275) and the production of certain documents (dkt. no. 274). Plaintiff shall file any responses to these letters no later than April 12, 2021.

**SO ORDERED.**

Dated:    New York, New York
           April 5, 2020

                                    _____
                                    LORETTA A. PRESKA
                                    Senior United States District Judge