UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

        Plaintiff,

-against-

ALAN DERSHOWITZ,

        Defendant.

19 Civ. 3377 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Mr. Dershowitz's request to compel Plaintiff to submit to her first day of deposition by video in April or May (dkt. no. 275) is denied without prejudice, subject to reinstatement upon the substantial completion of paper discovery.

**SO ORDERED.**

Dated:    New York, New York
           April 9, 2020

                                          _____
                                          LORETTA A. PRESKA
                                          Senior United States District Judge