```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>ALAN DERSHOWITZ,<br><br>　　　　　　Defendant. | 19 Civ. 3377 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court has reviewed Defendant's letters[1] seeking leave to file a motion to compel production of certain communications between Plaintiff and her counsel on the basis of waiver and, alternatively, seeking the Court's review of certain communications in camera to determine whether the crime-fraud exception applies.

　　Defendant may proceed with the motion.  Defendant's opening brief and Plaintiff's opposition brief each shall not exceed 15 pages.  Defendant may file a reply brief of no longer than 5 pages.

---

[1] (Letter from Howard M. Cooper, dated Apr. 2, 2021 [dkt. no. 274]; Letter from Christian G. Kiely, dated Apr. 13, 2021 [dkt. no. 283]; see also Letter from Charles J. Cooper, dated Apr. 12, 2021 [dkt. no. 282].)

The parties shall confer and propose a briefing schedule.

**SO ORDERED.**

Dated:    New York, New York
          April 14, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge