UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,                              :
                      Plaintiff,     :
                                      :
                                      :
    v.                                            :        19 Civ. 3377 (LAP)
                                      :
ALAN DERSHOWITZ,                                  :
                      Defendant,     :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF INTENT TO REQUEST REDACTIONS VIA MOTION

      On April 14, 2021, the court reporter provided notice of the filing of the official transcript for the conference held on March 25, 2021, and provided notice of the parties' obligations to provide notice within seven (7) days of any intent to request redactions. The same notice also states the party who wishes to request redaction of information other than what is identified in the Notice of Filing of Official Transcript may do so by a motion.

      Pending before the Court are access requests that relate to whether portions of the subject transcript will remain sealed. However, to avoid any issue of waiver, we provide notice of intent to request redactions and reserve the right to file a motion with the Court, if required, to ensure that the portion of the transcript involving closed proceedings remains sealed. A copy of this notice is being emailed to the court reporter.

Dated: April 15, 2021                                  Respectfully submitted,

                                                                     /s/ Marion H. Little, Jr.
                                                                     Marion H. Little, Jr. (Ohio Bar # 0042679)
                                                                     Zeiger, Tigges & Little LLP
                                                                     41 S. High St., Suite 3500
                                                                     Columbus, OH 43215-6110
                                                                     Phone (614) 365-9900
                                                                     Fax (614) 365-7900
                                                                     Email little@litohio.com

*Counsel for non-parties*
*John W. Zeiger and Leslie H. Wexner*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 15, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and that the foregoing was served upon all counsel of record using the CM/ECF system.

/s/ Marion H. Little, Jr.
Marion H. Little, Jr. (Ohio Bar # 0042679)

1053-001:899836