# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>ALAN DERSHOWITZ,<br><br>Defendant / Counterclaim Plaintiff. | Case No. 19-cv-03377-LAP |

## NOTICE OF INTENT TO REQUEST REDACTIONS

Consistent with the notice of the court reporter dated April 14, 2021, ECF. 285, Plaintiff Virginia Giuffre hereby provides notice of her intention to move to seal a portion of the official transcript for the conference held on March 25, 2021, if necessary, and consistent with the Court's resolution of the pending letter motion to intervene and unseal, ECF. 270. A copy of this notice is being emailed to the court reporter.

Dated: April 20, 2021

Respectfully submitted

s/ Charles J. Cooper
Charles J. Cooper*
COOPER & KIRK PLLC
1523 New Hampshire Ave. NW
Washington, DC 20036
(202) 220-9600
*Admitted PHV

## CERTIFICATE OF SERVICE

     I hereby certify that on April 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that the foregoing will be served upon all counsel of record using the CM/ECF system, and upon the court reporter by electronic mail.

                                              s/ Charles J. Cooper  
                                              Charles J. Cooper*