UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

    Plaintiff / Counterclaim Defendant,

 v.

ALAN DERSHOWITZ,

    Defendant / Counterclaim Plaintiff.

Case No. 19-cv-03377-LAP

**ORAL ARGUMENT REQUESTED**

**PROFESSOR ALAN DERSHOWITZ'S MOTION TO COMPEL PRODUCTION OF CERTAIN ATTORNEY-CLIENT COMMUNICATIONS ON THE BASIS OF WAIVER, OR, IN THE ALTERNATIVE, REQUEST FOR *ZOLIN* EXAMINATION**

For the reasons set forth in the accompanying memorandum of law, Defendant and Counterclaim Plaintiff Alan Dershowitz ("Professor Dershowitz") respectfully requests that the Court: i) rule that Plaintiff and Counterclaim Defendant Virginia Giuffre has waived any privilege over communications with her then-counsel concerning her accusations against Professor Dershowitz made in filings in *Jane Doe #1 & Jane Doe #2 v. United States*, No. 08-80736-CIV-Marra (S.D. Fla.), the decision to simultaneously assert claims against Leslie Wexner (privately), and the relationship between those two decisions; and ii) order the production of all such communications. In the alternative, Professor Dershowitz requests the Court order those same communications produced to the Court *in camera* for an examination pursuant to *United States v. Zolin* to determine whether the privilege has been negated by the crime-fraud exception. Professor Dershowitz respectfully requests that the Court hold oral argument on his Motion.

Respectfully submitted,

ALAN DERSHOWITZ,

By his attorneys,

*/s/ Howard M. Cooper*
Howard M. Cooper (MA BBO # 543842) *(pro hac vice)*
Christian G. Kiely (MA BBO # 684308) *(pro hac vice)*
Kristine C. Oren (MA BBO # 705730) *(pro hac vice)*
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA  02110
T: 617-720-2626
hcooper@toddweld.com
ckiely@toddweld.com
koren@toddweld.com

Arthur L. Aidala (S.D.N.Y. Bar No. ALA-0059)
Imran H. Ansari (S.D.N.Y. Bar No. IHA-1978)
AIDALA, BERTUNA & KAMINS, P.C.
546 Fifth Avenue, 6th Floor
New York, NY  10036
T: 212-486-0011
iansari@aidalalaw.com
aidalaesq@aidalalaw.com

Dated: May 4, 2021

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system, and served to all counsel of record on May 4, 2021.

                                           */s/ Christian G. Kiely*
                                           Christian G. Kiely