UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

      Plaintiff / Counterclaim Defendant,

v.

ALAN DERSHOWITZ,

      Defendant / Counterclaim Plaintiff.

Case No. 19-cv-03377-LAP

## DECLARATION OF CHRISTIAN G. KIELY

I, Christian G. Kiely, hereby declare as follows:

1.    I am counsel to Defendant and Counterclaim Plaintiff Alan Dershowitz ("Professor Dershowitz") in this action.  I make this declaration in support of Professor Dershowitz's Motion to Compel the Production of Certain Attorney-Client Communications on the Basis of Waiver, or, in the Alternative, Request for *Zolin* Examination.

2.    Attached hereto as **Exhibit A** is a true and correct copy of a letter from myself to Plaintiff's counsel, Nicole Moss, dated April 6, 2020.

3.    Attached hereto as **Exhibit B** and submitted under seal is a true and correct copy of excerpts of the transcript of the January 16, 2016 deposition of Plaintiff Virginia Giuffre ("Giuffre") in *Edwards v. Dershowitz*, No. CACE-15-000072 (17th Cir. Ct. Broward Cnty. Fla.).

4.    Attached hereto as **Exhibit C** and submitted under seal is a true and correct copy of excerpts of the transcript of the December 16, 2020 deposition of John W. Zeiger, Esq. in this action.

5.      Attached hereto as **<u>Exhibit D</u>** is a true and correct copy of a contingent fee agreement between Giuffre and certain attorneys dated September 26, 2014, which was produced by Giuffre in discovery.

6.      Attached hereto as **<u>Exhibit E</u>** and submitted under seal is a true and correct copy of correspondence dated December 23, 2014 from Boies Schiller Flexner LLP to Leslie Wexner, which was produced by John Zeiger in discovery.

7.      Attached hereto as **<u>Exhibit F</u>** is a true and correct copy of a sworn declaration submitted by Giuffre in *Jane Doe #1 and Jane Doe #2 v. United States*, 9:08-cv-80736-KAM (S.D. Fla.) on January 21, 2015.

8.      Attached hereto as **<u>Exhibit G</u>** and submitted under seal is a true and correct copy of Giuffre's manuscript, "The Billionaire's Playboy Club," produced by Giuffre in discovery.

9.      Attached hereto as **<u>Exhibit H</u>** is a true and correct copy of what Giuffre purports to be an email exchange between Giuffre and Sharon Churcher from May 2011, which was unsealed by the Second Circuit on August 9, 2019.

10.     Attached hereto as **<u>Exhibit I</u>** is a true and correct copy of a statement issued by Louis J. Freeh dated April 8, 2016.

11.     Attached hereto as **<u>Exhibit J</u>** is a true and correct copy of an open letter from James Bucknam, President and CEO of Freeh Group International Solutions, LLC, dated March 9, 2019.

12.     Attached hereto as **<u>Exhibit K</u>** is a true and correct copy of Giuffre's Motion for Joinder filed in *Jane Doe #1 and Jane Doe #2 v. United States*, 9:08-cv-80736-KAM (S.D. Fla.) on December 30, 2014.

13.     Attached hereto as **Exhibit L** is a true and correct copy of a transcription of a series of recorded telephone calls between Professor Dershowitz and Rebecca Boylan from 2015, which was produced by Professor Dershowitz in discovery.

14.     Attached hereto as **Exhibit M** and submitted under seal is a true and correct copy of a pleading entitled Reply Memorandum of Law in Further Support of Non-Party Sharon Churcher's Motion to Quash Subpoena filed in *Giuffre v. Maxwell,* 15-cv-7433 (S.D.N.Y), on July 5, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Christian G. Kiely*
Christian G. Kiely

Dated: May 4, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system, and served to all counsel of record on May 4, 2021.

*/s/ Christian G. Kiely*
Christian G. Kiely