# Exhibit J



March 9, 2019

To Whom It May Concern:

In 2015, Professor Alan Dershowitz retained Freeh Group International Solutions, LLC ("FGIS") to conduct an independent investigation into allegations of sexual misconduct that had been made against him by Ms. Virginia Roberts. Ms. Roberts also made allegations against others, including former President William Clinton.

During the course of our investigation, personnel from FGIS, including a former senior prosecutor and investigator from the U.S. Department of Justice with more than a half century of collective experience conducting criminal investigations, carefully examined thousands of pages of documentary evidence, much of which Professor Dershowitz supplied to us; sought to reconstruct events in New York City, Palm Beach, Little St. James Island, a ranch in New Mexico, and on a private aircraft; and, identified and interviewed many witnesses who were able to provide relevant details regarding Ms. Roberts' allegations. In our opinion, the totality of the evidence found during the investigation refutes the allegations made against Professor Dershowitz.

In addition, FGIS made a Freedom of Information Act ("FOIA") request to the U.S. Secret Service ("USSS") for "any and all sift logs, travel records, itineraries, reports and other records for USSS personnel traveling with former President William Clinton to Little St. James Island." This was done in an effort to determine whether former President Clinton had been there as Ms. Roberts alleged.

On January 16, 2016, the official in charge of the USSS's FOIA/PA Office replied by letter that the "USSS has conducted a reasonable search for responsive records" and "from a review of USSS main indices, that there are no records pertaining to your request that are referenced in these indices." Thus, the conclusion that can be drawn that, contrary to Ms. Roberts' allegation, former President Clinton did not in fact travel to, nor was he present on, Little St. James Island between January 1, 2001 and January 1, 2003. The FOIA results not only directly impeach Ms. Roberts' specific allegations against Professor Dershowitz, but in our opinion completely undermine her credibility. Together with our other factual findings and conclusions, it is our opinion that all of these allegations against him were made without any basis.

At the conclusion of our investigation, which was conducted under the supervision of FGIS Chairman Louis J. Freeh, FGIS concluded that we "found no evidence to support the accusations of sexual misconduct against Professor Dershowitz. In fact, in several instances, the evidence directly contradicted the accusations made against him."

We stand by our investigation and that conclusion.

Very truly yours,

James R. Bucknam
President and Chief Executive Officer

DERSH050964