# Exhibit L

## **Conversations with Rebbeca Boylan**

### **Tape A**

Alan M. Dershowitz: Now turning on a tape recorder and I'm recording with uh your permission. So please repeat what you told me previously.

Rebecca: Okay, um that Virginia never wanted to go after you um but she felt pressure um by her lawyers and that she had never… I've never heard her mention you as when we were kids or you know until very recently after everything has happened in the media but I've never heard her mention you before.

Alan M. Dershowitz; Okay thank you and I'm turning off the tape recorder. Thank you so much.

### **Tape B**

Alan M. Dershowitz: [inaudible] record and where you repeat what you basically said to me before about the uh man in Columbus and um what he um and how they intended to get the amount of money they intended to get from them. That's crucial. So can you give me that for just like 30 seconds?

Rebecca: Okay, I mean she never told me his name. I know it from you saying it.

Alan M. Dershowitz: We know his name of course.

Rebecca: Okay…

Alan M. Dershowitz: Tell me how she described him to you.

Rebecca: She just said that he owned Victoria Secret and Limited Too, and that he had lots and lots of money. You know, was a billionaire.

Alan M. Dershowitz: Great. And what did they want to do?

Rebecca: They wanted to sue him for at least half his money and use it for the charities that they're trying to start.

Alan M. Dershowitz: And what would the lawsuit be based on?

Rebecca: Oh I guess the… she didn't say exactly, just being affiliated with Epstein the alleged you know and partaking you know in the girls that he would provide them or provide him.

Alan M. Dershowitz: Yeah. And did they think they would have to bring the lawsuit or would they just be able to threaten the lawsuit and he would pay the money?

Rebecca: She made it sound like to me that they were already talking to him and they were, they had already you know in the process of suing him.

Alan M. Dershowitz: Aha. And was he going to then you think settle it or was he actually going to litigate it… what did it sound like?

Rebecca: She didn't really say but she made it sound like she as pretty positive about it and then I didn't hear about it for like months and then you know the last time she talked about the charity, it wasn't about him anymore, it was about just you know raising money going to like you know celebrity charity events to get money or I remember her you know showing she was going to do a bunch of television interview um to raise the… and use that money that they were paying her for the interviews to help get it started.

Alan M. Dershowitz: Right but that would be…

Rebecca: And the lawyers contributed their own money into it probably like, I don't know, like $80,000 or something like that.

Alan M. Dershowitz: They contributed $80,000 to what, to the fund?

Rebecca: The charity yeah, to get it started for her.

Alan M. Dershowitz: And were the lawyers charging her or how did that work… do you know?

Rebecca: Nope, I mean, uh, she, to her, I think the result of her, or what do you call it, pro bono, they weren't charging anything for their, ya know.

Alan M. Dershowitz: But did they expect to get something out of it if they sued this rich guy in Columbus from Victoria Secret.

Rebecca: Really, it's, she didn't say it exactly but that's just kind of like, you know, looking at it in retrospect, that's how it seemed, you know, it just seemed like it was, they saw an opportunity to make a lot of money.

Alan M. Dershowitz: And did she mention, she didn't mention who the lawyers are or where they were form did she?

Rebecca: No. I just have that paperwork that was sent to me by… from them.

Alan M. Dershowitz: right. Sure. But do you know who sent it to you?

Rebecca: Um, she sent, I mean, no, I don't know exactly, she sent it to me… it was forwarded from her email to my email.

DERSH012226

Alan M. Dershowitz: Right. And my understanding is that she was going to try to get the uh ABC to uh give her some credibility so that that would increase the leverage on being able to get a settlement or a lawsuit?

Rebecca: Yeah, I mean…

Alan M. Dershowitz: Yeah, alright, well I appreciate that and again just repeat you gave me permission to record this and um would you just say yes so?

Rebecca: Okay, yes.

Alan M. Dershowitz: I appreciate that. Thank you. If you can think of anything else, just please, please let me know because um this is very, very important.

**Tape C**

Alan M. Dershowitz: I'm recording now with your permission so just tell me the story as as simply as you can.

Rebecca: Okay about the interaction that I had with her where she told me about what was going to happen when it came to starting this charity?

Alan M. Dershowitz: Right.

Rebecca: … is what you're asking?

Alan M. Dershowitz: Yeah, yeah.

Rebecca: Okay. Um you want me to talk now.

Alan M. Dershowitz: Yeah, sure.

Rebecca: Ok alright, earlier we were together on Clemantis we had dinner at Dempsey's and she just kind of told me about how she was going to sue the man who owned Limited Too and Victoria Secret for lots of money and that they were going to be able to take that money and start this charity to help you know women that had been trafficked and that you know there were other big names that she was going to be able to um also um refer to what happened or what she said had happened when she was younger. Uh I don't know exactly what else. She didn't really mention names just one, just the one that I don't remember his, the guy who owns, you know, Victoria Secret and all that and uh she also said to me that when it came to Alan Dershowitz that she did feel pressure to go after you, after him… um her, you know to, she felt pressure to do it, she didn't want to go after you specifically, that she felt pressured by her lawyers to do that.

Alan M. Dershowitz: Alright, well thank you very much I really appreciate it. You know, we were recording this with your permission. I'm going to turn off the recording now.

DERSH012228