# Cooper & Kirk

Lawyers
A Professional Limited Liability Company

| | | |
|---|---|---|
| Nicole Jo Moss<br>(202) 220-9660<br>nmoss@cooperkirk.com | 1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036 | (202) 220-9600<br>Fax (202) 220-9601 |

May 5, 2021

**VIA ECF**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: ***Giuffre v. Dershowitz*, Case No. 19-cv-3377-LAP**
      Permission To File Under Seal

Dear Judge Preska:

  I write on behalf of Plaintiff Virginia Giuffre. Pursuant to Rule 1.A of Your Honor's Individual Practices, Plaintiff respectfully requests permission to file under seal, with a redacted version filed on the public docket, her response to Defendant's motion to compel filed under seal on May 4, 2021, *see* Doc. 297. In support of this request, we note that the Court granted Defendant leave to file his motion under seal, *see* Doc. 296, and Plaintiff will both be responding to that sealed filing, as well as possibly attaching documents that have been designated as confidential under applicable protective orders.

  In addition, we request permission to disclose and discuss Defendant's sealed motion, together with its exhibits, with Plaintiff's prior counsel, on the ground that their communications are the object of Defendant's motion. In support of this request, Plaintiff notes that her prior counsel already have access to the confidential material attached to or discussed in Defendant's motion by virtue of their participation in *Giuffre v. Maxwell*, Case No. 15-cv-7433-LAP (S.D.N.Y.) and *Boies v. Dershowitz*, Index No. 160874/2019 (N.Y. Sup. Ct. N.Y. Cnty.) and that the Court previously granted Plaintiff leave to share similar, if not identical, information contained in Defendant's pre-motion letter on this same topic with her prior counsel, *see* Doc. 278.

                Respectfully,

                s/Nicole J. Moss
                Nicole J. Moss

cc: Counsel of Record