

# Todd&Weld LLP

Kristine C. Oren
koren@toddweld.com

*Via ECF*                                                                May 6, 2021

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007-1312

Re:   *Giuffre v. Dershowitz*, Case No. 19-cv-3377-LAP
      **Request for Extension**

Dear Judge Preska,

Defendant Alan Dershowitz ("Defendant") hereby requests a three-day extension of time to file his responses to Plaintiff Virginia L. Giuffre's Letter Motion for Local Rule 37.2 Conference re: Protective Order (Dkt. No. 303) and Letter re: Request for Permission to File Motion to Amend Complaint (Dkt. No. 304) (collectively, "Letters"). Pursuant to Individual Practice Rule 2.A., the original deadlines to respond to both Letters are set for Tuesday, May 11, 2021. Defendant respectfully requests that the Court extend Defendant's deadlines to respond to Plaintiff's Letters to May 14, 2021.

Defendant requests this extension because he will need additional time to adequately respond to the two related Letters filed simultaneously in this case.

Counsel for Plaintiff has assented to this request but also requests an extension of time to file her replies for both Letters until May 21, 2021.

Thank you.

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE   5/7/21

Respectfully Submitted,

/s/ KCO
Kristine C. Oren

CC: Plaintiff/Cooper & Kirk P.L.L.C. via ECF