# EXHIBIT 2

| | |
|---|---|
| **From:** | Dershowitz, Alan |
| **Sent:** | Sunday, August 25, 2019 2:42 PM EDT |
| **To:** | Kelley, Maura |
| **CC:** | Carolyn Cohen |
| **Subject:** | Fwd: Statement for tony |

Typos corrected. Please 3 formats.

Sent from my iPhone

Begin forwarded message:

> **From:** dersh@law.harvard.edu
> **Date:** August 25, 2019 at 2:35:03 PM EDT
> **To:** Maura Kelley <mkelley@law.harvard.edu>, Carolyn Cohen <carolynanncohen@gmail.com>
> **Subject: Statement for tony**

Heading :I know that Virginia Roberts Giuffre never had sex with Alan Dershowitz
   I know that Giuffre never has sex with Dershowitz because I was the first person to interview her. I interviewed her for the Daily Mail in early 2011, nine years after she left Jeffrey Epstein. She told me about the men who Epstein trafficked her to .  She did not include Dershowitz in that group.
   Then in August of 2001, Virginia emailed me , asking me to remind her of the names of the men " J.E. sent me to."  I responded that although Dershowitz was not among them ( "no proof " that he is a "pedo") , "you probably met him when he was hanging out w JE."  I had to remind Virginia who Dershowitz was: " he repped Claus von Bulow and a movie was made about that case... title was Reversal of Fortune." I also wrote that Dershowitz , along with Kenneth Star, had represented Epstein in the deal he received. I advised Virginia that despite the fact that there is no proof he had sex with Virginia, she should put Deshowitz in the manuscript she was writing about Epstein and the men to whom she was trafficked , because he's a "good name for your  pitch,"  even as a prominent person who was merely associated with Epstein .

Virginia responded: "I'm bringing down the house with this book." She did not dispute that there was "no proof " or even allegation that Dershowitz was among those to whom she had been trafficked.
   Virginia followed my advice and put Dershowitz in the book as someone she had seen hanging out with Epstein and "convers[ing] about business."  Although in the manuscript, she named men to whom she had been trafficked and described the sex in detail , she did not claim that she had ever had sex with Dershowitz.
   These emails and manuscript led my attorney to write the following truthful statement in a court brief: "Churcher makes no suggestion that [giuffre] had sexual contact with Dershowitz. To the contrary, she states there was "no proof" that he was a "pedo"— which directly contradicts such a suggestion in itself— but only that " "[Giuffre] probably met him when he

was hanging out with J.E. ".

   I stand by my lawyer's statement : there is no proof or suggestion that Alan Dershowitz ever had any "sexual contact " with Guiffre. He was merely a lawyer and acquaintance of Epstein who Giuffre once saw conducting business with him.

Sent from my iPhone

**CC_004248**

| | |
|---|---|
| **From:** | Tony Lyons |
| **Sent:** | Friday, October 4, 2019 10:36 AM EDT |
| **To:** | alandersh@gmail.com |
| **Subject:** | Re: Any further word on Churcher ? |

I'll try

Sent from my iPhone

> On Oct 4, 2019, at 9:02 AM, "alandersh@gmail.com" <alandersh@gmail.com> wrote:
>
> Confidential
> Tell her how important it is. It's about my life, my health, my family. She knows the truth. Her lawyer has told the court that Virginia never had sex with me.
> churcher just has to confirm what her lawyer already told the court.
> She could say : my lawyer is right. Dershowitz never had any sexual contact with Virginia.
> She is not any risk of a law suit.
> Sent from my iPhone
>
>> On Oct 4, 2019, at 8:45 AM, Tony Lyons <TLyons@skyhorsepublishing.com> wrote:
>>
>> I have a call scheduled for 11am
>>
>> Sent from my iPhone
>>
>>> On Oct 4, 2019, at 8:10 AM, "alandersh@gmail.com" <alandersh@gmail.com> wrote:
>>>
>>> Just ask her to tell the truth. I'm sure Virginia never mentioned me. Her boyfriend and best girlfriend have confirmed that. She doesn't have to get involved by just telling the truth, as she already did to you.
>>>
>>> Sent from my iPhone
>>>
>>>> On Oct 4, 2019, at 8:06 AM, Tony Lyons <TLyons@skyhorsepublishing.com> wrote:
>>>>
>>>> I agree and I'll call her, but I'm not sure how to persuade her. She really doesn't want to be involved. Any idea of how I can play it?
>>>>
>>>> Sent from my iPhone
>>>>
>>>>> On Oct 4, 2019, at 8:02 AM, "alandersh@gmail.com" <alandersh@gmail.com> wrote:
>>>>>
>>>>> Confidential
>>>>> Would she be willing to say that she has no recollection of Virginia ever including me among the laundry list of men she had sex with.
>>>>> That couldn't possibly subject her to any law suit, even if it wasn't in an affidavit
>>>>> If she were willing to say I was a victim that would be good. Or that Virginia was pressured to name me.
>>>>>
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>>> On Oct 3, 2019, at 11:10 PM, Tony Lyons <TLyons@skyhorsepublishing.com> wrote:
>>>>>>
>>>>>> She was saying that her memory of what was said or not said might be wrong. But she was consistent in saying that you were a victim.
>>>>>>

\>>>>>> Sent from my iPhone
\>>>>>>
\>>>>>>> On Oct 3, 2019, at 10:33 PM, "alandersh@gmail.com" <alandersh@gmail.com> wrote:
\>>>>>>>
\>>>>>>> How is she changing her story. ? What is she now saying ?
\>>>>>>>
\>>>>>>> Sent from my iPhone
\>>>>>>>
\>>>>>>>> On Oct 3, 2019, at 10:28 PM, Tony Lyons <TLyons@skyhorsepublishing.com> wrote:
\>>>>>>>>
\>>>>>>>> She's panicked. Was going on and on about how if she gets sued for libel she'll lose her house. Didn't want to talk more and started changing her story. I think you should write her a letter. But I'd guess there's a good chance the letter would be made public at some point.
\>>>>>>>>
\>>>>>>>> Sent from my iPhone
\>>>>>>>>
\>>>>>>>>> On Oct 3, 2019, at 10:25 PM, "alandersh@gmail.com" <alandersh@gmail.com> wrote:
\>>>>>>>>>
\>>>>>>>>> Really important
\>>>>>>>>>
\>>>>>>>>> Sent from my iPhone