# EXHIBIT 4

JEROLD R. RUDERMAN
CHAIRPERSON

**State of New York
Grievance Committee for the
Ninth Judicial District**

CROSSWEST OFFICE CENTER
399 KNOLLWOOD ROAD - SUITE 200
WHITE PLAINS, N.Y. 10603
914-824-5070

GARY L. CASELLA
CHIEF COUNSEL

FAITH LORENZO
DEPUTY CHIEF COUNSEL

FORREST STRAUSS
MATTHEW LEE-RENERT
ANTONIA P. CIPOLLONE
ANTHONY R. WYNNE
GLENN E. SIMPSON
MATTHEW C. TOAL
MICHAEL J. KEARSE
STAFF COUNSEL

PATRICK A. SMITH
INVESTIGATOR

CONFIDENTIAL

December 31, 2018

Michael S. Ross, Esq.
One Grand Central Place
60 East 42nd Street
47th Floor
New York, New York 10165

Re:   Our File No. 34371/17
      Your client: David Boies
      On complaint of Alan Dershowitz, Esq.

Dear Mr. Ross:

Enclosed for service upon your client, is the Committee's disposition letter regarding the above referenced matter.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

Faith Lorenzo
Deputy Chief Counsel

FL/et
Enclosure

| | | |
|---|---|---|
| JEROLD R. RUDERMAN<br>CHAIRPERSON | **State of New York**<br>**Grievance Committee for the**<br>**Ninth Judicial District**<br>CROSSWEST OFFICE CENTER<br>399 KNOLLWOOD ROAD - SUITE 200<br>WHITE PLAINS, N.Y. 10603<br>914-824-5070 | GARY L. CASELLA<br>CHIEF COUNSEL<br><br>FAITH LORENZO<br>DEPUTY CHIEF COUNSEL<br><br>FORREST STRAUSS<br>MATTHEW LEE-RENERT<br>ANTONIA P. CIPOLLONE<br>ANTHONY R. WYNNE<br>GLENN E. SIMPSON<br>MATTHEW C. TOAL<br>STAFF COUNSEL<br><br>PATRICK A. SMITH<br>INVESTIGATOR |

CONFIDENTIAL

December 31, 2018

David Boies, Esq.
333 Main Street
Armonk, New York 10504

Re: File No.34371/17

Dear Mr. Boies:

    At a recent meeting, the Grievance Committee for the Ninth Judicial District considered the complaint filed against you by Alan Dershowitz..

    After deliberation, the Committee determined that there was no breach of the Rules of Professional Conduct on your part. Accordingly, the complaint was dismissed.

                                                Very truly yours,

                                               Jerold R. Ruderman
                                               Chairperson

JRR/fl