**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VIRGINIA L. GIUFFRE,

                    Plaintiff,

        v.

ALAN DERSHOWITZ,

                Defendant.

ALAN DERSHOWITZ,

           Counterclaim Plaintiff,

        v.

VIRGINIA L. GIUFFRE,

           Counterclaim Defendant.

No. 19 Civ. 3377 (LAP)

## STIPULATION OF PARTIAL DISMISSAL

WHEREAS plaintiff and counterclaim defendant Virginia L. Giuffre ("Plaintiff") filed an Amended Complaint on April 15, 2020, ECF No. 117, that included as Count II a claim for battery against defendant and counterclaim plaintiff Alan Dershowitz ("Defendant");

WHEREAS Defendant answered the Amended Complaint on April 28, 2020, ECF No. 118;

WHEREAS Plaintiff has filed a letter seeking permission to move to amend the Amended Complaint and file a proposed Second Amended Complaint that would include a claim for battery against Defendant Alan Dershowitz, ECF No. 304;

WHEREAS Defendant has now asserted an affirmative defense of release against the battery claim by invoking a release entered in connection with the settlement of *Jane Doe 102 v. Jeffrey Epstein*, No. 09-80656 (S.D. Fla. May 4, 2009); and

WHEREAS Plaintiff has decided to voluntarily dismiss her battery claim,

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, by and through their undersigned attorneys, as follows:

1.      Count II of the Amended Complaint shall be and is hereby voluntarily dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without costs or fees to either party.

2.      Notwithstanding the foregoing, all of the factual allegations underlying and relating to the cause of action for battery shall remain as alleged in the Amended Complaint.

3.      Should the Court grant Plaintiff leave to amend the Amended Complaint and file her proposed Second Amended Complaint, Plaintiff will omit Count II but will not otherwise revise the allegations contained in Exhibit B to her letter requesting permission to move to amend, ECF No. 304-2.

4.      This stipulation is the result of a compromise and shall not at any time, or for any purpose, be construed as an admission by either party of the validity or invalidity of Plaintiff's battery claim or Defendant's release defense, or the truth or falsity of the factual predicates thereto.

5.      The above-captioned action will continue to proceed with respect to all remaining claims and counterclaims, which are expressly preserved and not dismissed by this stipulation.

Date: August 11, 2021

For Plaintiff:

s/ Charles J. Cooper/hp
Charles J. Cooper*

For Defendant:

s/ HC Coy
Howard M. Cooper*

2

Michael W. Kirk
Nicole J. Moss*
Haley N. Proctor*
COOPER & KIRK PLLC
1523 New Hampshire Ave. NW
Washington, D.C. 20036
(202) 220-9600
ccooper@cooperkirk.com
mkirk@cooperkirk.com
nmoss@cooperkirk.com
hproctor@cooperkirk.com
*Admitted PHV
*Attorneys for Plaintiff Virginia Giuffre*

Christian G. Kiely*
Kristine C. Oren*
TODD & WELD LLP
One Federal Street, 27th Fl.
Boston, MA 02110
(617) 720-2626
hcooper@toddweld.com
ckiely@toddweld.com
koren@toddweld.com
*Admitted PHV

Arthur L. Aidala
Imran H. Ansari
AIDALA, BERTUNA & KAMINS, P.C.
546 Fifth Avenue, 6th Floor
New York, NY 10036
(212) 486-0011
iansari@aidalalaw.com
aidalesq@aidalalaw.com
*Attorneys for Defendant Alan Dershowitz*

SO ORDERED:

*Loretta A. Preska*  08/16/2021
Hon. Loretta A. Preska
Senior United States District Judge