

Christian G. Kiely
E-mail: ckiely@toddweld.com

September 2, 2021

**VIA ECF**
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Giuffre v. Dershowitz*, Case No.: 19-cv-03377-LAP
Request to File Under Seal

Dear Judge Preska:

Pursuant to Rule 1.A of Your Honor's Individual Practices, Professor Alan Dershowitz ("Professor Dershowitz") respectfully requests leave to file under seal a pre-motion letter seeking certain limited relief from the Protective Order, ECF No. 227. As grounds therefor, Professor Dershowitz states that the letter quotes from and attaches a document which has been designated confidential under the Protective Order. Professor Dershowitz makes this request without prejudice to his right to challenge the propriety of the confidentiality designation at issue.

Respectfully submitted,

/s/ *Christian G. Kiely*
Christian G. Kiely

cc: All counsel of record, via email

The sealing request is granted. Additionally, Mr. Dershowitz shall file a redacted copy of his letter on the public docket. SO ORDERED.

*Loretta A. Preska* 9/8/2021