# EXHIBIT F

Essential. Dependable. Local.
Subscribe for just $2 for 2 months
CLAIM OFFER

Miami Herald

FLORIDA

# Prince Andrew: Settlement agreement protects me from Jeffrey Epstein victim's lawsuit

**BY BEN WIEDER**
UPDATED SEPTEMBER 14, 2021 05:58 AM



We use cookies and similar technologies. By continuing to use this website, you consent to our Terms of Service and our Privacy Policy.

ACCEPT COOKIES

Essential. Dependable. Local.

**Subscribe for just $2 for 2 months**

CLAIM OFFER

How a Miami Herald investigation and the voices of four brave survivors, once silenced by the courts, helped to blow up Jeffrey Epstein's sweetheart deal.

BY **BRITTANY PETERSON**  | **EMILY MICHOT**

> Only have a minute? Listen instead
> -04:28
> Powered by Trinity Audio

Prince Andrew's lawyer said in a federal court hearing Monday that a secret agreement protects him from liability in a lawsuit brought by one of Jeffrey Epstein's victims.

After years of being linked to the Epstein case by news reports, the British royal is now having to fend off civil allegations in court.

Virginia Roberts Giuffre sued Prince Andrew in August 2021 for battery and emotional distress, saying that she was sexually abused by him on multiple occasions when she was under the age of 18, forced to have sex with him in the London home of Epstein's accomplice and former girlfriend Ghislaine Maxwell, and molested by the British royal in Epstein's New York and Palm Beach mansions.

**TOP VIDEOS**



UM Head Coach Manny Diaz gives injury update

A picture of Giuffre, Prince Andrew and Maxwell reportedly taken in Maxwell's London home in 2001 has become notorious and is included in the suit. The prince has denied any recollection of the meeting and suggested in a 2019 BBC interview that he thought the picture might have been doctored.

At the hearing Monday, Prince Andrew's lawyer, Andrew Brettler, said he believes the suit is without merit because the British royal is protected from a "settlement agreement that [Giuffre] entered into in a prior action."

We use cookies and similar technologies. By continuing to use this website, you consent to our Terms of Service and our Privacy Policy.    ACCEPT COOKIES

Essential. Dependable. Local.

**Subscribe for just $2 for 2 months**

CLAIM OFFER

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.



Brettler asked for the release of the document, which is currently under seal in a different case overseen by U.S. District Judge Loretta Preska.

"We are asking for a document that we believe absolves our client from any and all liability," Brettler said.

Last week, Epstein's former defense attorney, Alan Dershowitz, requested that Judge Preska allow him to provide Prince Andrew's lawyers with a copy of a settlement agreement and general release agreed to by Giuffre and Epstein in her 2009 lawsuit against Epstein. Dershowitz and Giuffre have sued each other, and Giuffre's suit against Dershowitz was partially dismissed earlier this year, which Dershowitz contends was in response to his bringing up this same release. His lawyers wrote in requesting to share the Epstein agreement that "there is no doubt that Ms. Giuffre was aware of her alleged claims against Prince Andrew before she agreed to the Release."

The attorney who represented Giuffre in the suit against Epstein disputes that the agreement protected Prince Andrew.

"The settlement never mentioned Prince Andrew," Robert Josefsberg said.

**$2 for 2 months**

Subscribe for unlimited access to our website, app, eEdition and more

CLAIM OFFER



We use cookies and similar technologies. By continuing to use this website, you consent to our Terms of Service and our Privacy Policy.

ACCEPT COOKIES

Essential. Dependable. Local.

**Subscribe for just $2 for 2 months**

CLAIM OFFER

allowed to share a copy of the settlement agreement with Prince Andrew's attorney and that he believed the settlement didn't shield Prince Andrew from liability.

"There is no evidence from any of the parties to the release, or Prince Andrew, that the release was ever intended to include Prince Andrew, and we believe the evidence will be that it wasn't," Boies wrote.

Boies added that despite the 2009 settlement and release, Epstein's estate awarded Giuffre an additional settlement last year "for a substantial amount."

In the Monday hearing, Brettler also questioned the "propriety" of Giuffre's suit against Prince Andrew, saying that he believed British courts would weigh in on its legitimacy. Despite Brettler's appearance in the court hearing on behalf of Prince Andrew, the royal's team is disputing whether Prince Andrew was appropriately notified of the suit.

Giuffre's suit against Prince Andrew comes as Maxwell awaits trial later this year on criminal charges related to the sexual trafficking of four girls between 1994 and 2004. She is accused of recruiting and grooming the girls to be abused by Epstein and of participating in the abuse of one of the girls herself.

Maxwell introduced Epstein and Prince Andrew in 1999, according to Giuffre's suit against the British royal. Giuffre has said that she was abused by Epstein between 2000 and 2002 and directed by Epstein and Maxwell to have sex with many of their powerful friends, including Prince Andrew. All have denied her claims.

Maxwell was arrested in July 2020, nearly one year after Epstein was arrested and charged with sex crimes in the summer of 2019. His arrest came in the wake of renewed attention to the remarkably lenient plea deal he struck with federal prosecutors a decade earlier. That deal was the subject of the Miami Herald's 2018 Perversion of Justice series. Epstein was found dead in his Manhattan jail cell in August 2019, a month after he was rearrested. His death was ruled a suicide.

Giuffre sued Maxwell in 2015 and the two parties settled in 2017. Statements made by Maxwell during depositions she gave as part of the suit form the basis of two counts of perjury she faces separately.

Much of the material from the 2015 lawsuit was kept under seal even after the settlement, and the Herald has sued for documents from the case to be released. As a result of the Herald's suit, thousands of pages of once-sealed documents have been

We use cookies and similar technologies. By continuing to use this website, you consent to our Terms of Service and our Privacy Policy.

ACCEPT COOKIES



Jeffrey Epstein was well known for his victimization of young teenage girls, but he also had a process that lured young women, many barely of age, into his world of sex trafficking and sexual abuse.

BY **EMILY MICHOT** | **JULIE K. BROWN**

The prince did not participate in the virtual hearing and he has denied any knowledge of Giuffre.

**RELATED STORIES FROM MIAMI HERALD**

**CRIME**
Ghislaine Maxwell arrested on charges related to Epstein scandal
JULY 02, 2020 12:00 AM

**NATIONAL**
How young women were lured by Jeffrey Epstein's process
SEPTEMBER 20, 2019 7:12 PM

In this photograph, Virginia Giuffre socializes with Prince Andrew in the company of Jeffrey Epstein associate Ghislaine Maxwell. Maxwell, now under arrest, has challenged the authenticity of the photo. *COURTESY OF VIRGINIA ROBERTS*

**BEN WIEDER**  202-383-6125

Essential. Dependable. Local.
## Subscribe for just $2 for 2 months
CLAIM OFFER


Add a comment...

Facebook Comments Plugin

**READ NEXT** | **TRENDING STORIES**

**FLORIDA**

# 4 space tourists are ready for a Florida launch. Who are they and where are they going?

BY MARCIA DUNN *AP AEROSPACE WRITER*
SEPTEMBER 14, 2021 09:09 AM

  

For the first time in 60 years of human spaceflight, a rocket is poised to blast into orbit with no professional astronauts on board, only four tourists.

SpaceX's first private flight will be led by a 38-year-old entrepreneur who's bankrolling the entire trip. He's taking two sweepstakes winners with him on the three-day, round-the-world trip, along with a health care worker who survived childhood cancer.

**KEEP READING** ➔

**22-year-old missing for weeks after traveling in Grand Teton National Park, NY cops say**
SEPTEMBER 13, 2021 10:48 AM

**'Disgusting and evil.' Florida deputies in a traffic-stop shootout with baby in the car**
UPDATED SEPTEMBER 13, 2021 04:18 PM

**'He's right there!' See a young surfer escape from a shark riding a wave in Florida**
SEPTEMBER 13, 2021 2:46 PM

**Florida hospitals continue to report fewer COVID hospitalizations and ICU patients**
UPDATED SEPTEMBER 12, 2021 03:58 PM

**Dolphins' Brian Flores addresses Raekwon Davis injury, Austin Jackson decision, more**
UPDATED SEPTEMBER 13, 2021 05:01 PM

---

**FLORIDA**
**'Why are you trying to bite me?' A gator and a paddleboarder meet at a Florida park**
UPDATED SEPTEMBER 14, 2021 09:32 AM

**EDUCATION**
**How did my Florida university or college fare on US News rankings? See list here**
UPDATED SEPTEMBER 14, 2021 09:08 AM

**FLORIDA**
**'Disgusting and evil.' Florida deputies in a traffic-stop shootout with baby in the car**
UPDATED SEPTEMBER 13, 2021 04:18 PM

**FLORIDA**
**'He's right there!' See a young surfer escape from a shark riding a wave in Florida**

**CORONAVIRUS**
**Florida COVID-19 update: 9,148 cases added. Florida nears 3.5 million cases**



We use cookies and similar technologies. By continuing to use this website, you consent to our Terms of Service and our Privacy Policy.

ACCEPT COOKIES

Essential. Dependable. Local.

**Subscribe for just $2 for 2 months**

CLAIM OFFER

## Take Us With You

Real-time updates and all local stories you want right in the palm of your hand.

MIAMI HERALD APP →

VIEW NEWSLETTERS →

**SUBSCRIPTIONS**

Start a Subscription
Customer Service
eEdition
Vacation Hold
Pay Your Bill

**LEARN MORE**

About Us
Contact Us
Newsletters
Archives

**ADVERTISING**

Place a Classified
Media Kit
Public Notices

**COPYRIGHT**

**COMMENTING POLICY**

**PRIVACY POLICY**

**TERMS OF SERVICE**

We use cookies and similar technologies. By continuing to use this website, you consent to our Terms of Service and our Privacy Policy.

ACCEPT COOKIES