

September 30, 2021

**VIA ECF**

Honorable Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Giuffre v. Dershowitz*, Case No.: 19-cv-03377-LAP

Dear Judge Preska:

We write in our capacity as counsel to Plaintiff Virginia Giuffre in *Giuffre v. Prince Andrew, Duke of York*, 1:21-cv-06702-LAK, pending before Judge Lewis Kaplan, to follow up on our letter dated September 23, 2021. ECF No. 344. Jeffrey Epstein's Estate has now consented to Ms. Giuffre providing a copy of the confidential agreement at issue to Prince Andrew. We thus request permission from the Court pursuant to this Court's Protective Order to furnish a copy of the release to Prince Andrew's counsel.

Respectfully yours,

David Boies

cc: Counsel of Record (via ECF)

BOIES SCHILLER FLEXNER LLP
333 Main Street, Armonk, NY 10504 | (t) 914 749 8200 | (f) 914 749 8300 | www.bsfllp.com