

September 30, 2021

**VIA ECF**

Honorable Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Giuffre v. Dershowitz*, Case No.: 19-cv-03377-LAP

Dear Judge Preska:

    We write in our capacity as counsel to Plaintiff Virginia Giuffre in *Giuffre v. Prince Andrew, Duke of York*, 1:21-cv-06702-LAK, pending before Judge Lewis Kaplan, to follow up on our letter dated September 23, 2021.  ECF No. 344.  Jeffrey Epstein's Estate has now consented to Ms. Giuffre providing a copy of the confidential agreement at issue to Prince Andrew.  We thus request permission from the Court pursuant to this Court's Protective Order to <u>furnish a copy of the release to Prince Andrew's counsel</u>.

                              Respectfully yours,

                              David Boies

cc: Counsel of Record (via ECF)

                              SO ORDERED.

                              Loretta A. Preska  10/6/2021