**Todd&Weld** LLP

Kristine C. Oren
E-mail: koren@toddweld.com

October 22, 2021

**VIA ECF**
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      **Re:**    *Giuffre v. Dershowitz*, **Case No.: 19-cv-03377-LAP**
              Request to File Under Seal

Dear Judge Preska:

      Pursuant to Rule 1.A of Your Honor's Individual Practices, Professor Alan Dershowitz ("Professor Dershowitz") respectfully requests leave to file under seal a letter requesting a status conference, with a redacted version filed to the public docket. As grounds therefor, Professor Dershowitz states that the letter includes confidential information relating to his health.

      Thank you for your consideration in this regard.

So ordered
Loretta A. Preska
10/26/21

Respectfully submitted,

/s/ *Kristine C. Oren*
Kristine C. Oren

cc:    All counsel of record

Todd & Weld LLP • Attorneys at Law • One Federal Street, Boston, MA 02110 • T: 617.720.2626 • F: 617.227.5777 • www.toddweld.com