

Howard M. Cooper
E-mail: hcooper@toddweld.com

October 27, 2021

**REDACTED VERSION**
**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   **Re:** *Giuffre v. Dershowitz*, **Case No.: 19-cv-03377-LAP**
      **Request for Status Conference**

Your Honor:

   I write on behalf of Professor Alan Dershowitz to request that the Court schedule a status conference to discuss how to move discovery in this case forward towards a trial.

   As you know, Your Honor has precluded Professor Dershowitz from taking the deposition of the Plaintiff to date (even by Zoom), by requiring him to substantially complete paper discovery first. This has included Your Honor requiring him to conduct a privilege review of tens of thousands of emails from his Harvard Law School email address in response to a subpoena issued by Plaintiff which was framed to seek broad information about Jeffrey Epstein, much of which is entirely inconsistent with Plaintiff's proposed motion to amend her complaint. Professor Dershowitz has now substantially completed that task. Your Honor has also precluded Professor Dershowitz from taking the deposition of Leslie Wexner, a critical and elderly witness, without first getting Your Honor's approval. His request in this regard (ECF No. 249) has been pending since the time of hearing on March 25, 2021. Professor Dershowitz filed a motion to set aside Plaintiff's attorney-client privilege (ECF No. 274), and that motion has been pending since April 13, 2021. Your Honor has also informally precluded Professor Dershowitz from seeking to depose the numerous other men about whom Plaintiff has made false accusations of sex trafficking until the Court first resolves Plaintiff's highly unusual request for leave to amend her complaint to drop various alleged defamations, all in order to avoid having to produce or engage in discovery as to her false accusations. That matter has been pending since May 21, 2021.

   At the risk of yet again testing Your Honor's patience, we are nevertheless compelled to bring to Your Honor's attention that while Plaintiff is a young woman in her 30s, Professor Dershowitz is 83 years old. He has recently been dealing with what are substantial health issues which remain ongoing, [REDACTED] He fears that he will not live long enough to obtain the discovery he needs in this case in order to fairly confront his accuser at trial consistent with due process. Very simply, this case must move forward and do so in a manner which is fair to our client.



Hon. Loretta A. Preska
October 27, 2021
Page 2 of 2

                Respectfully submitted,

                */s/ Howard M. Cooper*
                Howard M. Cooper

cc:    All counsel of record, via ECF