# EXHIBIT B

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 19-cv-03377-LAP

VIRGINIA L. GIUFFRE,

    Plaintiff,

vs.

ALAN DERSHOWITZ,

Defendant.

_____/

REMOTE
DEPOSITION OF:      Rebecca Boylan
DATE TAKEN:         October 18, 2021
TIME:                  11:20 a.m. - 1:54 p.m.
PLACE:              Zoom Video Conference
TAKEN BEFORE:       Derron Ross, Court Reporter
                    And Notary Public State of Florida


TRANSCRIBED BY:      Glenn Reed




\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

```
 1   APPEARANCES:
 2   MICHAEL W. KIRK, ESQUIRE
     OF:  Cooper & Kirk, PLLC
 3        1523 New Hampshire
          Washington, D.C. 20036
 4   APPEARING ON BEHALF OF THE PLAINTIFF
 5
 6   HOWARD M. COOPER, ESQUIRE
     OF:  TODD & WELD LLP
 7        One Federal Street, 27th Floor
          Boston, MA 02110
 8        617-720-2626
          hcooper@toddweld.com
 9   APPEARING ON BEHALF OF THE DEFENDANT
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  you know, she hinted.  I mean, it became obvious to me,

2  you know, that he was buying her lots of things, and

3  taking her on shopping sprees.  And, you know, she had,

4  you know, like little spa days.  You know, things like

5  that, to that nature.

6       Q.   Did she seem to enjoy all of that?

7       A.   Yeah.  Yes, she did.

8       Q.   Did she tell you she enjoyed all of it?

9       A.   Yes, she did.

10      Q.   Now at some point Ms. Giuffre moved and the

11  two of you fell out of touch for a while.

12           Is that right?

13      A.   Yes.

14      Q.   Do you recall how old you were or what year it

15  was?

16      A.   I believe we fell out of touch probably I was

17  20, so she would have been 20 or 21.  It was after she

18  got married to Robbie is when we fell out of touch.

19      Q.   So that would have been in 2002,

20  approximately?

21      A.   Yes.

22      Q.   Now, during the period of time that the two of

23  you fell out of touch in some point in 2002.

24      A.   Mhm.

25      Q.   Did she ever tell you that she was being

Page 20

1  abused by anyone?

2      A.   No.

3      Q.   Did she ever tell you that she was being

4  forced to have sex with anybody?

5      A.   No, never.

6      Q.   Did she ever tell you or ever bring up the

7  name Alan Dershowitz to you?

8      A.   No, never.

9      Q.   Did she ever claim to you during that period

10 of time to be a victim of anybody?

11     A.   No.

12     Q.   Did she ever tell you that she was recruiting

13 girls for Mr. Epstein?

14     A.   No.  She never told me that, but she, in a

15 way, tried to recruit me at one point.

16     Q.   What did she do?

17     A.   She told me that Jeffrey needed, Mr. Epstein,

18 needed someone to answer the phone at one of his offices

19 or something like that.  I remember it was answering the

20 phone.

21     Q.   Did she tell you it involved anything else?

22     A.   No, she did not.

23     Q.   And this was a period of time where the two of

24 you were close friends?

25     A.   Yes.

Page 22

1  you and Ms. Giuffre lost touch with each other, did she
2  ever mention an individual by the name of Leslie Wexner?
3      A.   Sorry.  Say that again.
4      Q.   Okay.  I'm still focused on the, I know I went
5  ahead.
6      A.   Yeah.
7      Q.   Now, I'm going back.
8      A.   Okay.
9      Q.   Sometimes lawyers forget to ask questions.
10 So, during the time period.
11     A.   Uh-huh.
12     Q.   Before you lost touch with her.
13     A.   Okay.
14     Q.   Did she ever mention to you a gentleman by the
15 name of Leslie Wexner?
16     A.   No.
17     Q.   Or tell you that she had been forced to have
18 sex with Mr. Wexner?
19     A.   No.
20     Q.   Did she say anything about having met the
21 owner of a company called Victoria's Secret?
22     A.   Not at that time?
23     Q.   Or Limited Too?
24     A.   No.
25     Q.   So, as I understand it, by the time that you

1  had lost touch with Ms. Giuffre in 2002, she had never

2  mentioned Mr. Dershowitz, she had never mentioned Mr.

3  Wexner, and had never claimed to be a victim.

4      Correct?

5      MR. KIRK:  Objection to the form of the

6  question.

7      THE WITNESS: Yes, correct.

8  BY MR. COOPER:

9      Q.  Now, what types of things did you observe Mr.

10  Epstein, or strike that.  Withdrawing.

11      What types of things did you observe Ms.

12  Giuffre to have that she told you had been bought for

13  her by Mr. Epstein?

14      A.  The apartment she was living in.  Everything

15  in the apartment.  Her clothes.  I remember she had gone

16  on a trip to New York, and she had bought me some stuff

17  while she was, you know, traveling to New York.  He paid

18  for everything at that time.

19      Q.  And did Ms. Giuffre seem upset with having all

20  these things?

21      A.  No.  She seemed very happy and excited.

22      Q.  Did she brag about it?

23      A.  Absolutely did, yes.

24      Q.  Did she brag about it to you?

25      A.  Yes.

1    Q.   And was this the first time you had ever heard
2    about some alleged ring?  From her?
3    A.   Yes.
4    Q.   In other words, back when she was with Mr.
5    Epstein, she never said anything about that to you.
6         Correct?
7    A.   No, she did not.
8    Q.   Were you following it at all in the media what
9    was going on?
10   A.   Not at first, but after, once it started
11   getting to be real, like big news, yes.
12   Q.   And did she tell you what it was that she was
13   looking for in going after Mr. Epstein and his ring?
14   A.   Yes, she did.
15   Q.   And what did she say?
16   A.   She said that she was going to make all of
17   them pay.  She was going to make all the monsters pay,
18   was pretty much as she said it.
19   Q.   Pay money?
20   A    Yes.
21   Q.   So, she told you she was doing this for money?
22   A.   In so many words, yes.
23   Q.   Now, I want to focus on the time period now
24   after the two of you were back in touch.
25   A.   Okay.

Page 31

1  Q. When did you last talk to Ms. Giuffre?
2  A. When we, when would have been the last time?
3  I guess it would have been like 2014, maybe.
4  Q. Would it refresh your memory if I suggested
5  that you and your husband reached out to Professor
6  Dershowitz in April of 2015?
7  A. Okay. Yeah, so probably, it was in 2015,
8  then.
9  Q. Now, between the time that you and Ms. Giuffre
10 resumed your friendship, and the time that you stopped
11 talking with each other in 2015.
12 A. Right.
13 Q. Did Ms. Giuffre mention anything to you about
14 a rich guy in Ohio?
15 A. She mentioned to me about a, I don't remember
16 Ohio, but a man that owned Victoria's Secret, Limited
17 Too, these, you know, clothing stores.
18 Q. And what did she say?
19 A. That he had lots of money, and they were going
20 to be going after him, and it would be a lot of money.
21 Q. On how many occasions did she say that to you?
22 A. I could say for sure at least two times, for
23 sure.
24 Q. And are you able to be more specific about
25 what she said or is that your best memory?

Page 32

1     A.    That would be my best memory, just that he,
2  the businesses that he owned, that he was worth, I
3  think, I remember her saying he was worth like a billion
4  dollars or eleven million.  I can't remember.  But I
5  remember her telling me like a net worth.  But, yeah,
6  other than that, no.
7     Q.    And what, if anything, did she say about how
8  much she intended to get from that person?
9     A.    I don't, I guess, I don't remember her quoting
10 like an actual number, but just getting him for all he
11 was worth.
12    Q.    Did she tell you why she was going after him
13 or on what basis?
14    A.    Not exactly, no.  That he was one of
15 Jeffrey's, you know, inner circle.  You know, one of
16 his, I don't know what you want to call it, what you
17 call them.
18    Q.    What's important here is your memory.  What
19 you understood.
20    A.    One of Jeffrey's, you know, guys that he would
21 lend girls out to.
22    Q.    And did she leave you with the impression that
23 she had been lent out to Mr. Wexner?
24    A.    No.
25    Q.    Did she leave you with the opposite

1    California.

2            MR. KIRK:  Objection, and move to strike the

3    answer as hearsay.

4    BY MR. COOPER:

5        Q.   Did Ms. Giuffre later confirm that for you?

6        A.   I can't recall if she did, no.

7        Q.   Now, just so I'm clear about what Ms., let me

8    do this differently.

9            As you sit here today, is it your

10   understanding that the businessman, the Victoria's

11   Secret, Limited Too businessman that Ms. Giuffre was

12   referring to, has a name and it's Leslie Wexner?

13       A.   Yes, I understand that now, yes.

14       Q.   But back at the time you didn't know the name?

15       A.   No.

16       Q.   And she didn't tell you a name?

17       A.   No.

18       Q.   She just described this businessperson who was

19   the owner of those companies?

20       A.   Yes, correct.

21       Q.   And during the time when she was telling you

22   about it, after the two of you had reconnected, she

23   never suggested to you that she had had sex with Mr.

24   Wexner, did she?

25       A.   No, she did not.

Page 38

```
 1   there was going to be --
 2        Q.   Wait.  I need to ask you a question.
 3             What did she say to you?
 4        A.   She said that I never wanted to go after Alan.
 5   That she had felt pressured by her lawyers to go after
 6   Alan.
 7        Q.   Did she tell you who her lawyers were?
 8        A.   She may have, but I don't remember.
 9        Q.   If I suggested the name David Boies to you,
10   does that refresh your memory?
11        A.   No.
12        Q.   What about the name Sigrid McCawley?
13        A.   No.
14        Q.   You just don't have a memory of her giving you
15   the names of lawyers?
16        A.   No, I don't.
17        Q.   Now, as of the time she said this to you, she
18   had never told you that she had sex with Alan
19   Dershowitz, had she?
20        A.   No, she never had.
21        Q.   And she never told you she had even met him.
22             Correct?
23        A.   Correct, yes.
24        Q.   Now, did she, strike that.
25             Do you remember where, strike that too.
```

1        On how many occasions to the best of your

2  memory did she tell you that she hadn't wanted to go

3  after Alan Dershowitz, but her lawyers pressured her?

4     A.   How many occasions?  I would say two

5  occasions.

6     Q.   And do you recall where you were?

7     A.   On the phone, I believe for the first time,

8  and either out to dinner or, yeah dinner, or at my

9  parents' house.

10    Q.   And what was your reaction to hearing what she

11  said, if any?

12    A.   I kind, to her?  I can't remember, to be

13  honest.  I do remember, I feel like things, I do

14  remember things getting heated with her and Robbie about

15  it.  I feel like they were fighting a lot when it came

16  to like what was going on with all the lawyers.  I

17  actually had a conversation with Robbie at one point

18  over the phone.  He was getting very frustrated and just

19  wanted to go back home and was saying that, you know,

20  that the same thing, that, you know, he felt that they

21  were pressuring Virginia to go after all these people,

22  and it was just.  My impression was she was kind of

23  getting in over her head with all of it.

24        MR. KIRK:  Objection.  Move to strike.  It's

25  hearsay and lacks foundation

Page 43

1          Through the time as you sit here today.
2     A.   Mhm.
3     Q.   Did Ms. Giuffre ever describe to you that she
4  had sex with Professor Dershowitz?
5     A.   No, never.
6     Q.   Did she ever describe to you that she had even
7  met Mr. Dershowitz?
8     A.   No.
9     Q.   And this was even after the two of you were
10 back in touch.
11         Right?
12    A.   Yes.  Mhm.
13    Q.   And so you simply learned that she was making
14 these allegations against him that you had never heard
15 from her?
16    A.   Yes.
17    Q.   Your dear friend?
18    A.   Yes, I never, never heard from her say
19 anything about Alan when we were kids.  The only time I
20 heard about is when the media broke, so that's about it.
21    Q.   And when she told you that she had been
22 pressured by her lawyers?
23         BY MR. KIRK:  Objection to the form of the
24 question.
25 BY MR. COOPER:

```
1       A.   I'm a meat cutter.
2       Q.   And that's in addition to taking care of your
3  children?
4       A.   Yes.
5       Q.   And I assume your husband works full time as
6  well?
7       A.   Correct, yeah.
8       Q.   Do you guys work hard?
9       A.   Yes.
10      Q.   Did you ever receive a penny from Professor
11 Dershowitz or anyone on his behalf related to anything
12 you talked to him about?
13      A.   No, absolutely not.
14      Q.   Has he ever offered you anything?
15      A.   No.
16      Q.   Are you lying?
17      A.   No.
18      Q.   Is it difficult for you to testify about your
19 best friend growing up?
20      A.   Yes.
21      Q.   Based upon everything she said to you about
22 Professor Dershowitz, it is fair to say that you came
23 away with the conclusion that she's lying.
24           Correct?
25           MR. KIRK:  Objection to the form of the
```

Page 120

```
 1   question.  Lack of foundation.
 2             THE WITNESS:  Yes.
 3   BY MR. COOPER:
 4        Q.   And is that why you reached out to Professor
 5   Dershowitz, you and your husband?
 6        A.   Yes.
 7        Q.   Because you both concluded that she's lying?
 8             MR. KIRK:  Objection.
 9             THE WITNESS:  Yes.
10   BY MR. COOPER:
11        Q.   Now, you were asked about a reference to pro
12   bono work on the back page of the first page of Exhibit
13   6.
14             I just want to direct your attention to
15   something that Mr. Kirk didn't ask you about that's
16   immediately above your answer regarding pro bono work.
17   You actually had started to read it, but he told you
18   that wasn't what he wanted you to read.
19             Do you see where it says that there's a
20   discussion about contributing $80,000 to the charity?
21        A.   I see that, yes.
22        Q.   Okay.  When you were being asked by Professor
23   Dershowitz what pro bono work was being done, he was
24   asking you about the lawyers doing work for the charity.
25             Correct?
```