# Cooper & Kirk

Lawyers
A Professional Limited Liability Company

Charles J. Cooper
ccooper@cooperkirk.com

1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

(202) 220-9600
Fax (202) 220-9601

November 4, 2021

**VIA ECF**
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-10-21

Re: *Giuffre v. Dershowitz*, Case No.: 19-cv-03377-LAP
Deadline To Respond to Supplemental Filing re ECF No. 297

Dear Judge Preska:

I write on behalf of Plaintiff Virginia Giuffre to respectfully request that Plaintiff have until Friday, November 12, to respond to Defendant's letter supplementing his Motion To Compel. ECF No. 352. In support of this request, Plaintiff notes that Defendant is seeking to breach the attorney-client privilege, and that his supplemental letter is seriously misleading concerning a central piece of evidence that he asserts supports his extortion conspiracy theory. Plaintiff therefore seeks sufficient time to prepare a thorough response to Defendant's submission.

To Plaintiff's knowledge, there is no default deadline under the rules for responding to Defendant's supplemental filing, and Plaintiff has not previously requested an extension of time to respond. Defendant takes no position on this request.

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
11/10/21

Respectfully,

/s/ Charles J. Cooper
Charles J. Cooper

cc: Counsel of Record