**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VIRGINIA L. GIUFFRE,

    *Plaintiff,*

    v.

ALAN DERSHOWITZ,

    *Defendant.*

Case No. 19-Civ-3377 (LAP)

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Christine N. Walz of the firm of Holland & Knight LLP,

hereby appears in the above-captioned action on  behalf of Intervenors Julie Brown and the

Miami Herald Media Company and respectfully requests that she be electronically served (at the

email address listed below) with a copy of any future pleadings, filings and submissions to the

Court.

Dated: November 11, 2021

Respectfully submitted,

HOLLAND & KNIGHT LLP

By:   /s/ Christine N. Walz
Christine N. Walz
31 West 52nd Street
New York, NY 10019
(212) 513-3368  Telephone
(212) 385-9010  Facsimile
Christine.Walz@hklaw.com

*Counsel for Intervenors Julie Brown and Miami*
*Herald Media Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 11, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system.

/s/ Christine N. Walz
Christine N. Walz