UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>　*Plaintiff*,<br><br>　v.<br><br>ALAN DERSHOWITZ,<br><br>　*Defendant.* | Case No. 19-Civ-3377 (LAP) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Cynthia A. Gierhart of the firm of Holland & Knight LLP, hereby appears in the above-captioned action on behalf of Intervenors Julie Brown and the Miami Herald Media Company and respectfully requests that she be electronically served (at the email address listed below) with a copy of any future pleadings, filings and submissions to the Court.

Dated: November 11, 2021

Respectfully submitted,

HOLLAND & KNIGHT LLP

By:  /s/ Cynthia A. Gierhart
Cynthia A Gierhart
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 955-3000  Telephone
(202) 955-5564  Facsimile
Cindy.Gierhart@hklaw.com

*Counsel for Intervenors Julie Brown and the Miami Herald Media Company*