# EXHIBIT B

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 19-cv-03377-LAP

CASE NO.: 19-cv-03377-LAP


VIRGINIA L. GIUFFRE,

     Plaintiff,

vs.

ALAN DERSHOWITZ,

     Defendant.

_____/


REMOTE

DEPOSITION OF:  Michael Spallholtz

DATE TAKEN:     October 18, 2021

TIME:               10:02 a.m. - 11:07 p.m.

PLACE:          Zoom Video Conference

TAKEN BEFORE:   Derron Ross, Court Reporter

                And Notary Public State of Florida


TRANSCRIBED BY:    Tina Montfort


*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

1              MR. KIRK:  I would move to strike to the

2     extent the answer included hearsay and lacked

3     foundation.

4     BY MR. COOPER:

5        Q.   Did you, when you say that you -- oh, strike

6     that, withdrawn.

7              What were you concerned about being

8     manipulated?

9        A.   I wasn't concerned.  It was -- remember a lot

10    of this is, is what I kind of heard from Rebecca, but

11    from what I understand and I kind of overhead in

12    conversation was Virginia felt like lawyers were

13    manip -- manipulating her to go after Alan.

14             MR. KIRK:  Objection and move to strike.

15    Lacks foundation and reflects hearsay.

16    BY MR. COOPER:

17       Q.   Well, let's be very specific, and I want to

18    ask you, ultimately, you did talk to Professor

19    Dershowitz, correct?

20       A.   Yes.

21       Q.   And if I understand your testimony correctly,

22    first you sent him an anonymous email, is that right?

23       A.   Yes.

24       Q.   And at some point, did the two of you get on

25    the telephone?

1        A.    Yes.

2        Q.    And were you joined in that conversation by

3    your wife?

4        A.    Yes.

5        Q.    So, did the three of you speak?

6        A.    Yes.

7        Q.    Do you recall approximately how long it was

8    after you emailed him that the three of you spoke?

9        A.    It wasn't long.  I would say within days.

10             MR. COOPER:  Okay.  If we could mark, please,

11   as the first exhibit in order, I'm just going to show

12   you a document.  Actually, Mr. Reporter, I need you to

13   mark it.  I have a copy for you Michael.

14             THE WITNESS:  Okay.

15             MR. KIRK:  Probably, you should mark it

16   Spallholtz Exhibit 1.  Is that --

17             MR. COOPER:  Okay.

18             MR. KIRK:  Is that --

19             MR. COOPER:  That's fine.

20             MR. KIRK:  Okay.

21             (WHEREUPON, Exhibit SPALLHOLTZ-01 was marked

22   for identification.)

23   BY MR. COOPER:

24       Q.    While he's getting his stickers, you can take

25   a look at an unmarked copy.

1    So, I told you this would take a little bit.

2              THE WITNESS:  Yeah.  It's all right.  You're

3    good.  It's kind of interesting to tell you the truth.

4    BY MR. COOPER:

5         Q.   So, as of April 2015, had you met Ms. Giuffre?

6         A.   Have I?

7         Q.   Yes.

8         A.   Yes.

9         Q.   Had she stayed in her -- in your home?

10        A.   Yes.

11        Q.   Had she stayed there with your family?

12        A.   My, my wife's family, yes.

13        Q.   And had she had her family with her?

14        A.   Yeah, Robbie (ph) and the kids.

15        Q.   Okay.  And I take it that you interacted with

16   her.

17        A.   Oh, yeah.

18        Q.   And I take it that that included listening to

19   her make the statements that you're about to testify

20   to --

21        A.   Yes.

22        Q.   -- correct?  So, you were personally in her

23   presence when she made the statements.

24        A.   Yes.

25        Q.   Now, recognizing that we're talking about

1   statements from years ago, is it fair to say you don't

2   remember the exact words that she used?

3       A.   Yes.  That's what I'm saying.

4       Q.   In substance, what did she tell you about Alan

5   Dershowitz?

6       A.   That he wasn't involved.  That she'd never

7   seen him do anything.  And I, I `want to say -- I don't

8   want to, I don't want to say a hundred percent, I want

9   to say she never even met him before.

10      Q.   And do you recall whether that was why you

11  reacted to hearing her -- hearing the news that she was

12  making the allegations against him?

13      A.   Yes.  It was -- it, 'cause she actually, she

14  actually didn't want to --

15      Q.   And what did --

16      A.   -- the way --

17      Q.   What did she say in that regard.

18      A.   Well, she, she felt like she's being

19  pressured, and she's like, oh, I just don't really want

20  to do this, you know, and, and I remember her saying

21  that.  Rebecca and I, we actually spoke that night.

22  Like, yeah, that's messed up.

23           And, you know, yeah, so that, I remember her

24  kind of insinuating that she, she didn't really want to

25  go after Alan, but she felt pressured by her lawyers.

1        Q.   Did she say what lawyers she felt pressured

2   by?

3        A.   Oh, I think she did, but can't say.  I don't

4   remember.  I don't want to say the wrong name.

5        Q.   Would it refresh your recollection if I

6   suggested the name, David Boies to you?

7        A.   It does -- it does not.

8        Q.   What about Sigrid McCawley?

9        A.   I've heard that name, but I don't know if that

10  name was involved in that conversation.  You know, I, I,

11  I think she mentioned him, but I can't, I'm not a

12  hundred percent sure it was within context of that

13  conversation.

14       Q.   Now, is it fair to say that you reached out to

15  Professor Dershowitz because you felt the situation was,

16  to use your word, messed up?

17            MR. KIRK:  Objection to the form of the

18  question.

19  BY MR. COOPER:

20       Q.   You answer it anyway.  What do you mean when

21  you use the words --

22       A.   It's that it was --

23       Q.   -- messed up?

24       A.   It was wrong, and I'm, I'm kind of one of

25  those people who always, I get frustrated when you see,

1   see things going on and it's kind of like you know

2   somebody out there knows the truth.  And nobody ever

3   says anything.  So, it's kind of one of those things

4   where it's like, okay, you put your money where your

5   mouth is.  You have, you have, there's something you can

6   say here if you wanted to.

7        Q.   And just so the record is clear, you've spoken

8   with Professor Dershowitz a few times, correct?

9        A.   Yes.

10       Q.   And on each occasion, have you made similar

11   statements to him about what you heard Ms. Giuffre say?

12       A.   Yes.

13       Q.   Now, I just want to ask you, sir, what your

14   understanding is as to -- you mentioned earlier that

15   your wife was friends with Ms. Giuffre when they were

16   kids.

17       A.   Yes.  They were best friends.

18       Q.   Is that you heard Ms. Giuffre describe the

19   relationship she has with your wife?

20       A.   Oh, yeah.  They, she loves Rebecca.

21       Q.   Do they have nicknames for each other?

22       A.   I think she calls her Becky.

23       Q.   Now, at some point, did Ms. Giuffre make you

24   and your wife an offer of employment?

25       A.   Yes.

Page 24

1      Q.    And tell us about that, please.

2      A.    She was starting a, a, like a woman's shelter

3    kind of thing in Colorado, from what I understand,

4    called, it was VRS or something along those lines.  And

5    she had wanted me to use my experience with self-defense

6    to come out there and kind of, you know, do classes with

7    battered women to help improve not only just their

8    ability to defend themselves but also to build their

9    confidence back up.  You know, that was kind of the, the

10   thought that went.

11          I think at that time, too, I was already doing

12   a program where I was doing, I was help -- there's a

13   school here locally that's called Turning Points for

14   Troubled Kids.  One of my, a friend of mine's the

15   assistant principal there.  So, I had started going

16   there doing free seminars with, with, with the kids, and

17   we had talked about that.  I'm saying, hey, you know, it

18   kind of came up, and she was like, would you be

19   interested?  And I was like yeah, you know, that would

20   be awesome.  You know, I, I love teaching, it's, you

21   know, it's my passion.  I mean, and help battered women

22   and also, you know, it would be cool.

23     Q.    And what happened with that opportunity if

24   anything?

25     A.    Nothing.  It, it fell through.  She, we, we

Page 25

1    actually, I, I gave up ownership.  We, we were all set

2    to you.  You know, I gave up ownership to my gym.

3    Rebecca quit her job.  We were, we were ready to go, and

4    last, last minute, all of a sudden, I don't know exactly

5    what changed but all -- she had made all these promises

6    about all these different things she wanted to do and

7    then, ho -- honestly, I have no idea why at the last

8    moment, boom, forget it, we're not doing it.

9         Q.   Did you and your wife ever made a demand of

10   Ms. Giuffre that she pay you $10,000?

11        A.   No, we didn't demand that.  That was offered,

12   'cause there was no way we were going to go without it.

13   'Cause like, you know, we had kids.  I can't go out

14   there without an income.  I was like, there's no way we

15   can do this.  She's like, well, I'll give you $10,000 to

16   get you on your feet until this thing gets moving.  And

17   I was like, oh, okay, well, that opens up the door.

18        Q.   Now, sir, did you receive a subpoena for

19   documents in this matter from Ms. Giuffre's lawyers?

20        A.   I did.

21        Q.   And did you undertake to produce the

22   responsive documents that you have?

23        A.   Yes.

24        Q.   And what did you do in that regard?

25        A.   What, what I sent over?

Page 26

 1        Q.   Yes.

 2        A.   I just emailed scre -- Rebecca and I both

 3   emailed screenshots.

 4        Q.   Have we talked previously?

 5        A.   You and I?

 6        Q.   Yes sir.

 7        A.   Yes.

 8        Q.   And when was that?

 9        A.   I don't know, it was like a week ago, right?

10   Last week.

11        Q.   And do you remember anything that we talked

12   about?

13        A.   About the case, pretty much.

14        Q.   Okay.  Have we met in person before today?

15        A.   No.

16             MR. COOPER:  I have nothing further.

17                   CROSS EXAMINATION

18   BY MR. KIRK:

19        Q.   Good morning, Mr. Spallholtz.

20             When's the last time you spoke with Alan

21   Dershowitz?

22        A.   Oh, I'd say two weeks ago, probably, about two

23   weeks ago.

24        Q.   Did he tell you what he, he wanted you to say

25   during this deposition?

```
 1       A.   No.

 2       Q.   What did you talk about?

 3       A.   A few weeks ago, we just talked about the

 4  case, and he had told me anytime you get any phone calls

 5  or, or anything like that, you know, to give him a call.

 6  So, I think I called him about the subpoena.

 7       Q.   Other than that, did you talk about anything

 8  else?

 9       A.   Regarding the case?

10       Q.   Yes.

11       A.   No.

12       Q.   Did he tell you that he wanted you to testify

13  that -- to what you've testified to this morning?

14       A.   Yeah.  He just said, tell the truth.

15       Q.   Do you know when's the last time your wife,

16  Rebecca Boylan, spoke with Mr. Dershowitz?

17       A.   Same time I did.

18       Q.   Was it the same call, or did you take turns

19  talking to him?

20       A.   It was -- you know what?  Actually, I don't

21  think -- no, she did talk to him.  I, I think I just

22  handed her the phone.

23       Q.   So, you don't know what he said to her.

24       A.   I wasn't on the phone.  No.

25       Q.   Okay.  Did you do anything to prepare for this
```

Page 28

1    deposition?

2         A.   No.

3         Q.   You didn't review any documents or talk to

4    anyone?

5         A.   Well, I just spoken to him last week, but I

6    mean.

7         Q.   When did you first meet Ms. Giuffre?

8         A.   When she came back from Australia.  I think it

9    was like 2015.  When she stayed with us.  That was my

10   first time meeting her, when she stayed with us.

11        Q.   In 2015 or --

12        A.   Yeah.

13        Q.   -- or around then?

14        A.   Yeah.  That was my first time meeting her.

15        Q.   Okay.  Now, you testified that you had some

16   conversations with her, correct?

17        A.   Mhm.

18        Q.   You need to say yes or no.

19        A.   Oh, I'm sorry.

20        Q.   That's okay.

21        A.   Yes.

22        Q.   I know.

23        A.   Yes.

24        Q.   Is it also the case that your wife, Rebecca

25   Boylan, would tell you about things that Virginia had,

1    had told her?

2         A.   Yes.

3              MR. COOPER:  Let me just interpose an

4    objection here.  Where we're dealing with a party, a

5    witness who's not represented by counsel, and I think

6    it's inappropriate to invade the marital

7    disqualification where he doesn't have any legal advice

8    available to him.  So, I ask that you not do that.

9              MR. KIRK:  Well, your point is noted.

10             MR. COOPER:  Okay.  Well, I, I think that

11   it's, it is binary.  Either you're going to do it or

12   you're not.  If you are --

13             MR. KIRK:  We'll see where the questioning

14   goes.  You can object as you see fit.

15             MR. COOPER:  Okay, but the, the question that

16   you just asked directly asked him to disclose

17   communications with his wife, which he is disqualified

18   from doing.

19             MR. KIRK:  I don't think I actually asked for

20   the substance.

21             MR. COOPER:  Okay.

22             MR. KIRK:  But in any case --

23             MR. COOPER:  We'll take it --

24             MR. KIRK:  I'll ask my question.

25             MR. COOPER:  -- on a question-by-question

Page 30

1   basis.

2   BY MR. KIRK:

3        Q.   Mr. Spallholtz, again, you said that you

4   recalled having some conversations with Ms. Giuffre,

5   correct?

6        A.   Yes.

7        Q.   And you also had conversations with your wife

8   about what Ms. Giuffre had told her.

9             Is that correct?

10            MR. COOPER:  Hold on.  Objection.  Marital

11  disqualification.

12            MR. KIRK:  You can answer.

13            THE WITNESS:  Yes.

14  BY MR. KIRK:

15       Q.   My question for you is this:  Are you able to

16  distinguish, in your memory, what you heard come out of

17  Ms. Giuffre's mouth from what your wife, Rebecca Boylan,

18  told you about what Ms. Giuffre had said to her?

19       A.   Yes.

20       Q.   Or do they all run together?

21       A.   No, they definitely don't.  I mean, it was an

22  important, it was a big conversation.  It was shocking.

23  So, yes, I can definitely differentiate between --

24       Q.   Now, you --

25       A.   -- the two.

Page 31

1      Q.   I'm sorry.  Go ahead.

2      A.   No, you're good.  Go ahead.

3      Q.   Okay.  Now, you testified that in the

4  conversation, you heard Ms. Giuffre say that she felt

5  pressured by the lawyers.

6           Do you recall that?

7      A.   Yes.

8      Q.   And that she -- you, you said she did not want

9  to go after Mr. Dershowitz.

10     A.   Right.  Yes.

11     Q.   Did she say anything else, or were those the

12 only two statements she made?

13          MR. COOPER:  Objection.  Mischaracterizes the

14 prior testimony.

15          MR. KIRK:  It's a question.  You may answer

16 the question.

17          THE WITNESS:  Did she say anything else about

18 going after Alan or, or just anything?

19          MR. KIRK:  Anything.

20          THE WITNESS:  Oh, there's a lot of stuff she

21 said.  You know.

22 BY MR. KIRK:

23     Q.   Anything that relates to Mr. Dershowitz.

24     A.   Anything that relates to Mr. Dershowitz, no.

25 Just, you know, like I said, that she -- man, it's so

Page 32

1   long ago.  She didn't re -- recall, I want to say she

2   didn't, I don't think she ever met him, and she never

3   saw him do anything.

4       Q.   Well, can you say under oath that she said she

5   never met him, as you sit here six years later?

6           MR. COOPER:  Objection.

7           THE WITNESS:  I can't say that she -- I can

8   say under oath that she'd never seen Alan do anything.

9   I can say that.  I remember that, particularly.

10  BY MR. KIRK:

11      Q.   But you can't say that she never said she met

12  him?

13          MR. COOPER:  Objection.

14          THE WITNESS:  I can't.  I'm not going to -- I

15  can't -- should I keep going?

16          MR. COOPER:  You can answer him --

17          THE WITNESS:  Okay.  Yeah, I'm not comfortable

18  saying under oath that she -- I just remember along

19  those lines something like that, but I'm not going to

20  sit here and say she definitely said she never met him.

21  BY MR. KIRK:

22      Q.   Was this one conversation?

23      A.   The one conversation I was there for, it was

24  one for me.  I know Rebecca and Virginia spoke multiple

25  times.

```
 1        Q.    Where were you when you had this conversation?

 2        A.    I want to say we were at a restaurant when

 3   they were talking.  Virginia and Rebecca.  I think it

 4   was Duffy's.

 5        Q.    Who else was present?

 6        A.    Well, me and Robbie were drinking beer, just

 7   bullshitting, but the kids were there, my kids were

 8   there, Virginia, and Rebecca.

 9        Q.    How many kids were there, total?

10        A.    It was mine and Virginia, I think she has

11   three, right?  Yeah, but they were running around

12   playing, whatever.  It like downtown West Palm.

13        Q.    Is it a loud place?

14        A.    At that time, no, 'cause it was in the

15   afternoon.  There wasn't very many people there.  We

16   were actually sitting outside.

17        Q.    Now, Mr. Cooper asked you about the, a

18   telephone call with Mr. Dershowitz.

19              Do you recall that?

20        A.    Yes.

21        Q.    That your wife was also on in April of 2015.

22        A.    Yes.

23        Q.    Right after you sent that email.

24        A.    Yes.

25        Q.    Mr. Dershowitz told you that he was taping the
```

Page 34

1    call, correct?

2         A.   Yes.

3         Q.   Would the tape of that call be a better record

4    of your recollection of what Ms. Giuffre had said than

5    what you're recalling as you sit here today?

6              MR. COOPER:  Objection.  Form, foundation.

7              THE WITNESS:  Keep going?

8              MR. KIRK:  You bet.

9              THE WITNESS:  All right.  Yes.  I mean, it was

10   more recent, so obviously, my memory's going to be

11   better then than it is now.

12   BY MR. KIRK:

13        Q.   If there's any discrepancy between what you

14   say today and what's on the tape, would you think that

15   what you say today or what you, what was on the tape

16   would be more accurate?

17             MR. COOPER:  Objection.  Form, foundation.

18             THE WITNESS:  Yes.  I would say it, it was

19   probably more accurate then than it is now.

20   BY MR. KIRK:

21        Q.   And during that conversation, did you tell Mr.

22   Dershowitz everything you thought it was important for

23   him to know?

24             MR. COOPER:  Objection.  Form, foundation.

25             THE WITNESS:  It was, the conversation itself,

Page 35

1    the first conversation, it wasn't everything.  I

2    remember we talked, and then, it was, you know, if you

3    remember anything else, you know, let me know.

4    BY MR. KIRK:

5         Q.   Did you --

6         A.   You know, that --

7         Q.   -- remember -- I'm sorry, go ahead.

8         A.   No, that's it.  Go ahead.

9         Q.   Did you remember anything else and let him

10   know?

11        A.   Yeah.  I mean, when, we, we spoke a few times,

12   you know.  And he had asked, is there, you know, and I

13   can't remember exactly everything.  He actually spoke to

14   Rebecca a lot more than, than me.  A lot of times, it

15   was he would call and like, all right, you know, I'll,

16   you know, I'll let Rebecca know to give you a call, that

17   kind of thing.  Like, I, I probably as for talking about

18   the whole what Virginia said, I only had a couple of

19   conversations with Alan about that.

20        Q.   In that first call that he taped, you didn't

21   tell him that Virginia had never met Mr. Dershowitz, did

22   you?

23        A.   I  don't --

24             MR. COOPER:  Objection.  Form, foundation.

25             THE WITNESS:  I don't remember.

Page 36

1    BY MR. KIRK:

2        Q.   That's a pretty important point, isn't it?

3        A.   I --

4             MR. COOPER:  Objection.  Form, foundation.

5             THE WITNESS:  Keep going?

6             MR. KIRK:  You bet.

7             THE WITNESS:  I, I would agree.  I, I just

8    don't remember.  I just, or I said.  It's all, it's so

9    long ago.  I'm trying to remember.  It's hard.  I wish I

10   could remember everything, 'cause we, like, we spent a

11   lot of time with Virginia.

12   BY MR. KIRK:

13       Q.   In that phone call that was taped, you didn't

14   tell Mr. Dershowitz that Virginia had said that he

15   hadn't done anything, did you?

16            MR. COOPER:  Objection.  Form, foundation.

17            THE WITNESS:  No, I would then, 'cause that's

18   what she said.  She -- I remember her saying, you know,

19   oh, I've never seen Alan do anything.  Like he wasn't

20   involved or something along those --

21   BY MR. KIRK:

22       Q.   If --

23       A.   -- lines.

24       Q.   If it's not on the tape, would that indicate

25   that you didn't say it?

1          MR. COOPER:  Objection.  Form, foundation.

2          THE WITNESS:  Well, yeah, if it's not

3    recorded, I guess I didn't say it.

4    BY MR. KIRK:

5         Q.   And if you didn't say it, does that suggest

6    that maybe your memory has morphed a little over the

7    years on this point?

8          MR. COOPER:  Objection.  Form, foundation.

9          THE WITNESS:  Yeah, there's a poss-- yeah,

10   sure.  There's a possibility of that.

11   BY MR. KIRK:

12        Q.   Now, you did tell him on the tape or, or

13   Rebecca -- if I could use her first name -- told her on

14   the tape that Virginia had said she felt pressured.

15        A.   Mhm.

16        Q.   But she didn't say on the tape that Mr.

17   Dershowitz had not done anything.

18          MR. COOPER:  Objection.

19   BY MR. KIRK:

20        Q.   Does that suggest to you that maybe you or she

21   or both of you were kind of jumping to conclusions based

22   on the --

23        A.   Oh, no.  We definitely weren't jumping to

24   conclusions what was being done.

25        Q.   And yet, you didn't tell Mr. Dershowitz at the

Page 38

1    time.

2              MR. COOPER:  Object to form, foundation.

3              THE WITNESS:  Oh no.  I mean, I can tell you

4    when we spoke to Dershowitz the first time it was

5    uncomfortable.  Rebecca was actually crying.  It was one

6    of those things where it was, yeah, it was just, it was

7    uncomfortable, not a nice conversation.

8    BY MR. KIRK:

9         Q.   If you could take a look at the Spallholtz

10   exhibit number one that Mr. Cooper gave you, I'd like to

11   ask you to look at the email at the top of the page

12   that's from you to Mr. Dershowitz.

13             Is that right?  Even though it says --

14        A.   From John Doe.

15        Q.   -- John Doe?

16        A.   Yes.  Yes.

17        Q.   Did you write that?

18        A.   I wrote that.

19        Q.   What did you talk about with Mr. Dershowitz

20   with respect to your job situation?

21        A.   Well, I was just, he, when it comes to the,

22   the, the charity deal with Virginia.  And I think we had

23   spoken on the phone.  'Cause he was just asking

24   questions, if I remember, about just the whole situation

25   with Virginia.  And that's where I was talking about

Page 39

1   where my job was teaching jiujitsu at that time.  I

2   owned a gym.  And I, you know, I gave up that thinking

3   that we were going to Colorado and that she was able to

4   actually, 'cause she had put her notice in, but she was

5   actually able to keep her job after putting her notice

6   in.

7        Q.   So, you were in a fairly tight financial

8   position at this time, is that fair to say?

9        A.   Oh, yeah.

10            MR. COOPER:  Objection.  Relevance.

11            THE WITNESS:  Yes.  Sorry.  I didn't mean --

12            MR. KIRK:  That's okay.

13            THE WITNESS:  -- to interrupt you, sorry.

14   BY MR. KIRK:

15        Q.   And you were concerned about, as anyone would

16   be, about what you were going to do to support your

17   family, correct?

18        A.   Yes.

19        Q.   And you told Mr. Dershowitz about that, even

20   though he was a total stranger.

21        A.   Yes.  I mean, because the situation that we

22   were in was due to the fact that we gave up, I gave up

23   my work in regarding with, to Virginia.

24        Q.   Now, when you first reached out to him, and

25   this is at the bottom of the page, in the April 15th

1   email, after telling him you had some information about

2   Virginia, you said at the end "it is definitely worth

3   something."

4        A.   Mhm.

5        Q.   What did you mean by that?

6        A.   That it was legitimate.  That it was wor--

7   worth some -- it was worth hearing.  It was definitely

8   relevant.

9        Q.   You weren't suggesting that Mr. Dershowitz

10  might in some way compensate you for this --

11       A.   No.

12       Q.   -- information.

13       A.   We had plenty of opportunities of reporters

14  calling us and all types of stuff and, you know, we

15  refused.

16       Q.   You had reporters calling you?

17       A.   Oh, yeah.

18       Q.   When?  At this time?

19       A.   It was shortly after that.

20       Q.   Now, in the April 17th email, at the end of

21  it, you say, "Rebecca remembered a few other things that

22  will be helpful, but we would like to know what it is

23  you mean when you say you would like to help us."

24            Do you see that?

25       A.   Yeah.  He had said on the phone at one point,

Page 41

1    you know, oh, I, I'd help you guys or something like

2    that, and I was like, oh.  I didn't really understand,

3    you know, what he meant by that.

4         Q.   And so, you were trying to --

5         A.    Yeah, I wanted --

6         Q.   -- ask him --

7         A.   -- ask him --

8         Q.   -- to be specific.

9         A.   Right.

10        Q.   And by help you, this is right after you said

11   you didn't finish with the job situation, correct?

12        A.   Right.

13        Q.   So, you wanted Mr. Dershowitz to, in some way,

14   help you get out of this tight financial spot you --

15        A.   No, I wasn't --

16        Q.   -- were in.

17        A.   -- asking for help.  I was asking him what he

18   mean -- meant by help.

19        Q.   And you were saying that you'd like to hear

20   that before Rebecca tells him about any other --

21        A.   No.

22        Q.   -- information.

23        A.   We were going to tell him regardless.

24        Q.   Well, it says, "Rebecca remembered a few other

25   things that will be helpful, but we would like to know

Page 42

1    what it is you mean."

2            That sure sounds like you were saying, before

3    we get to anymore information, you need to tell me what

4    you're talking about in terms of some financial help.

5        A.   Yeah, I can understand how it sounds like

6    that, but I wasn't asking for anything.

7            MR. KIRK:  Okay.  I'd like to show you another

8    document.  I'll ask the court reporter to make this as

9    Spallholtz Exhibit 22.

10           THE COURT REPORTER:  Twenty-two?

11           MR. KIRK:  I'm sorry, 2.

12           (WHEREUPON, Exhibit SPALLHOLTZ-02 was marked

13   for identification.)

14   BY MR. KIRK:

15       Q.   Okay.  Mr. Spallholtz, what I've brought out

16   for you or, or shown you is a text exchange, and I'll

17   represent to you that this document was given to us or

18   produced to us by Professor Dershowitz, and my

19   understanding is that it's directed to Mr. Dershowitz's

20   cellphone.

21           Do you see the cellphone number that's next

22   to --

23       A.   My name, my name, or her name  Yes, I see it.

24       Q.   Yes.  The, it says Michael Rebecca Boylan.

25           Was that a cellphone you both used?

Page 43

1        A.    No, that's mine.  That's my phone number.

2        Q.    Okay.  So, was this a, a text that you sent

3   Mr. Dershowitz on April 23rd, 2015?

4        A.    Yes.

5        Q.    And just to get our timeframe straight, this

6   is a little less than a week after you'd sent the prior

7   email that we just looked at where you say you'd like

8   him to tell you what he means when he says he's going to

9   help you.

10            Is that right?

11       A.    Right.

12       Q.    Now, here, you say -- in the first sentence,

13  when you say, "We are going to go after the lawyers,

14  what do you mean?"

15            What did he say about going after the lawyers?

16       A.    You're talking a long time ago.  I don't

17  remember exactly how he responded to that.  I do

18  remember saying, we, because I was concerned that we

19  didn't want to get involved in this.

20       Q.    Okay.

21       A.    That was, and that's been my concern from the

22  start in that, you know, we ended up here anyway, but

23  didn't want to end up here.

24            MR. COOPER:  Apologies.

25            MR. KIRK:  Now, if we continue reading in the

Page 44

1    text, you say, "We have given you a lot of info that I

2    know is a help to you.  I am curious how you plan to

3    help us."

4            MR. COOPER:  I object.  You inserted the word,

5    you.  It says after curious --

6    BY MR. KIRK:

7        Q.   That's a fair point.  Let me read it again so

8    the record is accurate.  You wrote, "We have given you a

9    lot of info that I know is a help to you.  I am curious

10   how plan to help us."

11       A.   Right.

12       Q.   Did I read that correctly?

13       A.   Yes.

14       Q.   And that's the text that you sent to Alan

15   Dershowitz.

16       A.   Yes.

17       Q.   Did you mean to type the word, you, after the

18   word, how?

19           MR. COOPER:  Objection.

20           THE WITNESS:  There's no way --

21           MR. COOPER:  Form and foundation.

22           THE WITNESS:  -- I can remember that.

23   BY MR. KIRK:

24       Q.   Were you asking Mr. Dershowitz how he planned

25   to help you and Rebecca?

1    A.   No, 'cause he had said, oh, I, I want to help

2  you, and I wasn't sure what he meant by it, but I

3  wasn't, like I said, I never asked Alan for anything.

4    Q.   Well, once again, just as in the email, you

5  say here, we've given you a lot of information that's a

6  big help to you.

7    A.   Right.

8    Q.   How are we going to get helped?  Isn't that

9  what you were saying?

10            MR. COOPER:  Objection.

11            THE WITNESS:  No, I wasn't ask -- I wasn't, I

12  was, basically like I already told you, he had said, oh,

13  I, I want to help you, and I, I'm curious as what he

14  meant by help me, you know, us how.  But I'm not asking

15  him for help.  I never asked him for help.

16  BY MR. KIRK:

17    Q.   Did he ever tell you how he planned to help

18  you?

19    A.   He's never helped us with anything.

20    Q.   Did he ever respond to your questions?

21    A.   Actually, no, not that I remember.

22    Q.   Now, at the time of this exchange, you were

23  living in Rebecca's mother's house.

24            Is that right?

25    A.   Yes.

1       Q.   And you had a lot of bills that were unpaid at

2  the time.

3            Is that fair?

4       A.   Yeah.  Well, I don't know if we had a lot of

5  bills at the time, we just didn't have a lot of money to

6  pay our bills.  I don't know if we had, we didn't have a

7  lot of debt, I don't think, back then.

8       Q.   Well now --

9       A.   But it, it was a tight time for us for sure.

10      Q.   Had not Rebecca been sued by a credit card

11  company for --

12      A.   Oh, yeah, something --

13           MR. COOPER:  Objection.  Relevance,

14  argumentative, form and foundation.

15           THE WITNESS:  Keep going?

16           MR. KIRK:  Yes, you can go.

17           THE WITNESS:  All right.  Yeah, it was -- I

18  can't remember what it was exactly for.

19  BY MR. KIRK:

20      Q.   $1200, does that sound right?

21      A.   Something like that, yeah.  It wasn't very

22  much money.

23      Q.   But I take it the reason she hadn't paid it is

24  she just didn't have the money to pay it at that time.

25      A.   Right.

Page 52

1      A.   Don't know which, don't, don't have a, this,

2  all she said was the prince.

3      Q.   Okay.  During the taped conversation between

4  Mr. Dershowitz and you and Rebecca in April 2015, did

5  you understand why Mr. Dershowitz was taping the

6  conversation?

7           MR. COOPER:  Objection.  Form, foundation.

8           THE WITNESS:  I just assumed to get us on

9  re -- honestly, I assumed to get us on record.  I mean,

10  I really thought that's about as far as it, we were, it

11  would go.  Hey, he just got us on record.  We, we agreed

12  to recorded.  I didn't, you know, I mean, I knew why he

13  was recording.  I understood.

14  BY MR. KIRK:

15      Q.   It was important to him to have anything that

16  would be helpful to him in the suit recorded on the

17  tape, correct?

18           MR. COOPER:  Objection.  Form, foundation.

19           THE WITNESS:  I would assume so.  I mean, yes.

20  BY MR. KIRK:

21      Q.   And in fact, during the conversation, he would

22  talk to you for a while, and then, he would say, okay, I

23  want to turn on the tape.  Can you say what you just

24  said about this on tape.

25           Do you recall that?

Page 53

1                MR. COOPER:  Objection.  Form, foundation.

2                THE WITNESS:  Actually, I think he maybe did

3        that once in the beginning of the phone call.  It was

4        like, he was like, we basically told him what Virginia

5        had said, what Rebecca had remembered, that kind of

6        thing.  He was like, okay, I'm going to record you now,

7        could you repeat that.  It was something along those

8        lines.

9        BY MR. KIRK:

10            Q.   And the reason he wanted you to repeat it was

11       so that he would have anything helpful to him on tape

12       recorded.

13               MR. COOPER:  Objection.  Form, foundation.

14               THE WITNESS:  I would imagine so, yes.

15               THE COURT REPORTER:  Can you repeat your

16       objection, please?

17               MR. COOPER:  I'm sorry?

18               THE COURT REPORTER:  Can you repeat the

19       objection?

20               MR. COOPER:  Sure.  Form, foundation.

21       BY MR. KIRK:

22            Q.   Do you recall a conversation you had with Mr.

23       Dershowitz in -- about two years ago, when some

24       reporters had been bugging you?

25            A.   I know I called him up to let him know that a

Page 54

1    bunch of reporters are bothering us, but as for to the

2    conversation, you know, it's going to be hard pressed

3    for me to remember what was said during the

4    conversation.

5         Q.   Two years ago.

6         A.   Yeah, that's --

7         Q.   Sure.  Do you know if Mr. Dershowitz taped

8    that conversation?

9         A.   I want to say yes, I think he recorded part.

10   I don't reme -- I don't remember.  I don't remember.

11        Q.   You think he may have asked you to consent to

12   a taping?

13        A.   Yeah, I think he might've, but I don't

14   remember.

15        Q.   Now, during this conversation, you asked his

16   advice about how you and Rebecca might get paid by the

17   media, correct?

18        A.   Yeah, we, we had, we had a bunch of people

19   calling and asking us questions.

20        Q.   And you wanted to know if you could get paid.

21        A.   Yeah, we wanted, yes.  One lady had called,

22   and I don't remember the news organization she was from,

23   saying, I don't want to quote, not, not quote word for

24   word, but it was something along the lines of if you

25   have information, something like that blah, blah, blah,

Page 55

1   it may be worth something to us or something along those

2   lines, and I was, I wasn't sure, you know, I, I'm new to

3   all this kind of stuff, man.  So, I wasn't sure is that

4   legal?  Am I going to get in trouble if I was to do

5   something like that, and then, we decided it, it'd get

6   us named, it, it, it would put us out there, and I don't

7   want to be out there.  I don't want my face on TV, none

8   of that crap.

9        Q.   So, you also --

10       A.   Stuff, sorry.  None of that stuff.

11       Q.   So, you ultimately decided not to go forward,

12  but when you were talking to Mr. Dershowitz, you wanted

13  to know if it was okay to get paid.

14       A.   Yes.  Yes.

15       Q.   Now, during that call, at one point, Mr.

16  Dershowitz tried to get you to say that Virginia had

17  told you she didn't have sex with him.

18            Do you recall that?

19       A.   I don't re -- I don't remember that.

20       Q.   And you started to go along, but then, you

21  said, "I can't remember.  You have to ask Rebecca."

22            Do you remember saying that?

23       A.   Any of those kind of stuff like that, I'm

24  going to say you have to ask Rebecca, 'cause she was

25  much more in those kind of conversations with Virginia

Page 56

1    than me.

2         Q.   So, so, and then you, right after that, you

3    said, I can't say for sure, 'cause I can't remember

4    exactly what she said, what, what Virginia said.

5         A.   Yeah, that would be correct.

6              MR. COOPER:  Hold on.  Objection.  Form,

7    foundation.

8    BY MR. KIRK:

9         Q.   So, the truth is in 2019, two years ago, you

10   couldn't remember whether Virginia had said she never

11   had sex with Mr. Dershowitz.

12        A.   I --

13        Q.   Is that right.

14        A.   I don't re -- yeah, I don't remember.  Like I

15   said, I don't remember her saying she never had sex with

16   him.  All I remember for sure is she said she's never

17   seen Alan do anything.

18        Q.   Is your memory getting better or worse as time

19   goes on?

20             MR. COOPER:  Objection to the form,

21   foundation.

22             THE WITNESS:  Well, I would say, I'd say yes,

23   I mean, of course.  The longer you go, the worse it

24   gets.

25   BY MR. KIRK:

Page 57

1          Q.   Would you say that the best record of your

2     memory of these things would be the taped conversations

3     that you had with Mr. Dershowitz in April of 2015?

4               MR. COOPER:  Objection.  Form, foundation.

5               THE WITNESS:  Will you say that again.

6     BY MR. KIRK:

7          Q.   Would you say that the best place to go to get

8     your best memory of your conversations with Virginia

9     would be the taped conversation between you and Rebecca

10    and Mr. Dershowitz?

11              MR. COOPER:  Objection.  Form, foundation.

12              THE WITNESS:  Yeah, I would honestly, I would

13    say, you know, because in the con -- that first

14    conversation, we were both uncomfortable.  And were not,

15    we were really kind of still hesitant, and as we spoke,

16    you know, down, as things went on, she opened up and

17    started, you know, you know, talking about more.  She,

18    you know, that's her best friend.  She was having a

19    tough time with the whole thing.

20              So, but I would say that that first

21    conversation, yes, I would say that's probably, it's

22    going to be the most accurate.  But, I would also say in

23    that conversation, it wasn't, not all the information,

24    you know, was there 'cause we were just not comfortable.

25    It was not a comfortable conversation for us.

Page 66

1   BY MR. COOPER:

2        Q.   Okay.  And then, there's a statement from Alan

3   Dershowitz that says, "Uh-huh."

4             Do you see that?  And then, you continue on,

5   and you say, "I can't remember.  You'd have to ask

6   Rebecca.  I think there was stuff she said too.  She

7   doesn't remember meeting you, but I can't, I don't want

8   to say that for sure, because I can't remember exactly

9   what she said."

10            And then, Professor Dershowitz asks you to

11   have Rebecca call him, correct?

12       A.   Yes.

13       Q.   And are those the words that you said to Alan

14   Dershowitz, among others, on August 19th, 2019?

15       A.   Yes.

16            MR. COOPER:  I have nothing further.

17                     RECROSS EXAMINATION

18   BY MR. KIRK:

19       Q.   Just one follow-up question on that, Mr.

20   Spallholtz.

21       A.   Sure.

22       Q.   When you said, "I can't remember.  You'd have

23   to ask Rebecca", does she have a better memory of all

24   this than you do?

25            MR. COOPER:  Objection.  Form, foundation.

1          THE WITNESS:  Well, Rebecca's actually spoken

2     to Virginia a lot more than I did.

3     BY MR. KIRK:

4          Q.   And so, she's a better source than you are.

5     That's why you told Mr. Dershowitz, I can't remember.

6     You have to ask her.

7          MR. COOPER:  Object to the form --

8          THE WITNESS:  I, I would --

9          MR. COOPER:  -- and foundation.

10         THE WITNESS:  Sorry, I don't mean to --

11         MR. COOPER:  Go ahead.

12         THE WITNESS:  -- do that to you.

13         I would, I would agree.

14    BY MR. KIRK:

15         Q.   And you can't remember exactly what Virginia

16    said as you told him that.

17         A.   Not verbatim.  No.

18         MR. KIRK:  Nothing further.  Thank you.

19         THE WITNESS:  Okay.

20                    REDIRECT EXAMINATION

21    BY MR. COOPER:

22         Q.   Can I just ask, so the record's clear, what

23    was the restaurant that you and your family and Ms.

24    Giuffre and her family were at when she said these

25    things to you about Professor Dershowitz?

Spoli L. Ite #1

| | |
|---|---|
| **From:** | Jon Doe |
| **Sent:** | Friday, April 17, 2015 12:15 AM EDT |
| **To:** | Alan Dershowitz |
| **Subject:** | Re: Re: Virginia Roberts |

We didn't get to finish about our job situation. She found out today that she was able to keep her job. I'll find out Monday about mine. We just don't want any misunderstanding.

Rebecca remembered a few other things that will be helpful, but we would like to know what it is you mean when u say u would like to help us.
--
Sent from my Android phone with mail.com Mail. Please excuse my brevity.

Alan Dershowitz <dersh@law.harvard.edu> wrote:
 I'm free now. Please call

 Sent from my iPhone

 On Apr 16, 2015, at 7:12 AM, Alan Dershowitz <dersh@law.harvard.edu> wrote:

     Thank you

     Sent from my iPhone

     On Apr 16, 2015, at 12:28 AM, Jon Doe <abc1234562@mail.com> wrote:

         I'll be in touch tomorrow.
         --
         Sent from my Android phone with mail.com Mail. Please excuse my brevity.

         Alan Dershowitz <dersh@law.harvard.edu> wrote:
          Please call me. 6173199892
          Thank you. I would really appreciate a call and I promise anonymity.

          Sent from my iPhone

          > On Apr 15, 2015, at 8:54 PM, Jon Doe <abc1234562@mail.com> wrote:
          >
          > I have information about Virginia that her lawyer's are trying to hide that will hurt her credibility and her ability to lead VRS. It is definitely worth something.
          >
          > I want to stay anonymous.

**EXHIBIT**

**1**

*Spallholtz Ex 3*

Page 1

```
.............................
                            :
IN RE:                      :          ┌─────────────────┐
                            :          │    EXHIBIT      │
VIRGINIA R. GIUFFRE         :          │                 │
                            :          │       3         │
VS                          :          │    ─────────    │
                            :          └─────────────────┘
ALAN DERSHOWITZ             :
                            :
.............................:
```

.....................................................

AUDIO TRANSCRIPTION OF

TELEPHONIC CONVERSATION BETWEEN

ALAN DERSHOWITZ AND MICHAEL SPALLHOLTZ

AUGUST 19, 2019

.....................................................

AUDIO FILE DOWNLOAD LINK:

https://spaces.hightail.com/receive/E3XV3WlyaA/dXMtZWJjND
AwMTQtOTU3ZThmLW10YTUtYWRhMjVmYTY2YTky
AUDIO FILE TITLED:
DERSH001424 (8.19.19 call with Michael Spallholtz).MPEG-4
.....................................................
TRANSCRIPTIONIST'S DISCLAIMER:
Misidentification of speakers may occur due to things
beyond my control, e.g., poor audio quality, similar
voice tones, overspeaking, overlapping room noises, etc.
Speaker identifications contained herein have been done
to the best of my ability from the audio I have been
provided.

     TRANSCRIPTIONIST:  Mary C. Dopico, CSR, RPR, CRR



Page 2

```
 1   (Audio file titled:  DERSH001424 (8.19.19 call with
 2   Michael Spallholtz).MPEG-4.)

 3

 4   PARTICIPANTS - ALAN DERSHOWITZ  -  MICHAEL SPALLHOLTZ

 5

 6   ALAN DERSHOWITZ:  First of all, how -- how are your
 7         kids doing?  Last time I spoke to you, they
 8         were babies, in the background, and --
 9   MICHAEL SPALLHOLTZ: Yeah.  Yeah.
10   ALAN DERSHOWITZ:  And -- and how are they doing?
11   MICHAEL SPALLHOLTZ:  They're --  They're doing great.
12         You know, there is --  They just started off
13         at school and everything, so --
14   ALAN DERSHOWITZ:  Yeah.
15   MICHAEL SPALLHOLTZ:  -- everything's going --
16         everything's going well.
17   ALAN DERSHOWITZ:  Oh, good.  And how -- how's Rebecca
18         doing?
19   MICHAEL SPALLHOLTZ:  She's doing really good.
20   ALAN DERSHOWITZ:  Good.  Good.
21              You know, as you know, this -- this
22         woman, Virginia, I know -- I know -- I know
23         that Rebecca still feels close to her and
24         still feels -- but this woman has destroyed my
25         life and the life of my family, you know.
```



Page 3

```
 1              You know, I know, Rebecca knows that she
 2         just totally made up a story about me; and
 3         it's just destroyed my life.  It's --
 4              You know, I have kids and I have
 5         grandkids and they're just --  They're just
 6         devastated because the media still keeps
 7         believing her, even though we know that, you
 8         know, she told Rebecca that she never had sex
 9         with me and --
10    MICHAEL SPALLHOLTZ:  Right.
11    ALAN DERSHOWITZ:  -- and all of that; so, uggh, I
12         just, um, I'd -- I'd love to talk to Rebecca
13         and have her just reiterate and confirm to me
14         that she still, you know, she's still gonna --
15         gonna, you know, if she's asked, if --  I
16         have --
17              By the way, I have complied with my
18         obligation.  I haven't given anybody her
19         contact information, her information, or
20         anything like that.  People have called me all
21         the time; but I've been trying as hard as I
22         can to protect her privacy.
23              As you know, Rebecca -- I'm sorry,
24         Virginia testified at her deposition about --
25    MICHAEL SPALLHOLTZ:  Uh-huh.
```



```
 1   ALAN DERSHOWITZ:  -- a phone call that she had with

 2        her and, uh, and -- and -- and fighting with

 3        her and arguing with her; but is --  Can I

 4        talk to -- to Rebecca just to --

 5   MICHAEL SPALLHOLTZ:  Well, she's --

 6   ALAN DERSHOWITZ:  -- make --

 7   MICHAEL SPALLHOLTZ:  -- actually -- she's at work

 8        right now.  What I'm actually calling about

 9        is, I mean, we are getting bombarded --

10   ALAN DERSHOWITZ:  I know.  I know.

11   MICHAEL SPALLHOLTZ:  I mean, it's been non-stop with

12        people calling.

13   ALAN DERSHOWITZ:  Yeah.  Yeah.

14   MICHAEL SPALLHOLTZ:  So by --  But --  And some of

15        them are actually offering to pay us to talk.

16   ALAN DERSHOWITZ:  Yeah.  Yeah.  Yeah.

17   MICHAEL SPALLHOLTZ:  So my question is, is what --

18        'Cause we're --  Rebecca and I really --  I

19        mean, we don't really want to be involved.

20   ALAN DERSHOWITZ:  I understand that.

21   MICHAEL SPALLHOLTZ:  You know?  'Cause, you know,

22        I -- I believe you when you say you have --

23        you haven't dropped her name; but there are

24        several news articles that I've read that

25        mentions both our names, you know, and -- and
```



Page 5

```
 1         whatnot.
 2    ALAN DERSHOWITZ:  Yeah.
 3    MICHAEL SPALLHOLTZ:  So --
 4    ALAN DERSHOWITZ:  Yeah.
 5    MICHAEL SPALLHOLTZ:  -- I mean --  So, like I said,
 6         it's been non-stop.
 7              My question would be, is -- is, uh, if
 8         Rebecca de -- decided to talk, is that -- and
 9         the -- you know, like -- let's say like NEW
10         YORK TIMES just called me like, fricking,
11         three or four times today.  So, you know,
12         let's say, when we decide, okay, you know,
13         we'll talk, we'll take a minute and we'll
14         talk.  Is that illegal?
15    ALAN DERSHOWITZ:  Oh, it's perfectly legal.  You can
16         talk to anybody you want.  Um --
17    MICHAEL SPALLHOLTZ:  If --
18    ALAN DERSHOWITZ:  Yeah.  I mean, there's no problem
19         about you talking to anybody.  You're not
20         under any constraint at all.  Um --
21    MICHAEL SPALLHOLTZ:  Even if --  Even if money
22         changes hands?
23    ALAN DERSHOWITZ:  I don't think the TIMES is gonna
24         give you any money.  I can't imagine the TIMES
25         would give you money.
```



```
 1   MICHAEL SPALLHOLTZ:  No, I'm -- I'm just using them
 2         as an example.  They've called --
 3   ALAN DERSHOWITZ:  Yeah.
 4   MICHAEL SPALLHOLTZ:  -- us a bunch of times today.
 5   ALAN DERSHOWITZ:  Yeah.
 6   MICHAEL SPALLHOLTZ:  But we have had people call us
 7         and make -- [overspeaking - unintelligible]
 8   ALAN DERSHOWITZ:  Now, look, as you know, Virginia
 9         got $160,000 for --
10   MICHAEL SPALLHOLTZ:  Wow.
11   ALAN DERSHOWITZ:  -- talking to, um, the -- the DAILY
12         MAIL and --
13   MICHAEL SPALLHOLTZ:  Wow.
14   ALAN DERSHOWITZ:  -- and lying to them, telling them
15         she -- you know, she saw Tipper Gore and Al
16         Gore on the island, and Bill Clinton and, you
17         know, Secret Service records no -- show that
18         they were never on the island.
19   MICHAEL SPALLHOLTZ:  Um-hum.
20   ALAN DERSHOWITZ:  My only concern -- and, you know,
21         obviously this is my life -- is that Rebecca,
22         you know, just -- no matter who asked her or
23         how often they ask her, just to make sure she
24         repeats the fact that, you know, uh, basically
25         Virginia told her she didn't have sex with me.
```



Page 7

```
 1              She told her maybe about other people, but she
 2              never mentioned me as one of the people, and
 3              that she felt --
 4   MICHAEL SPALLHOLTZ:  Right.
 5   ALAN DERSHOWITZ:  -- pressured by her lawyers to
 6              accuse me, and that I've been falsely accused.
 7              I think that's -- that's, uh, the -- the --
 8              the only important thing to me.
 9                   What -- what you folks do is really
10              completely up to you.  And -- and I can't give
11              you any legal advice; but it's -- but I can
12              tell you, as a matter of fact, that it is
13              legal, if you want to take money to take
14              money.  Of course, it -- it makes your
15              credibility, uh --
16   MICHAEL SPALLHOLTZ:  Lessens it.
17   ALAN DERSHOWITZ:  -- less --  Yes.  Less.  Yeah, in
18              order --
19   MICHAEL SPALLHOLTZ:  Yeah.
20   ALAN DERSHOWITZ:  -- it lowers your credibility.
21                   You know, I --  I --  I think probably
22              what you'd be better off doing is talking to
23              people like -- like the NEW YORK TIMES and
24              repeating what you said to -- to -- what
25              Rebecca said to me, you know, that I was
```



Page 8

```
 1          falsely accused; and all -- making all of that
 2          clear.
 3               And then I think, um, you know, people
 4          will come to you probably and ask her maybe to
 5          write a book or to be on -- I don't know, to
 6          do something that's commercial; but that --
 7          that could happen after.
 8               But I don't think any -- any -- any --
 9          the NEW YORK TIMES, the WALL STREET JOURNAL
10          will pay money for information.  You know,
11          maybe the DAILY MAIL will, and other
12          newspapers; but only --  They'll only do that
13          if it's fairly salacious.  And --
14   MICHAEL SPALLHOLTZ:  Right.
15   ALAN DERSHOWITZ:  -- I think, you know, Rebecca's
16          credibility is crucial here.  She has to
17          maintain her credibility.  She's a
18          truth-telling person.
19               Even Virginia, when she testified at her
20          deposition, said that Rebecca only tells the
21          truth and she is very, very truthful and --
22          and all of that.  So, um --
23   MICHAEL SPALLHOLTZ:  Well, I --  I --  I can tell you
24          now the -- the manual that we regarded, after
25          everybody's called, I haven't talked to
```



Page 9

```
 1        anybody.
 2              I just wanted to, one, ask you that
 3        question; and, two, let you know that we're
 4        getting --
 5   ALAN DERSHOWITZ:  Yeah.
 6   MICHAEL SPALLHOLTZ:  -- bombarded.
 7              But I --  I could tell you, you know,
 8        from watching the news and listening to
 9        Virginia tell, you know, her bullshit and
10        whatnot, and myself talking to Virginia and --
11        when she was staying with us for a bit, the
12        frustrating -- Rebecca's really just
13        frustrated at how, yeah, we get it.  There's
14        some shady shit going on somewhere somehow.
15              The thing of this is, you know, like
16        you --  Both of us never viewed Virginia
17        exactly as a -- a victim.  I mean, she was --
18        she was actually kinda pretty proud of herself
19        for things that she was doing --
20   ALAN DERSHOWITZ:  Um-hum.
21   MICHAEL SPALLHOLTZ:  -- so...
22   ALAN DERSHOWITZ:  Yeah.  Yeah, that's --
23   MICHAEL SPALLHOLTZ:  And that's -- that particularly
24        pisses off Rebecca; 'cause she's playing this
25        oh, poor me, poor me kinda roll --
```



```
1    ALAN DERSHOWITZ:  Yeah.
2    MICHAEL SPALLHOLTZ:  -- and that's not it at all how
3         it went.
4    ALAN DERSHOWITZ:  But, you know, it's one thing to
5         falsely portray herself as a victim.  Okay.  I
6         understand that.
7             But then to accuse a totally innocent
8         person like me, who never --
9    MICHAEL SPALLHOLTZ:  Right.
10   ALAN DERSHOWITZ:  -- met her, never laid eyes on her.
11   MICHAEL SPALLHOLTZ:  Yeah.
12   ALAN DERSHOWITZ:  And I know she's told that to
13        Rebecca and probably told it to you, too, that
14        she's -- that I'm completely innocent; so...
15   MICHAEL SPALLHOLTZ:  Yeah, I mean, like I said,
16        nothing on our end has -- has changed.  Just I
17        just wanted to --  You told me to give you a
18        call when people start reaching out and
19        whatnot, so that's what I'm doing.
20   ALAN DERSHOWITZ:  Okay.  Look.  I appreciate that
21        very much.
22            What's the best number for me to get
23        you, if I need to -- if somebody, you know, is
24        saying something that's wrong and I want to
25        make sure that you correct it or something?
```



```
1          What's the best number for me to call you on?
2     MICHAEL SPALLHOLTZ:  It would be this number.
3     ALAN DERSHOWITZ:  Okay.  I got it.  I got this
4          number.  Okay.
5              Do you -- you work --  What --  You --
6          You --  Your --  You're like a combat or a
7          self-defense per -- person or what do you do?
8     MICHAEL SPALLHOLTZ:  I do -- [snickers.]  I do -- I
9          teach like Brazilian jujitsu, hand-to-hand
10         combat, stuff --
11    ALAN DERSHOWITZ:  Oh, great.
12    MICHAEL SPALLHOLTZ:  -- like that.
13    ALAN DERSHOWITZ:  Good.  Good.  Good.  Good.  I may
14         need you to protect me one of these days.
15    MICHAEL SPALLHOLTZ:  [Laughing.]
16    ALAN DERSHOWITZ:  You know, one of these days I'd
17         love to come --  I --  I live in Florida in
18         the winter.  I'm not there now.  I'm on
19         Martha's Vineyard.  But, um, um, um, I -- I'd
20         love to one day just meet Rebecca and -- and
21         thank her for everything she did, for telling
22         the truth, 'cause she's really been very, very
23         helpful to me and --
24    MICHAEL SPALLHOLTZ:  Okay.
25    ALAN DERSHOWITZ:  -- I just want to --
```



Page 12

```
 1   MICHAEL SPALLHOLTZ:  Well, you have my information.
 2        You know, just --
 3   ALAN DERSHOWITZ:  I want to show --
 4   MICHAEL SPALLHOLTZ:  -- let us know when you're in
 5        town.
 6   ALAN DERSHOWITZ:  -- my appreciation.
 7             But, uh, does --  Can --  Can she call
 8        me tonight?  I'd just like to say hello to her
 9        and thank her and -- and reiterate my
10        appreciation.
11             Can you try to maybe make a call tonight
12        for her?
13   MICHAEL SPALLHOLTZ:  Yeah.  I'll --  Well, I'll --
14        I'll ask her, but I'm not making any promises.
15   ALAN DERSHOWITZ:  No, no, no.  I can never ask you to
16        do that.  You've been --  Look, you have been
17        so terrific, too.  You're the one who called
18        me.  You're the one who -- who set this up in
19        the beginning.  I know you, right from the
20        beginning, you told me how reluctant you were
21        to --
22   MICHAEL SPALLHOLTZ:  Well, it's kinda scary, to tell
23        you the truth.  I mean, there's some -- seems
24        like there's some shady people involved.
25   ALAN DERSHOWITZ:  Oh, yeah.  Oh, look, there's some
```



Page 13

```
 1          terrible, terrible shady people; but the idea
 2          that a -- that a woman like -- that -- like
 3          Roberts could -- could -- could ruin people's
 4          lives by just making up stories --  This is a
 5          woman I never met, I never heard of.
 6   MICHAEL SPALLHOLTZ:  But she's -- she's -- she's a
 7          greedy person.
 8   ALAN DERSHOWITZ:  Yeah.  I know.  I know.
 9   MICHAEL SPALLHOLTZ:  That's how --
10   ALAN DERSHOWITZ:  But, you know, greedy is one thing.
11          Victim is another thing.  But to make up
12          stories and to destroy a person's life and his
13          whole family in it --
14              You know, I've been so happily married
15          to the same woman for 33 years; and I've never
16          deviated.  And, you know, to have this
17          accusation leveled against me is just a
18          horrible, horrible thing.  And --
19   MICHAEL SPALLHOLTZ:  Yeah.  Well, I mean, that's
20          kinda why we just thought it -- to -- to reach
21          out.  As I told you before, you know, I
22          actually follow -- read all the things that
23          you write; and I have even before this.  You
24          know, I -- I'm interested in politics and
25          whatnot; but I --  You know, you were
```



Page 14

```
 1           constantly commenting and giving your opinion;
 2           so I constantly read it.
 3                And then when we started talking to her
 4           and all the stuff, I was like:  Well, hold on
 5           a second.  This doesn't really seem right.
 6           So...
 7  ALAN DERSHOWITZ:  And what did she say to you
 8           exactly?  Did she tell you that -- that she --
 9           she didn't have sex with me?  What did --  How
10           did she put it?  I mean, how --
11  MICHAEL SPALLHOLTZ:  Well, basically that.  Basically
12           what she felt --  You know, like we told you
13           before, she felt she had been pressured into
14           saying something that, you know, really didn't
15           happen.  She didn't really, you know -- you
16           know, like going after you or -- and that you
17           didn't do anything.
18  ALAN DERSHOWITZ:  Um-hum.
19  MICHAEL SPALLHOLTZ:  I can't remember.  You'd have to
20           ask Rebecca.  I think -- there was stuff she
21           said, too.  She doesn't remember meeting you.
22           But I can't --  I don't want to say that for
23           sure, because I can't remember exactly what
24           she said.
25  ALAN DERSHOWITZ:  Okay.  If you can have Rebecca call
```



Page 15

```
 1          me, I would love to hear that from her.  Okay?
 2   MICHAEL SPALLHOLTZ:  Well, I will.  Like I said, I
 3          won't -- I won't make --
 4   ALAN DERSHOWITZ:  Yes.
 5   MICHAEL SPALLHOLTZ:  -- any promises, but I'll --
 6   ALAN DERSHOWITZ:  No.  And -- and could you --
 7   MICHAEL SPALLHOLTZ:  -- talk to her when she gets
 8          home.
 9   ALAN DERSHOWITZ:  -- apologize to me for Rebecca for
10          any of the publicity or problems?  I apologize
11          to you, too.
12              As I said, this is my life.  The last
13          thing I want to do is -- you are good
14          people -- to get you in any kind of a
15          situation where your life has been made
16          difficult.
17              I will always back you and support you.
18          I know you're truthful and good people.  And I
19          just want to apologize for any difficulties
20          that I've caused you.
21              So please convey that to Rebecca.  Okay?
22   MICHAEL SPALLHOLTZ:  Will do.
23   ALAN DERSHOWITZ:  Okay.  Thank you so much for
24          calling.  I appreciate it.
25   MICHAEL SPALLHOLTZ:  No worries.  Have a nice night.
```



Page 16

```
 1    ALAN DERSHOWITZ:  Take care.  Be well.  Bye.

 2    [Music plays briefly.]

 3    ALAN DERSHOWITZ:  What do I do now, I --

 4               (Audio recording ended.)

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Page 17

```
1                    TRANSCRIPTIONIST'S CERTIFICATE
2
3          I, Mary C. Dopico, CSR, RPR, CRR,
4    Transcriptionist, certify that the foregoing is a true
5    and accurate transcription of the audio recording of the
6    proceedings in the above-entitled matter; said audio
7    recording titled:  DERSH001424 (8.19.19 call with Michael
8    Spallholtz).MPEG-4;
9          I further certify that I am neither counsel
10   for, related to, nor employed by any of the parties to
11   the action in which this proceeding was taken;
12         I further certify that I am not financially or
13   otherwise interested in the outcome of this action.
14         Certified to by me on this the 11th day of
15   October, 2021.
16
17   _____
18         Mary C. Dopico, CSR, RPR
          Texas CSR No. 463, Exp. 4/30/2023
19
     Independent Contractor To:
20   Magna Legal Services
     Seven Penn Center
21   1635 Market Street, 8th Floor
     Philadelphia, PA  19103
22   215/207-9460  Fax: 215/207-9461
23
24
25
```



Page 1

**A**

ability 1:23
above-entitled 17:6
accurate 17:5
accusation 13:17
accuse 7:6 10:7
accused 7:6 8:1
action 17:11,13
advice 7:11
AI 6:15
ALAN 1:5,11 2:4,6
  2:10,14,17,20
  3:11 4:1,6,10,13
  4:16,20 5:2,4,15
  5:18,23 6:3,5,8,11
  6:14,20 7:5,17,20
  8:15 9:5,20,22
  10:1,4,10,12,20
  11:3,11,13,16,25
  12:3,6,15,25 13:8
  13:10 14:7,18,25
  15:4,6,9,23 16:1,3
anybody 3:18 5:16
  5:19 9:1
apologize 15:9,10
  15:19
appreciate 10:20
  15:24
appreciation 12:6
  12:10
arguing 4:3
articles 4:24
asked 3:15 6:22
audio 1:9,14,17,21
  1:23 2:1 16:4 17:5
  17:6
AUGUST 1:12
AwMTQtOTU3...
  1:16

**B**

babies 2:8
back 15:17
background 2:8
basically 6:24
  14:11,11

**C**

beginning 12:19,20
believe 4:22
believing 3:7
best 1:23 10:22
  11:1
better 7:22
beyond 1:21
Bill 6:16
bit 9:11
bombarded 4:9 9:6
book 8:5
Brazilian 11:9
briefly 16:2
bullshit 9:9
bunch 6:4
Bye 16:1

**C**

C 1:25 17:3,18
call 1:18 2:1 4:1 6:6
  10:18 11:1 12:7
  12:11 14:25 17:7
called 3:20 5:10 6:2
  8:25 12:17
calling 4:8,12 15:24
care 16:1
cause 4:18,21 9:24
  11:22
caused 15:20
Center 17:20
CERTIFICATE
  17:1
Certified 17:14
certify 17:4,9,12
changed 10:16
changes 5:22
clear 8:2
Clinton 6:16
close 2:23
combat 11:6,10
come 8:4 11:17
commenting 14:1
commercial 8:6
completely 7:10
  10:14
complied 3:17

**C**

concern 6:20
confirm 3:13
constantly 14:1,2
constraint 5:20
contact 3:19
contained 1:22
Contractor 17:19
control 1:21
CONVERSATI...
  1:10
convey 15:21
correct 10:25
counsel 17:9
course 7:14
credibility 7:15,20
  8:16,17
CRR 1:25 17:3,18
crucial 8:16
CSR 1:25 17:3,18
  17:18

**D**

DAILY 6:11 8:11
day 11:20 17:14
days 11:14,16
de 5:8
decide 5:12
decided 5:8
deposition 3:24
  8:20
DERSHOWITZ
  1:5,11 2:4,6,10,14
  2:17,20 3:11 4:1,6
  4:10,13,16,20 5:2
  5:4,15,18,23 6:3,5
  6:8,11,14,20 7:5
  7:17,20 8:15 9:5
  9:20,22 10:1,4,10
  10:12,20 11:3,11
  11:13,16,25 12:3
  12:6,15,25 13:8
  13:10 14:7,18,25
  15:4,6,9,23 16:1,3
DERSH001424
  1:18 2:1 17:7
destroy 13:12

**D**

destroyed 2:24 3:3
devastated 3:6
deviated 13:16
difficult 15:16
difficulties 15:19
DISCLAIMER
  1:20
doing 2:7,10,11,18
  2:19 7:22 9:19
  10:19
Dopico 1:25 17:3
  17:18
DOWNLOAD 1:14
dropped 4:23
due 1:21

**E**

employed 17:10
ended 16:4
everybody's 8:25
everything's 2:15
  2:16
exactly 9:17 14:8
  14:23
example 6:2
Exp 17:18
eyes 10:10
e.g 1:21

**F**

fact 6:24 7:12
fairly 8:13
falsely 7:6 8:1 10:5
family 2:25 13:13
Fax 17:22
feels 2:23,24
felt 7:3 14:12,13
fighting 4:2
file 1:14,17 2:1
financially 17:12
First 2:6
Floor 17:21
Florida 11:17
folks 7:9
follow 13:22
foregoing 17:4

**G**

four 5:11
fricking 5:10
frustrated 9:13
frustrating 9:12
further 17:9,12

**G**

getting 4:9 9:4
GIUFFRE 1:3
give 5:24,25 7:10
  10:17
given 3:18
giving 14:1
going 2:15,16 9:14
  14:16
gonna 3:14,15 5:23
good 2:17,19,20,20
  11:13,13,13,13
  15:13,18
Gore 6:15,16
grandkids 3:5
great 2:11 11:11
greedy 13:7,10

**H**

hands 5:22
hand-to-hand 11:9
happen 8:7 14:15
happily 13:14
hard 3:21
hear 15:1
heard 13:5
hello 12:8
helpful 11:23
hold 14:4
home 15:8
horrible 13:18,18
how's 2:17
https 1:15

**I**

idea 13:1
identifications 1:22
illegal 5:14
imagine 5:24
important 7:8



**Independent** 17:19
**information** 3:19
  3:19 8:10 12:1
**innocent** 10:7,14
**interested** 13:24
  17:13
**involved** 4:19 12:24
**island** 6:16,18

**J**

**JOURNAL** 8:9
**jujitsu** 11:9

**K**

**keeps** 3:6
**kids** 2:7 3:4
**kind** 15:14
**kinda** 9:18,25
  12:22 13:20
**know** 2:12,21,21,22
  2:22,22,25 3:1,1,4
  3:7,8,14,15,23
  4:10,10,21,21,25
  5:9,11,12 6:8,15
  6:17,20,22,24
  7:21,25 8:3,5,10
  8:15 9:3,7,9,15
  10:4,12,23 11:16
  12:2,4,19 13:8,8
  13:10,14,16,21,24
  13:25 14:12,14,15
  14:16 15:18
**knows** 3:1

**L**

**laid** 10:10
**Laughing** 11:15
**lawyers** 7:5
**legal** 5:15 7:11,13
  17:20
**Lessens** 7:16
**let's** 5:9,12
**leveled** 13:17
**life** 2:25,25 3:3 6:21
  13:12 15:12,15
**LINK** 1:14

**listening** 9:8
**live** 11:17
**lives** 13:4
**look** 6:8 10:20
  12:16,25
**love** 3:12 11:17,20
  15:1
**lowers** 7:20
**lying** 6:14

**M**

**Magna** 17:20
**MAIL** 6:12 8:11
**maintain** 8:17
**making** 8:1 12:14
  13:4
**manual** 8:24
**Market** 17:21
**married** 13:14
**Martha's** 11:19
**Mary** 1:25 17:3,18
**matter** 6:22 7:12
  17:6
**mean** 4:9,11,19 5:5
  5:18 9:17 10:15
  12:23 13:19 14:10
**media** 3:6
**meet** 11:20
**meeting** 14:21
**mentioned** 7:2
**mentions** 4:25
**met** 10:10 13:5
**Michael** 1:11,18
  2:2,4,9,11,15,19
  3:10,25 4:5,7,11
  4:14,17,21 5:3,5
  5:17,21 6:1,4,6,10
  6:13,19 7:4,16,19
  8:14,23 9:6,21,23
  10:2,9,11,15 11:2
  11:8,12,15,24
  12:1,4,13,22 13:6
  13:9,19 14:11,19
  15:2,5,7,22,25
  17:7
**minute** 5:13

**Misidentification**
  1:21
**money** 5:21,24,25
  7:13,14 8:10
**MPEG-4** 1:18 2:2
  17:8
**Music** 16:2

**N**

**name** 4:23
**names** 4:25
**need** 10:23 11:14
**neither** 17:9
**never** 3:8 6:18 7:2
  9:16 10:8,10
  12:15 13:5,5,15
**NEW** 5:9 7:23 8:9
**news** 4:24 9:8
**newspapers** 8:12
**nice** 15:25
**night** 15:25
**noises** 1:22
**non-stop** 4:11 5:6
**number** 10:22 11:1
  11:2,4

**O**

**obligation** 3:18
**obviously** 6:21
**occur** 1:21
**October** 17:15
**offering** 4:15
**oh** 2:17 5:15 9:25
  11:11 12:25,25
**okay** 5:12 10:5,20
  11:3,4,24 14:25
  15:1,21,23
**opinion** 14:1
**order** 7:18
**outcome** 17:13
**overlapping** 1:22
**overspeaking** 1:22
  6:7

**P**

**PA** 17:21

**PARTICIPANTS**
  2:4
**particularly** 9:23
**parties** 17:10
**pay** 4:15 8:10
**Penn** 17:20
**people** 3:20 4:12
  6:6 7:1,2,23 8:3
  10:18 12:24 13:1
  15:14,18
**people's** 13:3
**perfectly** 5:15
**person** 8:18 10:8
  11:7 13:7
**person's** 13:12
**Philadelphia** 17:21
**phone** 4:1
**pisses** 9:24
**playing** 9:24
**plays** 16:2
**please** 15:21
**politics** 13:24
**poor** 1:21 9:25,25
**portray** 10:5
**pressured** 7:5
  14:13
**pretty** 9:18
**privacy** 3:22
**probably** 7:21 8:4
  10:13
**problem** 5:18
**problems** 15:10
**proceeding** 17:11
**proceedings** 17:6
**promises** 12:14
  15:5
**protect** 3:22 11:14
**proud** 9:18
**provided** 1:23
**publicity** 15:10
**put** 14:10

**Q**

**quality** 1:21
**question** 4:17 5:7
  9:3

**R**

**R** 1:3
**reach** 13:20
**reaching** 10:18
**read** 4:24 13:22
  14:2
**really** 2:19 4:18,19
  7:9 9:12 11:22
  14:5,14,15
**Rebecca** 2:17,23
  3:1,8,12,23 4:4,18
  5:8 6:21 7:25 8:20
  9:24 10:13 11:20
  14:20,25 15:9,21
**Rebecca's** 8:15
  9:12
**recording** 16:4
  17:5,7
**records** 6:17
**regarded** 8:24
**reiterate** 3:13 12:9
**related** 17:10
**reluctant** 12:20
**remember** 14:19
  14:21,23
**repeating** 7:24
**repeats** 6:24
**right** 3:10 4:8 7:4
  8:14 10:9 12:19
  14:5
**Roberts** 13:3
**roll** 9:25
**room** 1:22
**RPR** 1:25 17:3,18
**ruin** 13:3

**S**

**salacious** 8:13
**saw** 6:15
**saying** 10:24 14:14
**scary** 12:22
**school** 2:13
**second** 14:5
**Secret** 6:17
**self-defense** 11:7
**Service** 6:17



**Services** 17:20
**set** 12:18
**Seven** 17:20
**sex** 3:8 6:25 14:9
**shady** 9:14 12:24
  13:1
**shit** 9:14
**show** 6:17 12:3
**similar** 1:21
**situation** 15:15
**snickers** 11:8
**somebody** 10:23
**sorry** 3:23
**spaces.hightail.c....**
  1:15
**Spallholtz** 1:11,18
  2:2,4,9,11,15,19
  3:10,25 4:5,7,11
  4:14,17,21 5:3,5
  5:17,21 6:1,4,6,10
  6:13,19 7:4,16,19
  8:14,23 9:6,21,23
  10:2,9,11,15 11:2
  11:8,12,15,24
  12:1,4,13,22 13:6
  13:9,19 14:11,19
  15:2,5,7,22,25
  17:8
**Speaker** 1:22
**speakers** 1:21
**spoke** 2:7
**start** 10:18
**started** 2:12 14:3
**staying** 9:11
**stories** 13:4,12
**story** 3:2
**Street** 8:9 17:21
**stuff** 11:10 14:4,20
**support** 15:17
**sure** 6:23 10:25
  14:23

———— T ————
**take** 5:13 7:13,13
  16:1
**taken** 17:11

**talk** 3:12 4:4,15 5:8
  5:13,14,16 15:7
**talked** 8:25
**talking** 5:19 6:11
  7:22 9:10 14:3
**teach** 11:9
**TELEPHONIC**
  1:10
**tell** 7:12 8:23 9:7,9
  12:22 14:8
**telling** 6:14 11:21
**tells** 8:20
**terrible** 13:1,1
**terrific** 12:17
**testified** 3:24 8:19
**Texas** 17:18
**thank** 11:21 12:9
  15:23
**thing** 7:8 9:15 10:4
  13:10,11,18 15:13
**things** 1:21 9:19
  13:22
**think** 5:23 7:7,21
  8:3,8,15 14:20
**thought** 13:20
**three** 5:11
**time** 2:7 3:21
**times** 5:10,11,23,24
  6:4 7:23 8:9
**Tipper** 6:15
**titled** 1:17 2:1 17:7
**today** 5:11 6:4
**told** 3:8 6:25 7:1
  10:12,13,17 12:20
  13:21 14:12
**tones** 1:22
**tonight** 12:8,11
**totally** 3:2 10:7
**town** 12:5
**transcription** 1:9
  17:5
**Transcriptionist**
  1:25 17:4
**TRANSCRIPTI...**
  1:20 17:1
**true** 17:4

**truth** 8:21 11:22
  12:23
**truthful** 8:21 15:18
**truth-telling** 8:18
**try** 12:11
**trying** 3:21
**two** 9:3

———— U ————
**uggh** 3:11
**uh** 4:2 5:7 6:24 7:7
  7:15 12:7
**Uh-huh** 3:25
**um** 3:12 5:16,20
  6:11 8:3,22 11:19
  11:19,19
**Um-hum** 6:19 9:20
  14:18
**understand** 4:20
  10:6
**unintelligible** 6:7

———— V ————
**victim** 9:17 10:5
  13:11
**viewed** 9:16
**Vineyard** 11:19
**Virginia** 1:3 2:22
  3:24 6:8,25 8:19
  9:9,10,16
**voice** 1:22
**VS** 1:4

———— W ————
**WALL** 8:9
**want** 4:19 5:16 7:13
  10:24 11:25 12:3
  14:22 15:13,19
**wanted** 9:2 10:17
**watching** 9:8
**way** 3:17
**went** 10:3
**we'll** 5:13,13,13
**we're** 4:18 9:3
**whatnot** 5:1 9:10
  10:19 13:25

**winter** 11:18
**woman** 2:22,24
  13:2,5,15
**work** 4:7 11:5
**worries** 15:25
**Wow** 6:10,13
**write** 8:5 13:23
**wrong** 10:24

———— Y ————
**yeah** 2:9,9,14 4:13
  4:13,16,16,16 5:2
  5:4,18 6:3,5 7:17
  7:19 9:5,13,22,22
  10:1,11,15 12:13
  12:25 13:8,19
**years** 13:15
**YORK** 5:10 7:23
  8:9

———— $ ————
**$160,000** 6:9

———— 1 ————
**11th** 17:14
**1635** 17:21
**19** 1:12
**19103** 17:21

———— 2 ————
**2019** 1:12
**2021** 17:15
**215/207-9460** 17:22
**215/207-9461** 17:22

———— 3 ————
**33** 13:15

———— 4 ————
**4/30/2023** 17:18
**463** 17:18

———— 8 ————
**8th** 17:21
**8.19.19** 1:18 2:1
  17:7

