# EXHIBIT C
# PUBLIC REDACTED

# GIUFFRE

# VS.

# MAXWELL

Deposition

## VIRGINIA GIUFFRE VOLUME II

*11/14/2016*

_____

## Agren Blando Court Reporting & Video, Inc.

*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

*Agren Blando Court Reporting & Video, Inc.*

