# Cooper & Kirk

Lawyers

A Professional Limited Liability Company

| | | |
|---|---|---|
| Charles J. Cooper<br>ccooper@cooperkirk.com | 1523 New Hampshire Avenue, N.W.<br>Washington, D.C.  20036 | (202) 220-9600<br>Fax (202) 220-9601 |

November 12, 2021

**VIA ECF**
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:     *Giuffre v. Dershowitz*, Case No.: 19-cv-03377-LAP

Dear Judge Preska:

I write on behalf of Plaintiff Virginia Giuffre. Pursuant to Rule 1.A of Your Honor's Individual Practices, Plaintiff respectfully requests leave to file under seal her response to Defendant's supplemental filing in support of his motion to compel. ECF No. 352. In support of this request, Plaintiff states that her letter will describe a portion of her deposition testimony from *Giuffre v. Maxwell*, Case No. 15-cv-7433-LAP (S.D.N.Y.), that has not yet been unsealed or de-designated, and she will include a confidential excerpt of that deposition transcript as an exhibit. Plaintiff will file public versions of the letter and exhibit with necessary redactions, until such time as Your Honor rules on this request, after which Plaintiff will be prepared to file unredacted versions if directed by the Court.

Respectfully,

/s/ Charles J. Cooper
Charles J. Cooper

```
The sealing request is granted.  SO ORDERED.
```

*Loretta A. Preska*   11/15/21