

Kristine C. Oren
koren@toddweld.com

*Via ECF*                                                                 November 22, 2021

Honorable Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

Re:   ***Giuffre v. Dershowitz*, Case No. 19-cv-3377-LAP**
      **Request for Extension**

Dear Judge Preska,

Defendant Alan Dershowitz ("Defendant") hereby requests a one-week extension of time to file a response to Virginia L. Giuffre's ("Plaintiff") Second Amended Complaint ("SAC"). [Dkt. 362]. Pursuant to Fed. R. Civ. P. 15, the original deadline is set for November 30, 2021. Counsel for Plaintiff has assented to this request.

Defendant requests this extension in order to accommodate Defendant's counsel's vacation schedule and the intervening Thanksgiving holiday.

This is Defendant's first request for an extension to the briefing with respect to this SAC. This extension will not affect any other scheduled dates in the litigation.

**Accordingly, Defendant respectfully requests that the Court extend Defendant's deadline to respond to Plaintiff's SAC to December 7, 2021.**

Thank you.

Respectfully Submitted,

*/s/ Kristine C. Oren*

_____
Kristine C. Oren

CC: Plaintiff/Cooper & Kirk P.L.L.C. via ECF

1