UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>                    Plaintiff,<br><br>-against-<br><br>ALAN DERSHOWITZ,<br><br>                    Defendant. | 19 Civ. 3377 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's December 1, 2021 letter requesting that the Court certify its November 10, 2021 protective order for interlocutory appeal.  Plaintiff shall file any response no later than December 8, 2021.

**SO ORDERED.**

Dated:    New York, New York
           December 1, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge