# Cooper & Kirk

Lawyers
A Professional Limited Liability Company

Nicole Jo Moss  
nmoss@cooperkirk.com

1523 New Hampshire Avenue, N.W.  
Washington, D.C. 20036

(202) 220-9636  
Fax (202) 220-9601

December 3, 2021

**VIA ECF**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Giuffre v. Dershowitz*, **Case No. 19-cv-3377-LAP**

Dear Judge Preska:

    I write on behalf of Plaintiff Virginia Giuffre to supplement the letter motion filed earlier this evening. *See* Letter, Doc. 371 (Dec. 3, 2021). That letter stated that Plaintiff would seek to file two supporting exhibits under seal. We have determined that it will be necessary to file a third exhibit under seal, and we wanted to provide our basis for doing so: although the document was produced by Defendant without a confidentiality designation under the protective order, we have discovered that it remains sealed in the matter of *Edwards v. Dershowitz*, Case No. CACE 15-000072 in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida. To Plaintiff's knowledge, this document has not been unsealed or de-designated. Plaintiff will file an exhibit placeholder, until such time as Your Honor rules on her letter motion to seal, after which Plaintiff will be prepared to file a public version if directed by the Court.

                                                      Respectfully,

                                                      s/Nicole J. Moss
                                                      Nicole J. Moss

CC: Counsel of Record (via ECF)