```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
VIRGINIA L. GIUFFRE,

                    Plaintiff,

      -against-                              19-cv-3377 (LAP)

ALAN DERSHOWITZ,

                    Defendant.
---------------------------------------x
VIRGINIA L. GIUFFRE,

                    Plaintiff,

      -against-                              21-cv-6702 (LAK)

PRINCE ANDREW, Duke of York, in his personal capacity,
also known as Andrew Albert Christian Edward,

                    Defendant.
---------------------------------------x

## ORDER

        A document entitled as Settlement Agreement and General Release, said to have been executed by the plaintiff in these actions and by the late Jeffrey Epstein, was filed under seal in No. 19-3377. No. 19-3377, Dkt. 334-1 (the "Document"). The same document has been submitted by the defendant in 21-cv-6702 in support of his motion to dismiss that case. Dkt. 21-6702, Dkt. 32-1. In light of the sealing order in the first action, it has been filed under seal in the second.

        Mr. Epstein, as is well known, is deceased. The Document is well known to Ms. Giuffre and, although under seal, has been available to all parties in these cases for some time. We question whether any proper purpose would be served by the continued secrecy of the Document save, perhaps, the dollar amount of the settlement it provided for.

        Accordingly, in the absence of a showing, on or before December 22, 2021, of good cause by a party to either of these actions or by a duly authorized executor, administrator, or other representative of the Estate Mr. Epstein, the Court will file the entire Document on the public record on or about January 3, 2022.

        SO ORDERED.

Dated:  December 14, 2021

                                              /s/     Loretta A. Preska
                                                   Loretta A. Preska
                                           United States District Judge


                                            /s/     Lewis A. Kaplan
                                                   Lewis A. Kaplan
                                           United States District Judge