# Cooper & Kirk
Lawyers
A Professional Limited Liability Company

| | | |
|---|---|---|
| Nicole J. Moss<br>nmoss@cooperkirk.com | 1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036 | (202) 220-9636<br>Fax (202) 220-9601 |

January 11, 2022

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *Giuffre v. Dershowitz*, **Case No.: 19-cv-03377-LAP**

Dear Judge Preska:

    I write on behalf of Plaintiff Virginia Giuffre. Pursuant to Rule 1.A of Your Honor's Individual Practices, Plaintiff respectfully requests leave to file under seal a response in opposition to Defendant's letter requesting leave to exceed ten depositions (Doc. 391) and supporting exhibit. In support of this request, Plaintiff states that the letter will discuss material subject to protective order in this action and *Giuffre v. Maxwell*, Case No. 15-cv-74:33-LAP, and two exhibits contain protected deposition testimony from the same. Plaintiff will file publicly redacted versions of the letter and exhibits, until such time as Your Honor rules on this request, after which Plaintiff will be prepared to file unredacted versions of letter and exhibits if directed by the Court.

                                                                                      Respectfully,

                                                                                     /s/ Nicole J. Moss
                                                                                      Nicole J. Moss

CC: Counsel of Record (via ECF)