# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>    Plaintiff,<br><br>v.<br><br>ALAN DERSHOWITZ,<br><br>    Defendant.<br><br>ALAN DERSHOWITZ,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>VIRGINIA L. GIUFFRE,<br><br>    Counterclaim Defendant. | Civil Action No. 19-cv-03377-LAP |

## NOTICE OF DEPOSITION OF CRYSTAL FIGUEROA

TO:    Charles J. Cooper
    Michael W. Kirk
    Nicole J. Moss
    Haley N. Proctor
    COOPER & KIRK, PLLC
    1523 New Hampshire Ave. N.W.
    Washington, D.C. 23006

    PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the Defendant, Alan Dershowitz, by and through his attorneys, will take the deposition upon oral examination of **Crystal Figueroa**, commencing on **Friday, January 21, 2022 at 1:00 p.m. EDT** and from day to day thereafter until completed. The deposition will be held at Tower Place 200, 3348 Peachtree Road Northeast North, Atlanta, GA 33026 and held before a notary public or other person authorized by law to administer oaths.

The deposition will be conducted with the assistance of Magna Legal Services.  It will be recorded by stenographic and audiovisual means.  You are invited to participate and cross-examine.

                ALAN DERSHOWITZ,

                By his attorneys,

                */s/ Christian G. Kiely*
                Howard M. Cooper (MA BBO# 543842)
                (*pro hac vice*)
                Christian G. Kiely (MA BBO# 684308)
                (*pro hac vice*)
                Kristine C. Oren (MA BBO# 705730)
                (*pro hac vice*)
                TODD & WELD LLP
                One Federal Street, 27th Floor
                Boston, MA 02110
                (617) 720-2626
                hcooper@toddweld.com
                ckiely@toddweld.com
                koren@toddweld.com

                Arthur L. Aidala (S.D.N.Y. Bar No. ALA-0059)
                Imran H. Ansari (S.D.N.Y. Bar No. IHA-1978)
                AIDALA, BERTUNA & KAMINS, P.C.
                546 Fifth Avenue, 6th Floor
                New York, New York 10036
                (212) 486-0011
                iansari@aidalalaw.com
                aidalaesq@aidalalaw.com

Dated:  December 20, 2021

## CERTIFICATE OF SERVICE

      I, Christian G. Kiely, hereby certify that on this December 20, 2021, a copy of the foregoing was served on all counsel of record via email.

                                    */s/ Christian G. Kiely*
                                    Christian G. Kiely