# EXHIBIT 2

Page 1

```
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
VIRGINIA L. GIUFFRE,

              Plaintiff/ Counterclaim Defendant,

      -V-
                    19-cv-03377-LAP
ALAN DERSHOWITZ,
              Defendant/ Counterclaim Plaintiff.
-------------------------------------X

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------X
DAVID BOIES,
                Plaintiff/ Counterclaim Defendant,
      -V-           Index No.:
                    160874/2019

ALAN DERSHOWITZ,

                Defendant/ Counterclaim Plaintiff.
-------------------------------------X
         DATE: December 16, 2020
         TIME: 10:00 A.M.
      VIRTUAL VIDEOTAPED EXAMINATION
BEFORE TRIAL of JOHN ZEIGER, taken by MR.
COOPER, pursuant to Subpoena, held at the
offices of Hindy Kaplan, a Notary Public of
the State of New York.
```



```
 1                  J. ZEIGER
 2      A.    I do not.
 3      Q.    Was if more than once?
 4      A.    Yes.
 5      Q.    Do you have any awareness of
 6  whether professor Dershowitz spoke at any
 7  time with Abigail Wexner?
 8      A.    Yes.
 9      Q.    Professor Dershowitz told you
10  that he had spoken to her and she directed
11  him to you, correct?
12      A.    Correct.
13      Q.    And professor Dershowitz also
14  told you that Abigail Wexner had referred
15  to the efforts of the Boies Schiller firm
16  as extortion, correct?
17            MR. BOIES:  Objection.
18      A.    No.  That's simply not true.
19            MS. PROCTOR:  Join.
```



Page 52

[redacted lines 1–13]

```
14        Q.    Now, sir, you responded a few
15   minutes ago to a question about -- that I
16   asked about professor Dershowitz informing
17   you of a conversation with Abigail Wexner
18   by saying that Ms. Wexner had never used
19   the word extortion with professor
20   Dershowitz.  So let me just follow that up.
21             Were you participating at any
22   point in time in a call between professor
23   Dershowitz and Mrs. Wexner?
24        A.    No.
25        Q.    So I take it you have no
```



```
 1                  J. ZEIGER
 2   personal knowledge as to what was or was
 3   not said on any call between the two, if
 4   indeed one took place?
 5        A.    I'm afraid that any personal
 6   knowledge I had about what Mrs. Wexner said
 7   about the call would be privileged.
 8        Q.    So you previously said that it
 9   wasn't true.  What was the basis for your
10   statement?
11        A.    Other than the privileged
12   material, I can't go into.  I know that you
13   suggested that Alan had said in that phone
14   call to me that there had been and
15   extortion attempt or shake down attempt.  I
16   know Alan did not say that to me.  To the
17   contrary, none of us of ever heard of the
18   so called shake down or extortion theory
19   until Alan called me that day and went into
20   the after he had talked to Mrs. Wexner.  He
21   raised it, we didn't.
```

█   █      ███████████████████
█   ██████████████████████████
█   ████████████████████████████████
█   █   █   █   ███████████████



Page 168

```
 1                    J. ZEIGER
 2       Q.    And so did you -- in the
 3  conversations that you had with
 4  Mr. Dershowitz, who initiated the first
 5  call?
 6       A.    Mr. Dershowitz.
 7       Q.    And in your first conversation,
 8  did he already know about the allegations
 9  made against Leslie Wexner, to your memory?
10       A.    I remember that in that first
11  conversation he had called Les Wexner, had
12  not reached him.  Mrs. Wexner returned the
13  call, told him to call me.  He called me
14  and started explaining the extortion theory
15  and the information he had to back it up.
```

