# EXHIBIT 3

VRG00028114

1

```
          UNITED STATES DISTRICT COURT
                    for the
          SOUTHERN DISTRICT OF NEW YORK

          Civil Action No. 15-cv-07433-RWS

VIRGINIA GIUFFRE,

      Plaintiff,

vs.

GHISLAINE MAXWELL

      Defendant.
-------------------------------------------------------

      VIDEO-DEPOSITION
      OF:               JAMES MICHAEL AUSTRICH

      TAKEN BY:         Defendant

      REPORTED BY:      Karla Layfield, RMR
                        Stenographic Court Reporter
                        Notary Public
                        State of Florida at Large

      DATE AND TIME:    June 23, 2016; 9:03 a.m.

      PLACE:            Owen & Associates Court Reporters
                        108 N. Magnolia Avenue, Suite 501
                        Ocala, Florida

      APPEARANCES:      Laura A. Menninger, Esquire
                        HADDON, MORGAN & FOREMAN, PC
                        150 East 10th Avenue
                        Denver, Colorado  80203
                        Attorney for Defendant

                        Brad Edwards, Esquire
                        Farmer, Jaffe, Weissing, Edwards,
                        FISTOS & LEHRMAN, PL
                        425 Andrews Avenue, Suite 2
                        Fort Lauderdale, Florida  33301
                        Attorney for Plaintiff

Also Present:  Kenneth Sarsony, Videographer
               Virginia Giuffre
```

Owen & Associates Court Reporters
P.O. Box 157, Ocala, Florida
352.624.2258 * owenassocs@aol.com

1    Q    Okay.  Or prime ministers?

2    A    No.  I don't know.

3    Q    Do you remember her mentioning Prince Andrew?

4    A    Yes.

5    Q    What did she tell about Prince Andrew?

6    A    All I remember, I know she met him.

7    Q    Did she tell you about meeting him somewhere in
8  the time when she did it, or did she tell you it happened
9  previously.

10   A    I don't remember.

11   Q    What do you remember her telling you about him,
12 anything at all?

13   A    No.  As soon as you said that name, I remember
14 hearing something about Prince Andrew a couple of times.
15 But when, I can't really tell you.

16   Q    Did she show you a photograph of herself with
17 Prince Andrew.

18   A    Not that I remember.

19   Q    Do you remember reading one in the paper or
20 seeing it in the press?

21   A    No.

22   Q    Did she ever mention Alan Dershowitz?

23   A    If she did, I don't remember the name.

24   Q    Do you know who he is?

25   A    No.