# EXHIBIT 4

Alan Dershowitz
1525 Massachusetts Avenue
Cambridge, Massachusetts 02138
617-939-6001

Joseph Recarey
Detective
Palm Beach Police Department
345 S. County Road
Palm Beach, FL  33480

Re: Epstein matter

Dear Detective Recarey:

I am sending you this letter in response to the serious concern you raised at our meeting regarding an alleged claim that one of our investigators had misrepresented himself as a police officer and in fact had actually attempted to impersonate you. As I told you neither I nor my client would ever tolerate any such conduct on the part of our investigators. With that in mind, I immediately began an inquiry of our staff, and believe that the contemporaneous notes taken by our investigator, while attempting to interview _____ ., will provide the necessary explanation for your thoroughly justified consternation.   It will also, I believe, provide a more troublesome and telling illustration of her character.   At our meeting, you may recall, I also advised you that our investigation had discovered at least one of her web sites and I am enclosing some examples. You will note that she, herself, has chosen to go by the nickname of "pimp juice" and the site goes on to detail, including photos, her apparent fascination with marijuana. This will come as no surprise to you as I'm sure you are already aware of her recent Palm Beach arrest for both possession of marijuana and drug paraphernalia.

The following raw notes were taken by investigators (one who suffers from a quite distinct speech impediment, making, therefore, a truly innocent claim of impersonation virtually impossible).  Both of them have many years experience in conducting defense investigations and debriefing witnesses. They are both well versed in the law and extremely sensitive to any potential allegations of wrongdoing especially from witnesses who may have their own agendas.  In this instance, they were instructed to take _____ 's statement verbatim because we feared that she, an accomplished drama student, might try to mislead them as successfully as she had misled others.  They were instructed to ask detailed questions to further elucidate her previous pronouncements regarding the extreme lengths she would go to as she put it "to be rich, no, I mean really, really rich". But as you will read, they never got a chance to ask even a single question, and could not for a moment be thought of, as attempting to misrepresent themselves as police officers. In fact even though, they are both well prepared and seasoned investigators, they were quite shocked at the overwhelming, non-stop barrage of profanity being hurled at them at a furious pace and volume from what initially appeared

only to be a young woman of slight build and soft demeanor. The following is an excerpt from the investigator's report detailing her extremely short but none the less pungent statements;

"11.21.2005, my partner, Steve Kiraly, and I traveled to Orange Park (Jacksonville), Florida, in order to attempt to interview ████   ██████   The purpose of having two people present was to act as witnesses as to whatever might have been said by ˙ ˙ ˙ ˙ ˙ during the course of our interview. ˙˙˙˙ lives with her 18 year old boyfriend, William, and his mother and boyfriend at 2768 Kiowa Avenue, Orange Park, FL. At approximately 6:30pm Hall arrived home. We waited about 10 minutes and approached the residence. I knocked on the door and a woman, who I now know as Mary Parker, answered the door. I told her that we would like to speak with ˙˙ ˙ ˙ ˙ ˙. She said there was no ⁄ ˙ ˙˙˙˙˙ i there. I said there must be because her Jeep was parked out front. She then said, "I'm sorry, you mean ˙˙ " and I said yes. ˙˙ then came to the door. The following conversation took place.

[Riley] ˙˙˙˙, my name is Bill Riley (as I handed her my business card) and this is my partner Steve Kiraly. We are investigators from Miami working on behalf of Jeffrey Epstein.

[˙˙] I don't talk to fucking cops and I'm not talking to you.

[Riley] ˙˙˙, we're not cops.

[˙˙] You need to leave. Get the fuck off my property, leave now.

[Riley] ˙˙, there is no need to be hostile. We are not cops. We are just trying to learn the truth.

[˙˙  ] Get the fuck off my property. What, you're still standing here?

[Riley] We're leaving but we don't understand why you're so hostile.

[˙˙˙˙] You have no right to be here. I moved. All that shit is behind me in another world so get the fuck out of here.

˙˙˙˙ goes back inside the house and Mary Parker came outside on the porch

[Riley] Ma'am we're not being hostile. We're here just to learn the truth.

[Parker] Look, ˙˙ is a good girl and she left down there. We're trying to sort things out now and hire her an attorney.

[Riley] I understand but we're not the bad guys and we're not cops.

[Parker] Okay, but she doesn't want to talk with you and you really have no right being here on my property this time of night.

[Riley] I'm sorry we're here at 6:45pm but your son, Will, told us we could come back.

[Parker] He doesn't own this property.

˙˙˙ came back outside

[˙˙ ] You're still here, get the fuck out. I'm calling the cops if you do not leave.

[Riley] ˙˙˙˙, we're talking with Mary and yes, we're leaving, but all we wanted was to learn the truth from you about what knowledge you may or may not have."

As you can gather from this, we believe her to be the source of your concern.

Our other, but we believe, less likely alternative source for the potential misunderstanding could be a close friend of Miss ˙˙˙ s named ⁄ ˙˙ ˙ ˙ s, who goes by the more outlandish self chosen moniker and complete web name of " ˙ ˙ ˙ ˙ Fucking ᴅ ˙s", whose web page I also enclose.

In the event that the source of the allegation is neither of the two women mentioned above, if you would provide me with the name of the person, or persons, making the claim , I will check with the relevant investigators and follow through until we are satisfied that we have gotten to the bottom of this matter.

I trust the information provided in this letter is helpful to you as we all try to bring this difficult period to a close.

Sincerely,

Alan Dershowitz

Alan Dershowitz

Enclosures

cc:    Barry Krischer
Lanna Belohlavek
Daliah Weiss