UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>                    Plaintiff,<br><br>-against-<br><br>ALAN DERSHOWITZ,<br><br>                    Defendant. | No. 19 Civ 3377(LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Further to the Court's February 14, 2022 order (dkt. no. 401), the February 22, 2022 discovery conference will begin at 12 p.m. (rather than 11 a.m.) and will take place remotely by video (rather than by telephone).  Chambers will separately transmit the video conferencing information to counsel. A listen-only public line will be available using the following information:  Dial-in:  (877) 402-9753; Access code:  6545179.

**SO ORDERED.**

Dated:    February 15, 2022
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1