# EXHIBIT C

VRG00030688

## <u>AFFIDAVIT OF VALERIE A. RIVERA</u>

**STATE OF FLORIDA**      }
**COUNTY OF MIAMI-DADE COUNTY**     }ss.

    **BEFORE ME,** the undersigned authority, personally appeared VALERIE A. RIVERA, who after being duly sworn and who took an oath, deposes and says as follows:

1. My name is Valerie A. Rivera, I am a Licensed Private Investigator, #C2000640 and Polygraph Examiner in the State of Florida.

2. I have been a Private Investigator since October 2000.

3. I have been a Polygraph Examiner since June 2006.

4. Prior to becoming a Private Investigator, I was employed as a Probation and Parole Officer for the State of Florida Department of Corrections from August 1990 until March 1998.

5. I have been a full member of the Florida Polygraph Association since June 6, 2006.

6. I was an associate member of the American Polygraph Association from October 16, 2006 until April 1, 2014. (Membership lapsed due to lack of dues payment.)

7. At the request of counsel, I administered a polygraph examination to VR seeking the veracity of her allegations of intimate sexual relations with an individual, AD.

8. The Utah Zone format was used, along with the Direct Lie Comparison Questions for the examination. A numerical evaluation was used to score three (3) complete polygraph charts.

9. After a complete evaluation of the examination, the results were No Deception Indicated. Results were forwarded to counsel.

All of the statements in this Affidavit are true and correct based upon my personal knowledge.

**FURTHER AFFIANT SAYETH NAUGHT.**

**VRG00030689**

**IN WITNESS WHEREOF, Valerie A. Rivera,** the said Affiant has signed and sealed the above Affidavit this _____24_____, day of October 2017.

_____

**STATE OF FLORIDA**       }
**COUNTY OF MIAMI-DADE**    }ss.

       **I HEREBY CERTIFY** that on this day before me, personally appeared, _Valerie A. Rivera_ , who provided identification _____ is known to be the person described herein and who executed the foregoing instrument and acknowledged that he executed same freely and voluntarily for the purposes expressed herein.

       **WITNESS** my hand and seal in the County and State last aforesaid this _24th_ day of _____

_October_____ 2017.

_____
NOTARY PUBLIC, State of Florida

Commission Expires_____

> JEAN HANAU
> MY COMMISSION # GG 136338
> EXPIRES: September 12, 2021
> Bonded Thru Notary Public Underwriters