# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

       Plaintiff,                   Case No.: 19 Civ. 3377 (LAP)

v.

ALAN DERSHOWITZ,

       Defendant.
_____/

**RESPONSES AND OBJECTIONS OF NON-PARTY VALERIE A. RIVERA TO ALAN DERSHOWITZ'S RULE 45 SUBPOENA**

Pursuant to Federal Rules of Civil Procedure 30 and 45, Non-Party Valerie A. Rivera provides the following Responses and Objections to the Subpoena to Produce Documents, Information, or Objects, or To Permit Inspection of Premises in a Civil Action, served on November 22, 2021, by Alan Dershowitz (the "Subpoena"), as follows:

## GENERAL OBJECTIONS

1. Ms. Rivera objects to the Subpoena to the extent that it seeks the disclosure of information that is not within the scope of Federal Rule of Civil Procedure 26, not relevant, material or necessary to this action, and not likely to lead to the discovery of admissible evidence.

2. Ms. Rivera objects to the Subpoena insofar as it seeks the disclosure of information that is subject to the terms of confidentiality or non-disclosure agreements with third parties and/or would violate the privacy interests of others. To the extent that Ms. Rivera agrees to disclose information in response to the Subpoena, such disclosure shall be subject to and contingent upon appropriate notice to and/or consent from such third parties.

3. Ms. Rivera objects to the Subpoena to the extent that it is disproportionate to the needs of the case.

4. Ms. Rivera objects to the Subpoena to the extent that they call for the disclosure of information learned from documents prepared in anticipation of litigation, that constitutes or reflects attorney work-product, that contains privileged attorney-client communications, including privileged information or documents shared with entities with which Ms. Rivera holds or held a common interest, or that is otherwise protected from disclosure under applicable privileges, laws, or rules.

5.      Ms. Rivera objects to Instruction 9, and will produce a privilege log only if ordered to do so by the Court, upon a timeline to be determined by the Court.

6.      Ms. Rivera objects to the Subpoena in its entirety because Dershowitz has made no attempt to or arrangement for the compensation of Ms. Rivera for its costs to be incurred in complying with the Subpoena.  The costs will be substantial, and the cost of compliance should be borne by the party requiring such compliance.  Ms. Rivera gives notice that if it is required to comply with any part of the Subpoena, it will seek a cost-shifting order to relieve it of the undue burden and expense of compliance.

## SPECIFIC RESPONSES AND OBJECTIONS

**DOCUMENT REQUEST NO. 1.**  All records and other documents concerning any polygraph examinations You administered to Virginia Roberts Giuffre, including but not limited to the questions, answers, charts, and the "results" referenced in Paragraph 9 of the Your [sic] Affidavit attached hereto as Exhibit A.

**SPECIFIC RESPONSES AND OBJECTIONS TO DOCUMENT REQUEST NO. 1.**

Ms. Rivera incorporates its General Objections as though fully set forth herein.  Ms. Rivera objects to this request on the grounds that it calls for the production of documents irrelevant to this litigation.  Ms. Rivera objects to this request on the grounds that it is overbroad, unduly burdensome, and not proportionate to the needs of this action.  Ms. Rivera objects to this request on the grounds that it seeks disclosure of information learned from documents prepared in anticipation of litigation, that constitutes or reflects attorney work-product, and that contains privileged attorney-client communications, including privileged information or documents shared with entities with which Ms. Rivera holds or held a common interest.  Ms. Rivera also objects to this request on the grounds that it seeks disclosure of information that is subject to the

terms of confidentiality or non-disclosure agreements, and would violate the privacy interests of others.

In accordance with Rule 34(b)(2)(C), Ms. Rivera states that it is withholding all responsive documents on the basis of the objections contained herein.

**DOCUMENT REQUEST NO. 2.**  All communications with any attorney or other representative of Virginia Roberts Giuffre concerning any polygraph examination of Ms Giuffre.

**SPECIFIC RESPONSES AND OBJECTIONS TO DOCUMENT REQUEST NO. 2.**

Ms. Rivera incorporates its General Objections as though fully set forth herein.  Ms. Rivera objects to this request on the grounds that it calls for the production of documents irrelevant to this litigation.  Ms. Rivera objects to this request on the grounds that it is overbroad, unduly burdensome, and not proportionate to the needs of this action.  Ms. Rivera objects to this request on the grounds that it seeks disclosure of information learned from documents prepared in anticipation of litigation, that constitutes or reflects attorney work-product, and that contains privileged attorney-client communications, including privileged information or documents shared with entities with which Ms. Rivera holds or held a common interest.  Ms. Rivera also objects to this request on the grounds that it seeks disclosure of information that is subject to the terms of confidentiality or non-disclosure agreements, and would violate the privacy interests of others.

In accordance with Rule 34(b)(2)(C), Ms. Rivera states that it is withholding all responsive documents on the basis of the objections contained herein.

DATED:  December 9, 2021          BOIES SCHILLER FLEXNER LLP

_____

Sigrid McCawley
401 E. Las Olas Blvd., Suite 1200
BOIES SCHILLER FLEXNER LLP
Ft. Lauderdale, FL 33301
(954) 356-0011
smccawley@bsfllp.com

*Counsel for Non-Party Valerie A. Rivera*

4

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was served by electronic mail on all counsel of record identified below, on this 4th day of December 9, 2021.

Howard Cooper
Christian Kiely
Todd & Weld LLP, One Federal Street, 27th Floor
Boston, MA 02110
Telephone: (617) 720-2626
Email: hcooper@toddweld.com
Email: ckiely@toddweld.com

By: _____
Sigrid McCawley
401 E. Las Olas Blvd., Suite 1200
BOIES SCHILLER FLEXNER LLP
Ft. Lauderdale, FL 33301
(954) 356-0011
smccawley@bsfllp.com

*Counsel for Non-Party Valerie A. Rivera*