UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>                    Plaintiff,<br><br>-against-<br><br>ALAN DERSHOWITZ,<br><br>                    Defendant. | No. 19 Civ 3377(LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Further to the conference held this afternoon, the Court will hear from the parties and from Netflix, which seeks to intervene in this case (see dkt. no. 407), on Thursday February 24 at 10:00 a.m.  The Court will hear from the parties and from Harvard regarding the order compelling Mr. Dershowitz to produce additional emails from his Harvard email account (see dkt. no. 401 at 7; dkt. no. 408) on Thursday February 24 at 11:00 a.m.

Both hearings will take place by telephone using the following information:  Dial in (877) 402-9753; Access Code 6545179.

**SO ORDERED.**

Dated:    February 22, 2022
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1