UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

        Plaintiff,

-against-

ALAN DERSHOWITZ,

        Defendant.

No. 19 Civ 3377(LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Harvard's letter dated February 23, 2022, relating to the parties' disagreement over payment of costs associated with the production of emails from Mr. Dershowitz's Harvard email account.  (Dkt. no. 412.)  Harvard requests adjournment of the February 24 conference to permit it to respond to Mr. Dershowitz's letter (see dkt. no. 408) and to allow Harvard and the parties to attempt to resolve the issue without Court involvement.  The request to adjourn is granted, with the caveat that whatever arrangements are made, the production shall be made promptly.  Harvard may respond to Mr. Dershowitz's letter no later than Wednesday March 2, 2022.  The parties shall inform the Court by letter no later than Friday March 4, 2022, of the status of the matter.

    **SO ORDERED.**

Dated:    February 23, 2022
           New York, New York

                                        */s/ Loretta A. Preska*
                                LORETTA A. PRESKA
                                Senior United States District Judge