UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>    Plaintiff,<br><br>v.<br><br>ALAN DERSHOWITZ,<br><br>    Defendant.<br><br>ALAN DERSHOWITZ,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>VIRGINIA L. GIUFFRE,<br><br>    Counterclaim Defendant. | Civil Action No. 19-cv-03377-LAP<br><br>~~PROPOSED~~ ORDER |

**LORETTA A. PRESKA, Senior United States District Judge:**

Further to the Court's Order dated February 14, 2022 regarding the relevance and discoverability of certain settlements entered into by the parties (Dkt. No. 401), this Court hereby **ORDERS** (i) that notice of this Order shall be promptly provided to the parties (apart from Plaintiff Virginia Giuffre) as identified in the Settlement Agreement reached in the matter of *Giuffre v. Maxwell*, Civil Action No. 15-07433; (ii) that such notice shall inform the *Maxwell* parties that they have one week to file objections, if any, to the disclosure of the Settlement Agreement to the Defendant in this action; and (iii) that if no objections are filed by any party that Plaintiff shall promptly produce a copy of the Settlement Agreement including documents sufficient to show the amount of such settlement. Any such documents shall be produced in their

1

unredacted form and shall be produced confidentially pursuant to the Protective Order entered into by the parties in this case on December 21, 2020 (Dkt. No. 227).

| For Plaintiff: | For Defendant: |
|---|---|
| */s/ Nicole J. Moss* | */s/ Howard M. Cooper* |
| Charles J. Cooper* | Howard M. Cooper* |
| Michael W. Kirk | Christian G. Kiely* |
| Nicole J. Moss* | Kristine C. Oren* |
| Haley N. Proctor* | TODD & WELD LLP |
| COOPER & KIRK PLLC | One Federal Street, 27th Fl. |
| 1523 New Hampshire Ave. NW | Boston, MA  02110 |
| Washington, D.C. 20036 | (617) 720-2626 |
| (202) 220-9600 | hcooper@toddweld.com |
| ccooper@cooperkirk.com | ckiely@toddweld.com |
| mkirk@cooperkirk.com | koren@toddweld.com |
| nmoss@cooperkirk.com | *Admitted PHV |
| hproctor@cooperkirk.com | |
| *Admitted PHV | Arthur L. Aidala (S.D.N.Y. Bar No. ALA-0059) |
| | Imran H. Ansari (S.D.N.Y. Bar No. IHA-1978) |
| *Attorneys for Plaintiff Virginia Giuffre* | AIDALA, BERTUNA & KAMINS, P.C. |
| | 546 Fifth Avenue, 6th Floor |
| | New York, NY  10036 |
| | (212) 486-0011 |
| | iansari@aidalalaw.com |
| | aidalesq@aidalalaw.com |
| | |
| | *Attorneys for Defendant Alan Dershowitz* |

SO ORDERED AND SIGNED this  28  day of   February  , 2022.

*Loretta A. Preska* (signature)

Hon. Loretta A. Preska
Senior United States District Judge