```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>                    Plaintiff,<br><br> -against-<br><br> ALAN DERSHOWITZ,<br><br>                    Defendant. | No. 19 Civ 3377(LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   The Court is in receipt of the parties', Netflix's, and Harvard's filings relating to the outstanding Netflix and Harvard discovery issues.  (See dkt. nos. 407, 408, 410, 414, 415, 420, 421, 422, 423, 424.)

   Regarding the Netflix issue, the parties shall submit to the Court the transcript of the March 3, 2022 proceedings in the Southern District of Florida action promptly upon receipt.

   Regarding the Harvard issue, the parties and counsel for Harvard shall appear for a teleconference on Wednesday March 16, 2022 at 1:30 p.m. using the following information:

Dial in:  (877) 402-9753; Access code 6545179.

   **SO ORDERED.**

Dated:    March 7, 2022
          New York, New York

*/s/ Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge