UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

              Plaintiff,

 -against-

ALAN DERSHOWITZ,

              Defendant.

No. 19 Civ 3377(LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

On March 7, 2022, the Court scheduled a teleconference regarding the Harvard issue for March 16 at 1:30 p.m.  (Dkt. No. 428.)  The conference is adjourned to Friday March 18 at 2:00 p.m. using the same dial-in information.

      **SO ORDERED.**

Dated:   March 11, 2022
        New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge