UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

        Plaintiff,

-against-

ALAN DERSHOWITZ,

        Defendant.

No. 19 Civ 3377(LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the parties' recent letters regarding the Netflix materials.  (Dkt. Nos. 443, 445.)  The parties and counsel for Netflix shall appear for a telephonic conference tomorrow March 24, 2022, at 11:00 a.m., using the following information:  dial-in (877) 402-9753; access code 6545179.

**SO ORDERED.**

Dated:    March 23, 2022
            New York, New York

                              */s/ Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge