

# Todd & Weld LLP

Christian G. Kiely
ckiely@toddweld.com

March 25, 2022

**VIA ECF**
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    **Re:**  ***Giuffre v. Dershowitz***, Case No.: 19-cv-03377-LAP
        **Stipulation re: Plaintiff's Proposal re: Netflix Documents (ECF No. 443)**

Your Honor:

  As discussed on the record at yesterday's telephonic hearing, in order to proceed with the taking of Plaintiff's deposition in the month of April as ordered by the Court, Prof. Dershowitz hereby confirms his acceptance of Plaintiff's proposal as set forth in her letter dated March 22, 2022 (ECF No. 443). Prof. Dershowitz and his counsel in this action hereby affirm that we have not seen or otherwise learned the contents of any documents produced by the Netflix Nonparties with a "confidential" or "highly confidential" designation in *Dershowitz v. Netflix,* beyond the general description which counsel for the Netflix Nonparties provided to us and to Plaintiff's counsel. Further, we affirm that with the *Netflix* litigation now having terminated, we will ~~allow~~ *direct* Prof. Dershowitz's counsel in the *Netflix* litigation to destroy or return those documents pursuant to the terms of the protective order in that case, without ~~us~~ *our* having seen them or otherwise learned of their contents (again, excepting the general description which counsel for the Netflix Nonparties supplied to us and to Plaintiff's counsel).

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

3/28/22

Respectfully submitted,

/s/ *Christian G. Kiely*
Christian G. Kiely

cc:  All counsel of record, via ECF

---

Todd & Weld LLP • Attorneys at Law • One Federal Street, Boston, MA 02110 • T: 617.720.2626 • F: 617.227.5777 • www.toddweld.com