# Cooper & Kirk

Lawyers

A Professional Limited Liability Company

| | | |
|---|---|---|
| Nicole J. Moss<br>nmoss@cooperkirk.com | 1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036 | (202) 220-9636<br>Fax (202) 220-9601 |

April 4, 2022

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   Re: ***Giuffre v. Dershowitz*, Case No.: 19-cv-03377-LAP**
      Request To File Under Seal

Dear Judge Preska:

  I write on behalf of Plaintiff Virginia Giuffre. Pursuant to Rule 1.A of Your Honor's Individual Practices, Plaintiff respectfully requests leave to file under seal her letter designating certain communications for in camera review, together with two exhibits out of the nine exhibits supporting her letter. In support of this request, Plaintiff states that her letter will describe, and an exhibit will contain, material that has been produced under the protective order in this action. That exhibit also identifies two third parties to this litigation whose names have been deemed irrelevant to these proceedings. In addition, her letter will describe, and an exhibit will contain, a filing that is under seal in *Edwards, et al., v. Dershowitz*, Case No. CACE 15-000072. Plaintiff will file a public, lightly redacted version of the letter and fully redacted versions of the two identified exhibits, until such time as Your Honor rules on this request, after which Plaintiff will be prepared to file unredacted versions if directed by the Court.

                     Respectfully,

                     /s/ Nicole J. Moss
                     Nicole J. Moss

CC: Counsel of Record (via ECF)