```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>                    Plaintiff,<br><br>-against-<br><br>ALAN DERSHOWITZ,<br><br>                    Defendant. | No. 19 Civ 3377(LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Plaintiff's designation, pursuant to this Court's prior orders, of fifteen communications for in camera review.  (See Dkt. no. 459.)  Defendant shall produce the following designated communications to the Court no later than Tuesday April 12, 2022:

1. "Ranch. Confidential," Doc. ID 111602, withheld as a joint defense/common interest communication concerning Jane Doe #1, et al. v. United States, Case No. 08-80736 (S.D. Fla.) ("CVRA Action"), dated February 6, 2015.

2. "REDACTED," Doc. ID 114762, withheld as a joint defense/common interest communication concerning Edwards v. Dershowitz, dated April 19, 2015.

3. "Dershowitz Claims Alleged Sex Victim Tried to Extort $1 Billion | Daily Business Review," Doc. ID 493068, withheld as a joint defense/common-interest communication concerning Edwards v. Dershowitz, dated October 16, 2015.

4. "Please csll me." Doc. ID 90433, withheld as a joint defense/common interest communication concerning Giuffre accusations v. Dershowitz, dated May 19, 2019.

1

5.  "Villafonte email of sept 2007," Doc. ID 509849, withheld as a joint defense/common interest communication concerning this action and Giuffre accusations v. Dershowitz, dated September 16, 2019.

6.  Rory Millson, Doc. ID 516400, dated June 2, 2015.

7.  Jesse Diner, Doc. ID 518250, dated November 10, 2015.

8.  Lawrence Marshall, Doc. ID 175727, dated May 19, 2016.

9.  Stephen Trachtenberg, Doc. ID 56835, dated April 8, 2019.

10. Michael and Marc Mukasey, Doc. ID 508261, dated April 16, 2019.

11. "Investigation Quotation," Doc. ID 114598, dated May 4, 2015.

12. "South Florida Dates," Doc. ID. 517279, dated July 8, 2015.

13. "Boies Memos for NYT Reporter," Doc. ID 511868, dated November 18, 2015.

14. "memo to U.S. Attorneys," Doc. ID 514586, dated November 4, 2016.

15. "11/9/15," Doc. ID 73894, dated February 2, 2019.

(See dkt. no. 459 at 2, 6, 8.)

**SO ORDERED.**

Dated:  April 5, 2022
        New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge