

**Todd&Weld LLP**

Kristine C. Oren
koren@toddweld.com

*Via ECF*                                                                April 5, 2022

Honorable Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

SO ORDERED.

*[signature: Loretta A. Preska]*

4/5/2022

Re:   *Giuffre v. Dershowitz*, Case No. 19-cv-3377-LAP
       Deadline to Respond to ECF No. 458

Your Honor,

    I write on behalf of Defendant Alan Dershowitz to request that counsel have until Monday, April 18, 2022 to file a response to Plaintiff's letter regarding her Designation of Documents for *In Camera* Review, at which time Defendant will also submit the requested communications. [ECF No. 458]. *Plaintiff has assented to this request*.

    The additional time is necessary as counsel is preparing to take Plaintiff's deposition next week which involves travel in addition to the examination dates themselves. As well, Plaintiff has submitted extensive additional briefing and argument, and a response is necessary in order to explain the basis for Defendant's privilege determinations before the Court rules.

    Based on the Court's April 5, 2022 Order just issued, the current deadline for Professor Dershowitz to submit the requested communications is April 12, 2022. [ECF No. 460]. Professor Dershowitz has not previously requested an extension of time to respond.

    **Accordingly, Professor Dershowitz respectfully requests that the Court allow Defendant until April 18, 2022 to respond to Plaintiff's letter and produce the designated communications to the Court.**

    Thank you.

Respectfully Submitted,

*[signature]*

Kristine C. Oren

CC: Plaintiff/Cooper & Kirk P.L.L.C. via ECF

1