# Cooper & Kirk

Lawyers
A Professional Limited Liability Company

| | | |
|---|---|---|
| Nicole J. Moss<br>nmoss@cooperkirk.com | 1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036 | (202) 220-9636<br>Fax (202) 220-9601 |

April 19, 2022

**Via ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *Giuffre v. Dershowitz*, **Case No.: 19-cv-03377-LAP**
                Unsealing Pursuant to November 10, 2021 Court Order

Dear Judge Preska:

      Pursuant to the Court Order dated November 10, 2021 (Doc. 355), Plaintiff now files proposed redactions agreed to by the parties and the relevant non-parties for the following docket entries:

- Doc. 204.
- Doc. 205 and Exhibits A–I.
- Doc. 217.
- Doc. 218 and Exhibits A & B.
- Doc. 223.
- Doc. 249 and Exhibit A.
- Doc. 250 and Letter Exhibit.
- Doc. 256.
- Doc. 258 and Exhibit 1.
- Doc. 259.
- Doc. 263 and Exhibits A – G.
- Doc. 265.
- Doc. 285.

                                                                     Respectfully,

                                                                     s/ Nicole J. Moss
                                                                     Nicole J. Moss

CC: Counsel of Record (via ECF)