# Exhibit D
# (Filed Under Seal)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE: 15-cv-07433-RWS

VIRGINIA GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.
_____/

VIDEOTAPED DEPOSITION OF TONY FIGUEROA

Volume 1 of 2

Pages 1 - 157

Taken at the Instance of the Defendant

DATE:        Friday, June 24, 2016

TIME:        Commenced:  8:59 a.m.
              Concluded:  1:22 p.m.

PLACE:       Southern Reporting Company
              B. Paul Katz Professional Center
              (SunTrust Building)
              One Florida Park Drive South
              Suite 214
              Palm Coast, Florida  32137

REPORTED BY:  LEANNE W. FITZGERALD, FPR
              Florida Professional Reporter
              Court Reporter and Notary Public

```
 1                    APPEARANCE OF COUNSEL

 2

 3

 4    ON BEHALF OF THE PLAINTIFF:

 5    BRADLEY J. EDWARDS, Esquire
      Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.
 6    425 North Andrews Avenue
      Ft. Lauderdale, Florida   33301
 7    954-524-2820
      Brad@pathtojustice.com
 8

 9

10    ON BEHALF OF THE DEFENDANT:

11    LAURA A. MENNINGER, Esquire
      Haddon, Morgan and Foreman, P.C.
12    150 East 10th Avenue
      Denver, Colorado   80203
13    303-831-7364
      Lmenninger@hmflaw.com; Nsimmons@hmflaw.com
14

15

16    Also appearing:     Jenny Martin, Videographer from Abel
                          Virginia Giuffre, Plaintiff
17

18

19

20

21

22

23

24

25
```

VRG00026714

5



CONFIDENTIAL



1                      CERTIFICATE OF OATH

2

3    STATE OF FLORIDA    )
                         )
4    COUNTY OF FLAGLER   )

5

6

7         I, the undersigned authority, certify that TONY

8    FIGUEROA personally appeared before me on

9    June 28, 2016, and was duly sworn.

10

11        WITNESS my hand and official seal this 5th day

12   of July, 2016.

13

14

15

16

17

18

19                        _____
                          Leanne W. Fitzgerald
20                        Notary Public - State of Florida
                          My Commission No. FF060921
21                        Expires:  February 8, 2018

22                        Digital Certificate Authenticated
                          By Symantec
23

24

25

CONFIDENTIAL

1                    CERTIFICATE OF REPORTER

2
    STATE OF FLORIDA    )
3                       )
    COUNTY OF VOLUSIA   )
4

5

6

7          I, Leanne W. Fitzgerald, Court Reporter, do
    hereby certify that I was authorized to and did
8   stenographically report the deposition of TONY
    FIGUEROA; and that the foregoing transcript is a
9   true record of my stenographic notes.

10         I further certify that I am not a relative,
    employee, attorney, or counsel of any of the
11  parties, nor am I a relative or employee of any of
    the parties' attorneys or counsel connected with the
12  action, nor am I financially interested in the
    action.
13
           Dated this 5th day of July, 2016.
14

15

16

17

18

19
                          _____
20                        Leanne W. Fitzgerald, FPR
                          Florida Professional Reporter
21
                          Digital Certificate Authenticated
22                        By Symantec

23

24

25

CONFIDENTIAL