# Exhibit F
# (Filed Under Seal)

VRG00027295

1
                    UNITED STATES DISTRICT COURT
                              for the
2                   Southern District of New York

3
                    Civil Action No. 15-cv-07433-RWS
4

VIRGINIA GIUFFRE,
5
          Plaintiff,
6
vs.
7
GHISLAINE MAXWELL,
8
          Defendant.
9    ----------------------------------------------------

10        VIDEO-DEPOSITION   Sky Roberts
          OF:
11
          TAKEN BY:          Defendant
12
          REPORTED BY:       Karla Layfield, RMR
13                           Stenographic Court Reporter
                             Notary Public
14                           State of Florida at Large

15        DATE AND TIME:     May 20, 2016; 8:33 a.m.

16        PLACE:             Millhorn Law Firm
                             11294 North US Highway 301
17                           Oxford, Florida

18        APPEARANCES:       Laura A. Menninger, Esquire
                             HADDON, MORGAN & FOREMAN, PC
19                           150 East 10th Avenue
                             Denver, Colorado  80203
20                           Attorney for Defendant

21                           Brad Edwards, Esquire
                             Farmer, Jaffe, Weissing, Edwards,
22                           FISTOS & LEHRMAN, PL
                             425 Andrews Avenue, Suite 2
23                           Fort Lauderdale, Florida  33301
                             Attorney for Plaintiff

24

25        ALSO PRESENT:      Kenneth Sarcony, Videographer

                 Owen & Associates Court Reporters
                  P.O. Box 157, Ocala, Florida
                 352.624.2258 * owenassocs@aol.com        CONFIDENTIAL

VRG00027296

2

```
1                        I N D E X

2                                              PAGE
    WITNESS:
3
    Sky Roberts
4
        Direct Examination by Ms. Menninger      4
5       Cross-Examination by Mr. Edwards       133
        Redirect Examination by Ms. Menninger  135
6       Recross-Examination by Mr. Edwards     141

7
    Reporter's Certificate                     143
8   Certificate of Oath                        144

9

10                       -   -   -

11

12

                         E X H I B I T S
13
    Defendant's Exhibit 1                         6
14  Defendant's Exhibit 2                        28
    Defendant's Exhibit 3                        48
15  Defendant's Exhibit 4                        52
    Defendant's Exhibit 5                        58
16  Defendant's Exhibit 6                       116
    Defendant's Exhibit 7                       122
17  Defendant's Exhibit 8                       125
    Defendant's Exhibit 9                       137
18

19  (Exhibits attached.)

20

21

22

23

24

25
```

CONFIDENTIAL

VRG00027297

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

VRG00027298



CONFIDENTIAL

VRG00027299

99



CONFIDENTIAL

VRG00027300

```
 1              C E R T I F I C A T E

 2   STATE OF FLORIDA

 3   COUNTY OF MARION

 4          I, Karla Layfield, RMR, Stenographic Court

 5   Reporter, do hereby certify that I was authorized to and

 6   did stenographically report the foregoing deposition of

 7   Sky Roberts; that said witness was duly sworn to testify

 8   truthfully; and that the foregoing pages, numbered 1

 9   through 142, inclusive, constitute a true and correct

10   record of the testimony given by said witness to the best

11   of my ability.

12          I FURTHER CERTIFY that I am not a relative or

13   employee or attorney or counsel of any of the parties

14   hereto, nor a relative or employee of such attorney or

15   counsel, nor am I financially interested in the action.

16          WITNESS MY HAND this _____ day of May, 2016, at

17   Ocala, Marion County, Florida.

18

19                   _____

20                   Karla Layfield, RMR
                     Stenographic Court Reporter

21

22

23

24

25
```

CONFIDENTIAL

VRG00027301

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF MARION

       I, the undersigned authority, certify that Sky Roberts personally appeared before me and was duly sworn on the 20th day of May 2016.

       WITNESS MY HAND AND OFFICIAL SEAL this ____ day of May 2016.

```
                              _____
                              Karla Layfield, RMR
                              Notary Public
                              State of Florida at Large
                              My Commission No. FF942806
                              My Commission Expires 12/10/2019
```

____Personally Known
____Professionally Known
___ Produced Identification of FDL

Owen & Associates Court Reporters
P.O. Box 157, Ocala, Florida
352.624.2258 * owenassocs@aol.com

CONFIDENTIAL