UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

          Plaintiff,

-against-

ALAN DERSHOWITZ,

          Defendant.

No. 19 Civ 3377(LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the parties' letters concerning Ms. Giuffre's deposition. (See dkt. nos. 474, 478, 479.) The parties shall appear for a telephonic conference on Defendant's motions on Monday June 6, 2022, at 10 a.m. Given the sensitive nature of the issues raised, the conference will be closed to the public. The parties shall confer and circulate by email (PreskaNYSDChambers@nysd.uscourts.gov) the dial-in information.

**SO ORDERED.**

Dated:    May 26, 2022
          New York, New York

                                      _/s/ Loretta A. Preska_
                                      LORETTA A. PRESKA
                                      Senior United States District Judge