UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

        Plaintiff,

-against-

ALAN DERSHOWITZ,

        Defendant.

No. 19 Civ 3377(LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for a videoconference on Friday July 8, 2022, at 11 a.m.  Counsel shall submit letters to the Court containing proposed dates to conclude fact and expert discovery and a list of currently anticipated fact and expert witnesses no later than Wednesday July 6, 2022, at 5:00 p.m.  At the same time, counsel shall inform the Court of dates when they are unavailable for trial.

    Chambers will circulate videoconference information to counsel.  Public access is available using the following information:  Dial in (877) 402-9753; Access code 6545179.

**SO ORDERED.**

Dated:    June 29, 2022
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1