

Christian G. Kiely
ckiely@toddweld.com

**VIA ECF**  June 30, 2022
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *Giuffre v. Dershowitz*, Case No.: 19-cv-03377-LAP
             Request to Continue Status Conference Scheduled for July 8

Your Honor:

      We are in receipt of the Court's Order from yesterday (ECF No. 481) scheduling a videoconference for July 8, 2022 at 11:00 AM for the purposes of setting a schedule for the remainder of discovery and trial of this matter. Multiple counsel for the Defendant are scheduled to be on vacation on that date, and in particular, I will be on a plane and thus unavailable at the time of the scheduled conference. Accordingly, on behalf of the Defendant, we request that the Court reschedule the status conference to a date during the week of July 18, with the deadline for submissions by the parties in advance of the conference to be adjusted accordingly. Counsel for the parties have conferred, and Plaintiff does not object to this request.

      Respectfully submitted,

      */s/ Christian G. Kiely*
      Christian G. Kiely

cc:    All counsel of record, via ECF