# Cooper & Kirk

Lawyers
A Professional Limited Liability Company

Nicole Jo Moss　　　　　　　1523 New Hampshire Avenue, N.W.　　　　　　　(202) 220-9600
(202) 220-9660　　　　　　　　　　Washington, D.C.  20036　　　　　　　　　Fax (202) 220-9601
nmoss@cooperkirk.com

July 5, 2022

**VIA ECF**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: ***Giuffre v. Dershowitz*, Case No. 19-cv-3377-LAP**
     Permission To File Under Seal

Dear Judge Preska:

  I write on behalf of Plaintiff Virginia Giuffre. Pursuant to Rule 1.A of Your Honor's Individual Practices, Plaintiff respectfully requests permission to file under seal correspondence with the Court regarding the Protective Order in this matter. In support of this request, we note that the letter quotes from, references, and attaches material the Court has previously placed under seal and that is designated confidential pursuant to the Protective Order (Doc. 227) in this matter.

           Respectfully,

           s/  Nicole Jo Moss
           Nicole J. Moss

cc: Counsel of Record