UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>                    Plaintiff,<br><br>-against-<br><br>ALAN DERSHOWITZ,<br><br>                    Defendant. | No. 19 Civ 3377(LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Plaintiff's letter dated July 5, 2022. (See dkt. no. 485.) Defendant shall respond by letter no later than Friday July 8, 2022.

**SO ORDERED.**

Dated:   July 5, 2022
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1