# Cooper & Kirk

Lawyers
A Professional Limited Liability Company

Nicole Jo Moss
(202) 220-9660
nmoss@cooperkirk.com

1523 New Hampshire Avenue, N.W.
Washington, D.C.  20036

(202) 220-9600
Fax (202) 220-9601

July 5, 2022

**VIA ECF**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

The request is granted.
This motion (dkt. no.
484) shall be marked as
closed.

SO ORDERED.

*[signature: Loretta A. Preska]*
7/5/2022

Re:   ***Giuffre v. Dershowitz,*** **Case No. 19-cv-3377-LAP**
Permission To File Under Seal

Dear Judge Preska:

I write on behalf of Plaintiff Virginia Giuffre. Pursuant to Rule 1.A of Your Honor's Individual Practices, Plaintiff respectfully requests permission to file under seal correspondence with the Court regarding the Protective Order in this matter. In support of this request, we note that the letter quotes from, references, and attaches material the Court has previously placed under seal and that is designated confidential pursuant to the Protective Order (Doc. 227) in this matter.

Respectfully,

s/  Nicole Jo Moss
Nicole J. Moss

cc: Counsel of Record