

Kristine C. Oren
koren@toddweld.com

*Via ECF*  July 6, 2022

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007-1312

SO ORDERED.
*Loretta A. Preska*
7/6/2022

Re:   *Giuffre v. Dershowitz*, Case No. 19-cv-3377-LAP
      **Request for Extension**

Dear Judge Preska,

    As a result of the vacation schedule of his counsel this week, Defendant and Counter-Claimant Alan Dershowitz ("Prof. Dershowitz") requests a brief extension of time by two (2) business days to respond to Virginia L. Giuffre's ("Plaintiff") July 5, 2022 Letter to the Court ("Letter"). Dkt. No. 485. Pursuant to the Court's July 5, 2022 Order, the original deadline to respond to this letter is set for Friday, July 8, 2022. Dkt. No. 486. Prof. Dershowitz requests that the Court extend the deadline to respond to Plaintiff's Letter to Tuesday, July 12, 2022. Counsel for Plaintiff assents to this request. This is Prof. Dershowitz's first request for an extension to the briefing with respect to this letter. This extension will not affect any other scheduled dates in the litigation.

    **Accordingly, Defendant respectfully requests that the Court extend Prof. Dershowitz's deadline to respond to Plaintiff's Letter to July 12, 2022.**

    Thank you.

Respectfully Submitted,

Kristine C. Oren

CC: Plaintiff/Cooper & Kirk P.L.L.C. via ECF

1