

Kristine C. Oren
E-mail: koren@toddweld.com

July 12, 2022

**VIA ECF**
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

The request is granted. This motion (dkt. no. 490) shall be marked as closed.

SO ORDERED.

*/s/ Loretta A. Preska*
7/12/2022

Re: *Giuffre v. Dershowitz*, Case No.: 19-cv-03377-LAP
Request to File Under Seal

Dear Judge Preska:

Pursuant to Rule 1.A of Your Honor's Individual Practices, Professor Alan Dershowitz ("Professor Dershowitz") respectfully requests leave to file under seal a letter to the Court responding to Plaintiff's July 5, 2022 letter to the Court. As grounds therefor, Prof. Dershowitz states that his letter quotes from and references material that the Court has previously placed under seal and that is designated confidential pursuant to the Protective Order (Dkt. No. 227) in this matter.

Respectfully submitted,

/s/ *Kristine C. Oren*
Kristine C. Oren

cc: All counsel of record, via ECF