# EXHIBIT A
# REDACTED

**From:** Cooper, Howard <hcooper@toddweld.com>
**Sent:** Friday, April 22, 2022 5:12 PM
**To:** Chuck Cooper <ccooper@cooperkirk.com>; Michael W. Kirk
<mkirk@cooperkirk.com>
**Cc:** Kiely, Christian <ckiely@toddweld.com>; Arthur Aidala <arthur@aidalalaw.com>;
Imran H. Ansari, Esq. <iansari@aidalalaw.com>
**Subject:** FW: Settlement Communication

Hi Chuck and Michael:

█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████ .

█████████████████████████ Although we know that as advocates you must
disagree, our view is that your client's deposition was a disaster for her, including for
reasons you and she will not appreciate until trial. ████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████

████████████████████████████████████

I wish you both a good weekend.

Best,

Howard

Howard M. Cooper

 Todd&Weld LLP

Todd & Weld LLP
One Federal Street, Boston, MA  02110
Tel:  617.624.4713   Fax:  617.624.4813
www.toddweld.com

This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax penalties.