# Cooper & Kirk
Lawyers
A Professional Limited Liability Company

Nicole J. Moss  
nmoss@cooperkirk.com

1523 New Hampshire Avenue, N.W.  
Washington, D.C. 20036

(202) 220-9636  
Fax (202) 220-9601

September 1, 2022

**VIA ECF**

Honorable Loretta A. Preska  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007-1312

Re:   *Giuffre v. Dershowitz*, **Case No.: 19-cv-03377-LAP**  
          Request To File Under Seal

Dear Judge Preska:

I write on behalf of Plaintiff Virginia Giuffre. Pursuant to Rule 1.A of Your Honor's Individual Practices, Plaintiff respectfully requests leave to file under seal a letter and an accompanying exhibit concerning Defendant's upcoming deposition. In support of this request, Plaintiff states that her letter will describe, and the exhibit will contain, material that has been designated as confidential in Defendant's deposition in *Boies v. Dershowitz*, No. 160874/2019 (N.Y. Cnty. Sup. Ct.), pursuant to Your Honor's protective order in this case. Plaintiff will file sealed versions of the letter and exhibit, until such time as Your Honor rules on this request, after which Plaintiff will be prepared to file unredacted versions if directed by the Court.

Respectfully,

/s/ Nicole J. Moss  
Nicole J. Moss

CC: Counsel of Record (via ECF)