```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>　　　　　Plaintiff,<br><br>-against-<br><br>ALAN DERSHOWITZ,<br><br>　　　　　Defendant. | No. 19 Civ 3377(LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　Before the Court is Ms. Giuffre's request that the Court permit her counsel to seek an emergency teleconference during next week's deposition of Mr. Dershowitz, should one become necessary.  (Dkt. no. 502.)  The Court has full confidence that experienced counsel will conduct themselves with professionalism and that Mr. Dershowitz will similarly conduct himself with propriety during the deposition.  If warranted, however, the parties may attempt to seek relief from the Court, including, if appropriate, relief under F.R.C.P. 37(a)(3)(B)(i), F.R.C.P. 37(a)(4), and/or F.R.C.P. 30(d)(2).  See, e.g., GMAC Bank v. HTFC Corp., 248 F.R.D. 182 (E.D. Pa. 2008).

**SO ORDERED.**

Dated:　　September 1, 2022
　　　　　New York, New York

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　　　Senior United States District Judge